UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Marc Opperman, Rachelle King, Claire Moses, Gentry Hoffman, Steve Dean, Alicia Medlock, Alan Beueshasen, Scott Medlock, Greg Varner, Judy Long, Guili Biondi, Jason Green and Nirali Mandaywala, on behalf of themselves and all others similarly situated, <br><br>*Plaintiffs,* <br>vs. <br><br>Path, Inc., Twitter, Inc., Apple, Inc., Facebook, Inc., Beluga, Inc.., Yelp! Inc., Burbn, Inc., Instagram, Inc., Foursquare Labs, Inc., Gowalla Incorporated, Foodspotting, Inc., Hipster, Inc., LinkedIn Corporation, Rovio Mobile Oy, ZeptoLab UK Limited aka ZeptoLab, Chillingo Ltd., Electronic Arts Inc., and Kik Interactive, Inc., <br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § | Case No. 1-12-CV-00219 <br><br><br><br> Class Action <br><br><br> Jury Trial Demanded |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LINKEDIN CORPORATION**

Pursuant to rule 41(a)(1) of Federal Rules of Civil Procedure, Plaintiffs hereby notify the Court that they are dismissing their claims against Defendant LinkedIn Corporation without prejudice at this time.

Defendant LinkedIn Corporation has not yet filed an answer or responsive pleading in this matter.

1

Respectfully submitted,

THE EDWARDS LAW FIRM

By: _____
Jeff Edwards
State Bar No. 24014406
THE BREMOND HOUSTON HOUSE
706 GUADALUPE
Austin, Texas 78701
Tel. 512-623-7727
Fax. 512-623-7729
jeff@edwards-law.com

Carl F. Schwenker
Texas Bar No. 00788374
LAW OFFICES OF CARL F. SCHWENKER
The Bremond-Houston House
706 Guadalupe Street
Austin, Texas 78701
Tel. (512) 480-8427
Fax (512) 857-1294
cfslaw@swbell.net

Dirk Jordan
Texas Bar No. 00784359
*Jordan Law Firm*
The Bremond-Houston House
706 Guadalupe Street
Austin, Texas 78701
512-551-0669
512-551-0668 fax
dirk@dirkjordan.com

ATTORNEYS FOR THE PLAINTIFFS
AND THE PUTATIVE CLASS