UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARC OPPERMAN et al., § | |
| § | |
| *Plaintiffs,* § | |
| vs. § | |
| § | Cause No. 1:12-CV-00219 |
| PATH INC., § | |
| § | |
| *Defendants.* § | |

### MOTION TO WITHDRAW AS ASSOCIATE COUNSEL FOR PLAINTIFFS

Steve Kaufhold, Jonathan Gaskin, and the law firm of Kaufhold Gaskin, L.L.P. ask to withdraw as associate counsel for plaintiffs in this action. In support thereof, they would respectfully show this Court as follows:

1. Associate plaintiffs' counsel Steve Kaufhold, Jonathan Gaskin, and the law firm of Kaufhold Gaskin L.L.P. ask this Court to allow their withdrawal as attorneys for Plaintiffs.

2. Good cause exists for the Court to grant this motion to withdraw. Plaintiffs are and will continue to be represented by their competent lead and other associate Texas counsel. After consulting with lead counsel, lead counsel and the undersigned associate counsel from Kaufhold Gaskin L.L.P. concluded that it is in the best interest of the plaintiffs and continuing counsel herein if the plaintiffs are represented going forward by lead and associate Texas plaintiffs' counsel. This action is proceeding in Texas, the majority of named plaintiffs are located in Texas, and such continuing representation by lead and continuing Texas counsel will afford the plaintiffs consistency of representation with the counsel that has represented it since the initiation of this action.

3. There are currently no settings in this case and no trial setting, and this withdrawal will not result in any delay or interruption of representation of the plaintiffs.

4. Accordingly, Kaufhold Gaskin L.L.P. respectfully requests that it be allowed to withdraw as associate co-counsel on this matter and that the plaintiffs continue to be competently and thoroughly represented by lead counsel The Edwards Law Firm, who joins in this motion, and continuing associate counsel of the law offices of Carl F. Schwenker and The Jordan Law Firm.

5. Steve Kaufhold, Jonathan Gaskin, and the law firm of Kaufhold Gaskin LLP ask this court to grant their Motion to Withdraw as Counsel of Record.

Respectfully submitted,

By:/s/ Steven S. Kaufhold
Steven S. Kaufhold, Pro Hac Vice
KAUFHOLD GASKIN, LLP
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-445-4620
Facsimile: 415-874-1071
SKaufhold@KaufholdGaskin.com

By:/s/ Jonathan B. Gaskin
Jonathan B. Gaskin, Pro Hac Vice
KAUFHOLD GASKIN, LLP
388 Market Street
Suite 1300
San Francisco, California 94111
Telephone: 415-445-4620
Facsimile: 415-874-1071
JGaskin@KaufholdGaskin.com

THE EDWARDS LAW FIRM

By: _____
Jeff Edwards
State Bar No. 24014406
THE BREMOND HOUSTON HOUSE
706 GUADALUPE
Austin, Texas 78701
Tel. 512-623-7727
Fax. 512-623-7729
jeff@edwards-law.com

Carl F. Schwenker
Texas Bar No. 00788374
LAW OFFICES OF CARL F. SCHWENKER
The Bremond-Houston House
706 Guadalupe Street
Austin, Texas 78701
Tel. (512) 480-8427
Fax (512) 857-1294
cfslaw@swbell.net

>Dirk Jordan
>Texas Bar No.  00784359
>*Jordan Law Firm*
>The Bremond-Houston House
>706 Guadalupe Street
>Austin, Texas 78701
>512-551-0669
>512-551-0668 fax
>dirk@dirkjordan.com
>
>ATTORNEYS FOR THE PLAINTIFFS
>AND THE PUTATIVE CLASS

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the 10th day of August, 2012, I electronically filed the foregoing pleading with the clerk of the court and served counsel using the Court's CM/ECF System.

>By:/s/ Steven S. Kaufhold