IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 JAN 15 PM 3: 34
CLERK
WESTERN DISTRICT COURT
OF TEXAS
BY_____

MARK OPPERMAN, RACHELLE KING, CLAIRE MOSES, GENTRY HOFFMAN, STEVE DEAN, ALICIA MEDLOCK, ALAN BEUESHASEN, SCOTT MEDLOCK, GREG VARNER, JUDY LONG, GUILI BIONDI, JASON GREEN, and NIRALI MANDAYWALA, on behalf of themselves and all others similarly situated,

               Plaintiffs,

-vs-                                                                                                Case No. A-12-CA-219-SS

PATH, INC.; TWITTER, INC.; APPLE, INC.; FACEBOOK, INC.; BELUGA, INC.; YELP! INC.; BURBN, INC.; INSTAGRAM, INC.; FORESQUARE LABS, INC.; GOWALLA INCORPORATED; FOODSPOTTING, INC.; HIPSTER, INC.; LINKEDIN CORPORATION; ROVIO MOBILE OY; ZEPTOLAB UK LIMITED a/k/a ZeptoLab; CHILLINGO LTD.; ELECTRONIC ARTS INC.; and KIK INTERACTIVE, INC.,

               Defendants.

## ORDER TRANSFERRING ACTION

BE IT REMEMBERED on this day the Court determined that transfer of venue to the Northern District of California is merited, and hereby enters the following:

IT IS ORDERED that the above-styled and numbered cause is hereby

TRANSFERRED to the United States District Court for the Northern District of California.

SIGNED this the 15th day of January 2013.

                                                                SAM SPARKS
                                                                UNITED STATES DISTRICT JUDGE