**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET
OAKLAND, CALIFORNIA 94102
Phone: (510) 637-3530



RICHARD W. WIEKING
   Clerk of Court

February 5, 2013

Dirk M. Jordan
1717 West 6th Street, Suite 420
Austin, TX 78703

Jedediah Wakefield
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Timothy L. Alger
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304

S. Ashlie Beringer
Gibson Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304

Lori R. Mason
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

Michael Page
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111

Keith Mason Henneke
Morrison & Foerster LLP
555 West Fifth Street, 35th Floor
Los Angeles, CA 90013

Daniel Weinberg
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Judith R. Nemsick
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019

Emilio B. Nicolas
Jackson Walker L.L.P.
100 Congress Ave., Ste 1100
Austin, TX 78701

Adam Hugh Sencenbaugh
Haynes and Boone LLP
600 Congress Avenue, Suite 1300
Austin, TX 78701

**Re:    Marc Opperman, et. al.  v. Path, Inc. et. al.**
              C-13-453-DMR

Dear Counsel:

    This matter has been randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and return or electronically file it with the Court by **February 19, 2013.** These forms can be found on the Court's website at www.cand.uscourts.gov.

                                        Sincerely,

                                        Richard W. Wieking
                                        Clerk, U.S. District Court

                                        *Cynthia J. Lenahan*
                                        By: Cynthia J. Lenahan
                                            Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Marc Opperman, et. al.** ,

    Plaintiff(s),

    v.

**Path, Inc. et. al.**,

    Defendant(s).

_____/

No. C-13-453-DMR

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____       _____
                                                                     Signature

                                                                    Counsel for _____
                                                                    (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Marc Opperman, et. al.** , | No. C-13-453-DMR |
| Plaintiff(s), | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| **Path, Inc. et. al.**, | **AND** |
| | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). | |
| _____/ | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.


Dated: _____       _____
                                     Signature

                                     Counsel for _____
                                     (Name or party or indicate "pro se")

4