AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT

MARK OPPERMAN, et al., )
    *Plaintiff* )
    v. ) Case No. CV-13-00453 DMR
PATH, INC., et al., )
    *Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ZeptoLab UK Limited.

Date: February 6, 2013

    s/Valentine A. Shalamitski
    *Attorney's signature*

    Valentine A. Shalamitski (SBN 236061)
    *Printed name and bar number*

    Mitchell Silberberg & Knupp LLP
    11377 West Olympic Boulevard
    Los Angeles, CA 90064
    *Address*

    vas@msk.com
    *E-mail address*

    (310) 312-2000
    *Telephone number*

    (310) 312-3100
    *FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com