UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., *et al.*, <br><br> Defendants. | Case No. 4:13-CV-00453-DMR <br><br> The Honorable Donna M. Ryu <br><br> [PROPOSED] **ORDER ON ADMINISTRATIVE MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT ZEPTOLAB UK LIMITED** |

On this day came for consideration the *Administrative Motion to Withdraw as Attorneys of Record for Defendant ZeptoLab UK Limited* of Jackson Walker L.L.P., Lawrence A. Waks, and Emilio B. Nicolas (the "Motion"). After considering the Motion, the pleadings, and all other papers and evidence on file, this Court hereby GRANTS the Motion in its entirety.

IT IS, THEREFORE, ORDERED that Jackson Walker L.L.P., Lawrence A. Waks, and Emilio B. Nicolas are hereby withdrawn as attorneys of record for Defendant ZeptoLab UK Limited and shall be removed from all future notices in this lawsuit.

Dated: February 13, 2013

THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

8978956v.1

Case No. 4:13-CV-00453-DMR

**ORDER ON ADMINISTRATIVE MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT ZEPTOLAB UK LIMITED**