DURIE TANGRI LLP
Michael H. Page (SBN 154913)
mpage@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC OPPERMAN, et al.,

        Plaintiff(s),

    v.

PATH, INC., et al.

        Defendant(s).

No. C 4:13-cv-00453-DMR

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 20, 2013

/s/ Michael H. Page
Signature

Counsel for Defendant Foodspotting, Inc.
(Plaintiff, Defendant or indicate "pro se")

**CERTIFICATE OF SERVICE**

I certify that all counsel of record who has consented to electronic notification is being served on February 20, 2013 with a copy of this document via the Court's CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                                                                */s/ Michael H. Page*
                                                                MICHAEL H. PAGE