# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| MARK OPPERMAN, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   CV-13-00453 DMR |
| PATH, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FOURSQUARE LABS, INC.

Date:   02/20/2013

/s/ David F. McDowell
*Attorney's signature*

DAVID F. MCDOWELL, SBN 125806
*Printed name and bar number*

Morrison & Foerster LLP
555 W. Fifth Street, Suite 3500
Los Angeles, CA 90013

*Address*

dmcdowell@mofo.com
*E-mail address*

(213) 892-5200
*Telephone number*

(213) 892-5454
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ David F. McDowell
David F. McDowell

la-1201058