I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   +1-650-614-7400
Facsimile:   +1-650-614-7401

M. LEAH SOMOANO (STATE BAR NO. 251801)
lsomoano@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, California  92614-8255
Telephone:   +1-949-567-6700
Facsimile:   +1-949-567-6710

Attorneys for Defendant
GOWALLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK OPPERMAN, ET AL.,<br><br>            Plaintiffs,<br><br>     v.<br><br>PATH, INC., ET AL. ,<br><br>            Defendants. | Case No. C-13-453 (DMR)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Submitted Pursuant to Civil L.R. 3-16] |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
C-13-453 (DMR)

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned counsel of record for Defendant Gowalla, Inc. certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 20, 2013

ORRICK HERRINGTON & SUTCLIFFE, LLP

By: */s/ Morvarid Metanat*
MORVARID METANAT
Attorneys for Defendant
GOWALLA, INC.