Timothy L. Alger (SBN 160303)
TAlger@perkinscoie.com
Julie E. Schwartz (SBN 260624)
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Amanda J. Beane (to be admitted *pro hac vice*)
ABeane@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARC OPPERMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., *et al.*, <br><br> Defendants. | Case No. 4:13-CV-00453-DMR <br><br> **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Nikki Dyfoon, declare:

I am a citizen of the United States and am employed in the County of Santa Clara, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 3150 Porter Drive, Palo Alto, California 94304. I am personally familiar with the business practice of Perkins Coie LLP. On February 19, 2012, I caused the following documents to be served on the following party by the manner specified below:

- **NOTICE OF MOTION AND RENEWED MOTION TO SEVER; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**
- **DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF TWITTER, INC.'S RENEWED MOTION TO SEVER**
- **[PROPOSED] ORDER GRANTING RENEWED MOTION TO SEVER**
- **NOTICE OF FILING OF OPPOSITION TO APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER TRANSFERRED OPPERMAN CASE SHOULD BE RELATED TO HERNANDEZ V. PATH, INC., CASE NO. 4:12-CV-01515-YGR (N.D. Cal.)**
- **CERTIFICATION OF INTERESTED ENTITIES OF PERSONS**

Alan D. Albright
Gray Cary Ware & Freidenrich LLP
1221 South MoPac Expressway
Suite 400
Austin, TX 78746-6875

Carl F. Schwenker
Brobeck Phleger & Harrison
2000 University Avenue
Palo Alto, CA 94303

Christine Lepera
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Gregory J. Casas
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002

M. Leah Somoano
Orrick, Herrington & Sutcliffe, LLP
2050 Main Street, Suite 1100
Irvine, CA 92614

Michael John Biles
Akin Gump Strauss et al LLP
300 W 6th St #2100
Austin, TX 78701

Tyler G Newby
Fenwick & West LLP - San Francisco, CA
555 California St., 12th Fl.
San Francisco, CA 94104

PROOF OF SERVICE
CASE NO. 4:13-CV-00453-DMR

1

__XXX__   (By U.S. Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____   (Electronic Transmission)  I caused each document to be sent by electronic mail to the email addresses indicated above.

_____   (By Hand)  I caused each envelope to be delivered by hand to the offices listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at Palo Alto, California, on February 20, 2013.

_____
Nikki DyFoon