1  DURIE TANGRI LLP
   MICHAEL H. PAGE (SBN 154913)
2  mpage@durietangri.com
   217 Leidesdorff Street
3  San Francisco, CA  94111
   Telephone:    415-362-6666
4  Facsimile:    415-236-6300

5  Attorney for Defendants
   YELP INC. and FOODSPOTTING, INC.
6
                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9

| | |
|---|---|
| MARC OPPERMAN, RACHELLE KING, CLAIRE MOSES, GENTRY HOFFMAN, STEVE DEAN, ALICIA MEDLOCK, ALAN BEUESHASEN, SCOTT MEDLOCK, GREG VARNER, JUDY LONG, GUILI BIONDI, JASON GREEN and NIRALI MANDAYWALA, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATH, INC., TWITTER, INC., APPLE, INC., FACEBOOK, INC., BELUGA, INC., YELP! INC., BURBN, INC., INSTAGRAM, INC., FOURSQUARE LABS, INC., GOWALLA INCORPORATED, FOODSPOTTING, INC., HIPSTER, INC., LINKEDIN CORPORATION, ROVIO MOBILE OY, ZEPTOLAB UK LIMITED AKA ZEPTOLAB, CHILLINGO LTD., ELECTRONIC ARTS INC., and KIK INTERACTIVE, INC.,<br><br>Defendants. | Case No. 3:13-cv-00453-JST<br><br>**DEFENDANT FOODSPOTTING, INC.'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Ctrm:   9, 19th Floor<br>Judge:  Honorable Jon S. Tigar |

1 | Under Federal Rule of Civil Procedure 7.1, Defendant Foodspotting LLC, formerly Foodspotting, Inc. ("Foodspotting"), by and through its undersigned counsel of record, states that it is now a wholly owned subsidiary of OpenTable, Inc.

Dated:  February 21, 2013

DURIE TANGRI LLP

By:    */s/ Michael H. Page*
       MICHAEL H. PAGE

Attorney for Defendants
YELP INC. and FOODSPOTTING, INC.

## CERTIFICATE OF SERVICE

I certify that all counsel of record who has consented to electronic notification is being served on February 21, 2013 with a copy of this document via the Court's CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ Michael H. Page*
MICHAEL H. PAGE