Timothy L. Alger (SBN 160303)
TAlger@perkinscoie.com
Julie E. Schwartz (SBN 260624)
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Amanda J. Beane (to be admitted *pro hac vice*)
ABeane@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, *et al.,*<br><br>                    Plaintiffs,<br><br>       v.<br><br>PATH, INC., *et al.,*<br><br>                    Defendants. | Case No. 4:13-CV-00453-JST<br><br>**NOTICE OF APPEARANCE OF JULIE E. SCHWARTZ FOR DEFENDANT TWITTER, INC.** |

1  TO THE CLERK OF THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Julie E. Schwartz of Perkins Coie LLP, a member of the
3  State Bar of California and admitted to practice before the Court, is appearing as counsel of
4  record for Defendant Twitter, Inc.  Copies of all documents and pleadings with regard to this
5  litigation are to be electronically served on the undersigned counsel.

DATED:  February 21, 2013                    **PERKINS COIE LLP**

By: */s/ Julie E. Schwartz*
    Julie E. Schwartz

Attorneys for Defendant Twitter, Inc.

NOTICE OF APPEARANCE OF
JULIE E. SCHWARTZ
CASE NO. 4:13-CV-00453-JST

-1-