Timothy L. Alger (SBN 160303)
TAlger@perkinscoie.com
Julie E. Schwartz (SBN 260624)
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Amanda J. Beane (to be admitted *pro hac vice*)
ABeane@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>PATH, INC., *et al.*,<br><br>  Defendants. | Case No. 3:13-CV-00453-JST<br><br>**RE-NOTICE OF HEARING ON TWITTER, INC.'S RENEWED MOTION TO SEVER**<br><br>Hearing:     April 4, 2013<br>Time:        2:00 p.m.<br>Courtroom:   9, 19th Floor<br>Before:      Hon. John S. Tigar |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that the Renewed Motion to Sever [Dkt. 236] ("Motion") previously filed by Twitter, Inc. ("Twitter") on February 19, 2013, and previously noticed for hearing before the Honorable Donna M. Ryu on March 28, 2013, is re-noticed for hearing on April 4, 2013, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 9 of the United States District Court for the Northern District of California, San Francisco Division, before the Honorable John S. Tigar.

In its Motion, Twitter moves pursuant to Rule 21 of the Federal Rules of Civil Procedure for an order severing the claims against Twitter from those against the other defendants. The Motion is made on the grounds that the claims against Twitter arise from different transactions or occurrences. It is also made on the grounds that the claims should be severed due to inefficiency, the risk of prejudice, and the difficulties of managing a class.

The Motion was originally brought by Twitter while this action was pending in the United States District Court for the Western District of Texas. The Motion was dismissed, and not decided, when motions to transfer the action to this district were granted.

The Motion is based on the Notice of Motion and Motion [Dkt. 236], the Memorandum of Points and Authorities [Dkt. 236], the Declaration of Timothy L. Alger in support and the exhibits attached thereto [Dkt. 237], as well as the pleadings, record, and any evidence presented at the hearing, and all matters that the Court may judicially notice.

DATED: February 27, 2013          **PERKINS COIE LLP**

By: */s/ Timothy L. Alger*
Timothy L. Alger

Attorneys for Defendant Twitter, Inc.