Timothy L. Alger (SBN 160303)
TAlger@perkinscoie.com
Julie E. Schwartz (SBN 260624)
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Amanda J. Beane (to be admitted *pro hac vice*)
ABeane@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARC OPPERMAN, *et al.*, | Case No. 3:13-CV-00453-JST |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| PATH, INC., *et al.*, | |
| Defendants. | |

**PROOF OF SERVICE**

I, Nikki Dyfoon, declare:

I am a citizen of the United States and am employed in the County of Santa Clara, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 3150 Porter Drive, Palo Alto, California 94304. I am personally familiar with the business practice of Perkins Coie LLP. On February 27, 2012, I caused the following documents to be served on the following party by the manner specified below:

- **RE-NOTICE OF HEARING ON TWITTER, INC.'S RENEWED MOTION TO SEVER**
- **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE RE AMANDA J. BEANE**

Alan D. Albright
Gray Cary Ware & Freidenrich LLP
1221 South MoPac Expressway
Suite 400
Austin, TX 78746-6875

Carl F. Schwenker
Brobeck Phleger & Harrison
2000 University Avenue
Palo Alto, CA 94303

Christine Lepera
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Gregory J. Casas
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002

M. Leah Somoano
Orrick, Herrington & Sutcliffe, LLP
2050 Main Street, Suite 1100
Irvine, CA 92614

Michael John Biles
Akin Gump Strauss et al LLP
300 W 6th St #2100
Austin, TX 78701

Tyler G Newby
Fenwick & West LLP - San Francisco, CA
555 California St., 12th Fl.
San Francisco, CA 94104

XXX  (By U.S. Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

____  (Electronic Transmission) I caused each document to be sent by electronic mail to the email addresses indicated above.

____  (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

1
2   I declare under penalty of perjury under the laws of the State of California that the above
3   is true and correct and that this declaration was executed at Palo Alto, California, on February 27,
4   2013.

_____
Nikki DyFoon

PROOF OF SERVICE
CASE NO. 3:13-CV-00453-JST