JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
MARC S. ELZWEIG (CSB No. 269965)
melzweig@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendant
PATH INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MARK OPPERMAN, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>PATH, INC., et al.,<br><br>         Defendants. | Case No.: C-13-453 (DMR)<br><br>**NOTICE OF APPEARANCE OF MARC S. ELZWEIG** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF COURT:**

PLEASE TAKE NOTICE THAT pursuant to General Order No. 45 Section IV(C)(1), Marc S. Elzweig of Fenwick & West LLP ("Defendant's Counsel") hereby submits this Notice of Appearance as counsel for Defendant Path, Inc.  For purposes of receipt of Notices of Electronic Filing, Defendant's Counsel's email addresses are as follows:

   Marc S. Elzweig:  melzweig@fenwick.com; bwalrod@fenwick.com

Dated:   March 1, 2013          FENWICK & WEST LLP

                                By: */s/Marc S. Elzweig*
                                    Marc S. Elzweig
                                    Attorneys for Defendant
                                    PATH INC.

NOTICE OF APPEARANCE OF MARC S. ELZWEIG
CASE NO.: C-13-453 (DMR)