1  Michele Floyd (SBN 163031)
2  michele@zwillgen.com
   ZWILLGEN LAW LLP
3  915 Battery Street, Second Floor
   Suite 3
4  San Francisco, CA 94111
   Telephone:  (415) 590-2340
5  Facsimile:  (415) 590-2339

6  **Attorneys for Defendants**
7  ELECTRONIC ARTS INC. AND CHILLINGO LTD.

8                   UNITED STATES DISTRICT COURT
9               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  MARC OPPERMAN, on Behalf of Himself and All Others Similarly Situated, | Case No. 3:13-cv-00453-JST |
| 12 | |
| 13         Plaintiff, | **NOTICE OF APPEARANCE OF MICHELE FLOYD** |
| 14   v. | |
| 15 | |
| 16  PATH INC., et al., | |
| 17         Defendant. | |

18

19 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF**
20 **COURT:**

21       PLEASE TAKE NOTICE that the undersigned ZwillGen Law LLP attorney hereby
22 appears as counsel in the above proceeding for Electronic Arts Inc. & Chillingo Ltd., and requests
23 that all notices, including all electronic ("ECF") notices, given or required to be given, and all
24 papers filed or served in this action be provided to and served upon the undersigned attorney at the
25 street and/or email address listed below:
26 ///
27 ///
28 ///

NOTICE OF APPEARANCE            -1-                    3:13-cv-00453-JST

| | |
|---|---|
| 1 | Michele Floyd |
| 2 | michele@zwillgen.com |
| | ZwillGen Law LLP |
| 3 | 915 Battery Street, 2nd Floor, Suite 3 |
| | San Francisco, CA 94111 |
| 4 | Tel: (415) 590-2340 |
| | Fax: (415)590-2339 |

DATED: March 5, 2013　　　　　　　　　　　　**ZWILLGEN LAW LLP**

By: /s/ Michele Floyd
Michele Floyd
Attorneys for Defendants
YAHOO! INC. AND CHILLINGO LTD.