| | |
|---|---|
| 1 | JEDEDIAH WAKEFIELD (CSB No. 178058) |
| | jwakefield@fenwick.com |
| 2 | TYLER G. NEWBY (CSB No. 205790) |
| | tnewby@fenwick.com |
| 3 | MARC S. ELZWEIG (CSB No. 269965) |
| | melzweig@fenwick.com |
| 4 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104 |
| | Telephone:     415.875.2300 |
| 6 | Facsimile:     415.281.1350 |

Attorneys for Defendant
PATH INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MARK OPPERMAN, et al., | Case No.: 3:13-cv-00453-JST |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF KATHLEEN LU** |
| v. | |
| PATH, INC., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF COURT:**

PLEASE TAKE NOTICE THAT pursuant to General Order No. 45 Section IV(C)(1), of Fenwick & West LLP ("Defendant's Counsel") hereby submits this Notice of Appearance as counsel for Defendant Path, Inc.  For purposes of receipt of Notices of Electronic Filing, Defendant's Counsel's email addresses are as follows:

    Kathleen Lu:  klu@fenwick.com; lmartinez@fenwick.com

///

///

///

NOTICE OF APPEARANCE
CASE NO.: 3:13-cv-00453-JST

1

| | | |
|---|---|---|
| 1 | Dated: March 7, 2013 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/Kathleen Lu* <br>     Kathleen Lu |
| 4 | | Attorneys for Defendant <br> PATH INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE
CASE NO.: 3:13-cv-00453-JST

2