1  Timothy L. Alger (SBN 160303)
   TAlger@perkinscoie.com
2  Julie E. Schwartz (SBN 260624)
   JSchwartz@perkinscoie.com
3  PERKINS COIE LLP
   3150 Porter Drive
4  Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
5  Facsimile:  650.838.4350

6  Amanda J. Beane (admitted *pro hac vice*)
   ABeane@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, WA  98101-3099
   Telephone:  206.359.8000
9  Facsimile:  206.359.9000

10 Attorneys for Defendant
   Twitter, Inc.
11
   [Additional counsel identified on
12 signature pages.]

13                    UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15                    SAN FRANCISCO DIVISION
16

17  MARC OPPERMAN, *et al.*,            Case No. 3:13-CV-00453-JST
18                 Plaintiffs,
                                        **OBJECTIONS TO AND REQUEST THAT
19        v.                            THE COURT STRIKE PLAINTIFFS'
                                        OPPOSITION TO DEFENDANTS'
20  PATH, INC., *et al.*,               ADMINISTRATIVE MOTION TO SET
                                        TIME FOR RESPONSE TO SECOND
21                 Defendants.          AMENDED COMPLAINT OR,
                                        ALTERNATIVELY, TO SCHEDULE A
22                                      CASE MANAGEMENT CONFERENCE,
                                        PURSUANT TO LOCAL RULE 7-11**

Defendants Twitter, Inc. ("Twitter"), Apple, Inc., Chillingo Ltd. ("Chillingo"), Electronic Arts, Inc. ("EA"), Facebook, Inc., Foodspotting, Inc., Gowalla Inc., Instagram, Inc., Kik Interactive, Inc., Path, Inc., Rovio Entertainment Ltd. s/h/a Rovio Mobile Oy, Yelp! Inc. and ZeptoLab UK Limited (collectively "Defendants") hereby object to and respectfully request that the Court strike Plaintiffs' Opposition to Defendants' Administrative Motion to Set Time for Response to Second Amended Complaint or, Alternatively, to Schedule a Case Management Conference, Pursuant to Local Rule 7-11 ("Opposition") [Dkt. 273].

Defendants object to and request that the Court strike Plaintiffs' Opposition on the following grounds:

1. Plaintiffs' counsel, Jeff Edwards and Carl F. Schwenker, are not admitted to the bar of this Court, and they have not obtained orders permitting them to appear before the Court *pro hac vice*.[1] No counsel who is a member of the bar of this Court has made an appearance on behalf of Plaintiffs in this matter.[2]

2. Without obtaining leave, Plaintiffs have filed in this Court an Opposition more than double the page limitation imposed by Local Rule 7-11(b). That Rule provides that any opposition to a motion for administrative relief "may not exceed 5 pages." Plaintiffs filed a brief in excess of 10 pages without seeking and obtaining leave of Court.

Defendants believe that their Administrative Motion should be granted, and that the Court should set a date for Defendants to respond to Plaintiffs' Second Amended Complaint, whether by answer or by motion to dismiss, 20 days after a ruling on the pending motions to sever. [Dkt. 269.]

---

[1] Only members of the bar of the Northern District of California may practice before this Court. N.D. Cal. Local Rule 11-1(a). Mr. Edwards and Mr. Schwenker state in the caption of the Opposition that they are "to be admitted *pro hac vice*," but they have not filed an application pursuant to Local Rule 11-3.

[2] Plaintiffs' counsel also filed in this case an Opposition to the Motion of Chillingo and EA to Sever [Dkt. 274], Opposition to Twitter's Renewed Motion to Sever [Dkt. 268], Notice of Filing on Motion to Relate in Hernandez Case [Dkt. 255], and Consent to Proceed before a Magistrate Judge [Dkt. 239]. Plaintiffs' counsel also filed a response to Apple's Motion to Relate in *Hernandez v. Path, Inc.,* Case. No. 4:12-CV-01515-YGR.

