1 Timothy L. Alger (SBN 160303)
TAlger@perkinscoie.com
2 Julie E. Schwartz (SBN 260624)
JSchwartz@perkinscoie.com
3 PERKINS COIE LLP
3150 Porter Drive
4 Palo Alto, CA 94304-1212
Telephone: 650.838.4300
5 Facsimile: 650.838.4350

6 Amanda J. Beane (admitted *pro hac vice*)
ABeane@perkinscoie.com
7 PERKINS COIE LLP
1201 Third Avenue, Suite 4900
8 Seattle, WA 98101-3099
Telephone: 206.359.8000
9 Facsimile: 206.359.9000

10 Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATH, INC., *et al.*,<br><br>    Defendants. | Case No. 3:13-CV-00453-JST<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Nikki Dyfoon, declare:

I am a citizen of the United States and am employed in the County of Santa Clara, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 3150 Porter Drive, Palo Alto, California 94304. I am personally familiar with the business practice of Perkins Coie LLP. On March 12, 2013, I caused the following documents to be served on the following party by the manner specified below:

- **OBJECTIONS TO AND REQUEST THAT THE COURT STRIKE PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO SET TIME FOR RESPONSE TO SECOND AMENDED COMPLAINT OR, ALTERNATIVELY, TO SCHEDULE A CASE MANAGEMENT CONFERENCE, PURSUANT TO LOCAL RULE 7-11**

Alan D. Albright
Gray Cary Ware & Freidenrich LLP
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875

Gregory J. Casas
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002

Christine Lepera
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Michael John Biles
Akin Gump Strauss et al LLP
300 W 6th St #2100
Austin, TX 78701

M. Leah Somoano
Orrick, Herrington & Sutcliffe, LLP
2050 Main Street, Suite 1100
Irvine, CA 92614

XXX   (By U.S. Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____   (Electronic Transmission) I caused each document to be sent by electronic mail to the email addresses indicated above.

_____   (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct and that this declaration was executed at Palo Alto, California, on March 12,
3  2013.

_____
Nikki DyFoon