1  Timothy L. Alger (SBN 160303)
   TAlger@perkinscoie.com
2  Julie E. Schwartz (SBN 260624)
   JSchwartz@perkinscoie.com
3  PERKINS COIE LLP
   3150 Porter Drive
4  Palo Alto, CA  94304-1212
   Telephone: 650.838.4300
5  Facsimile: 650.838.4350

6  Amanda J. Beane (admitted *pro hac vice*)
   ABeane@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, WA  98101-3099
   Telephone: 206.359.8000
9  Facsimile: 206.359.9000

10 Attorneys for Defendant
   Twitter, Inc.
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16 MARC OPPERMAN, *et al.*,         | Case No. 3:13-CV-00453-JST
17                                  |
           Plaintiffs,               | **PROOF OF SERVICE**
18                                  |
      v.                            |
19                                  |
   PATH, INC., *et al.*,            |
20                                  |
           Defendants.              |
21

22

23

24

25

26

27

## PROOF OF SERVICE

I, Nikki Dyfoon, declare:

I am a citizen of the United States and am employed in the County of Santa Clara, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 3150 Porter Drive, Palo Alto, California 94304. I am personally familiar with the business practice of Perkins Coie LLP. On March 12, 2013, I caused the following documents to be served on the following party by the manner specified below:

- TWITTER, INC.'S REPLY IN SUPPORT OF ITS RENEWED MOTION TO SEVER

Alan D. Albright
Gray Cary Ware & Freidenrich LLP
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875

Gregory J. Casas
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002

Christine Lepera
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Michael John Biles
Akin Gump Strauss et al LLP
300 W 6th St #2100
Austin, TX 78701

M. Leah Somoano
Orrick, Herrington & Sutcliffe, LLP
2050 Main Street, Suite 1100
Irvine, CA 92614

XXX   (By U.S. Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____   (Electronic Transmission) I caused each document to be sent by electronic mail to the email addresses indicated above.

_____   (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at Palo Alto, California, on March 12, 2013.

_____
Nikki Dyfoon

PROOF OF SERVICE
CASE NO. 3:13-CV-00453-JST