GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER (SBN 263977)
aberinger@gibsondunn.com
JOSHUA A. JESSEN (SBN 222831)
jjessen@gibsondunn.com
MAIA T. PEREZ (SBN 278215)
mperez@gibsondunn.com
JESSICA S. OU (SBN 280534)
jou@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>PATH, INC., *et al.*,<br><br>  Defendants. | CASE NO. 3:13-cv-00453-JST<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.** |

PLEASE TAKE NOTICE that Joshua A. Jessen (SBN 222831) of Gibson, Dunn & Crutcher LLP hereby enters his appearance as counsel for Defendant APPLE INC.

Appearing counsel requests that all papers in this action be served upon the undersigned at the address below:

>Joshua A. Jessen
>Gibson, Dunn & Crutcher LLP
>3161 Michelson Drive, Suite 1200
>Irvine, CA 92612
>Phone:  (949) 451-3800
>Fax:     (949) 451-4220
>Email:  JJessen@gibsondunn.com

DATED:  April 1, 2013                    GIBSON, DUNN & CRUTCHER LLP

By:   _____/s/ Joshua A. Jessen_____
          JOSHUA A. JESSEN

Attorneys for Defendant
APPLE INC.