UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-00453-JST<br><br>**ORDER POSTPONING HEARINGS PENDING RESOLUTION OF ADMINISTRATIVE MOTION TO RELATE CASES** |

Due to the pending administrative motion to relate the above-captioned case to *Hernandez v. Path, Inc.*, No. 12-cv-01515-YGR, Dkt. No. 52, and in the interest of conserving the resources of the parties and the Court, the hearings on the motions to sever filed by Twitter, Inc., Dkt. No. 236, Electronic Arts, Inc., Dkt. No. 256, and Instagram, Inc., Dkt. No. 272, are hereby postponed until and shall be heard on Thursday, May 9, 2013, at 2:00 p.m.

In addition, the Court shall hold all case deadlines and Twitter, Inc.'s administrative motion concerning the time to respond to the Second Amended Complaint, Dkt. No. 269, in abeyance until further notice.

**IT IS SO ORDERED**.

Dated: April 1, 2013

_____
JON S. TIGAR
United States District Judge