```
PHILLIPS, ERLEWINE & GIVEN LLP
DAVID M. GIVEN (SB #142375)
NICHOLAS A. CARLIN (SB #112532)
CARI A. COHORN (SB #249056)
50 California Street, 35th Floor
San Francisco, California 94111
Telephone:  415-398-0900
Facsimile:  415-398-0911
Email:  dmg@phillaw.com
        nac@phillaw.com
        cac@phillaw.com
```

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARC OPPERMAN, et al., | Case No. 13-cv-00453-JST |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF CARI A. COHORN** |
| vs. | |
| PATH, INC., et al., | |
| Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Cari A. Cohorn of Phillips, Erlewine & Given LLP hereby enters her appearance as counsel of record for Plaintiffs in the above-captioned matter.

Dated: April 3, 2013

      /s/ Cari A. Cohorn
Cari A. Cohorn
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA  94111
Telephone:  415-398-0900
Email:  cac@phillaw.com

**NOTICE OF APPEARANCE – Case No. 13-cv-00453-JST**