United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATH, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-00453-JST<br><br>**ORDER SETTING SCHEDULE REGARDING JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**<br><br>Re: Dkt. No. 306 |

On April 8, 2013, Judge Gonzalez Rogers, pursuant to Civil Local Rule 3-12(c), referred *Hernandez v. Path, Inc.*, No. 12-CV-01515-YGR, and *Pirozzi v. Apple, Inc.*, 12-CV-01529-YGR, to this Court to consider whether those two actions, which are related to each other, are related to the above-captioned action, *Opperman v. Path, Inc.*, No. 13-CV-00453.

Any party wishing to file a statement in support of or opposition to the underlying motion to relate, *Hernandez*, ECF No. 52, shall file (and serve on all parties in each of the three actions) its statement by no later than Tuesday, April 16, 2013, after which the Court will take the matter under submission.

**IT IS SO ORDERED**.

Dated: April 9, 2013

                                                        JON S. TIGAR<br>
                                                        United States District Judge