STRANGE & CARPENTER
Brian R. Strange (Cal. Bar No. 103252)
LACounsel@earthlink.net
David A. Holop (Cal. Bar No. 280475)
DHolop@strangeandcarpenter.com
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Joseph H. Malley (*not admitted*)
malleylaw@gmail.com
Law Office of Joseph H. Malley
1045 North Zang Boulevard
Dallas, TX 75208
Telephone: (214) 943-6100
Facsimile: (214) 943-6170

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| OSCAR HERNANDEZ and LAUREN CARTER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PATH, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 12-CV-1515-YGR<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS OSCAR HERNANDEZ AND LAUREN CARTER'S STATEMENT OF NON-OPPOSITION TO APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER TRANSFERRED *OPPERMAN* CASE SHOULD BE RELATED**<br><br>Dept.:            Oakland Courthouse<br>Judge:           Hon. Yvonne Gonzalez Rogers<br>Action Filed:  March 26, 2012 |
| MARIA PIROZZI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 12-CV-1529-YGR<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS OSCAR HERNANDEZ AND LAUREN CARTER'S STATEMENT OF NON-OPPOSITION TO APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER TRANSFERRED *OPPERMAN* CASE SHOULD BE RELATED**<br><br>Dept.:            Oakland Courthouse<br>Judge:           Hon. Yvonne Gonzalez Rogers<br>Action Filed:  March 27, 2012 |

[additional caption on next page]

---

Plaintiffs' Statement of Non-Opposition to Apple Inc.'s Administrative Motion to Consider Whether Transferred *Opperman* Case Should Be Related

1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MARC OPPERMAN, et al., individually and on behalf of a class of similarly situated individuals,<br><br>       Plaintiffs,<br><br>v.<br><br>PATH, INC., a Delaware Corporation,<br><br>       Defendant. | ) Case No. 13-CV-0453-JST<br>)<br>) **CLASS ACTION**<br>)<br>) **PLAINTIFFS OSCAR HERNANDEZ AND**<br>) **LAUREN CARTER'S STATEMENT OF NON-**<br>) **OPPOSITION TO APPLE INC.'S**<br>) **ADMINISTRATIVE MOTION TO CONSIDER**<br>) **WHETHER TRANSFERRED** *OPPERMAN*<br>) **CASE SHOULD BE RELATED**<br>)<br>) Dept.:   San Francisco Courthouse<br>) Judge:   Hon. Jon S. Tigar<br>) Action Filed: January 31, 2013 |

---

Plaintiffs' Statement of Non-Opposition to Apple Inc.'s Administrative Motion to Consider Whether Transferred *Opperman* Case Should Be Related

2

1   On February 13, 2013, Apple, Inc. filed an administrative motion to relate *Hernandez v. Path, Inc.*, No. 12-cv-1515-YGR (N.D. Cal.) to the action entitled *Opperman v. Path, Inc.*, No. 4:13-cv-00453-DMR (N.D. Cal.) (Dkt. No. 52).  On April 8, 2013, Judge Yvonne Gonzalez Rogers entered an Order of Referral to Determine Whether Cases Are Related (Dkt. No. 63).  Plaintiffs Oscar Hernandez and Lauren Carter, individually and on behalf of a class of similarly situated individuals ("Plaintiffs"), recognize that Path, Inc. ("Defendant") is a defendant in both *Hernandez* and *Opperman*.  Additionally, while Plaintiffs acknowledge that some factual and legal issues as they relate to Defendant are similar in both cases, as Defendant admits, some of the issues in *Hernandez* are not similar to *Opperman*.  *See* Def. Path Inc.'s Response in Support of Apple Inc.'s Mot. to Relate at 2 (Dkt. No. 53) ("*Hernandez* also makes distinct allegations not made in *Opperman* . . . .").  However, in light of the language in Civil Local Rule 3-12(a), Plaintiffs hereby notify the Court that they do not oppose relation of the cases.

Dated: April 16, 2013                                    Respectfully submitted,

                                                         STRANGE & CARPENTER

                                                   By:   /s/ Brian R. Strange
                                                         BRIAN R. STRANGE

                                                         *Attorneys for Plaintiffs*

---

Plaintiffs' Statement of Non-Opposition to Apple Inc.'s Administrative Motion to Consider Whether Transferred *Opperman* Case Should Be Related

3