PHILLIPS, ERLEWINE & GIVEN LLP
David M. Given (CBN 142375)
Nicholas A. Carlin (CBN 112532)
50 California Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
nac@phillaw.com

EDWARDS LAW
Jeff Edwards (TBN 24014406; *pro hac vice* pending)
jeff@edwards-law.com
1101 East 11th Street
Austin, Texas 78702
Telephone: 512.623.7727
Facsimile: 512.623.7729

LAW OFFICES OF CARL F. SCHWENKER
Carl F. Schwenker (TBN 00788374, *pro hac vice* pending)
cfslaw@swbell.net
1101 East 11th Street
Austin, Texas 78702
Telephone: 512.480.8427
eFax: 512.857.1294

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., for themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PATH, INC. et al.,<br><br>Defendants. | Case No. 3:13-cv-00453-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br><br><br>Hon. Jon S. Tigar |

Plaintiffs individually and on behalf of a proposed class of similarly situated individuals ("Plaintiffs") and Defendants jointly file this stipulation seeking an order to continue the initial Joint

Case Management Conference pursuant to Civil Local Rules 6-2 and 7-12 and Judge Tigar's Standing Order in Civil Cases.

Whereas, on February 28, 2013, the Court issued a Notice [Dkt #264] setting the initial Case Management Conference in this action for May 1, 2013 and setting an April 24, 2013 deadline for submission of the parties' Joint Case Management Statement.  Based upon the Notice, the parties' deadline under the Federal Rules to hold their Rule 26(f) discovery and case planning conference to assist in preparation of a Joint Case Management Statement was April 10, 2013.  *See* FED. R. CIV. P. 26(f).

Whereas, prior to that conference deadline on April 1, 2013, the Court issued an Order [Dkt #304] holding in abeyance in the interest of conservation of resources all case deadlines pending consideration of relation of this case and *Hernandez v. Path*, Case No. 12-cv-1515-YGR.  As a consequence, the parties understood the case management conference-related deadlines and hearing to have also been held in abeyance and have not yet conferred on discovery and other Rule 26(f) case management issues pertinent to preparation of a Joint Case Management Statement.

Whereas, on April 22, 2013, the Court issued a notice indicating that the case management conference would proceed on May 1, 2013 and that the parties' Joint Case Management Statement was due two days later on April 24, 2013.

Whereas, the issue of relation of *Hernandez v. Path*, Case No. 12-cv-1515-YGR to the present case is still pending before this Court and, in view of the Order and the Notices, the parties will not have an adequate opportunity to hold a Rule 26(f) discovery and case planning conference and prepare an appropriate and useful Joint Case Management Statement in advance of either the reinstituted deadlines or the present May 1st Case Management Conference setting.

Whereas, on May 9, 2013, the Court is set to hear the Motions to Sever of Defendants Twitter, Electronic Arts and Instagram.

2

Therefore, pursuant to Civil Local Rule 7-12, the parties, by and through their respective counsel of record, hereby stipulate as follows:

1. The initial Case Management Conference is reset to May 15, 2013 or such later available date as may be convenient for the Court on which it regularly schedules case management conferences, specifically _____, 2013.

2. The parties' Joint Case Management Statement shall be due seven (7) days before the reset Case Management Conference. All other deadlines based upon the date of the Case Management Conference or Joint Case Management Statement, including the parties' Rule 26(f) conference, are hereby reset.

IT IS SO STIPULATED.

Dated: April 23, 2013                                   Respecfully submitted,

                                                        PHILLIPS, ERLEWINE & GIVEN LLP


                                                        By:  /s/
                                                             Nicholas A. Carlin

                                                        David M. Given (CBN 142375)
                                                        Nicholas A. Carlin (CBN 112532)
                                                        50 California Street, 35th Floor
                                                        San Francisco, CA  94111
                                                        Telephone: 415-398-0900
                                                        Fax:         415-398-0911
                                                        Email:       dmg@phillaw.com
                                                                     nac@phillaw.com

