CHRISTINE LEPERA (*pro hac vice* pending), ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice* pending), jmm@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street – 30th Floor
New York, New York 10017-1028
Telephone:     (212) 509-3900
Facsimile:      (212) 509-7239

VALENTINE A. SHALAMITSKI (SBN 236061), vas@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:     (310) 312-2000
Facsimile:      (310) 312-3100

Attorneys for Defendant ZeptoLab UK Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., *et al.*, <br><br> Defendants. | Case No. 4:13-CV-00453-JST <br><br> The Honorable Jon S. Tigar <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> [Submitted Pursuant to FRCP 7.1 and Civil L.R. 3-16] |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned counsel of record for Defendant ZeptoLab UK Limited certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 24, 2013

CHRISTINE LEPERA
JEFFREY M. MOVIT
VALENTINE A. SHALAMITSKI
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Valentine A. Shalamitski
    Valentine A. Shalamitski
    Attorneys for Defendant
    ZeptoLab UK Limited