CHRISTINE LEPERA (*pro hac vice* pending), ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice* pending), jmm@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street – 30th Floor
New York, New York 10017-1028
Telephone:     (212) 509-3900
Facsimile:     (212) 509-7239

VALENTINE A. SHALAMITSKI (SBN 236061), vas@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone:     (310) 312-2000
Facsimile:     (310) 312-3100

Attorneys for Defendant ZeptoLab UK Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., *et al.*, <br><br> Defendants. | Case No. 4:13-CV-00453-JST <br><br> The Honorable Jon S. Tigar <br><br> **DECLARATION OF JEFFREY M. MOVIT IN SUPPORT OF ADMINISTRATIVE MOTION FOR ZEPTOLAB UK LIMITED TO APPEAR BY TELEPHONE AT THE HEARING ON THE MOTIONS TO SEVER** <br><br> Date of Hearing: May 9, 2013 <br> Time: 2:00 p.m. <br> Place: Courtroom 9 |

I, Jeffrey M. Movit, declare as follows:

1.     I am of counsel to the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), attorneys of records for Defendant ZeptoLab UK Limited ("ZeptoLab"). It is in that capacity that I am making this declaration in support of the Administrative Motion for Order Allowing Counsel for ZeptoLab UK Limited to Appear by Telephone at the Hearing on the Motions to Sever. I have personal knowledge of the matters set forth in this declaration, and if called as a witness I could and would competently testify to such matters.

2. I have applied *pro hac vice* as counsel in this matter on behalf of ZeptoLab (ECF No. 283); that admission remains pending. I am based out of MSK's New York office which is located at 12 E. 49th Street, 30th Floor, New York, New York 10017. I am national litigation counsel for ZeptoLab, and I am fully familiar with the issues in this litigation.

3. I am requesting to appear by telephone in order to reduce the cost-burden for my client, ZeptoLab.

4. There are numerous parties involved in this litigation. On May 1, 2013, I sent an email to counsel for all parties inquiring whether anyone objected to ZeptoLab's appearance by telephone at the May 9, 2013 hearing on the motions to sever. No party has any objection to the granting of this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2013

_____
Jeffrey M. Movit