1  CHRISTINE LEPERA (*pro hac vice* pending), ctl@msk.com
   JEFFREY M. MOVIT (*pro hac vice* pending), jmm@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   12 East 49th Street – 30th Floor
3  New York, New York 10017-1028
   Telephone:      (212) 509-3900
4  Facsimile:      (212) 509-7239

5  VALENTINE A. SHALAMITSKI (SBN 236061), vas@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
6  11377 West Olympic Boulevard
   Los Angeles, California 90064
7  Telephone:      (310) 312-2000
   Facsimile:      (310) 312-3100

8  Attorneys for Defendant ZeptoLab UK Limited
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  MARC OPPERMAN, *et al.*, | Case No. 4:13-CV-00453-JST |
| 14       Plaintiffs, | The Honorable Jon S. Tigar |
| 15       v. | **DECLARATION OF VALENTINE SHALAMITSKI IN SUPPORT OF ADMINISTRATIVE MOTION FOR ORDER ALLOWING COUNSEL FOR ZEPTOLAB UK LIMITED TO APPEAR BY TELEPHONE AT THE HEARING ON THE MOTIONS TO SEVER** |
| 16  PATH, INC., *et al.*, | |
| 17       Defendants. | |
| 18 | |
| 19 | Date of Hearing:  May 9, 2013 |
| 20 | Time:  2:00 p.m.<br>Place:  Courtroom 9 |

21       I, Valentine Shalamitski, declare as follows:

22       1.      I am an attorney with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"),

23  attorneys of records for Defendant ZeptoLab UK Limited ("ZeptoLab").  It is in that capacity that

24  I am making this declaration in support of the Administrative Motion for Order Allowing Counsel

25  for ZeptoLab UK Limited to Appear by Telephone at the Hearing on the Motions to Sever.  I have

26  personal knowledge of the matters set forth in this declaration, and if called as a witness I could

27  and would competently testify to such matters.

28

Mitchell
Silberberg &
Knupp LLP

5223941.1

1    2.    I am admitted to practice in the United States District Court for the Northern

2   District of California and I have filed an appearance as counsel in this matter on behalf of

3   ZeptoLab.  I am based out of MSK's Los Angeles office which is located at 11377 W. Olympic

4   Boulevard, Los Angeles, CA 90064.

5    3.    I am requesting to appear by telephone in order to reduce the cost-burden for my

6   client, ZeptoLab.

7    I declare under penalty of perjury that the foregoing is true and correct.

8

9   Dated:  May 2, 2013                          /s/ Valentine Shalamitski
                                                 Valentine Shalamitski
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

5223941.1