GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER (SBN 263977)
aberinger@gibsondunn.com
JOSHUA A. JESSEN (SBN 222831)
jjessen@gibsondunn.com
MAIA T. PEREZ (SBN 278215)
mperez@gibsondunn.com
JESSICA S. OU (SBN 280534)
jou@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., *et al.*, <br><br> Defendants. | CASE NO. 3:13-cv-00453-JST <br><br> **NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL FOR DEFENDANT APPLE INC.** |

1   PLEASE TAKE NOTICE that, pursuant to Local Rule 11-5(a), Scott H. Mellon is no longer
2   counsel of record for Defendant Apple Inc. as he is no longer associated with the law firm of Gibson,
3   Dunn & Crutcher LLP.
4   Gibson, Dunn & Crutcher LLP will continue to represent Defendant Apple Inc. in this matter.

6   DATED:  May 15, 2013                          GIBSON, DUNN & CRUTCHER LLP

                                                  By:       /s/ S. Ashlie Beringer
                                                            S. ASHLIE BERINGER

                                                  Attorneys for Defendant
                                                  APPLE INC.