David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA   94111
Tel: 415-398-0900
Fax: 415-398-0911
Email:  dmg@phillaw.com
           nac@phillaw.com

Attorneys for Plaintiffs and the Putative Class

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA   94111
Telephone:  (415) 398-0900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al,, <br><br> Plaintiffs, <br><br> vs. <br><br> PATH, INC., et al., <br><br> Defendants. | Case No:   13-cv-00453-JST <br><br> **NOTICE OF CHANGE OF FIRM ADDRESS** |
| OSCAR HERNANDEZ, et al,, <br><br> Plaintiffs, <br><br> vs. <br><br> PATH, INC., <br><br> Defendant. | |
| MARIA PIROZZI, et al,, <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE, INC., <br><br> Defendant. | |

NOTICE OF CHANGE OF FIRM ADDRESS — Case No.  13-CV-00453-JST

1    **PLEASE TAKE NOTICE** that counsel for Plaintiffs Marc Opperman, etc., Phillips,

2   Erlewine & Given LLP have changed addresses, and their current address is as listed below.

3   The telephone and fax numbers and email addresses remain the same:

4                                Phillips, Erlewine & Given, LLP
                                 50 California Street, 32nd Floor
5                                San Francisco, CA  94111

6   Dated:  June 4, 2013                          By:  /s/ David M. Given_____

7                                                      David M. Given
                                                       PHILLIPS, ERLEWINE & GIVEN LLP
8                                                      50 California Street, 32nd Floor
                                                       San Francisco, CA 94111
9                                                      Telephone:  415-398-0900

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900

_____

**NOTICE OF CHANGE OF FIRM ADDRESS — Case No.  13-CV-00453-JST**