S. ASHLIE BERINGER, SBN 263977
  aberinger@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831
  jjessen@gibsondunn.com
MAIA T. PEREZ, SBN 278215
  mperez@gibsondunn.com
JESSICA OU, SBN 280534
  jou@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:   650.849.5333

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., | CASE NO. 13-CV-00453-JST |
| Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | **(CIVIL L.R. 3-16)** |
| PATH, INC., et al. | |
| Defendants. | |

Gibson, Dunn & Crutcher LLP

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendant Apple Inc. certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 18, 2013

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/
S. Ashlie Beringer

S. ASHLIE BERINGER
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 849-5300
Facsimile:   (650) 849-5333

Attorneys for Defendant
Apple Inc.

Gibson, Dunn & Crutcher LLP

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – CASE NO. 13-CV-00453-JST