David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA   94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
       nac@phillaw.com

Jeff Edwards (TBN 24014406; *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
Telephone: 512.623.7727
Facsimile:   512.623.7729
Email: jeff@edwards-law.com

Carl F. Schwenker (TBN 00788374, *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
Tel. :   512.480.8427
eFax: 512.857.1294
Email: cfslaw@swbell.net

Counsel for the *Opperman* Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al,,<br><br>             Plaintiffs,<br><br>     vs.<br><br>PATH, INC., et al.,<br><br>             Defendants. | Case No:   13-cv-00453-JST<br><br>***OPPERMAN* PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>This Document Relates to Case No. 13-cv-00453-JST Only<br><br>[Submitted Pursuant to Civil L.R. 3-16]<br><br>CLASS ACTION<br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| OSCAR HERNANDEZ, et al,, | |
| Plaintiffs, | |
| vs. | |
| PATH, INC., | |
| Defendant. | |
| MARIA PIROZZI, et al,, | |
| Plaintiffs, | |
| vs. | |
| APPLE, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned counsel of record for Plaintiffs certify that as of this date, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. The named Plaintiffs;

2. The named Plaintiffs' counsel:

| | |
|---|---|
| David M. Given | Carl F. Schwenker |
| Nicholas A. Carlin | LAW OFFICES OF CARL F. SCHWENKER |
| PHILLIPS, ERLEWINE & GIVEN LLP | The Haehnel Building |
| 50 California Street, 32nd Floor | 1101 East 11th Street |
| San Francisco, CA  94111 | Austin, Texas 78702 |
| Tel: 415-398-0900 | Tel. :   512.480.8427 |
| Fax: 415-398-0911 | eFax:  512.857.1294 |
| Email:  dmg@phillaw.com | Email:  cfslaw@swbell.net |
|         nac@phillaw.com | |

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900

---

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.  13-CV-00453-JST

1

Jeff Edwards
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
Telephone: 512.623.7727
Facsimile:   512.623.7729
Email:  jeff@edwards-law.com

Dirk Jordan
Texas Bar No. 00784359
*Jordan Law Firm*
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
512-551-0669
512-551-0668 fax
dirk@dirkjordan.com

3. The prospective Class members, as Plaintiffs seek certification of a nationwide class or classes of similarly situated individuals who were impacted by Defendants' actions.

4. The named Defendants in this action and any persons or entities identified in the Defendants' respective Certifications of Interested Entities or Persons.

Dated: June 19, 2013

By:_____/s/_____
Jeff Edwards (*pro hac vice*)
EDWARDS LAW

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900