DAVID F. McDOWELL (CA SBN 125806)
DMcDowell@mofo.com
KEITH M. HENNEKE (CA SBN 283063)
KHenneke@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Ste. 6000
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant
FOURSQUARE LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., et al. <br><br> Defendants. | Case No. 13-cv-00453-JST <br><br> [Related to Case Nos. 12-cv-01515-JST and 12-cv-01529-JST] <br><br> **CLASS ACTION** <br><br> **FOURSQUARE LABS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RUHE 3-16** <br><br> Judge Jon S. Tigar, Courtroom 9 |

1  Pursuant to Civil L.R. 3-16, defendant Foursquare Labs, Inc. ("Foursquare"), through its
2  undersigned counsel, hereby certifies that as of this date, other than the named parties, there is no
3  such interest to report.

Dated: June 19, 2013         DAVID F. McDOWELL
                             KEITH M. HENNEKE
                             MORRISON & FOERSTER LLP

                             By:   /s/ David F. McDowell
                                   DAVID F. McDOWELL

                             Attorneys for Defendant
                             FOURSQUARE LABS, INC.

Foursquare Labs, Inc.'s Certification of Interested Entities or Persons
13-cv-00453-JST
la-1214117

1

1

**CERTIFICATE OF SERVICE**

2   I hereby certify that on June 19, 2013, I electronically filed the foregoing with the Clerk of

3   Court using the EM/ECF system which will send a notice of electronic filing to all counsel of

4   record who have consented to electronic notification.  I further certify that I mailed the foregoing

5   document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

6

7                                                                /s/ David F. McDowell
                                                                 David F. McDowell

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Foursquare Labs, Inc.'s Certification of Interested Entities or Persons
13-cv-00453-JST
la-1214117