HOLLAND & KNIGHT LLP
  Christopher G. Kelly (*admitted pro hac vice*)
  Judith R. Nemsick (*admitted pro hac vice*)
31 West 52nd Street
New York, New York  10019
Tel.:   (212) 513-3200
Fax:   (212) 385-9010
christopher.kelly@hklaw.com
judith.nemsick@hklaw.com

HOLLAND & KNIGHT LLP
  Shelley G. Hurwitz (SBN 217566)
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone 213.896.2400
Facsimile  213.896.2450
shelley.hurwitz@hklaw.com

Attorneys for Defendant
Rovio Entertainment Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC OPPERMAN, *et al*., | **CASE NO. 3:13-CV-00453-JST** |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF INTERESTED PARTIES OR PERSONS** |
| PATH, INC., *et al.*, | |
| Defendants. | This Document Relates to All Cases |
| | [Local Rule 3-16 and FRCP 7.1] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Trema International Holdings BV, a private Netherlands company, is Rovio's parent entity.

Dated: June 20, 2013               /s/ Shelley G. Hurwitz
                                   Shelley G. Hurwitz
                                   Attorneys for Defendant Rovio Entertainment Ltd.
                                   s/h/a Rovio Mobile Oy

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I have placed in the mail for pick-up by the US Postal Service on June 20, 2013, the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ Shelley G. Hurwitz
Shelley G. Hurwitz
