Michele Floyd (SBN 163031)
michele@zwillgen.com
ZWILLGEN LAW LLP
915 Battery Street, Second Floor
Suite 3
San Francisco, CA 94111
Telephone: (415) 590-2340

Marc J. Zwillinger (*admitted pro hac vice*)
marc@zwillgen.com
Jacob A. Sommer (*admitted pro hac vice*)
jake@zwillgen.com
ZWILLGEN PLLC
1705 N St NW
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298

**Attorneys for Defendants**
Electronic Arts, Inc. & Chillingo, Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PATH INC., et al.,<br><br>Defendant. | Case No. 3:13-cv-00453-JST<br><br>**CERTIFICATION OF INTERESTED PARTIES OF DEFENDANT ELECTRONIC ARTS, INC. AND CHILLINGO, LTD.**<br><br>[Submitted Pursuant to Civil L.R. 3-16]<br><br>**Hon. Jon S. Tigar** |

**DEFENDANT ELECTRONIC ARTS, INC. & CHILLINGO, LTD.'S CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 21, 2013

ZWILLGEN PLLC

By: /s/Jacob A. Sommer
Jacob A. Sommer
**Attorneys for Defendant**
Electronic Arts, Inc. & Chillingo, Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2013, I electronically filed the foregoing **CERTIFICATION OF INTERESTED PARTIES OF DEFENDANT ELECTRONIC ARTS, INC. AND CHILLINGO, LTD.** with the Clerk of the Court using the CM/ECF system.

Dated:  June 21, 2013                                             ZWILLGEN PLLC

                                          By:   /s/Jacob A. Sommer
                                                 Jacob A. Sommer
                                                 **Attorneys for Defendant**
                                                 Electronic Arts, Inc. & Chillingo, Ltd.