# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: June 21, 2013                                                                                 Judge: Jon S. Tigar

Time: 51 minutes

| | |
|---|---|
| Case No. | **3:13-cv-00453-JST** |
| Case Name | **Marc Opperman, et al. v. Path, Inc., et al.** |

Related cases:

| | |
|---|---|
| Case No. | **3:12-cv-01529-JST** |
| Case Name | **Maria Pirozzi, et al. v. Apple, Inc.** |
| Case No. | **3:12-cv-01515-JST** |
| Case Name | **Oscar Hernandez v. Path, Inc.** |
| Case No. | **3:12-cv-06550-JST** |
| Case Name | **Steven Gutierrez v. Instagram, Inc.** |

Attorney(s) for Plaintiff(s):
    <u>Marc Opperman, et al.</u>
    David M. Given
    Jeffrey Scott Edwards
    Nicholas A. Carlin
    Carl F. Schwenker

    <u>Maria Pirozzi</u>
    Jennifer Sarnelli
    Kira German

    <u>Oscar Hernandez / Steven Gutierrez</u>
    Brian R Strange
    John Ceglia

Attorneys for Defendants:
    <u>Apple Inc</u>
    S. Ashlie Beringer
    Maya Perez

    <u>Chillingo Ltd. / Electonic Arts Inc.</u>
    Marc J. Zwillinger (appearing telephonically)
    Michele D. Floyd (appearing telephonically)

Date: June 21, 2013  Judge: Jon S. Tigar

Case No.  **3:13-cv-00453-JST**
Case Name  **Marc Opperman, et al. v. Path, Inc., et al.**

And related cases.

<div style="margin-left:2em;">

<u>Facebook Inc. / Instagram, Inc. / Kik Interactive, Inc.</u>
Mazda K. Antia

<u>Foursquare Labs, Inc.</u>
David F. McDowell

<u>Gowalla Incorporated</u>
Harmeet K. Dhillon
Krista Lee Shoquist

<u>Path, Inc.</u>
Jedediah Wakefield
Kathleen Lu

<u>Rovio Mobile Oy</u>
Judith R. Nemsick (appearing telephonically)
Christopher G. Kelly (appearing telephonically)

<u>Twitter, Inc.</u>
Timothy L. Alger

<u>Yelp! Inc. / Foodspotting, Inc.</u>
Michael H. Page

<u>ZeptoLab UK Limited</u>
Jeffrey M. Movit (appearing telephonically)
Valentine A. Shalamitski (appearing telephonically)

</div>

Deputy Clerk: William Noble  Court Reporter: Not reported

### PROCEEDINGS

Case management conference.

### RESULT OF HEARING

Case management conference held.

Discovery will be referred to a Magistrate Judge.

Plaintiff is granted leaved to file a motion for entry of default against Hipster.

Date:  June 21, 2013                                         Judge:  Jon S. Tigar

Case No.     **3:13-cv-00453-JST**
Case Name    **Marc Opperman, et al. v. Path, Inc., et al.**

And related cases.

Hearing on Motion to Dismiss Plaintiff's Second Amended Class Action Complaint (docket 38) in case 3:12-cv-01529-JST <u>Pirozzi v. Apple, Inc</u>, will be held on August 1, 2013 at 10:00 a.m.

Consolidated complaint to be filed within 10 days after the court issues its order with regard to the <u>Pirozzi</u> motion to dismiss.  Mr. Strange to prepare proposed order.

Further case management conference set for August 1, 2013 at 10:00 a.m.  A joint case management statement is due July 25, 2013 containing whatever new issues have arisen and what briefing schedule and page limits will regarding motion to dismiss omnibus complaint and joinders.

The court orders that there is not to be any discovery until further order of the court.  Plaintiffs may file a motion for discovery after a good faith meeting and conferring with defendants.

Parties may contact the courtroom deputy if a case management conference hearing needs to be held prior to August 1, 2013.