AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-00219-ss

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hipster, Inc.
was received by me on *(date)* 10/10/2012 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* S. Sharp-Authorized to accept , who is
designated by law to accept service of process on behalf of *(name of organization)* Hipster, Inc.
c/o Agents and Corporations, Inc. @ 10:11 am on *(date)* 10/10/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/10/2012

_____
*Server's signature*

Scott Roberts-Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Marc Opperman, et al, for themselves and
all others similarly situated,

*Plaintiff*

v.

Path, Inc., et al,

*Defendant*

Civil Action No.  1:12-00219-ss

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hipster, Inc.
c/o Agents and Corporations, Inc.
1201 Orange Street, Suite 600
One Commerce Center
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Edwards
The Edwards Law Firm
706 Guadalupe
Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William G. Putnicki
*CLERK OF COURT*

Katherine Wallace
*Signature of Clerk or Deputy Clerk*

Date: 10/09/12

