**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 1, 2013

**RE:** <u>**MARK OPPERMAN, et al. -v- PATH, INC, et al., Case Number C-13-0453-JST**</u>

    **Default** is *entered* as to **Defendant Hipster, Inc.** on **July 1, 2013**.

                         RICHARD W. WIEKING, Clerk

                         by: <u>Thelma Nudo</u>
                              Deputy Clerk