UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PATH, INC., et al.,<br><br>  Defendants. | Case No. 13-cv-00453-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 344<br><br>THIS DOCUMENT RELATES TO:<br>13-CV-00453-JST |

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on Plaintiffs' Motion for Entry of Default Against Defendant Hipster, Inc. The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: July 2, 2013

_____
JON S. TIGAR
United States District Judge