**FILED**

JUL 0 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., et al., <br><br> Defendants. | Case No. 13-cv-00453-JST <br><br> **ORDER WITHDRAWING JULY 2, 2013 ORDER OF REFERENCE TO MAGISTRATE JUDGE** <br><br> Re: ECF No. 347 |

On July 2, 2013, this Court issued its Order of Reference to Magistrate Judge, ECF No. 347, referring Plaintiffs' Motion for Entry of Default Against Hipster, Inc., ECF No. 344, to a magistrate judge for a report and recommendation. That Order was issued in error and is hereby WITHDRAWN. The Clerk entered default against Defendant Hipster, Inc. on July 1, 2013. ECF No. 346. Should Plaintiffs seek entry of default judgment, they must apply to the Court for a default judgment pursuant to Federal Rule of Civil Procedure 55(b).

**IT IS SO ORDERED.**

Dated: July 9, 2013

_____
JON S. TIGAR
United States District Judge