David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
Email:  dmg@phillaw.com
        nac@phillaw.com

Attorneys for Plaintiffs and the Putative Class

[ADDITIONAL COUNSEL LISTED BELOW]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>PATH, INC., et al.,<br><br>           Defendants. | Case No. : 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AMONG PLAINTIFFS' COUNSEL IN RELATED CASES REGARDING ORGANIZATION OF PLAINTIFFS' COUNSEL IN ALL CASES; [PROPOSED] ORDER**<br><br>**THIS DOCUMENT RELATES TO ALL CASES**<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc*., No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc*., No. 12-cv-6550-JST<br><br>Judge:    Hon. Jon S. Tigar |

Whereas on March 12, 2012, the *Opperman* case was filed by the Law Office of Carl F. Schwenker, Edwards Law, the Jordan Law Firm and, associating later, Phillips, Erlewine & Given LLP against, as amended, fourteen defendants; and

Whereas on March 26, 2012, the *Hernandez* case was filed by Strange & Carpenter and Law Office of Joseph H. Malley, PC against Path, Inc., a defendant in the *Opperman* case; and

Whereas on March 27, 2012, the *Pirozzi* case was filed by Gardy & Notis LLP and Martin Stuart Bakst against Apple, Inc., a defendant in the *Opperman* case; and

Whereas on December 27, 2012, the *Gutierrez* case was filed by Strange & Carpenter, Parisi & Havens LLP, Law Office of Joseph H. Malley, PC and The Law Offices of Alan Himmelfarb against Instagram, Inc., a defendant in the *Opperman* case; and

Whereas all four cases are putative class actions on behalf of the same or related classes presenting common allegations, issues and claims against overlapping defendants in the cases; and

Whereas the Court previously related the *Hernandez*, *Pirozzi* and *Guitierrez* cases to the *Opperman* case; and

Whereas the Court ordered the consolidation of those cases pending subsequent to the Court's August 1, 2013 hearing on and determination of Apple, Inc.'s motion to dismiss the *Pirozzi* case and instructed that a single consolidated amended complaint be filed encompassing those cases; and

Whereas plaintiffs' counsel in each case desire to work together and avoid unnecessary duplication of effort for themselves, their clients, the putative class members, defense counsel and the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among all plaintiffs' counsel in all four cases that, pursuant to Rule 23(g), Fed. R. Civ. P., and upon the approval of the Court, on consolidation the plaintiffs' efforts in the consolidated cases and any subsequently related cases shall be led by a Co-Lead Counsel composed of:

- Phillips, Erlewine & Given LLP

- Law Offices of Carl F. Schwenker
- Strange & Carpenter
- Gardy & Notis, LLP

Co-Lead Counsel shall be responsible for the conduct of the consolidated cases, and any related cases against defendants assigned to this Court, including but not limited to:

1. Making assignments among counsel of work to be done, including discovery, law and motion practice, class certification issues, and trial.

2. Determining at the appropriate time whether an effort should be made to settle the case, and in what manner, or responding to any settlement overture(s) from defendant(s).

3. Overseeing the conduct of the litigation so that it proceeds smoothly and efficiently.

4. In appointing Co-Lead Counsel the Court proceeds under Federal Rule of Civil Procedure 23(g)(3) which states, "The court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Rule 23 requires that, when appointing counsel, the court must consider certain matters and may consider other matters pertinent to counsel's ability to fairly and adequately represent the interests of the class. Plaintiffs and their counsel submit that the record in this case demonstrates that the law firms of Phillips, Erlewine & Given LLP, Law Offices of Carl F. Schwenker, Strange & Carpenter and Gardy & Notis, LLP will, in the manner described above, fairly and adequately represent the interests of the putative class in the present action.

Dated: July 25, 2013           /s/ David M. Given
                               David M. Given
                               Nicholas A. Carlin
                               Phillips, Erlewine & Given LLP
                               50 California Street, 32nd Floor
                               San Francisco, CA 94111
                               Email: dmg@phillaw.com
                                      nac@phillaw.com

Carl F. Schwenker
Law Offices of Carl F. Schwenker
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Email: cfslaw@swbell.net

Jeffrey S. Edwards
Edwards Law
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Email: jeff@edwards-law.com

Dirk Jordan
Jordan Law Firm
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Email: dirk@dirkjordan.com

Attorneys for *Opperman* Plaintiffs
Alan Beuershasen, Giuli Biondi, Steve Dean, Stephanie Dennis-Cooley, Claire Hodgins, Jason Green, Gentry Hoffman, Rachelle King, Nirali Mandaywala, Claire Moses, Marc Opperman, Judy Paul, Theda Sandiford and Greg Varner

Dated: July 25, 2013      /s/ Jennifer Sarnelli
                          Jennifer Sarnelli
                          Kira German
                          Gardy & Notis LLP
                          501 Fifth Avenue, Suite 1408
                          New York, NY 10017
                          Email: jsarnelli@gardylaw.com
                                 kgerman@gardylaw.com

Attorneys for *Pirozzi* Plaintiff
Maria Pirozzi

**STIP RE ORGANIZATION OF PLAINTIFFS' COUNSEL — Case No. 13-CV-00453-JST – Page 4**

Dated:  July 25, 2013                     /s/ Brian Strange
                                          Brian R. Strange
                                          Strange & Carpenter
                                          12100 Wilshire Boulevard, Suite 1900
                                          Los Angeles, CA 90025
                                          Email:  lacounsel@earthlink.net

                                          Joseph H. Malley
                                          Law Office of Joseph H. Malley PC
                                          1045 North Zang Boulevard
                                          Dallas, TX 75208
                                          Email:  malleylaw@gmail.com

                                          Attorneys for *Hernandez* Plaintiffs
                                          Oscar Hernandez and Lauren Carter

Dated:  July 25, 2013                     /s/ Brian Strange
                                          Brian R. Strange
                                          Strange & Carpenter
                                          12100 Wilshire Boulevard, Suite 1900
                                          Los Angeles, CA 90025
                                          Email:  lacounsel@earthlink.net

                                          David Christopher Parisi
                                          Suzanne L. Havens Beckman
                                          Parisi & Havens
                                          15233 Valleyheart Drive
                                          Sherman Oaks, CA 91403
                                          Email:  dcparisi@parisihavens.com
                                                  shavens@parisihavens.com

                                          Joseph H. Malley
                                          Law Office of Joseph H. Malley PC
                                          1045 North Zang Boulevard
                                          Dallas, TX 75208
                                          Email:  malleylaw@gmail.com

                                          Alan Himmelfarb
                                          The Law Offices of Alan Himmelfarb
                                          80 W. Sierra Madre Blvd., Suite 304
                                          Sierra Madre, CA 91024
                                          Email:  Consumerlaw1@earthlink.net

                                          Attorneys for *Gutierrez* Plaintiffs
                                          Steven Gutierrez and Haig Arabian

**STIP RE ORGANIZATION OF PLAINTIFFS' COUNSEL — Case No.  13-CV-00453-JST – Page 5**

**IT IS SO ORDERED.**

Dated: _____ _____, 2013

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE