HOLLAND & KNIGHT LLP
  Christopher G. Kelly (*admitted pro hac vice*)
  Judith R. Nemsick (*admitted pro hac vice*)
31 West 52nd Street
New York, New York  10019
Tel.:    (212) 513-3200
Fax:    (212) 385-9010
christopher.kelly@hklaw.com
judith.nemsick@hklaw.com


HOLLAND & KNIGHT LLP
   Shelley G. Hurwitz (SBN 217566)
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone 213.896.2400
Facsimile  213.896.2450
shelley.hurwitz@hklaw.com

Attorneys for Defendant
Rovio Entertainment Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC OPPERMAN, *et al.*,               ) | **CASE NO. 3:13-CV-00453-JST** |
|                              ) | |
|             Plaintiffs,      ) | |
|                              ) | **NOTICE OF CALL-IN INFORMATION** |
|      vs.                     ) | **FOR CASE MANAGEMENT** |
|                              ) | **CONFERECE ON AUGUST 1, 2013** |
|                              ) | |
| PATH, INC., *et al.*,          ) | |
|                              ) | |
|             Defendants.      ) | [This pleading applies to all cases] |
|                              ) | |
|                              ) | Date of Conference: August 1, 2013 |
|                              ) | Time: 10:00 am |
|                              ) | Place: Courtroom 9 |

Notice

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with the order of this Court, the Court and all telephone participants should use the following call-in information for the August 1, 2013 Case Management Conference in the above-referenced matter:

Call-in: (888) 684-4447<br>
Password: 2138962476

Dated: July 26, 2013                     /s/ Shelley G. Hurwitz
                                         Shelley G. Hurwitz
                                         Attorneys for Defendant Rovio Entertainment Ltd.
                                         s/h/a Rovio Mobile Oy

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

                                    /s/ Shelley G. Hurwitz
                                    Shelley G. Hurwitz

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

Notice