COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
MAZDA K. ANTIA (214963) (mantia@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Kik Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PATH, INC., et al., <br><br> Defendants | Case No. 13-cv-00453-JST <br><br> **STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT KIK INTERACTIVE, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)** <br><br> This Document Relates to Case No. 13-cv-00453-JST Only |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION SETTING BRIEFING SCHEDULE
FOR KIK'S MOTION TO DISMISS
CASE NO. 13-CV-00453-JST

Pursuant to Civil Local Rule 6.1, the Opperman Plaintiffs ("Plaintiffs") and defendant Kik Interactive, Inc. ("Kik") (collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, on August 1, 2013, the Court directed the Parties to agree to a stipulated briefing schedule for Kik's motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) ("Kik's Motion to Dismiss");

WHEREAS, on August 1, 2013, the Court set the hearing date for Kik's Motion to Dismiss for November 13, 2013;

WHEREAS, counsel for the Parties have met and conferred and have come to an agreement regarding the briefing schedule for Kik's Motion to Dismiss;

NOW THEREFORE, the Parties stipulate as follows:

- Kik's Motion to Dismiss is due on or before September 10, 2013,
- Plaintiffs' response to Kik's Motion to Dismiss is due on or before October 8, 2013, and
- Kik's reply in support of its Motion to Dismiss is due on or before October 29, 2013.

Dated: August 5, 2013          COOLEY LLP

*/s/ Mazda K. Antia*
Mazda K. Antia

Attorneys for Defendant Kik Interactive, Inc.

Dated: August 5, 2013          EDWARDS LAW

*/s/ Jeff Edwards*
Jeff Edwards

Attorneys for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIPULATION SETTING BRIEFING SCHEDULE
FOR KIK'S MOTION TO DISMISS
CASE NO. 13-CV-00453-JST

# FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that the Opperman Plaintiffs have concurred in the filing of this Stipulation Setting Briefing Schedule for Defendant Kik Interactive, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2).

Dated: August 5, 2013                    COOLEY LLP

/s/ *Mazda K. Antia*
Mazda K. Antia

Attorney for Defendant Kik Interactive, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

STIPULATION SETTING BRIEFING SCHEDULE
FOR KIK'S MOTION TO DISMISS
CASE NO. 13-CV-00453-JST