David C. Parisi, Esq. (162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299

Joseph H. Malley (not admitted)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Blvd
Dallas, TX 75208
Telephone: (214) 943-6100

Alan Himmelfarb (90480)
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd., # 304
Sierra Madre, CA 91024
Telephone: (626) 325-3104
consumerlaw1@earthlink.net

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPPERMAN, ET AL., | CASE No. 3:13-cv-00453-JST |
| Plaintiffs, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED  [CIV. L.R. 3-12(b )]** |
| v. | |
| | Hon. Jon S. Tigar |
| PATH, INC., ET AL.,  a Delaware Corporation; | |
| Defendant. | |

Declaration of Suzanne Havens Beckman in Support of Administrative Motion

1

| | |
|---|---|
| This document also relates to:<br><br>FRANCISCO ESPITIA, VANESSA ZENDEJAS, and JOE A. SANCHEZ FRAIRE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HIPSTER, INC., a Delaware Corporation;<br>Defendant. | CASE No. 3:13-cv-00432-LB<br><br>Hon. Laurel Beeler |

1. I am a partner with Parisi & Havens LLP, a member of the bar of the State of California, and one of Plaintiffs' counsel in *Espitia, et al. v. Hipster, Inc,* Case No. 3:13-cv-00432-LB. I make this declaration based on personal knowledge. I am competent to testify to the matters set forth here, and would testify if called upon to do so.

2. I make this declaration in support of the accompanying Administrative Motion to consider whether the *Espitia* matter should be related to the above-entitled action, *Opperman v. Path, Inc. et al.*, Case No. 13-cv-00453-JST ("*Opperman*") and its previously related actions, *Gutierrez v. Instagram, Inc.*, Case No. 12-cv-06550-JST ("*Gutierrez*"), *Hernandez v. Path, Inc.*, No. 12-cv-01515-JST ("*Hernandez*"); and *Pirozzi v. Apple, Inc.*, No. 12-cv-01529-JST ("*Pirozzi*"), collectively ("the Related Actions") under Local Rule 3-12, such that duplication of labor and expense may be avoided if all of the cases are heard by same judge.

3. On August 6, 2013, I contacted counsel for all parties in *Opperman* and the Related Actions concerning this Administrative Motion and sought their agreement.

4. On August 7, 2013, I forwarded a draft copy of the Administrative Motion to all parties in *Opperman* and the Related Actions for their review.

5. On August 7, 2013, several parties, including the *Opperman* plaintiffs, *Pirozzi* plaintiffs, and defendants Yelp and Foodspotting, expressed their concern and/or objection to the Motion to Relate.  Accordingly, Plaintiffs were not able to obtain a stipulation to relate *Espitia*.

6. Attached as Exhibit "A" is a true and correct copy of the First Amended Complaint in *Espitia*, the operative complaint in that matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 9, 2013 at Orinda, California.


                                                s/Suzanne Havens Beckman
                                                Suzanne Havens Beckman