1

2   David C. Parisi, Esq. (162248)
    dparisi@parisihavens.com
3   Suzanne Havens Beckman (188814)
    shavens@parisihavens.com
4   PARISI & HAVENS LLP
    15233 Valleyheart Drive
5   Sherman Oaks, CA 91403
    Telephone: (818) 990-1299
6

7   Joseph H. Malley (not admitted)
    malleylaw@gmail.com
8   LAW OFFICE OF JOSEPH H. MALLEY
    1045 North Zang Blvd
9   Dallas, TX 75208
    Telephone: (214) 943-6100
10

11  Alan Himmelfarb (90480)
    THE LAW OFFICES OF ALAN HIMMELFARB
12  80 W. Sierra Madre Blvd., # 304
    Sierra Madre, CA 91024
13  Telephone: (626) 325-3104
    consumerlaw1@earthlink.net
14

15  *Attorneys for Plaintiffs*

16              **UNITED STATES DISTRICT COURT**

17          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18                  **SAN FRANCISCO DIVISION**

19  OPPERMAN, ET AL.,                    CASE No. 3:13-cv-00453-JST

20                        Plaintiffs,    **PROOF OF SERVICE FOR**
                                         **ADMINISTRATIVE MOTION TO**
21  v.                                   **CONSIDER WHETHER CASES SHOULD**
                                         **BE RELATED  [CIV. L.R. 3-12(b )] AND**
22                                       **DECLARATION OF SUZANNE HAVENS**
                                         **BECKMAN FILED IN SUPPORT**
23  PATH, INC., ET AL.,  a Delaware      **THEREOF**
    Corporation;
24                                       Hon. Jon S. Tigar
                         Defendant.
25

26

27

28

                              Proof of Service
                                     1

1   This document also relates to:

2   FRANCISCO ESPITIA, VANESSA
3   ZENDEJAS, and JOE A. SANCHEZ
    FRAIRE, individually and on behalf of a
4   class of similarly situated individuals,

5                              Plaintiffs,

6   v.

7

8   HIPSTER, INC.,  a Delaware Corporation;

9   Defendant.

CASE No. 3:13-cv-00432-LB

Hon. Laurel Beeler

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1      I hereby certify that on August 9, 2013, I electronically filed the foregoing

2   with the Clerk of Court using the EM/ECF system which will send a notice of

3   electronic filing to all counsel of record who have consented to electronic

4   notification as indicated in the attached service list.

5

6                                              s/David C. Parisi

7                                              David C. Parisi

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Service List

| | | |
|---|---|---|
| **Plaintiffs** | Represented by | **Cari Ann Cohorn** |
| **Marc** | | **David M. Given** |
| **Opperman,** | | **Nicholas A. Carlin** |
| **Judy Long,** | | Phillips, Erlewine & Given LLP |
| **Claire Moses,** | | 50 California Street, Suite 3240 |
| **Gentry** | | San Francisco, CA 94111 |
| **Hoffman,** | | 415-398-0900 |
| **Steve Dean,** | | Fax: 415-398-0911 |
| **Alan** | | Email: cac@phillaw.com |
| **Beueshasen,** | | Email: dmg@phillaw.com |
| **Alicia** | | Email: nac@phillaw.com |
| **Medlock,** | | |
| **Greg Varner,** | | **Jeffrey Scott Edwards** |
| **Rachelle King,** | | Edwards Law |
| **Guili Biondi,** | | The Bremond Houston House |
| **Jason Green,** | | 706 Guadalupe Street |
| **Nirali** | | Austin, TX 78701 |
| **Mandaywala** | | (512) 623-7727 |
| | | Fax: (512) 623-7729 |
| | | Email: jeff@edwards-law.com |
| | | |
| | | **Carl F. Schwenker** |
| | | Law Offices of Carl F. Schwenker |
| | | The Haehnel Building |
| | | 1101 East 11th Street |
| | | Austin, TX 78702 |
| | | 512-480-8427 |
| | | Fax: 512-857-1294 |
| | | Email: cfslaw@swbell.net |
| | | |
| | | **Dirk M. Jordan** |
| | | 1717 West 6th Street, Suite 420 |
| | | Austin, TX 78703 |
| | | (512)469-7987 |
| | | Fax: 512/469-9408 |
| | | Email: dirk@dirkjordan.com |
| | | |
| **Plaintiff Oscar** | represented by | **Brian Russell Strange** |
| **Hernandez** | | Strange & Carpenter |
| | | 12100 Wilshire Boulevard |
| | | Suite 1900 |
| | | Los Angeles, CA 90025 |

