UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PATH, INC., et al.,<br><br>　　　　Defendants. | Case No. 13-cv-00453-JST<br><br>**ORDER RELATING CASES**<br><br>Re: ECF No. 356<br><br>**THIS DOCUMENT RELATES TO ALL CASES AND <u>ESPITIA V. HIPSTER, INC.</u>, NO. 13-CV-00432-LB** |

　　　　Before the Court is the Administrative Motion to Consider Whether Cases Should be Related, ECF No. 356, filed by the plaintiffs in <u>Espitia v. Hipster, Inc.</u>, Case No. 13-cv-00432-LB. Pursuant to Civil Local Rule 3-12, no party having opposed the motion, and the only party to respond having acknowledged that the cases are "plainly related," ECF No. 357 at p. 3, the Motion is hereby GRANTED.

　　　　Counsel in the related action shall familiarize themselves with this Court's standing orders, its "Order Scheduling Case Management Conference," ECF No. 327, issued May 17, 2013, in the <u>Opperman</u> action, and all other orders issued by the Court in the <u>Opperman</u> action.

　　　　Any filings concerning all cases shall recite, below the title of the document, "This Document Relates to All Cases." All such filings shall be filed solely in the <u>Opperman</u> docket, Case No. 13-cv-00453. Pursuant to General Order 45, Counsel for all parties shall ensure that they are registered to receive notices of electronic filings in the Opperman case via the Electronic Case Filing system. Any filings concerning only one of the above-captioned cases shall recite, below the title of the document, "This Document Relates to [case number] Only" and shall be filed

solely in the docket for that case.

The same response, ECF No. 357, requests that the Court stay the <u>Espitia</u> action. No motion to stay is presently before the Court, and so that request is denied without prejudice.

**IT IS SO ORDERED.**

Dated: August 21, 2013

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California