UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  August 1, 2013                                                       Judge:  Jon S. Tigar

Time: 57 minutes (10:08 - 11:05 a.m.)

| | |
|---|---|
| Case No. | **3:13-cv-00453-JST** |
| Case Name | **Marc Opperman, et al. v. Path, Inc., et al.** |

Related cases:

| | |
|---|---|
| Case No. | **3:12-cv-01529-JST** |
| Case Name | **Maria Pirozzi, et al. v. Apple, Inc.** |
| Case No. | **3:12-cv-01515-JST** |
| Case Name | **Oscar Hernandez v. Path, Inc.** |
| Case No. | **3:12-cv-06550-JST** |
| Case Name | **Steven Gutierrez v. Instagram, Inc.** |

Attorney(s) for Plaintiff(s):    Marc Opperman, et al.
                                 Nicholas A. Carlin
                                 David M. Given
                                 Jeffrey Scott Edwards (appearing telephonically)
                                 Carl F. Schwenker (appearing telephonically)

                                 Maria Pirozzi
                                 Jennifer Sarnelli
                                 Kira German

                                 Oscar Hernandez / Steven Gutierrez
                                 John Ceglia
                                 Brian R Strange (appearing telephonically)

Attorneys for Defendants:        Apple Inc
                                 S. Ashlie Beringer
                                 Maia Perez
                                 Jessica Ou

                                 Chillingo Ltd. / Electronic Arts Inc.
                                 Michele D. Floyd

Date:  August 1, 2013                                                                              Judge:  Jon S. Tigar

Case No.        **3:13-cv-00453-JST**
Case Name       **Marc Opperman, et al. v. Path, Inc., et al.**

And related cases.

<div style="margin-left: 2em;">

<u>Facebook Inc. / Instagram, Inc. / Kik Interactive, Inc.</u>
Mazda K. Antia

<u>Foursquare Labs, Inc.</u>
Keith M. Henneka (appearing telephonically)

<u>Gowalla Incorporated</u>
Harmeet K. Dhillon
Krista L. Shoquist

<u>Path, Inc.</u>
Jedediah Wakefield

<u>Rovio Mobile Oy</u>
Shelly G. Hurwitz (appearing telephonically)
Christopher G. Kelly (appearing telephonically)

<u>Twitter, Inc.</u>
Julie E. Schwartz

<u>Yelp! Inc. /  Foodspotting, Inc.</u>
Michael H. Page

<u>ZeptoLab UK Limited</u>
Jeffrey M. Movit (appearing telephonically)
Valentine A. Shalamitski (appearing telephonically)

</div>

Deputy Clerk:  William Noble                                               Court Reporter:  Jo Ann Bryce

## PROCEEDINGS

- Apple Inc.'s Motion to Dismiss Plaintiff's Second Amended Class Action Complaint (docket 38 in case 3:12-cv-01529-JST)
- Further case management conference (all cases)

## RESULT OF HEARING

Motion hearing held.  Motion taken under submission. Court to issue order.

Case management conference held.

Date: August 1, 2013                                                                 Judge: Jon S. Tigar

Case No.      **3:13-cv-00453-JST**
Case Name     **Marc Opperman, et al. v. Path, Inc., et al.**

And related cases.

Court will not sign stipulation at docket 352 in case 3:13-cv-00453-JST.

Opperman plaintiffs served Apple with a CLRA demand letter on July 25, 2013. Apple has a 30 day window within which to comply with the demand letter.

The court set the following deadlines:

| | |
|---|---|
| Consolidated complaint due | September 3, 2013 |
| Stipulation or competing proposals regarding page limitations on motion to dismiss | September 27, 2013 |
| ESI protocol - Stipulation or completing letter briefs with attached proposed orders | September 27, 2013 |
| Proposed protective order - Stipulation or competing letter briefs with attached proposed orders | September 27, 2013 |
| Joint case management conference statement | November 6, 2013 |
| Further case management conference (may be vacated at request of parties in case management statement). Parties may appear by telephone. | November 13, 2013 at 9:30 a.m. |
| Motion hearing on Kik Interactive's motion to dismiss for lack of personal jurisdiction. | November 13, 2013 at 9:30 a.m. |
| Motion to dismiss filing deadline | October 18, 2013 |
| Response | December 2, 2013 |
| Reply | January 8, 2014 |
| Hearing on motions to dismiss | January 22, 2014 at 9:30 a.m. |

Instagram / Kik Interactive stated that its users do not need to provide their actual names when setting up accounts. Defendant may submit a letter brief regarding its request for plaintiffs' actual names and email addresses after meeting and conferring with plaintiffs.

Parties to meet and confer regarding a briefing schedule for Kik Interactive's anticipated motion to dismiss for lack of personal jurisdiction. The schedule should have a reply brief due not later than October 20, 2013, with a hearing date on November 13, 2013 at 9:30 a.m. Stipulation or competing briefs regarding schedule due by August 5, 2013.

.