David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA   94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
       nac@phillaw.com

Carl F. Schwenker (TBN 00788374, *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
Tel:   512.480.8427
eFax: 512.857.1294
Email: cfslaw@swbell.net

Jeff Edwards (TBN 24014406; *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
Telephone: 512.623.7727
Facsimile:  512.623.7729
Email: jeff@edwards-law.com

*Attorneys for Plaintiffs and the Putative Class in lead action Opperman, et al., v. Path, Inc. et al., No. 13-cv-00453-JST*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br><br>Defendants. | Case No. : 13-cv-00453-JST<br><br>CLASS ACTION<br><br>**AFFADAVIT UNDER CLRA SECTION 1780 (d)**<br><br>**THIS DOCUMENT RELATES TO ALL CASES**<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>(collectively, the "Related Actions") |

# AFFIDAVIT
# UNDER CLRA §1780(d)

1. I, STEPHEN DEAN, submit this affidavit pursuant to § 1780(d) of the *Consumers Legal Remedies Act* and declare as follows:

2. I am a named plaintiff in the Consolidated Amended Class Action Complaint in case no. 13-CV-00453-JST in the U.S. District Court for the Northern District of California. If called as a witness, I could and would competently testify to all facts within my knowledge.

3. I am filing this affidavit pursuant to California Civil Code § 1780.

4. I understand that the complaint my attorneys filed on my behalf and on behalf of those similarly situated includes claims against Apple, Inc. for violations of California Civil Code § 1770(a).

5. Defendant Apple Inc. is a California corporation operating and doing business throughout California and the United States, with its principal place of business in Cupertino, California. My counsel filed this action in the Northern District of California based on my belief that Apple is headquartered in Santa Clara County, California, which upon information and belief is located within this District. Upon information and belief, this district is a proper place for trial of this action.

6. I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed this 5th day of September, 2013.

_____
Signature

STEPHEN DEAN
Printed Name