UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATH, INC. *et al.*,<br><br>　　　　　Defendant. | Case No.  13-cv-00453-JST<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING KIK INTERACTIVE, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12 (b)(2)<br><br>THIS DOCUMENT RELATES ONLY TO: *OPPERMAN, ET AL. V. PATH, INC., ET AL.*, NO. 13-CV-00453-JST |
| OSCAR HERNANDEZ, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATH, INC. *et al.*,<br><br>　　　　　Defendant. | Case No.  12-cv-01515-JST |
| MARIA PIROZZI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　　Defendant. | Case No.  12-cv-01515-JST |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

[PROPOSED] ORDER GRANTING KIK
INTERACTIVE, INC.'S MOTION TO DISMISS
CASE NO. 13-CV-00453-JST

Before the Court is Kik Interactive, Inc.'s ("Kik") Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2). The Court has considered the Motion, the Declaration of Peter Heinke in support thereof, all papers filed in support of and/or in opposition to the Motion, the arguments of counsel, and all other materials properly considered by the Court.

**IT IS HEREBY ORDERED**:

The motion is **GRANTED**. It is further ordered that all claims against Kik stated in Plaintiffs' Consolidated Amended Class Action Complaint are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2).

**IT IS SO ORDERED.**

Dated: _____       _____
                                    The Honorable Jon S. Tigar
                                    United States District Judge

2677655/ST

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

[PROPOSED] ORDER GRANTING KIK
INTERACTIVE, INC.'S MOTION TO DISMISS
CASE NO. 13-CV-00453-JST