COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
101 California Street,
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
MAZDA K. ANTIA (214963) (mantia@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for FACEBOOK, INC., INSTAGRAM, INC. and
KIK INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>PATH, INC., et al.,<br><br>        Defendants. | Case No. 13-cv-00453-JST<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

## (FRCP 5)

I hereby certify that on September 10, 2013, I electronically filed the foregoing:

1. KIK INTERACTIVE, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2)

2. DECLARATION OF PETER HEINKE IN SUPPORT OF KIK INTERACTIVE, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2)

3. [PROPOSED] ORDER GRANTING KIK INTERACTIVE, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12 (b)(2)

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorney(s) of record.

    I hereby certify that I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California upon the following:

Alan D. Albright  
Gray Cary Ware & Freidenrich LLP  
1221 South MoPac Expressway  
Suite 400  
Austin, TX 78746-6875

Gregory J. Casas  
Greenberg Traurig, LLP  
1000 Louisiana Street, Suite 1700  
Houston, TX 77002

*[signature]*  
Barbara M. Brant  
COOLEY LLP  
4401 Eastgate Mall  
San Diego, CA 92121  
Telephone: (858) 550-6000  
Facsimile: (858) 550-6420  
E-mail: bbrant@cooley.com

835282 v1/SD