David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
Email:  dmg@phillaw.com
             nac@phillaw.com

Attorneys for the Opperman Plaintiffs

[ADDITIONAL COUNSEL LISTED BELOW]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>APPLE IDEVICE ADDRESS BOOK LITIGATION | Case No.: 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE START TIME OF OCT. 15th HEARING RE ORGANIZATION OF PLAINTIFFS' COUNSEL; [PROPOSED] ORDER**<br><br>**THIS DOCUMENT RELATES TO ALL CASES**<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>*Espitia v. Hipster, Inc.*, No. 4:13-cv-432-JST<br>(collectively, the "Related Actions") |

### **STIPULATION OF PLAINTIFFS' COUNSEL**

WHEREAS, on Monday, September 16, 2013, the Court issued an order setting a hearing on the organization of Plaintiffs' counsel in this case for October 15, 2013 at 2:00 p.m.; and

WHEREAS, David M. Given of Phillips, Erlewine & Given LLP, counsel for Plaintiffs in the *Opperman* case, has a calendar conflict due to a Case Management Conference (and Trial

---
**STIP RE TIME OF HEARING RE ORG. OF PLTFS' COUNSEL — Case No.  13-CV-00453-JST**
**Page 1**

1 Setting) in the matter of *Gold Club-SF, LLC v. Platinum SJ Enterprise, et al.*, Case No. 13-CV-
2 03797-WHO, on the same date at the same time, which event Judge Orrick set at a hearing on
3 Friday, September 13, 2013; and

4     WHEREAS, Mr. Given estimates that the event in Judge Orrick's courtroom should go
5 no more than one (1) hour, and intends to advise Judge Orrick at the beginning of that event of
6 the commitment in and to this Court in this action; and

7     WHEREAS, counsel for all Plaintiffs, having met and conferred on the matter, agreed to
8 move the start time for the hearing regarding organization of Plaintiffs' counsel from 2:00 p.m.
9 to 3:00 p.m. on October 15, 2013, as long as the Court is available at that time; and

10     WHEREAS, counsel for Defendants have been advised in writing of this stipulation.

11     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among all
12 Plaintiffs' counsel, *and respectfully requested*, that the hearing on the organization of Plaintiffs'
13 counsel be heard on October 15, 2013 starting at 3:00 p.m.

15 Dated: September 25, 2013     /s/ David M. Given
16     David M. Given
    Nicholas A. Carlin
17     Phillips, Erlewine & Given LLP
    50 California Street, 32nd Floor
18     San Francisco, CA 94111
    Email: dmg@phillaw.com
19         nac@phillaw.com

21     Carl F. Schwenker
    Law Offices of Carl F. Schwenker
22     The Haehnel Building
    1101 East 11th Street
23     Austin, TX 78702
    Email: cfslaw@swbell.net

25     Jeffrey S. Edwards
    Edwards Law
26     The Haehnel Building
    1101 East 11th Street
27     Austin, TX 78702
28     Email: jeff@edwards-law.com

|   |   |
|---|---|
|   | Dirk Jordan |
|   | Jordan Law Firm |
|   | The Haehnel Building |
|   | 1101 East 11th Street |
|   | Austin, TX 78702 |
|   | Email:  dirk@dirkjordan.com |
|   |   |
|   | Attorneys for *Opperman* Plaintiffs |
|   | Alan Beuershasen, Giuli Biondi, Steve Dean, Stephanie Dennis-Cooley, Claire Hodgins, Jason Green, Gentry Hoffman, Rachelle King, Nirali Mandaywala, Claire Moses, Marc Opperman, Judy Paul, Theda Sandiford and Greg Varner |
| Dated: September  25, 2013 | /s/ Jennifer Sarnelli |
|   | Jennifer Sarnelli |
|   | Kira German |
|   | Gardy & Notis LLP |
|   | 501 Fifth Avenue, Suite 1408 |
|   | New York, NY 10017 |
|   | Email:  jsarnelli@gardylaw.com |
|   |         kgerman@gardylaw.com |
|   |   |
|   | Attorneys for *Pirozzi* Plaintiff |
|   | Maria Pirozzi |
| Dated:  September 25, 2013 | /s/ Brian Strange |
|   | Brian R. Strange |
|   | Strange & Carpenter |
|   | 12100 Wilshire Boulevard, Suite 1900 |
|   | Los Angeles, CA 90025 |
|   | Email:  lacounsel@earthlink.net |
|   | Attorneys for *Hernandez* Plaintiff |
|   | Lauren Carter and *Gutierrez* Plaintiff Haig Arabian |

## **ORDER ON STIPULATION**

Good cause shown, **IT IS SO ORDERED.**

---

**STIP RE TIME OF HEARING RE ORG. OF PLTFS' COUNSEL — Case No.  13-CV-00453-JST**
**Page 3**

Dated: _____ _____, 2013

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE