1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., | Case No.: 13-cv-00453-JST |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | **STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR DEFENDANT APPLE INC.'S MOTION TO DISMISS** |
| PATH, INC., et al., | |
| Defendants. | **THIS DOCUMENT RELATES TO ALL CASES:** |
| | *Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

Pursuant to Civil Local Rule 7-4(b) and this Court's August 1, 2013 Order (*Opperman* Dkt. No. 361), Plaintiffs in each of the above-captioned Related Actions ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, on August 1, 2013, the Court directed the Parties to agree to a stipulation regarding the page limitations for the briefing relating to Apple's anticipated motion to dismiss Plaintiffs' Consolidated Amended Class Action Complaint ("Apple's Motion to Dismiss");

WHEREAS, on August 1, 2013, the Court set October 18, 2013 as the deadline for Apple to submit its Motion to Dismiss;

WHEREAS, on August 1, 2013, the Court set a hearing on Apple's Motion to Dismiss for January 22, 2014, at 9:30 a.m.;

WHEREAS, given the number of Plaintiffs, claims, and issues contained in the Consolidated Amended Class Action Complaint, the Parties believe an enlargement of the default page limitations is warranted; and

WHEREAS, counsel for the Parties have met and conferred and have come to an agreement, subject to the approval of the Court, regarding page limits for briefing on Apple's Motion to Dismiss;

NOW THEREFORE, the Parties stipulate as follows:

- Apple's Motion to Dismiss shall not exceed forty (40) pages in length;
- Plaintiffs' response to Apple's Motion to Dismiss shall not exceed forty (40) pages in length; and
- Apple's reply in support of its Motion to Dismiss shall not exceed nineteen (19) pages in length.

///
///
///
///
///

DATED:  September 26, 2013

Respectfully submitted,

**STRANGE & CARPENTER**

By: */s/Brian R. Strange*
    Brian R. Strange

**STRANGE & CARPENTER**
Brian R. Strange (CBN 103252)
LACounsel@earthlink.net
John T. Ceglia (CBN 287147)
jceglia@strangeandcarpenter.com
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

*Attorneys for Plaintiffs Haig Arabian and Lauren Carter*

**GARDY & NOTIS, LLP**

By: */s/ Jennifer Sarnelli*
    Jennifer Sarnelli

**GARDY & NOTIS, LLP**
Jennifer Sarnelli (CBN 242510)
jsarnelli@gardylaw.com
Kira German (*pro hac vice*)
kgerman@gardylaw.com
501 Fifth Avenue, Suite 1408
New York, NY 10017
Telephone: (212) 905-0509
Facsimile: (212) 905-0508

*Counsel for Plaintiff Maria Pirozzi*

**PHILLIPS, ERLEWINE & GIVEN LLP**

By: */s/ David M. Given*
    David M. Given

**PHILLIPS, ERLEWINE & GIVEN LLP**
David M. Given (CBN 142375)
dmg@phillaw.com
Nicholas A. Carlin (CBN 112532)
nac@phillaw.com
50 California Street, 35th Floor
San Francisco, CA  94111
Telephone: 415-398-0900
Fax: 415-398-0911

**EDWARDS LAW**
Jeff Edwards (TBN 24014406; *pro hac vice*)
jeff@edwards-law.com
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
Telephone: 512.623.7727
Facsimile: 512.623.7729

**LAW OFFICES OF CARL F. SCHWENKER**
Carl F. Schwenker (TBN 00788374; *pro hac vice*)
cfslaw@swbell.net
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
Telephone: 512.480.8427
eFax: 512.857.1294

*Attorneys for* Opperman *Plaintiffs Alan Beuershasen, Giuli Biondi, Steve Dean, Stephanie Dennis-Cooley, Claire Hodgins, Jason Green, Gentry Hoffman, Rachelle King, Nirali Mandaywala, Claire Moses, Judy Paul, Theda Sandiford, and Greg Varner*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ S. Ashlie Beringer*
S. ASHLIE BERINGER

GIBSON DUNN & CRUTCHER LLP
S. Ashlie Beringer
aberinger@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94036
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Date: _____, 2013.

_____
**HON. JON S. TIGAR**
**UNITED STATES DISTRICT JUDGE**

3

STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS
FOR DEFENDANT APPLE INC.'S MOTION TO DISMISS      13-cv-00453-JST

# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i), I, Brian R. Strange, hereby attest that concurrence in the filing of this document has been obtained from the above-listed counsel.

DATED: September 26, 2013

Respectfully submitted,

**STRANGE & CARPENTER**

By: */s/Brian R. Strange*
    Brian R. Strange

**STRANGE & CARPENTER**
Brian R. Strange (CBN 103252)
LACounsel@earthlink.net
John T. Ceglia (CBN 287147)
jceglia@strangeandcarpenter.com
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

*Attorneys for Plaintiffs Haig Arabian and Lauren Carter*