1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARC OPPERMAN, et al., | Case No.: 13-cv-00453-JST |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | **STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR APPLICATION DEVELOPER DEFENDANTS' MOTIONS TO DISMISS** |
| PATH, INC., et al., | |
| Defendants. | **THIS DOCUMENT RELATES TO ALL CASES:** |
| | *Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

Pursuant to Civil Local Rule 7-4(b) and this Court's August 1, 2013 Order (*Opperman* Dkt. No. 361), Plaintiffs in each of the above-captioned Related Actions ("Plaintiffs") and Defendants Chillingo, Ltd. ("Chillingo"), Electronic Arts, Inc. ("EA"), Facebook, Inc. ("Facebook"), Foodspotting, Inc., Foursquare Labs, Inc., Gowalla, Inc. ("Gowalla"), Instagram, Inc., Kik Interactive, Inc., Path, Inc., Rovio Entertainment, Ltd. ("Rovio"), Twitter, Inc. ("Twitter"), Yelp! Inc., and ZeptoLab UK Limited ("ZeptoLab") (collectively, the "Application Developer Defendants"),[1] hereby stipulate as follows:

WHEREAS, on August 1, 2013, the Court directed the Parties to agree to a stipulation regarding page limitations for the briefing relating to the Application Developer Defendants' anticipated Motion(s) to Dismiss;

WHEREAS, on August 1, 2013, the Court set October 18, 2013 as the deadline for Defendants to submit their Motion(s) to Dismiss;

WHEREAS, on August 1, 2013, the Court set a hearing on the Motion(s) to Dismiss for January 22, 2014, at 9:30 a.m.;

WHEREAS, counsel for the Parties have met and conferred and have come to an agreement, subject to Court approval, regarding page limits for briefing on the Application Developer Defendants' Motions to Dismiss;

NOW THEREFORE, the Parties stipulate as follows:

- Application Developer Defendants will file a joint omnibus Motion to Dismiss with the following briefing page limitations:

///

///

///

---

[1] All references to the "Parties" shall collectively refer to all Application Developer Defendants and all Plaintiffs.

1

STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS
FOR APPLICATION DEVELOPER DEFENDANTS' MOTIONS TO DISMISS            13-cv-00453-JST

| BRIEFING | PAGE LIMITATION |
|---|---|
| Motion | 55 pages |
| Opposition | 55 pages |
| Reply | 25 pages |

- Defendants Facebook and Gowalla will file a single, supplemental Motion to Dismiss to address issues separate and apart from the joint omnibus Motion to Dismiss.  Plaintiffs and their counsel agree that: (a) this joint Motion is being made in the interests of judicial economy; and (b) no commentary or arguments will be made exclusively as to the joint nature of this Motion.  The Motion will be filed in accordance with the following page limitations prescribed by Local Rule 7-4(b):

| BRIEFING | PAGE LIMITATION |
|---|---|
| Motion | 25 pages |
| Opposition | 25 pages |
| Reply | 15 pages |

- Defendants EA, Chillingo, Rovio, and ZeptoLab shall be collectively entitled to the following page limitations to address issues separate and apart from the joint omnibus Motion to Dismiss in a single, supplemental brief:

| BRIEFING | PAGE LIMITATION |
|---|---|
| Motion | 5 pages |
| Opposition | 5 pages |
| Reply | 3 pages |

- Defendant Twitter shall be entitled to the following page limitations to address issues separate and apart from the joint omnibus Motion to Dismiss in a single, supplemental brief:

2

STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS
FOR APPLICATION DEVELOPER DEFENDANTS' MOTIONS TO DISMISS                                13-cv-00453-JST

| **BRIEFING** | **PAGE LIMITATION** |
|---|---|
| Motion | 5 pages |
| Opposition | 5 pages |
| Reply | 3 pages |

DATED:  September 26, 2013

Respectfully submitted,

**STRANGE & CARPENTER**

By: */s/Brian R. Strange*
    Brian R. Strange

**STRANGE & CARPENTER**
Brian R. Strange (CBN 103252)
LACounsel@earthlink.net
John T. Ceglia (CBN 287147)
jceglia@strangeandcarpenter.com
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

