1  DAVID M. GIVEN (STATE BAR NO. 142375)
   NICHOLAS A. CARLIN (STATE BAR NO. 112532)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 CALIFORNIA STREET, 32ND FLOOR
3  SAN FRANCISCO, CA  94111
   TEL: 415-398-0900
4  FAX: 415-398-0911
   EMAIL:  DMG@PHILLAW.COM
5  EMAIL:  NAC@PHILLAW.COM

6  JAMES M. WAGSTAFFE (95535)
   MICHAEL VON LOEWENFELDT (178665)
7  IVO LABAR (203492)
   MICHAEL NG (237915)
8  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
9  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
10 Fax: (415) 371-0500
   EMAIL: WAGSTAFFE@KERRWAGSTAFFE.COM
11 EMAIL: MVL@KERRWAGSTAFFE.COM
   EMAIL: LABAR@KERRWAGSTAFFE.COM
12 EMAIL: MNG@KERRWAGSTAFFE.COM

13 Attorneys for *Opperman* Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:<br><br>APPLE IDEVICE ADDRESS BOOK LITIGATION | Case No. 13-cv-00453-JST<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF MICHAEL NG**<br><br>**THIS DOCUMENT RELATES TO ALL CASES**<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>*Espitia v. Hipster, Inc.*, No. 4:13-cv-432-JST<br>(collectively, the "Related Actions") |

Case No. : 13-cv-00453-JST                                         NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Michael Ng of Kerr & Wagstaffe LLP hereby appears as co-counsel of record on behalf of plaintiffs Alan Beuershasen, Giuli Biondi, Steve Dean, Stephanie Dennis-Cooley, Claire Hodgins, Jason Green, Gentry Hoffman, Rachelle King, Nirali Mandaywala, Claire Moses, Judy Paul, Theda Sandiford and Greg Varner (the *Opperman* plaintiffs). Copies of all pleadings and notices pertaining to this action not otherwise filed through the Court's electronic filing system should be directed to:

>MICHAEL NG (237915)
>Kerr & Wagstaffe LLP
>100 Spear Street, 18th Floor
>San Francisco, California 94105
>Telephone: (415) 371-8500
>Facsimile: (415) 371-0500
>Email: mng@kerrwagstaffe.com

DATED: October 4, 2013                **KERR & WAGSTAFFE LLP**

By:  __s/ Michael Ng_____
     MICHAEL NG

Attorneys for *Opperman* Plaintiffs

Case No. : 13-cv-00453-JST                                                             NOTICE OF APPEARANCE

1