David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
Phillips, Erlewine & Given LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
Email: nac@phillaw.com

James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Ivo Labar (203492)
Michael Ng (237915)
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: wagstaffe@kerrwagstaffe.com
Email: mvl@kerrwagstaffe.com
Email: labar@kerrwagstaffe.com
Email: mng@kerrwagstaffe.com

Attorneys for *Opperman* Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>APPLE IDEVICE ADDRESS BOOK LITIGATION | Case No. 13-cv-00453-JST<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF JAMES M. WAGSTAFFE**<br><br>**THIS DOCUMENT RELATES TO ALL CASES**<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>*Espitia v. Hipster, Inc.*, No. 4:13-cv-432-JST<br>(collectively, the "Related Actions") |

Case No. : 13-cv-00453-JST                                                                                     NOTICE OF APPEARANCE

1     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE that James M. Wagstaffe of Kerr & Wagstaffe LLP hereby appears as co-counsel of record on behalf of plaintiffs Alan Beuershasen, Giuli Biondi, Steve Dean, Stephanie Dennis-Cooley, Claire Hodgins, Jason Green, Gentry Hoffman, Rachelle King, Nirali Mandaywala, Claire Moses, Judy Paul, Theda Sandiford and Greg Varner (the *Opperman* plaintiffs). Copies of all pleadings and notices pertaining to this action not otherwise filed through the Court's electronic filing system should be directed to:

> JAMES M. WAGSTAFFE (95535)
> Kerr & Wagstaffe LLP
> 100 Spear Street, 18th Floor
> San Francisco, California 94105
> Telephone: (415) 371-8500
> Facsimile: (415) 371-0500
> Email: wagstaffe@kerrwagstaffe.com

DATED: October 4, 2013     **KERR & WAGSTAFFE LLP**

By:   s/ James M. Wagstaffe
     JAMES M. WAGSTAFFE

Attorneys for *Opperman* Plaintiffs

---

Case No. : 13-cv-00453-JST     1     NOTICE OF APPEARANCE