DAVID M. GIVEN (STATE BAR NO. 142375)
NICHOLAS A. CARLIN (STATE BAR NO. 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 CALIFORNIA STREET, 32ND FLOOR
SAN FRANCISCO, CA  94111
TEL: 415-398-0900
FAX: 415-398-0911
EMAIL:  DMG@PHILLAW.COM
EMAIL:  NAC@PHILLAW.COM

JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
IVO LABAR (203492)
MICHAEL NG (237915)
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500
EMAIL: WAGSTAFFE@KERRWAGSTAFFE.COM
EMAIL: MVL@KERRWAGSTAFFE.COM
EMAIL: LABAR@KERRWAGSTAFFE.COM
EMAIL: MNG@KERRWAGSTAFFE.COM

Attorneys for *Opperman* Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>APPLE IDEVICE ADDRESS BOOK LITIGATION | Case No. 13-cv-00453-JST<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE OF IVO LABAR**<br><br>**THIS DOCUMENT RELATES TO ALL CASES**<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>*Espitia v. Hipster, Inc.*, No. 4:13-cv-432-JST<br>(collectively, the "Related Actions") |

Case No. : 13-cv-00453-JST                                                                NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ivo Labar of Kerr & Wagstaffe LLP hereby appears as co-counsel of record on behalf of plaintiffs Alan Beuershasen, Giuli Biondi, Steve Dean, Stephanie Dennis-Cooley, Claire Hodgins, Jason Green, Gentry Hoffman, Rachelle King, Nirali Mandaywala, Claire Moses, Judy Paul, Theda Sandiford and Greg Varner (the *Opperman* plaintiffs).  Copies of all pleadings and notices pertaining to this action not otherwise filed through the Court's electronic filing system should be directed to:

> IVO LABAR (203492)
> Kerr & Wagstaffe LLP
> 100 Spear Street, 18th Floor
> San Francisco, California 94105
> Telephone: (415) 371-8500
> Facsimile: (415) 371-0500
> Email: labar@kerrwagstaffe.com

DATED: October 4, 2013     **KERR & WAGSTAFFE LLP**

By:   s/ Ivo Labar
      IVO LABAR

Attorneys for *Opperman* Plaintiffs

Case No. : 13-cv-00453-JST                                    NOTICE OF APPEARANCE

1