1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., et al., <br><br> Defendants. | Case No.: 13-cv-00453-JST <br><br> <u>CLASS ACTION</u> <br><br> **THIS DOCUMENT RELATES TO ALL CASES:** <br><br> *Opperman v. Path, Inc.*, No. 13-cv-0453-JST <br> *Hernandez v. Path, Inc.*, No. 12-cv-1515-JST <br> *Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST <br> *Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST <br> *Espitia v. Hipster, Inc.*, No. 13-cv-0432-JST <br><br> Date: October 15, 2013 <br> Time: 3:00 p.m. <br> Courtroom: 9 |

### [PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION PURSUANT TO FED. R. CIV. P. 42(a) AND APPOINTMENT OF INTERIM CO-LEAD CLASS <u>COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)</u>

Before the Court is Plaintiffs Haig Arabian, Lauren Carter, and Maria Pirozzi's ("Moving Plaintiffs") motion to consolidate the Related Actions pursuant to Federal Rule of Civil Procedure 42(a) and to appoint Interim Co-Lead Counsel pursuant to Federal Rule of Civil Procedure 23(g). The Court has considered the motion, the Declaration of Brian R. Strange in support thereof, all papers submitted in support of and/or in opposition to the motion, the arguments of counsel, and all other materials properly considered by the Court.

**IT IS HEREBY ORDERED:**

1. Moving Plaintiffs' motion is **GRANTED**.

2. The above-captioned Related Actions are hereby consolidated for all pretrial purposes.

3. Hereafter, papers need only be filed in No. 13-cv-0453-JST.

4. The consolidated case caption shall be:

| IN RE: APPLE IDEVICE ADDRESS BOOK LITIGATION | No. 13-cv-0453-JST |
|---|---|

5. The Court appoints Strange & Carpenter and Gardy & Notis, LLP as Interim Co-Lead Counsel for the Class.

6. Interim Co-Lead Counsel shall set policy for Plaintiffs for the prosecution of this litigation, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of Plaintiffs the initiation and conduct of discovery proceedings, and provide direction, supervision, and coordination of all the activities of Plaintiffs' counsel. Agreements reached between Defendants and Interim Co-Lead Counsel are binding on all Plaintiffs and their counsel. No discovery shall be served, and no motion shall be filed, by any Plaintiff's counsel without the consent of Interim Co-Lead Counsel, unless leave of Court is obtained.

7. Interim Co-Lead Counsel will be primarily responsible and authorized to communicate with the Court, including receiving orders, notices, correspondence, and telephone calls from the Court on behalf of all Plaintiffs.

8. This Order shall apply to each related case subsequently added-on or transferred to this consolidated proceeding.

**IT IS SO ORDERED.**

Dated: _____          _____
                                      The Honorable Jon S. Tigar
                                      United States District Judge