PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>APPLE IDEVICE<br>ADDRESS BOOK LITIGATION | Case No.: 13-CV-00453-JST<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER DENYING KIK INTERACTIVE, INC.'S MOTION TO DISMISS UNDER FRCP 12(B)(2)**<br><br>THIS DOCUMENT RELATES ONLY TO:<br>   Case No. 13-CV-00453-JST<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>*Espitia v. Hipster, Inc.*, No. 4:13-cv-432-JST<br>(collectively, the "Related Actions")<br><br>JUDGE:        Hon. Jon S. Tigar |

The Court, having considered the Defendants' Kik Interactive, Inc.'s Motion To Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(2), ECF No. 366, Plaintiffs' Response, the pleadings, all other the papers filed in support of and in opposition to the motions, the oral arguments of counsel, and the record as a whole, determines as follows:

**IT IS HEREBY ORDERED** that Defendant Kik Interactive's motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: _____, 2013

                              _____
                              Honorable Jon S. Tigar
                              UNITED STATES DISTRICT JUDGE