HOLLAND & KNIGHT LLP
  Christopher G. Kelly (*admitted pro hac vice*)
  Judith R. Nemsick (*admitted pro hac vice*)
31 West 52nd Street
New York, New York  10019
Tel.:   (212) 513-3200
Fax:    (212) 385-9010
christopher.kelly@hklaw.com
judith.nemsick@hklaw.com

HOLLAND & KNIGHT LLP
  Shelley G. Hurwitz (SBN 217566)
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone 213.896.2400
Facsimile  213.896.2450
shelley.hurwitz@hklaw.com

Attorneys for Defendant
Rovio Entertainment Ltd.

[Additional counsel identified on signature pages.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>                    Plaintiffs,<br>v.<br>PATH, INC., et al.,<br><br>                    Defendants. | Case No.: 13-cv-00453-JST<br><br>**DEFENDANTS' JOINT OPPOSITION AND REQUEST TO STRIKE PLAINTIFFS' IMPROPERLY NOTICED MOTION FOR CONSOLIDATION OR, ALTERNATIVELY, SET A BRIEFING SCHEDULE**<br><br>DATE:   October 15, 2013<br>TIME:   3:00 p.m.<br>COURTROOM:  9<br>JUDGE:  Hon. Jon S. Tigar<br><br>**THIS DOCUMENT RELATES TO ALL CASES:**<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>*Espitia v. Hipster, Inc.*, No. 13-cv-0432-JST |

1

JOINT OPPOSITION TO IMPROPERLY NOTICED MOTION FOR CONSOLIDATION

## I. INTRODUCTION

Defendants Apple, Inc., Chillingo Ltd., Electronic Arts, Inc., Facebook, Inc., Foodspotting, Inc., Foursquare Labs, Inc., Gowalla Inc., Instagram, Inc., Kik Interactive, Inc., Path, Inc., Rovio Entertainment Ltd. s/h/a Rovio Mobile Oy, Twitter, Inc., Yelp! Inc. and ZeptoLab UK Limited (collectively "Defendants") respectfully request that the Court strike the request for consolidation and arguments relating to that request from Plaintiffs' Motion for Consolidation Pursuant to Fed. R. Civ. P. 42(a) and Appointment of Interim Co-Lead Class Counsel Pursuant to Fed. R. Civ. P. 23(g) ("Plaintiffs' Motion"). [Doc. 383] Plaintiffs' counsel in the *Hernandez* and *Pirozzi* cases improperly noticed this Motion for Consolidation for the hearing on October 15, 2013.[1]

## II. PLAINTIFFS' MOTION FOR CONSOLIDATION SHOULD BE STRICKEN

Plaintiffs' motion for consolidation, which purports to be at the Court's request,[2] falls demonstrably outside the scope of the Court's September 16, 2013 Order. [Doc. 368] That Order instructed Plaintiffs to provide supplemental briefing *only* on the issue of the organization of lead class action counsel.  Specifically, in response to the Plaintiffs' Stipulation seeking the designation of four law firms as co-lead interim class counsel [Doc. 352], the Court advised Plaintiffs that it is "unlikely to appoint four interim co-lead counsel in this case" and instructed them to "provide supplemental briefing on how they intend to limit the duplication of effort on behalf of the proposed class" if they propose more than one firm as interim lead counsel.  The Order further instructed the Plaintiffs to file their briefs by October 4, 2013, and scheduled a hearing "on this matter" for October 15, 2013.

---

[1] Counsel for the *Opperman* Plaintiffs have not raised the issue of consolidation in their supplemental briefing.

[2] Plaintiffs erroneously represent in their motion that the Court requested Plaintiffs to move for consolidation. *See* Plaintiffs' Motion, at 2 ("Per the Court's request, Moving Plaintiffs bring this motion for consolidation and appointment of lead counsel…").

2

JOINT OPPOSITION TO IMPROPERLY NOTICED MOTION FOR CONSOLIDATION

The September 16 Order is devoid of any reference whatsoever to a motion for consolidation. In fact, Plaintiffs' Motion contravenes this Court's prior Orders which ordered relation of the above-referenced cases, and directed the parties to make all filings in the *Opperman* case with reference to the relevant related cases.[3] [Doc. 322, 331] The Court's Scheduling Order instructing Plaintiffs to file a consolidated amended complaint did not change those Orders. [Doc. 345] Accordingly, Defendants respectfully request that the Court strike the Plaintiffs' improperly noticed motion for consolidation and arguments made in support thereof.

