UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: October 15, 2013                                                          Judge: Jon S. Tigar

Time: 30 minutes

| | |
|---|---|
| Case No. | **3:13-cv-00453-JST** |
| Case Name | **Marc Opperman, et al. v. Path, Inc., et al.** |

| | |
|---|---|
| Case No. | **3:12-cv-01515-JST** |
| Case Name | **Oscar Hernandez v. Path, Inc.** |

| | |
|---|---|
| Case No. | **3:12-cv-01529-JST** |
| Case Name | **Maria Pirozzi v. Apple, Inc.** |

| | |
|---|---|
| Case No. | **3:12-cv-06550-JST** |
| Case Name | **Steven Gutierrez v. Instagram, Inc.** |

| | |
|---|---|
| Case No. | **3:13-cv-00432-JST** |
| Case Name | **Francisco Espitia, et al. v. Hipster, Inc.** |

| | |
|---|---|
| Attorneys for Plaintiffs: | Brian R Strange; John T. Ceglia (for Oscar Hernandez / Steven Gutierrez) |
| | James M. Wagstaffe; Michael Ng; Nicholas A. Carlin; Jeff Edwards; David M. Given; Appearing by telephone: Carl F. Schwenker (for Marc Opperman, et al.) |
| | Jennifer Sarnelli; Kira German (for Maria Pirozzi) |
| Attorneys for Defendants: | S. Ashlie Beringer (for Apple Inc.) |
| | Michele D. Floyd (for Electronic Arts Inc.) |
| | Michael G. Rhodes; Appearing by telephone: Mazda K. Antia (for Facebook Inc. / Instagram, Inc. / Kik Interactive, Inc.) |
| | Keith M. Henneke (appearing telephonically for Foursquare Labs, Inc.) |
| | Krista L. Shoquist (for Gowalla Incorporated) |
| | Tyler G. Newby (for Path, Inc.) |
| | Judith R. Nemsick; Christopher G. Kelly (both appearing telephonically for Rovio Mobile Oy) |
| | Timothy L. Alger (appearing telephonically for Twitter, Inc.) |
| | Michael H. Page (for Yelp! Inc. / Foodspotting, Inc.) |

Date: October 15, 2013

Case No. **3:13-cv-00453-JST**
Case Name **Marc Opperman, et al. v. Path, Inc., et al.** (and related cases)

Attorneys for Defendants (continued):   Jeffrey M. Movit (appearing telephonically for ZeptoLab UK Limited)

Deputy Clerk: William Noble                    Court Reporter: FTR 3:03-3:33 p.m.

## PROCEEDINGS

Hearing on Stipulation Among Plaintiffs' Counsel in Related Cases Regarding Organization of Plaintiffs' Counsel in All Cases (docket 352)

## RESULT OF HEARING

Hearing held. Court heard argument from plaintiff's counsel.

The Court set the following schedule for briefing on plaintiff's anticipated motion for consolidation:
Filing due date date: October 22, 2013
Hearing set for December 10, 2013 at 2:00 p.m.