UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>PATH, INC., *et al.*,<br><br>  Defendants. | Case No. 13-cv-00453-JST<br><br>[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S AND GOWALLA INCORPORATED'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)<br><br>Date:  January 22, 2014<br>Time:  9:30 a.m.<br>Judge: Hon. Jon S. Tigar<br>Ctrm:  9 |

**THIS MATTER**, having come before the Court on Facebook, Inc.'s ("Facebook") and Gowalla Incorporated's ("Gowalla") Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Motion") filed on October 18, 2013, and having considered the parties' papers, oral argument, and all other pleadings and papers field herein:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all of plaintiffs' claims against Facebook are dismissed with prejudice.

**IT IS FURTHER ORDERED** that plaintiffs' claim under California's Uniform Fraudulent Transfer Act against Gowalla is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:_____ _____
HON. JON S. TIGAR