GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER (SBN 263977)
aberinger@gibsondunn.com
JOSHUA A. JESSEN (SBN 222831)
jjessen@gibsondunn.com
MAIA T. PEREZ (SBN 278215)
mperez@gibsondunn.com
JESSICA OU (SBN 280534)
jou@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: APPLE IDEVICE ADDRESS BOOK LITIGATION | Case No.: 13-cv-00453-JST <br><br> CLASS ACTION <br><br> **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** <br><br> **THIS DOCUMENT RELATES TO ALL CASES:** <br><br> No. 13-cv-00453-JST <br> No. 12-cv-01515-JST <br> No. 12-cv-01529-JST <br> No. 12-cv-06550-JST |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT – Case No.: 13-cv-00453-JST

The Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint presented by Apple, Inc. ("Apple") was heard on January 22, 2014 at 9:30 a.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion, oral argument of counsel, and all other pleadings and papers on file herein, the Court finds as follows:

1. Plaintiffs' claims not based on an alleged misrepresentation by Apple are precluded by Section 230 of the Communications Decency Act, 47 U.S.C. § 230.

2. Plaintiffs lack standing under Article III of the United States Constitution.

3. Plaintiffs lack standing to bring a claim under California's consumer protection statutes.

4. Plaintiffs' allegations do not satisfy the pleading requirements of Rule 9(b).

5. Plaintiffs' omission claims are barred as a matter of law.

6. Each of Plaintiffs' claims against Apple fails to state a claim upon which relief can be granted.

Good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. Apple's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint is **GRANTED**; and

2. All claims for relief against Apple are hereby **DISMISSED** with prejudice and without leave to amend.

IT IS SO ORDERED this _____ day of _____, 2014.

_____
The Honorable Jon S. Tigar
United States District Judge

Gibson, Dunn & Crutcher LLP

2
[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT – Case No.: 13-cv-00453-JST