UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>PATH, INC., et al.,<br><br>      Defendants. | Case No.: 13-cv-00453-JST<br><br>**[PROPOSED] ORDER GRANTING APPLICATION DEVELOPER DEFENDANTS' JOINT MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>DATE:         January 22, 2014<br>TIME:         9:30 a.m.<br>COURTROOM: 9<br>JUDGE:       Hon. Jon S. Tigar<br><br>**THIS DOCUMENT RELATES TO ALL CASES:**<br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>*Espitia v. Hipster, Inc.*, No. 13-cv-0432-JST |

1     **THIS MATTER**, having come before the Court on Defendants Chillingo Ltd., Electronic Arts Inc., Gowalla, Inc., Foodspotting, Inc., Foursquare Labs, Inc., Instagram, Inc., Kik Interactive, Inc., Path, Inc., Rovio Entertainment Ltd. s/h/a Rovio Mobile Oy, Twitter, Inc., Yelp Inc., and ZeptoLab UK Ltd. (collectively, the "App Defendants") Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Article III of the United States Constitution filed on October 18, 2013, and having considered the parties' papers, oral argument, and all other pleadings and papers field herein:

    **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  Plaintiffs fail to allege they have suffered injury as required to establish standing under Article III of the U.S. Constitution, and the Court therefore lacks subject matter jurisdiction.  In the alternative, all claims against the App Defendants are dismissed with prejudice because, even accepting the allegations of the Consolidated Amended Complaint as true, they fail to state a claim upon which relief may be granted.

    **IT IS FURTHER ORDERED** that all of plaintiffs' claims against the App Defendants are dismissed with prejudice.

    **IT IS SO ORDERED.**

DATED:_____            _____

                                                                        HON. JON S. TIGAR