Robert B. Hawk (Bar No. 118054)
Maren J. Clouse (Bar No. 228726)
Jenny Q. Shen (Bar No. 278883)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California  94301
Telephone:  + 1 (650) 463-4000
Facsimile:  + 1 (650) 463-4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: APPLE IDEVICE ADDRESS BOOK LITIGATION | Case No.: 13-cv-00453-JST<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>THE HONORABLE JON S. TIGAR<br><br>THIS DOCUMENT RELATES TO ALL CASES:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

1    PLEASE TAKE NOTICE that Robert B. Hawk, Maren J. Clouse, and Jenny Q. Shen of
Hogan Lovells US LLP hereby enters their appearance as counsel for Defendant APPLE INC.

The Defendant requests that all notices, including all electronic notices, given or required to be given, and all papers filed or served, or required to be served, in the above-captioned matter be provided to and served upon counsel for the Defendant at the address set forth below:

>Robert B. Hawk (Bar No. 118054)
>Maren J. Clouse (Bar No. 228726)
>Jenny Q. Shen (Bar No. 278883)
>HOGAN LOVELLS US LLP
>525 University Avenue, 4th Floor
>Palo Alto, California 94301
>Telephone:  (650) 463-4000
>Facsimile:  (650) 463-4199
>robert.hawk@hoganlovells.com
>maren.clouse@hoganlovells.com
>jenny.shen@hoganlovells.com

Dated:  October 30, 2013                         HOGAN LOVELLS US LLP

                                                 By:        /s/ *Robert B. Hawk*
                                                      Robert B. Hawk
                                                      Attorneys for Defendant
                                                      APPLE INC.