GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER (SBN 263977)
aberinger@gibsondunn.com
JOSHUA A. JESSEN (SBN 222831)
jjessen@gibsondunn.com
MAIA T. PEREZ (SBN 278215)
mperez@gibsondunn.com
JESSICA S. OU (SBN 280534)
jou@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br><br>            Defendants. | Case No.: 13-CV-00453-JST<br><br>**NOTICE OF FILING OF PROPOSED PROTECTIVE ORDER WITH REVISED PATENT PROSECUTION BAR PROVISION**<br><br>THIS DOCUMENT RELATES TO ALL CASES:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Defendants hereby submit a Proposed Protective Order with a revised patent prosecution bar provision applicable only to Defendants, consistent with the Court's October 13, 2013 Order Granting in Part and Denying in Part Request to Include Patent

1  Prosecution Bar in Protective Order (Dkt. 390).  The revised Proposed Protective Order, attached
2  hereto as "Exhibit A," is identical to the Stipulated Proposed Protective Order previously agreed
3  by all parties (Dkt. 375) and entered by the Court (Dkt. 399), except that Defendants have revised
4  Section 9 ("Prosecution Bar") and added Section 2.4 (definition of "Defendant").  All Defendants
5  have agreed to the revised language contained in Exhibit A.

6  DATED:  October 31, 2013                    Respectfully submitted,

7                                              GIBSON, DUNN & CRUTCHER LLP

8                                              By:  /s/ Joshua A. Jessen
                                                JOSHUA A. JESSEN
9
                                                GIBSON DUNN & CRUTCHER LLP
10                                              S. Ashlie Beringer
                                                aberinger@gibsondunn.com
11                                              1881 Page Mill Road
                                                Palo Alto, CA 94036
12                                              Telephone: (650) 849-5300
                                                Facsimile: (650) 849-5333
13
                                                Attorneys for Defendant APPLE INC.
14

15                                              DHILLON & SMITH LLP

16                                              By: /s/ Krista L. Shoquist
                                                Krista L. Shoquist
17                                              DHILLON & SMITH LLP
                                                177 Post Street, Suite 700
18                                              San Francisco, CA 94108
                                                Tel.: (415) 433-1700
19                                              Email: kshoquist@dhillonsmith.com

20                                              Attorneys for Defendant GOWALLA
                                                INCORPORATED
21

22                                              MITCHELL SILBERBERG & KNUPP LLP

23                                              By: /s/ Jeffrey M. Movit
                                                Jeffrey M. Movit
24                                              Mitchell Silberberg & Knupp LLP
                                                12 East 49th Street, 30th Floor
25                                              New York, NY  10017
                                                (917) 546-7708 (direct)
26                                              (917) 546-7678 (fax)
                                                jmm@msk.com
27
                                                Attorneys for Defendant ZEPTOLAB UK LIMITED
28

NOTICE OF FILING OF PROPOSED
PROTECTIVE ORDER WITH REVISED              2                    Case No.: 13-cv-00453-JST
PATENT PROSECUTION BAR PROVISION

FENWICK & WEST LLP

By: */s/ Tyler G. Newby*
   Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant PATH, INC.


DURIE TANGRI LLP

By: */s/ Michael H. Page*
MICHAEL H. PAGE (#154913)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300
mpage@durietangri.com

Attorneys for Defendants
YELP INC. and FOODSPOTTING, INC.


PERKINS COIE, LLP

By:   */s/ Amanda J. Beane*
Amanda J. Beane
PERKINS COIE, LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE: 206.359.3965
FAX: 206.359.4965
E-MAIL: ABeane@perkinscoie.com

Attorneys for Defendant TWITTER, INC.

NOTICE OF FILING OF PROPOSED
PROTECTIVE ORDER WITH REVISED         3                  Case No.: 13-cv-00453-JST
PATENT PROSECUTION BAR PROVISION

| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | By: */s/ Erin E. Goodsell*<br>Erin E. Goodsell |
| 3 | Cooley LLP<br>4401 Eastgate Mall |
| 4 | San Diego, CA 92121-1909<br>Phone: (858) 550-6000 |
| 5 | Fax: (858) 550-6420 |
| 6 | Attorneys for Defendants FACEBOOK, INC., INSTAGRAM, LLC and KIK INTERACTIVE, |
| 7 | INC. |
| 8 | |
| 9 | MORRISON & FOERSTER LLP |
| 10 | By:  */s/ Keith Henneke*<br>Keith Henneke |
| 11 | Morrison & Foerster LLP<br>707 Wilshire Boulevard |
| 12 | Los Angeles, CA 90017-3543<br>Phone: 213.892.5687 |
| 13 | Fax: 213.892.5454<br>KHenneke@mofo.com |
| 14 | Attorneys for Defendant |
| 15 | FOURSQUARE LABS, INC. |
| 16 | ZWILLGEN LAW LLP |
| 17 | By: */s/ Jake Sommer*<br>Jake Sommer |
| 18 | ZWILLGEN LAW LLP<br>915 Battery Street, Second Floor, Suite 3 |
| 19 | San Francisco, California 94111<br>Telephone: (415) 590-2340 |
| 20 | Facsimile: (415) 590-2335<br>Jake@zwillgen.com |
| 21 | |
| 22 | Marc J. Zwillinger (admitted *pro hac vice*)<br>marc@zwillgen.com |
| 23 | Jacob A. Sommer (admitted *pro hac vice*)<br>jake@zwillgen.com |
| 24 | ZWILLGEN PLLC<br>1705 N St NW |
| 25 | Washington, DC 20036<br>Telephone: (202) 296-3585 |
| 26 | Facsimile: (202) 706-5298 |
| 27 | Attorneys for Defendants ELECTRONIC ARTS, INC. AND CHILLINGO LTD. |
| 28 | |

NOTICE OF FILING OF PROPOSED
PROTECTIVE ORDER WITH REVISED                    4                    Case No.: 13-cv-00453-JST
PATENT PROSECUTION BAR PROVISION

|   |   |
|---|---|
| 1 | HOLLAND & KNIGHT LLP |
| 2 | By: _/s/ Judith R. Nemsick___ |
|   | Christopher G. Kelly |
| 3 | Judith R. Nemsick |
|   | Holland & Knight LLP |
| 4 | 31 West 52nd Street |
|   | New York, New York 10019 |
| 5 | Tel.: (212) 513-3200 |
|   | Fax: (212) 385-9010 |
| 6 | christopher.kelly@hklaw.com |
|   | judith.nemsick@hklaw.com |
| 7 |  |
|   | Shelley G. Hurwitz |
| 8 | HOLLAND & KNIGHT LLP |
|   | 400 South Hope Street, 8th Floor |
| 9 | Los Angeles, CA 90071 |
|   | Tel.: (213) 896-2476 |
| 10 | shelley.hurwitz@hklaw.com |
| 11 | Attorneys for Defendant ROVIO |
|    | ENTERTAINMENT LTD. |
| 12 | s/h/a ROVIO MOBILE OY |

NOTICE OF FILING OF PROPOSED
PROTECTIVE ORDER WITH REVISED                5                Case No.: 13-cv-00453-JST
PATENT PROSECUTION BAR PROVISION

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Joshua A. Jessen, attest that concurrence in the filing of this document has been obtained from the signatories indicated by a "conformed" signature (/s/) in this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 31st day of October, 2013, in Palo Alto, California.

DATED:  October 31, 2013

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Joshua A. Jessen*
JOSHUA A. JESSEN

Attorneys for Defendant
APPLE INC.