COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

MAZDA K. ANTIA (214963) (mantia@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

CHRISTOPHER B. DURBIN (218611) (cdurbin@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Facsimile: (206) 452-8798

Attorneys for KIK INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PATH, INC. *et al.*,<br><br>　　　　　Defendants. | Case No. 13-cv-00453-JST<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER B. DURBIN FOR DEFENDANT KIK INTERACTIVE, INC.**<br><br>THIS DOCUMENT RELATES ONLY TO:<br>*OPPERMAN, ET AL. V. PATH, INC., ET AL.*, NO. 13-CV-00453-JST |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF APPEARANCE OF CHRISTOPHER B.
DURBIN FOR DEF. KIK INTERACTIVE, INC.
CASE NO. 13-CV-00453-JST

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Christopher B. Durbin of Cooley LLP, 1700 Seventh Avenue, Suite 1900, Seattle, WA 98101-1355, telephone number (206) 452-8700, facsimile number (206) 452-8798, and e-mail cdurbin@cooley.com, hereby enters his appearance as counsel of record on behalf of Defendant Kik Interactive, Inc.

Dated: November 1, 2012

COOLEY LLP
MICHAEL G. RHODES (116127)
MAZDA K. ANTIA (214963)
CHRISTOPHER B. DURBIN (218611)

 */s/ Christopher B. Durbin*
Christopher B. Durbin (218611)

Attorneys for Defendant KIK INTERACTIVE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2013, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CMIECF participants.

          */s/ Christopher B. Durbin*
          Christopher B. Durbin

1340544/SF