STRANGE & CARPENTER
Brian R. Strange (CBN 103252)
LACounsel@earthlink.net
David A. Holop (CBN 280475)
DHolop@strangeandcarpenter.com
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

*Attorneys for Plaintiffs Haig Arabian and Lauren Carter*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br><br>                    Defendants. | Case No.: 13-cv-00453-JST<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL FROM PLAINTIFFS' STEERING COMMITTEE**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Hernandez, et al. v. Path, Inc., No. 12-cv-01515-JST<br><br>Gutierrez, et al. v. Instagram, Inc., No. 12-cv-06550-JST |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Strange & Carpenter hereby withdraws from the Plaintiffs' Steering Committee. Strange & Carpenter will continue to represent Plaintiffs Haig Arabian and Lauren Carter in an individual capacity.

DATED: November 5, 2013

Respectfully submitted,

**STRANGE & CARPENTER**

By: */s/ Brian R. Strange*
     Brian R. Strange

**STRANGE & CARPENTER**
Brian R. Strange (CBN 103252)
LACounsel@earthlink.net
David A. Holop (CBN 280475)
DHolop@strangeandcarpenter.com
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

*Attorneys for Plaintiffs Haig Arabian and Lauren Carter*