David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA   94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
          nac@phillaw.com

James M. Wagstaffe (State Bar No. 095535
Michael K. Ng (State Bar No. 237915)
Ivo M. Labar (State Bar No. 203492
Michael J. Von Loewenfeldt (State Bar No. 178665)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA   94105
Tel:  415-371-8500
Fax:  415-371-0500
Email: wagstaffe@kerrwagstaffe.com
          mng@kerrwagstaffe.com
          labar@kerrwagstaffe.com
          myl@kerrwagstaffe.com

Interim Lead Counsel for Plaintiffs
[ADDITIONAL COUNSEL LISTED BELOW]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>APPLE IDEVICE ADDRESS BOOK LITIGATION | Case No. 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>*Espitia v. Hipster, Inc.*, No. 4:13-cv-432-JST<br>(collectively, the "Related Actions")<br><br>Date:         November 13, 2013<br>Time:        9:30 a.m.<br>Courtroom: 9, 19th Floor |

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT — Case No. 13-0453-JST**

The undersigned parties submit this Joint Case Management Statement in compliance with Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9. At the prior Case Management Conference the Court instructed the parties to inform it whether the Case Management Conference scheduled for November 13, 2013 would be necessary. The parties have met and conferred and agree that there is no present need to conduct the conference.

The following is an update of the status of matters pending before the Court since the last Case Management Conference on August 1, 2013:

1. **Protective Order**. The Court considered separate (though closely-aligned) proposals for the form of an appropriate protective order to enter in this case and issued its decision on that subject on October 13, 2013 (see Dkt. No. 390). Defendants have since proffered a revised protective order for the Court's consideration in keeping with that decision and the parties' prior stipulation (see Dkt. Nos. 375, 405). Plaintiffs wish to bring a related matter to the Court's attention. In its order of October 13, 2013, the Court indicated that it believed that none of plaintiffs' counsel were members of the patent bar. In fact, as noted in the *Opperman* plaintiffs' earlier-filed leadership proposal, two of plaintiffs' counsel (Carl Schwenker and Nick Carlin) are admitted to practice before the Patent and Trademark Office (see Dkt. No. 382 at p. 29, ¶18 and p. 76, ¶11). Plaintiffs do not believe that fact requires any modification of the Court's order. Defendants note that they were unaware prior to November 5, 2013 (when plaintiffs provided a draft of this Joint Case Management Statement) that two of plaintiffs' counsel were members of the patent bar. Because Defendants are concerned with protection of their respective intellectual property, Defendant Apple then requested that Plaintiffs stipulate that the patent prosecution bar provisions of the proposed Protective Order apply to Messrs. Schwenker and Carlin. Plaintiffs' counsel responded that Messrs. Schwenker and Carlin declined to agree to the prosecution bar. Defendants nonetheless remain hopeful that further discussions will lead to a resolution of this issue. In that light, Defendants respectfully request that the parties be permitted additional time to attempt to resolve the issue by agreement, and that if no agreed resolution is reached, that the parties then submit a very brief joint letter to

the Court outlining their respective positions and requesting any desired changes to the current proposed language in the Protective Order.

    2.    **ESI Protocol**. The parties timely submitted to the Court their joint proposal for an ESI Protocol in this case (see Dkt. No. 374). The Court has approved this submission (see Dkt. No. 399).

    3.    **Plaintiffs' Motion to Consolidate**. In accordance with the Court's direction, plaintiffs moved to consolidate the related actions (with the exception of the *Espitia* case) with the first-filed *Opperman* case, and to retitle the consolidated action as *In re iDevice Address Book Litigation* (see Dkt. No. 401). Defendants have opposed that motion (see Dkt. Nos. 408, 409). The Court has set this motion for hearing on December 10, 2013 at 2:00 p.m. (see Dkt. No. 391).

    4.    **Kik Jurisdictional Motion**. Defendant Kik Interactive, Inc. has moved to dismiss the case against it for lack of personal jurisdiction (see Dkt. No. 366). The parties have fully briefed this motion (see Dkt. Nos. 384, 403; see also Dkt. Nos. 141, 203). The Court has set the motion for hearing on November 13, 2013 at 9:30 a.m. (see Dkt. No. 361)   The parties have advised the court clerk that they are prepared to submit on the briefs. Plaintiffs note that they have made a request for jurisdictional discovery.   If the Court would like to hear oral argument, Plaintiffs respectfully request that the motion be heard half an hour later, at 10:00 a.m., to accommodate a conflict with lead counsel's teaching schedule at Hastings College of Law.

