1
2  David C. Parisi, Esq. (162248)
   dparisi@parisihavens.com
3  Suzanne Havens Beckman (188814)
   shavens@parisihavens.com
4  PARISI & HAVENS LLP
   15233 Valleyheart Drive
5  Sherman Oaks, CA 91403
   Telephone: (818) 990-1299
6
7  Attorneys for Plaintiffs Francisco Espitia,
   Vanessa Zendejas, and Joe A. Sanchez Fraire
8

9             **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                       **SAN FRANCISCO DIVISION**

12

13

| MARC OPPERMAN, et al., | CASE No. 3:13-cv-00453-JST |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | Judge: Honorable Jon S. Tiger |
| PATH, INC., et al., | **THIS DOCUMENT RELATES TO:** |
| Defendant2. | *Espitia v. Hipster, Inc.* No. 13-cv-0432-JST |

20

21        **TO THE COURT AND ALL ATTORNEYS OF RECORD**:

22        **PLEASE TAKE NOTICE** that pursuant to L.R. 5-1(c)(2)(C), David C. Parisi

23  (162248) and Suzanne Havens Beckman (188814) of Parisi & Havens LLP are no longer counsel

24  of record for plaintiffs Francisco Espitia, Vanessa Zendejas, and Joe A. Sanchez Fraire

25  ("Plaintiffs") and are no longer associated in this case with the Law Office of Joseph H. Malley

26  and the Law Offices of Alan Himmelfarb. Please continue to direct all future mailings to Joseph

27  H. Malley and Alan Himmelfarb, who remain counsel of record for the Plaintiffs.

28

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or email.

Dated: November 19, 2013			Respectfully submitted,

By:	   s/David C. Parisi
	   DAVID C. PARISI
Attorneys for Plaintiffs

David C. Parisi, Esq.
dparisi@parisihavens.com
Suzanne Havens Beckman, Esq.
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299