David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
       nac@phillaw.com

James M. Wagstaffe (State Bar No. 095535
Michael K. Ng (State Bar No. 237915)
Ivo M. Labar (State Bar No. 203492
Michael J. Von Loewenfeldt (State Bar No. 178665)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
Tel: 415-371-8500
Fax: 415-371-0500
Email: wagstaffe@kerrwagstaffe.com
       mng@kerrwagstaffe.com
       labar@kerrwagstaffe.com
       myl@kerrwagstaffe.com

Interim Lead Counsel for Plaintiffs
[ADDITIONAL COUNSEL LISTED BELOW]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>APPLE IDEVICE ADDRESS BOOK LITIGATION | Case No. 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>*Espitia v. Hipster, Inc.*, No. 4:13-cv-432-JST<br>(collectively, the "Related Actions")<br><br>Date: December 10, 2013<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor |

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT — Case No. 13-0453-JST**

The undersigned parties submit this Joint Case Management Statement in compliance with Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9. At the parties' request, the Court continued the prior Case Management Conference scheduled for November 13, 2013 to December 10, 2013 at 2:00 p.m., to coincide with hearings on Plaintiff's motion to consolidate and Defendant Kik's motion to dismiss on jurisdictional grounds.

The following is an update of the status of matters pending before the Court since the last Joint Case Management Conference statement filed November 6, 2013 (see Dkt. No. 411):

1. **Protective Order**.
    a. Defendants' Position: Following Plaintiffs' recent revelation that two attorneys representing Plaintiffs in this action are admitted to the patent bar, Defendants asked that Plaintiffs' counsel agree that the narrowed and revised patent prosecution bar provision in the proposed protective order be modified to apply to those two Plaintiff attorneys, as well as all defense counsel. Plaintiffs thus far have declined this request, but have indicated a willingness to meet and confer additionally on the issue after the Thanksgiving holiday. Defendants remain willing to meet and confer, but if no agreed resolution is reached, Defendants intend to request modification of the proposed protective order such that the patent prosecution bar applies to the two Plaintiff attorneys admitted to the Patent Bar, just as it does to defense counsel.
    b. Plaintiffs' Position: The fact of the two attorneys being members of the patent bar was transparent and revealed *before* the protective order was submitted to the Court. Plaintiffs believe that a prosecution bar on these two attorneys is unnecessary.

2. **Plaintiffs' Motion to Consolidate**. The Court has set this motion for hearing on December 10, 2013 at 2:00 p.m. (see Dkt. No. 391).

3. **Kik Jurisdictional Motion**. The Court has reset this motion for hearing on December 10, 2013 at 2:00 p.m. (see Dkt. No. 413).

1
**JOINT CASE MANAGEMENT CONFERENCE STATEMENT— Case No. 13-0453-JST**

4. **Plaintiffs' Proposed Litigation Guidelines**. Plaintiffs' Steering Committee expects to submit stipulated guidelines later today.

5. **Other Case Management Matters**. None.

Dated: November 22, 2013

By */s/ David M. Given*
David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
nac@phillaw.com

By */s/ James M. Wagstaffe*
James M. Wagstaffe (State Bar No. 095535)
Michael K. Ng (State Bar No. 237915)
Ivo M. Labar (State Bar No. 203492)
Michael J. Von Loewenfeld t
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
Tel: 415-371-8500
Fax: 415-371-0500
Email: wagstaffe@kerrwagstaffe.com
mng@kerrwagstaffe.com
labar@kerrwagstaffe.com
mvl@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (TBN 00788374, *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512.480.8427
Fax: 512.857.1294
Email: cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (TBN 24014406, *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX  78702
Tel:       512-623-7727
Fax:      512-623-7729
Email:    jeff@edwards-law.com

Jennifer Sarnelli (State Bar242510)
Kira German (*pro hac vice*)
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel:     212-905-0509
Fax:    212-905-0508
Email:  jsarnelli@gardylaw.com
            kgerman@gardylaw.com

*Plaintiffs' Steering Committee ("PSC")*

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA   94111
Telephone:  (415) 398-0900

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Telephone: (415) 398-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By */s/ Robert B. Hawk*
   Robert B. Hawk (State Bar No. 118054)
   Maren J. Clouse (State Bar No. 228726)
   Jenny Q. Shen (State Bar No. 278883)
   HOGAN, LOVELLS US LLP
   525 University Avenue, 4th Floor
   Palo Alto, CA  94301
   Tel:  650-463-4000
   Fax:  650-463-4199
   Email:  robert.hawk@hoganlovells.com
              maren.clouse@hoganlovells.com
              jenny.shen@hoganlovells.com

   GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
   Palo Alto, CA  94036
   Tel:    650-849-5300
   Fax:   650-849-5333

*Attorneys for Defendant Apple Inc.*

By */s/ Harmeet K. Dhillon*
   Harmeet K. Dhillon (State Bar No. 207873)
   Krista L. Shoquist (State Bar No. 264600)
   DHILLON & SMITH LLP
   177 Post Street, Suite 700
   San Francisco, CA 94108
   Tel.:   415-433-1700
   Fax:    415-520-6593
   Email: harmeet@dhillonsmith.com
              kshoquist@dhillonsmith.com

*Attorneys for Defendant Gowalla Incorporated*

By */s/ Jeffrey M. Movit*
   Jeffrey M. Movit (*pro hac vice*)
   MITCHELL SILBERBERG & KNUPP LLP
   12 East 49th Street, 30th Floor
   New York, NY  10017
   Tel:  917-546-7708 (direct)
   Fax:  917-546-7678
   Email:  jmm@msk.com

*Attorneys for Defendant ZeptoLab UK Limited*

4
**JOINT CASE MANAGEMENT CONFERENCE STATEMENT— Case No. 13-0453-JST**

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd<sup>h</sup> Floor
San Francisco, CA 94111
Telephone: (415) 398-0900

By */s/ Tyler G. Newby*
   Tyler G. Newby (State Bar No. 205790)
   FENWICK & WEST LLP
   555 California Street, 12th Floor
   San Francisco, CA  94104
   Tel:    415.875.2300
   Fax:   415.281.1350
   Email:  tnewby@fenwick.com

*Attorneys for Defendant PATH, INC.*

By */s/ Michael H. Page*
   Michael H. Page (State Bar No. 154913)
   DURIE TANGRI LLP
   217 Leidesdorff Street
   San Francisco, CA  94111
   Tel:    415-362-6666
   Fax:   415-236-6300
   Email:  mpage@durietangri.com

*Attorneys for Defendants Yelp Inc. and Foodspotting, Inc.*

By */s/ Mazda K. Antia*
   Mazda K. Antia
   COOLEY LLP
   4401 Eastgate Mall
   San Diego, CA 92121-1909
   Tel:    858-550-6000
   Fax:   858-550-6420
   Email:  mantia@cooley.com

*Attorneys for Defendants Facebook, Inc., Instagram, Inc., and Kik Interactive, Inc.*

By /s/ David F. McDowell
   David F. McDowell (State Bar No. 125806)
   MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
   Los Angeles, CA 90017-3543
   Tel:    213-892-5200
   Fax:   213-892-5454
   Email:  DMcDowell@mofo.com

*Attorneys for Defendant Foursquare Labs, Inc.*

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Telephone:  (415) 398-0900

By /s/ Michele Floyd
  Michele Floyd (State Bar No. 163031)
  ZWILLGEN LAW LLP
  915 Battery Street, Second Floor, Suite 3
  San Francisco, California 94111
  Tel:    415-590-2340
  Fax:    415-590-2335
  Email:  Michele@zwillgen.com

  Marc J. Zwillinger (*pro hac vice*)
  Jacob A. Sommer (*pro hac vice*)
  ZWILLGEN PLLC
  1705 N St NW
  Washington, DC 20036
  Tel:    202-296-3585
  Fax:    202-706-5298
  Email:  marc@zwillgen.com
          jake@zwillgen.com

*Attorneys for Defendants Electronic Arts, Inc. and Chillingo Ltd.*

By /s/ Christopher G. Kelly
  Christopher G. Kelly
  Judith R. Nemsick
  HOLLAND & KNIGHT LLP
  31 West 52nd Street
  New York, New York 10019
  Tel:    212-513-3200
  Fax:    212-385-9010
  Email:  christopher.kelly@hklaw.com
          judith.nemsick@hklaw.com

  Shelley G. Hurwitz
  HOLLAND & KNIGHT LLP
  400 South Hope Street, 8th Floor
  Los Angeles, CA 90071
  Tel.:   213-896-2476
  Fax:
  Email:  shelley.hurwitz@hklaw.com

*Attorneys for Defendant Rovio Entertainment Ltd. s/h/a Rovio Mobile Oy*

**ATTESTATION**

I, David M. Given, am the ECF user whose identification and password are being used to file the instant document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

/s/ David M. Given  
Co-Lead Counsel for Plaintiffs