-1-

OBJECTIONS TO AND REQUEST THAT THE COURT STRIKE PLAINTIFFS' OPPOSITION TO ADMINISTRATIVE MOTION TO SET TIME
CASE NO. 3:13-CV-00453-JST

1  If the Court believes it would be helpful, Defendants will submit a reply in support of the Administrative Motion that responds to the factual and legal contentions made by Plaintiffs in their Opposition. Contrary to Plaintiffs' assertion, Defendants did *not* act as though they had unlimited time to respond to the Second Amended Complaint, and they actively engaged Plaintiffs on scheduling issues almost immediately after the motions to transfer were granted.[3] Defendants' counsel repeatedly attempted to reach agreement with Plaintiffs' counsel, and they were led to believe by Plaintiffs' counsel that a scheduling stipulation was likely.

Defendants respectfully request that the Court strike or disregard Plaintiffs' Opposition. If the Court chooses not to strike Plaintiffs' Opposition, Defendants respectfully request in the alternative that the Court permit Defendants to file a reply in support of the Administrative Motion, not to exceed 10 pages.

Dated: March 11, 2013

**PERKINS COIE LLP**

*/s/ Timothy L. Alger*
Timothy L. Alger

Attorneys for Defendant
TWITTER, INC.

---

[3] (*See* Declarations of Timothy L. Alger [Dkt. 269-1] and Marc J. Zwillinger [Dkt 269-2] in Support of Defendants' Administrative Motion to Set Time for Response to Second Amended Complaint, or Alternatively, to Schedule a Case Management Conference, Pursuant to Local Rule 7-11, filed on March 6, 2013, and Declaration of S. Ashlie Beringer in Support of Defendants' Administrative Motion to Set Time for Response to Second Amended Complaint, or Alternatively, to Schedule a Case Management Conference, Pursuant to Local Rule 7-11, filed concurrently.)

-2-

OBJECTIONS TO AND REQUEST THAT THE COURT
STRIKE PLAINTIFFS' OPPOSITION TO
ADMINISTRATIVE MOTION TO SET TIME
CASE NO. 3:13-CV-00453-JST

| | | |
|---|---|---|
| Dated: March 11, 2013 | | **ZWILLGEN PLLC** |
| | | */s/ Marc J. Zwillinger* |
| | | Marc J. Zwillinger (admitted *pro hac vice*) |
| | | 1705 N Street, NW |
| | | Washington, D.C. 20036 |
| | | Tel.: (202) 706-5202 |
| | | Email: marc@zwillgen.com |
| | | |
| | | Attorneys for Defendants |
| | | CHILLINGO LTD. and ELECTRONIC ARTS, INC. |
| Dated: March 11, 2013 | | **DURIE TANGRI LLP** |
| | | */s/ Michael H. Page* |
| | | Michael H. Page |
| | | 217 Leidesdorff Street |
| | | San Francisco, CA 94111 |
| | | Tel.: (415) 362-6666 |
| | | Email: mpage@durietangri.com |
| | | |
| | | Attorneys for Defendants |
| | | FOODSPOTTING, INC. and YELP! INC. |
| Dated: March 11, 2013 | | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | | */s/ Morvarid Metanat* |
| | | Morvarid Metanat |
| | | 1000 Marsh Road |
| | | Menlo Park, CA 94025-1015 |
| | | Tel.: (650) 614-7344 |
| | | Email: mmetanat@orrick.com |
| | | |
| | | Attorneys for Defendant |
| | | GOWALLA INC. |