                                                        EDWARDS LAW
                                                        Jeff Edwards
                                                        TBN 24014406; *pro hac vice* pending
                                                        1101 East 11th Street
                                                        Austin, Texas 78702
                                                        Telephone: 512.623.7727
                                                        Facsimile: 512.623.7729
                                                        jeff@edwards-law.com

JOINT STIPULATION AND PROPOSED ORDER
CASE NOS. 3:13-CV-00453-JST

LAW OFFICES OF CARL F. SCHWENKER
Carl F. Schwenker
TBN 00788374; *pro hac vice* pending
1101 East 11th Street
Austin, Texas 78702
Telephone: 512.480.8427
eFax:        512.857.1294
cfslaw@swbell.net

Attorneys for PLAINTIFFS


GIBSON, DUNN & CRUTCHER LLP

By:    /s/
S. Ashlie Beringer
Gibson Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94036

Attorneys for Defendant APPLE, INC.


DHILLON & SMITH LLP

By: /s/ *Harmeet K. Dhillon*
Harmeet K. Dhillon
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, CA 94108
Tel.: (415) 433-1700
Email: harmeet@dhillonsmith.com

Attorneys for GOWALLA INCORPORATED


Mitchell, Silberberg & Knupp LLP

By: /s/ Valentine Shalamitski
Valentine Shalamitski
Mitchell, Silberberg & Knupp LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064-1683
Tel.:  310 312-3736
vas@msk.com

Attorneys for ZEPTOLAB

4

FENWICK & WEST LLP

By: ___/s/_____
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
MARC S. ELZWEIG (CSB No. 269965)
melzweig@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendant PATH, INC.


DURIE TANGRI LLP

By: */s/ Michael H. Page*
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:  415-236-6300

Attorneys for Defendants
YELP INC. and FOODSPOTTING, INC.


PERKINS COIE, LLP

By: */s/ Timothy L. Alger*
Timothy L. Alger
PERKINS COIE, LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
Tel.:  650-838-4334
TAlger@perkinscoie.com

Attorneys for Defendant Twitter, Inc.

5

COOLEY LLP

By:     /s/ Mazda K. Antia
Mazda K. Antia
Cooley LLP
 4401 Eastgate Mall
San Diego, CA 92121-1909
Direct: 858/550-6139 • Fax: 858/550-6420

Attorneys for FACEBOOK, INC., INSTAGRAM, INC., and KIK INTERACTIVE, INC.


Morrison & Foerster LLP

By: /s/ David F. McDowell
David F. McDowell
Morrison & Foerster LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543
Tel.: 213-892-5200
DMcDowell@mofo.com

Attorneys for Defendant
Foursquare Labs, Inc.


ZwillGen Law LLP

By: /s/ Michele Floyd
Michele Floyd
ZwillGen Law LLP
915 Battery  Street, 2d Floor
San Francisco, California 94111
415.590.2340 (direct)
415.590.2335 (main)
Michele@zwillgen.com

Attorneys for Electronic Arts, Inc. and Chillingo LTD.


HOLLAND & KNIGHT LLP

By: /s/ *Shelley G. Hurwitz*
Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: (213) 896-2476
shelley.hurwitz@hklaw.com

Attorneys for ROVIO ENTERTAINMENT LTD.
s/h/a ROVIO MOBILE OY

6

PURSUANT TO STIPULATION, IT IS SO ORDERED

SIGNED this _____ day of April, 2013.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE
                                                                HON. JON S. TIGAR

## CERTIFICATION

I, Nicholas A. Carlin, am the ECF User whose identification and password are being used to file this **Joint Stipulation and [Proposed] Order to Continue Initial Case Management Conference.** Pursuant to Civil Local Rule 5-1, I hereby attest that concurrence in the filing of the document has been obtained from all counsel of record.

Dated: April 23, 2013.

By: _____/s/_____
Nicholas A. Carlin (CBN 112532)

PHILLIPS, ERLEWINE & GIVEN LLP
50  California Street, 35th Floor
San Francisco, CA  94111
Telephone:  415-398-0900
Fax:             415-398-0911
Email:         nac@phillaw.com