310-207-5055
Fax: 310-826-3210
Email: lacounsel@earthlink.net

**Plaintiff**          represented by   **Jennifer Sarnelli**
**Maria Pirozzi**                       Gardy & Notis, LLP
                                        560 Sylvan Ave
                                        Englewood Cliffs, NJ 07632
                                        201-567-7377
                                        Fax: 201-567-7337
                                        Email: jsarnelli@gardylaw.com

**Defendant**          represented by   **Gregory J. Casas**
**Path, Inc.**                          Greenberg Traurig, LLP
                                        1000 Louisiana Street, Suite 1700
                                        Houston, TX 77002
                                        (713) 374-3500

                                        **Jedediah Wakefield**
                                        **Kathleen Lu**
                                        **Marc Steven Elzweig**
                                        **Tyler Griffin Newby**
                                        Fenwick & West LLP
                                        555 California Street, 12th Floor
                                        San Francisco, CA 94104
                                        415-875-2300
                                        Fax: 415-281-135
                                        Email: jwakefield@fenwick.com
                                        Email:  klu@fenwick.com
                                        Email: melzweig@fenwick.com
                                        Email: tnewby@fenwick.com

**Defendant**          represented by   **Ryan T. Mrazik**
**Twitter, Inc.**                       **Amanda J Beane**
                                        Perkins Coie LLP
                                        1201 Third Avenue, Suite 4900
                                        Seattle, WA 98101
                                        (206) 359-8000
                                        Fax: (206) 359-9000
                                        Email: RMrazik@perkinscoie.com
                                        Email: abeane@perkinscoie.com

                                        **Tanya Deniese Henderson**
                                        Perkins Coie LLP

2001 Ross Avenue, Suite 4225
Dallas, TX 75201
214-965-7706
Email: thenderson@perkinscoie.com

**Timothy L. Alger**
**Julie Erin Schwartz**
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
650-838-4300
Fax: 650-838-4350
Email: talger@perkinscoie.com
Email: jschwartz@perkinscoie.com

**Defendant            represented by  Alan D. Albright**
**Apple Inc**                          Gray Cary Ware & Freidenrich LLP
                                       1221 South MoPac Expressway
                                       Suite 400
                                       Austin, TX 78746-6875
                                       512-457-7000
                                       Fax: 512-457-7001

**S. Ashlie Beringer**
Gibson Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
650-849-5300
Fax: 650-849-5333
Email: aberinger@gibsondunn.com

**William B Dawson**
Gibson, Dunn & Crutcher LLC - Dallas
2100 McKinney Ave
Suite 1100
Dallas, TX 75201-6912
214-698-3132
Fax: 2145712900
Email: wdawson@gibsondunn.com

**Joshua Aaron Jessen**
Gibson Dunn & Crutcher LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
949-451-3800
Fax: 949-451-4220

1

   Email: jjessen@gibsondunn.com

2

3   **Defendants**         represented by   **Lori R. Mason**
   **Facebook Inc.,**                      Cooley LLP
4   **Kik**                                 Five Palo Alto Square
   **Interactive,**                        3000 El Camino Real
5   **Inc.,**                               Palo Alto, CA 94306
   **Instagram,**                          (650) 843-5000
6   **Inc.**                                Fax: (650) 849-7400
7                                           Email: lmason@cooley.com

8                                           **Mazda Kersey Antia**
9                                           Cooley LLP
                                            4401 Eastgate Mall
10                                          San Diego, CA 92121
                                            858-550-6139
11                                          Fax: 858-550-6420
12                                          Email: mantia@cooley.com

13                                          **Michael G. Rhodes**
                                            Cooley LLP
14                                          101 California Street
                                            Fifth Floor
15                                          San Francisco, CA 94111-5800
                                            415-693-2000
16                                          Email: rhodesmg@cooley.com