*Attorneys for Plaintiffs Haig Arabian and Lauren Carter*

**GARDY & NOTIS, LLP**

By: */s/ Jennifer Sarnelli*
    Jennifer Sarnelli

**GARDY & NOTIS, LLP**
Jennifer Sarnelli (CBN 242510)
jsarnelli@gardylaw.com
Kira German (*pro hac vice*)
kgerman@gardylaw.com
501 Fifth Avenue, Suite 1408
New York, NY 10017
Telephone: (212) 905-0509
Facsimile: (212) 905-0508

*Counsel for Plaintiff Maria Pirozzi*

3
STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS
FOR APPLICATION DEVELOPER DEFENDANTS' MOTIONS TO DISMISS                     13-cv-00453-JST

| | |
|---|---|
| 1 | **PHILLIPS, ERLEWINE & GIVEN LLP** |
| 2 | By: */s/ David M. Given*<br>    David M. Given |
| 3 | **PHILLIPS, ERLEWINE & GIVEN LLP** |
| 4 | David M. Given (CBN 142375)<br>dmg@phillaw.com |
| 5 | Nicholas A. Carlin (CBN 112532)<br>nac@phillaw.com |
| 6 | 50 California Street, 35th Floor<br>San Francisco, CA  94111 |
| 7 | Telephone: (415) 398-0900<br>Fax: (415) 398-0911 |
| 8 | **EDWARDS LAW** |
| 9 | Jeff Edwards (TBN 24014406; *pro hac vice*)<br>jeff@edwards-law.com |
| 10 | The Haehnel Building<br>1101 East 11th Street |
| 11 | Austin, Texas 78702<br>Telephone: (512) 623-7727 |
| 12 | Facsimile: (512) 623-7729 |
| 13 | **LAW OFFICES OF CARL F. SCHWENKER**<br>Carl F. Schwenker (TBN 00788374; *pro hac vice*) |
| 14 | cfslaw@swbell.net<br>The Haehnel Building |
| 15 | 1101 East 11th Street<br>Austin, Texas 78702 |
| 16 | Telephone: (512) 480-8427<br>eFax: (512) 857-1294 |
| 17 | |
| 18 | *Attorneys for* Opperman *Plaintiffs Alan Beuershasen, Giuli Biondi, Steve Dean, Stephanie Dennis-Cooley, Claire Hodgins, Jason Green, Gentry Hoffman, Rachelle King, Nirali Mandaywala, Claire Moses, Judy Paul, Theda Sandiford, and Greg Varner* |
| 19 | |
| 20 | |
| 21 | DHILLON & SMITH LLP |
| 22 | By: */s/ Harmeet K. Dhillion*<br>Harmeet K. Dhillon (#207873) |
| 23 | DHILLON & SMITH LLP<br>177 Post Street, Suite 700 |
| 24 | San Francisco, CA 94108<br>Tel.: (415) 433-1700 |
| 25 | Email: harmeet@dhillonsmith.com |
| 26 | Attorneys for GOWALLA INCORPORATED |
| 27 | |
| 28 | 4 |