Alternatively, if the Court allows the motion to proceed, Defendants respectfully request that the Court set a briefing schedule on Plaintiffs' Motion that allows Defendants sufficient opportunity to prepare a substantive response.

HOLLAND & KNIGHT LLP

By: */s/ Christopher G. Kelly*
Christopher G. Kelly
Judith R. Nemsick
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
christopher.kelly@hklaw.com
Judith.nemsick@hklaw.com

Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: (213) 896-2476
shelley.hurwitz@hklaw.com

Attorneys for Defendant ROVIO ENTERTAINMENT LTD.
s/h/a ROVIO MOBILE OY

---

[3] Plaintiffs likewise have mischaracterized the caption in the Consolidated Amended Class Action Complaint as "In re: Apple iDevice Address Book Litigation." [Doc. 362]

3

FENWICK & WEST LLP

By:*/s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendant PATH, INC.

DURIE TANGRI LLP

By: */s/ Michael H. Page*
MICHAEL H. PAGE (#154913)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:  415-236-6300
mpage@durietangri.com

Attorneys for Defendants
YELP INC. and FOODSPOTTING, INC.

PERKINS COIE, LLP

By: /s/ Timothy L. Alger
Timothy L. Alger
PERKINS COIE, LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
Telephone: 650.838.4334
Facsimile: 650.838.4350
TAlger@perkinscoie.com

Attorneys for Defendant TWITTER, INC.


GIBSON, DUNN & CRUTCHER LLP

By: */s/ S. Ashlie Beringer*
S. Ashlie Beringer
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94036
Telephone:  650.849.5300
Facsimile:  650.849.5333
aberinger@gibsondunn.com

Attorneys for Defendant
APPLE INC.

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY LLP

By: /s/ Mazda K. Antia
Mazda K. Antia
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Phone: (858) 550-6000
Fax: (858) 550-6420

Attorneys for Defendants FACEBOOK, INC., INSTAGRAM, LLC and KIK INTERACTIVE, INC.

MORRISON & FOERSTER LLP

By: /s/ David F. McDowell
David F. McDowell (125806)
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454
Email: DMcDowell@mofo.com

Attorneys for Defendant
FOURSQUARE LABS, INC.

DHILLON & SMITH LLP

By: /s/ Harmeet K. Dhillion
Harmeet K. Dhillon (#207873)
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, CA 94108
Tel.: (415) 433-1700
Email: harmeet@dhillonsmith.com

Attorneys for Defendant GOWALLA INCORPORATED


MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Jeffrey M. Movit
Jeffrey M. Movit
Mitchell Silberberg & Knupp LLP
12 East 49th Street, 30th Floor
New York, NY  10017
(917) 546-7708 (direct)
(917) 546-7678 (fax)
jmm@msk.com

Attorneys for Defendant ZEPTOLAB UK LIMITED

5

JOINT OPPOSITION TO IMPROPERLY NOTICED MOTION FOR CONSOLIDATION

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  | ZWILLGEN LAW LLP                                                |
| 3  | By: /s/ Michele Floyd                                           |
|    | Michele Floyd (SBN 163031)                                      |
|    | ZWILLGEN LAW LLP                                                |

ZWILLGEN LAW LLP

By: /s/ Michele Floyd
Michele Floyd (SBN 163031)
ZWILLGEN LAW LLP
915 Battery Street, Second Floor, Suite 3
San Francisco, California 94111
Telephone: (415) 590-2340
Facsimile: (415) 590-2335
Michele@zwillgen.com

Marc J. Zwillinger (admitted *pro hac vice*)
marc@zwillgen.com
Jacob A. Sommer (admitted *pro hac vice*)
jake@zwillgen.com
ZWILLGEN PLLC
1705 N St NW
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298

Attorneys for Defendants ELECTRONIC ARTS, INC. AND CHILLINGO LTD.

6

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2013, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

          /s/ Shelley G. Hurwitz

          Shelley G. Hurwitz

JOINT OPPOSITION TO IMPROPERLY NOTICED MOTION FOR CONSOLIDATION