    5.    **Apple Motion to Dismiss**. Defendant Apple, Inc. has moved to dismiss the case against it on various grounds (see Dkt. No. 395). Plaintiffs expect to timely file their opposition on or before Tuesday, December 2, 2013 (see Dkt. No. 361). The Court has set the motion for hearing on January 22, 2014 at 9:30 a.m. (see Dkt. No. 361).

    6.    **Other Defendants' Motions to Dismiss**. The remaining defendants have moved to dismiss the actions against them on various grounds. In addition to an omnibus motion on their behalf (see Dkt. No. 396), several of these defendants have moved on grounds unique to them in three separate filings:  One for defendant Twitter, Inc. (see Dkt. No. 397), one for

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd<sup>h</sup> Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd[h] Floor
San Francisco, CA 94111
Telephone: (415) 398-0900

defendant Electronic Arts, Inc. and its related entity, defendant Chillingo Ltd., as well as defendants Defendant Rovio Entertainment Ltd. s/h/a Rovio Mobile Oy and ZeptoLab UK Limited (see Dkt. No. 393), and one for defendants Facebook, Inc. and Gowalla Incorporated (see Dkt. No. 394). Plaintiffs expect to timely file their opposition on or before Tuesday, December 2, 2013 (see Dkt. No. 361). The Court has set the motion(s) for hearing on January 22, 2014 at 9:30 a.m. (see Dkt. No. 361).

7. **Plaintiffs' Proposed Litigation Guidelines**. In accordance with the Court's order on the subject (see Dkt. No. 400, at 3:20-4:3), plaintiffs' counsel have meet and conferred on proposed guidelines for the conduct of litigation among the Plaintiff's Steering Committee. Plaintiffs' counsel expect to submit stipulated guidelines on or before November 22, 2013, as directed by the Court, for the Court's consideration.

8. **Other Case Management Matters**. The firm of Strange & Carpenter has withdrawn from Plaintiffs' Steering Committee (see Dkt. No. 407).

Dated: November 6, 2013

*By /s/ David M. Given*
David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
nac@phillaw.com

*By /s/ James M. Wagstaffe*
James M. Wagstaffe (State Bar No. 095535)
Michael K. Ng (State Bar No. 237915)
Ivo M. Labar (State Bar No. 203492)
Michael J. Von Loewenfeld t
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
Tel: 415-371-8500
Fax: 415-371-0500
Email: wagstaffe@kerrwagstaffe.com
mng@kerrwagstaffe.com
labar@kerrwagstaffe.com
mvl@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (TBN 00788374, *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX  78702
Tel:     512.480.8427
Fax:    512.857.1294
Email:  cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (TBN 24014406, *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX  78702
Tel:     512-623-7727
Fax:    512-623-7729
Email:   jeff@edwards-law.com

Jennifer Sarnelli (State Bar242510)
Kira German (*pro hac vice*)
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel:     212-905-0509
Fax:    212-905-0508
Email: jsarnelli@gardylaw.com
            kgerman@gardylaw.com

*Plaintiffs' Steering Committee ("PSC")*

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900

4
**JOINT CASE MANAGEMENT CONFERENCE STATEMENT— Case No. 13-0453-JST**

By */s/ S. Ashlie Beringer*
   S. Ashlie Beringer (State Bar No. 263977)
   GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
   Palo Alto, CA  94036
   Tel:      650-849+-5300
   Fax:     650-849-5333
   Email:   aberinger@gibsondunn.com

   Robert B. Hawk (State Bar No. 118054)
   Maren J. Clouse (State Bar No. 228726)
   Jenny Q. Shen (State Bar No. 278883)
   HOGAN, LOVELLS US LLP
   525 University Avenue, 4th Floor
   Palo Alto, CA  94301
   Tel:  650-463-4000
   Fax:  650-463-4199
   Email:  robert.hawk@hoganlovells.com
           maren.clouse@hoganlovells.com
           jenny.shen@hoganlovells.com

*Attorneys for Defendant Apple Inc.*

By */s/ Harmeet K. Dhillon*
   Harmeet K. Dhillon (State Bar No. 207873)
   DHILLON & SMITH LLP
   177 Post Street, Suite 700
   San Francisco, CA 94108
   Tel.:   415-433-1700
   Fax:    415-520-6593
   Email: harmeet@dhillonsmith.com