-3-

OBJECTIONS TO AND REQUEST THAT THE COURT
STRIKE PLAINTIFFS' OPPOSITION TO
ADMINISTRATIVE MOTION TO SET TIME
CASE NO. 3:13-CV-00453-JST

| | | |
|---|---|---|
| 1 | Dated: March 11, 2013 | **COOLEY LLP** |
| 2 | | |
| 3 | | */s/ Mazda K. Antia* |
| | | Mazda K. Antia |
| 4 | | 4401 Eastgate Mall |
| | | San Diego, CA 92121-1909 |
| 5 | | Tel.: (858) 550-6139 |
| | | Email: mantia@cooley.com |
| 6 | | |
| 7 | | Attorneys for Defendants |
| | | FACEBOOK, INC., INSTAGRAM, INC. and |
| 8 | | KIK INTERACTIVE, INC. |
| 9 | Dated: March 11, 2013 | **FENWICK &WEST LLP** |
| 10 | | |
| 11 | | */s/ Jedediah Wakefield* |
| | | Jedediah Wakefield |
| 12 | | 555 California Street, 12th Floor |
| | | San Francisco, CA 94104 |
| 13 | | Tel.: (415) 875-2300 |
| | | Email: jwakefield@fenwick.com |
| 14 | | |
| | | Attorneys for Defendant |
| 15 | | PATH, INC. |
| 16 | Dated: March 11, 2013 | **GIBSON, DUNN & CRUTCHER LLP** |
| 17 | | |
| 18 | | */s/ S. Ashlie Beringer* |
| | | S. Ashlie Beringer |
| 19 | | 1881 Page Mill Road |
| | | Palo Alto, California 94304-1211 |
| 20 | | Tel.: (650) 849-5300 |
| | | Email: aberinger@gibsondunn.com |
| 21 | | |
| 22 | | Attorneys for Defendant |
| | | APPLE, INC. |

-4-

OBJECTIONS TO AND REQUEST THAT THE COURT
STRIKE PLAINTIFFS' OPPOSITION TO
ADMINISTRATIVE MOTION TO SET TIME
CASE NO. 3:13-CV-00453-JST

| | | |
|---|---|---|
| 1 | Dated: March 11, 2013 | **HOLLAND & KNIGHT LLP** |
| 2 | | |
| 3 | | */s/ Shelley G. Hurwitz* |
| | | Shelley G. Hurwitz |
| 4 | | 400 South Hope Street, 8th Floor |
| | | Los Angeles, CA 90071 |
| 5 | | Tel.: (213) 896-2476 |
| | | Email: shelley.hurwitz@hklaw.com |
| 6 | | |
| 7 | | Christopher G. Kelly (admitted *pro hac vice*) |
| | | Judith R. Nemsick (admitted *pro hac vice*) |
| 8 | | 31 West 52nd Street |
| | | New York, New York 10019 |
| 9 | | Tel.: (212) 513-3200 |
| | | Email: christopher.kelly@hklaw.com |
| 10 | | Email: judith.nemsick@hklaw.com |
| 11 | | |
| | | Attorneys for Defendant |
| 12 | | ROVIO ENTERTAINMENT LTD. s/h/a ROVIO MOBILE OY |
| 13 | | |
| | Dated: March 11, 2013 | **MITCHELL SILBERBERG KNUPP LLP** |
| 14 | | |
| 15 | | */s/ Valentine Antonavich Shalamitski* |
| | | Valentine Antonavich Shalamitski |
| 16 | | 11377 W Olympic Blvd |
| | | Los Angeles, CA 90064-1683 |
| 17 | | Tel:  (310) 312-3736 |
| | | Email: vas@msk.com |
| 18 | | |
| 19 | | Attorneys for Defendant |
| | | ZEPTOLAB UK LIMITED |

-5-

OBJECTIONS TO AND REQUEST THAT THE COURT
STRIKE PLAINTIFFS' OPPOSITION TO
ADMINISTRATIVE MOTION TO SET TIME
CASE NO. 3:13-CV-00453-JST

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Timothy L. Alger, hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  March 11, 2013

**PERKINS COIE LLP**

*/s/ Timothy L. Alger*
Timothy L. Alger

Attorneys for Defendant
TWITTER, INC.

-6-

OBJECTIONS TO AND REQUEST THAT THE COURT STRIKE PLAINTIFFS' OPPOSITION TO ADMINISTRATIVE MOTION TO SET TIME
CASE NO. 3:13-CV-00453-JST