17

18

19   **Defendant**         represented by   **Michael Henry Page**
   **Yelp! Inc.**                          Durie Tangri LLP
20                                          217 Leidesdorff Street
                                            San Francisco, CA 94111
21                                          415-376-6403
                                            Fax: 415-236-6300
22                                          Email: mpage@durietangri.com

23                                          **Peter D. Kennedy**
24                                          George & Donaldson, L.L.P.
                                            114 W. 7th Street, Suite 1100
25                                          Austin, TX 78701
                                            512-495-1400
26                                          Fax: 512-499-0094
                                            Email: pkennedy@gdf.com

27

28

| | | |
|---|---|---|
| **Defendant Foursquare Labs, Inc.** | represented by | **David Frank McDowell**<br>Morrison & Foerster LLP<br>555 W. Fifth Street<br>Suite 3500<br>Los Angeles, CA 90013<br>213.892.5200<br>Fax: 213.892.5454<br>Email: dmcdowell@mofo.com |
| | | **Keith Mason Henneke**<br>Bracewell & Giuliani LLP<br>2000 K Street, Suite 500<br>Washington, DC 20006<br>202-828-5875<br>Email: khenneke@mofo.com |
| **Defendant Gowalla Inc.** | represented by | **Harmeet K. Dhillon**<br>**Krista Lee Shoquist**<br>Dhillon & Smith LLP<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>415-433-1700<br>Fax: 415-520-6593<br>Email: harmeet@dhillonsmith.com<br>Email: kshoquist@dhillonsmith.com |
| **Defendant Foodspotting, Inc.** | represented by | **Michael Henry Page**<br>(See above for address)<br><br>**Peter D. Kennedy**<br>(See above for address) |
| **Defendant Rovio Mobile Oy** | represented by | **Judith R. Nemsick**<br>**Christopher G. Kelly**<br>Holland & Knight LLP<br>31 West 52nd Street<br>New York, NY 10019<br>212-513-3514<br>Email: judith.nemsick@hklaw.com<br>Email: christopher.kelly@hklaw.com |
| | | **Shannon W. Bangle**<br>Beatty, Bangle, Strama P.C. |

1
2
3
4
400 West 15th Street
Suite 1450
Austin, TX 78701
(512) 879-5050
Fax: (512) 879-5040
Email: sbangle@bbsfirm.com

5
6
7
8
9
**Shelley Gershon Hurwitz**
Holland & Knight LLP
400 S. Hope St.
9th Floor
Los Angeles, CA 90071
213-896-2476
Fax: 213-896-2450
Email: shelley.hurwitz@hklaw.com

10

11
12
13
14
15
**Defendant ZeptoLab UK Limited**
*also known as* ZeptoLab

represented by **Christine Lepera**
**Jeffrey M. Movit**
Mitchell Silberberg & Knupp LLP
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 509-3900
Email: ctl@msk.com
Email: jmm@msk.com

16
17
18
19
**Valentine Antonavich Shalamitski**
Mitchell Silberberg Knupp LLP
11377 W Olympic Blvd
Los Angeles, CA 90064-1683
310-312-3736
Email: vas@msk.com

20

21
22
23
24
25
26
**Defendants Chillingo Ltd., Electronic Arts, Inc.**

represented by **Adam Hugh Sencenbaugh**
**Hal L. Sanders , Jr.**
Haynes & Boone LLP
600 Congress Avenue, Suite 1300
Austin, TX 78701
(512) 867-8489
Fax: (512) 867-8606
Email: adam.sencenbaugh@haynesboone.com
Email: hal.sanders@haynesboone.com

27
28
**Michele D. Floyd**
ZwillGen Law LLP

915 Battery Street, 2nd Floor, Suite 3
San Francisco, CA 94111
415-590-2340
Fax: 415-590-2339
Email: michele@zwillgen.com

**Jacob Alan Sommer**
**Marc J. Zwillinger**
Zwillinger & Genetski LLP
1705 N Street, N.W.
Washington, DC 20036
(202) 706-5205
Email: jake@zwillgen.com
Email: marc@zwillgen.com