| | |
|---|---|
| 1 | Mitchell Silberberg & Knupp LLP |
| 2 | By: */s/ Jeffrey M. Movit* |
| | Jeffrey M. Movit |
| 3 | Mitchell Silberberg & Knupp LLP |
| | 12 East 49th Street, 30th Floor |
| 4 | New York, NY  10017 |
| | (917) 546-7708 (direct) |
| 5 | (917) 546-7678 (fax) |
| | jmm@msk.com |
| 6 | ATTORNEYS FOR ZEPTOLAB UK LIMITED |
| 7 | FENWICK & WEST LLP |
| 8 | By:*/s/ Tyler G. Newby* |
| | Tyler G. Newby (CSB No. 205790) |
| 9 | tnewby@fenwick.com |
| | FENWICK & WEST LLP |
| 10 | 555 California Street, 12th Floor |
| | San Francisco, CA  94104 |
| 11 | Telephone:     415.875.2300 |
| | Facsimile:      415.281.1350 |
| 12 | |
| 13 | Attorneys for Defendant PATH, INC. |
| 14 | DURIE TANGRI LLP |
| 15 | By: */s/ Michael H. Page* |
| | MICHAEL H. PAGE (#154913) |
| 16 | DURIE TANGRI LLP |
| | 217 Leidesdorff Street |
| 17 | San Francisco, CA  94111 |
| | Telephone:   415-362-6666 |
| 18 | Facsimile:  415-236-6300 |
| | mpage@durietangri.com |
| 19 | Attorneys for Defendants |
| 20 | YELP INC. and FOODSPOTTING, INC. |
| 21 | PERKINS COIE, LLP |
| 22 | By: /s/ Timothy L. Alger |
| | Timothy L. Alger |
| 23 | PERKINS COIE, LLP |
| | 3150 Porter Dr. |
| 24 | Palo Alto, CA 94304-1212 |
| | Telephone: 650.838.4334 |
| 25 | Facsimile: 650.838.4350 |
| | TAlger@perkinscoie.com |
| 26 | |
| 27 | Attorneys for Defendant Twitter, Inc. |
| 28 | |

```
                                COOLEY LLP

                                By:     /s/ Mazda K. Antia
                                Mazda K. Antia
                                Cooley LLP
                                4401 Eastgate Mall
                                San Diego, CA 92121-1909
                                Phone: (858) 550-6000
                                Fax: (858) 550-6420

                                Attorneys for Defendants FACEBOOK, INC.,
                                INSTAGRAM, LLC and KIK INTERACTIVE,
                                INC.

                                Morrison & Foerster LLP

                                By:    /s/ David F. McDowell
                                David F. McDowell (125806)
                                Morrison & Foerster LLP
                                707 Wilshire Boulevard
                                Los Angeles, CA 90017-3543
                                Telephone: 213-892-5200
                                Facsimile: 213-892-5454
                                Email: DMcDowell@mofo.com

                                Attorneys for Defendant
                                FOURSQUARE LABS, INC.

                                ZwillGen Law LLP

                                By: /s/ Michele Floyd
                                Michele Floyd (SBN 163031)
                                ZWILLGEN LAW LLP
                                915 Battery Street, Second Floor, Suite 3
                                San Francisco, California 94111
                                Telephone: (415) 590-2340
                                Facsimile: (415) 590-2335
                                Michele@zwillgen.com

                                Marc J. Zwillinger (admitted *pro hac vice*)
                                marc@zwillgen.com
                                Jacob A. Sommer (admitted *pro hac vice*)
                                jake@zwillgen.com
                                ZWILLGEN PLLC
                                1705 N St NW
                                Washington, DC 20036
                                Telephone: (202) 296-3585
                                Facsimile: (202) 706-5298

                                Attorneys for Defendants ELECTRONIC ARTS,
                                INC. AND CHILLINGO LTD.
```

HOLLAND & KNIGHT LLP

By: /s/ *Judith Nemsick*
Christopher G. Kelly
Judith Nemsick
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
christopher.kelly@hklaw.com
judith.nemsick@hklaw.com

Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: (213) 896-2476
shelley.hurwitz@hklaw.com

Attorneys for Defendant ROVIO
ENTERTAINMENT LTD.
s/h/a ROVIO MOBILE OY

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Date: _____, 2013.

_____
**HON. JON S. TIGAR**
**UNITED STATES DISTRICT JUDGE**

7

STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS
FOR APPLICATION DEVELOPER DEFENDANTS' MOTIONS TO DISMISS                   13-cv-00453-JST

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, Brian R. Strange, hereby attest that concurrence in the filing of this document has been obtained from the above-listed counsel.

DATED: September 26, 2013

Respectfully submitted,

**STRANGE & CARPENTER**

By: */s/Brian R. Strange*
      Brian R. Strange

**STRANGE & CARPENTER**
Brian R. Strange (CBN 103252)
LACounsel@earthlink.net
John T. Ceglia (CBN 287147)
jceglia@strangeandcarpenter.com
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

*Attorneys for Plaintiffs Haig Arabian and Lauren Carter*