*Attorneys for Defendant Gowalla Incorporated*

By */s/ Jeffrey M. Movit*
   Jeffrey M. Movit (*pro hac vice*)
   MITCHELL SILBERBERG & KNUPP LLP
   12 East 49th Street, 30th Floor
   New York, NY  10017
   Tel:  917-546-7708 (direct)
   Fax:  917-546-7678
   Email:  jmm@msk.com

*Attorneys for Defendant ZeptoLab UK Limited*

By */s/ Tyler G. Newby*
   Tyler G. Newby (State Bar No. 205790)
   FENWICK & WEST LLP
   555 California Street, 12th Floor
   San Francisco, CA 94104
   Tel: 415.875.2300
   Fax: 415.281.1350
   Email: tnewby@fenwick.com

*Attorneys for Defendant PATH, INC.*

By */s/ Michael H. Page*
   Michael H. Page (State Bar No. 154913)
   DURIE TANGRI LLP
   217 Leidesdorff Street
   San Francisco, CA 94111
   Tel: 415-362-6666
   Fax: 415-236-6300
   Email: mpage@durietangri.com

*Attorneys for Defendants Yelp Inc. and Foodspotting, Inc.*

By */s/ Timothy L. Alger*
   Timothy L. Alger
   PERKINS COIE, LLP
   3150 Porter Dr.
   Palo Alto, CA 94304-1212
   Tel: 650.838.4334
   Fax: 650.838.4350
   Email: TAlger@perkinscoie.com

*Attorneys for Defendant Twitter, Inc.*

By */s/ Mazda K. Antia*
   Mazda K. Antia
   COOLEY LLP
   4401 Eastgate Mall
   San Diego, CA 92121-1909
   Tel: 858-550-6000
   Fax: 858-550-6420
   Email: mantia@cooley.com

*Attorneys for Defendants Facebook, Inc., Instagram, Inc., and Kik Interactive, Inc.*

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd[h] Floor
San Francisco, CA 94111
Telephone: (415) 398-0900

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd[h] Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900

| | |
|---|---|
|1| By /s/ David F. McDowell |
|2|   David F. McDowell (State Bar No. 125806) |
| |   MORRISON & FOERSTER LLP |
|3|   707 Wilshire Boulevard |
| |   Los Angeles, CA 90017-3543 |
|4|   Tel:      213-892-5200 |
| |   Fax:     213-892-5454 |
|5|   Email:  DMcDowell@mofo.com |

*Attorneys for Defendant Foursquare Labs, Inc.*

By  /s/ Michele Floyd
   Michele Floyd (State Bar No. 163031)
   ZWILLGEN LAW LLP
   915 Battery Street, Second Floor, Suite 3
   San Francisco, California 94111
   Tel:      415-590-2340
   Fax:     415-590-2335
   Email:  Michele@zwillgen.com

   Marc J. Zwillinger (*pro hac vice*)
   Jacob A. Sommer (pro hac vice)
   ZWILLGEN PLLC
   1705 N St NW
   Washington, DC 20036
   Tel:      202-296-3585
   Fax:     202-706-5298
   Email:   marc@zwillgen.com
               jake@zwillgen.com

*Attorneys for Defendants Electronic Arts, Inc. and Chillingo Ltd.*

By /s/ Christopher G. Kelly
   Christopher G. Kelly
   Judith R. Nemsick
   HOLLAND & KNIGHT LLP
   31 West 52nd Street
   New York, New York 10019
   Tel:     212-513-3200
   Fax:    212-385-9010
   Email:  christopher.kelly@hklaw.com
               judith.nemsick@hklaw.com

   Shelley G. Hurwitz
   HOLLAND & KNIGHT LLP
   400 South Hope Street, 8th Floor
   Los Angeles, CA 90071
   Tel.:     213-896-2476
   Fax:
   Email:   shelley.hurwitz@hklaw.com

*Attorneys for Defendant Rovio Entertainment Ltd. s/h/a Rovio Mobile Oy*

7

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT— Case No. 13-0453-JST**

**ATTESTATION**

I, David M. Given, am the ECF user whose identification and password are being used to file the instant document.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

/s/ David M. Given<br>
Co-Lead Counsel for Plaintiffs