1   GIBSON, DUNN & CRUTCHER LLP
    JOSHUA A. JESSEN, SBN 222831
2   JJessen@gibsondunn.com
    MAIA T. PEREZ, SBN 278215
3   MPerez@gibsondunn.com
    JESSICA S. OU, SBN 280534
4   JOu@gibsondunn.com
    1881 Page Mill Road
5   Palo Alto, California  94304
    Telephone:  650.849.5300
6   Facsimile:   650.849.5333

7   Attorneys for Defendant
    APPLE INC., A CALIFORNIA CORPORATION
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12   IN RE: APPLE IDEVICE ADDRESS BOOK          CASE NO. 3:13-cv-00453-JST
     LITIGATION
13                                              **NOTICE OF WITHDRAWAL OF
                                                CERTAIN COUNSEL FOR DEFENDANT
14                                              APPLE INC.**

15
                                                **THIS DOCUMENT RELATES TO ALL
16                                              CASES**

17                                              *Opperman v. Path, Inc.*, No. 13-cv-00453-JST
                                                *Hernandez v. Path, Inc.*, No. 12-cv-1515-JST
18                                              *Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST
                                                *Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-
19                                              JST

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1    PLEASE TAKE NOTICE that, pursuant to Local Rule 11-5(a), S. Ashlie Beringer (SBN

2    263977) is no longer counsel of record for Defendant Apple Inc. as she is no longer associated with

3    the law firm of Gibson, Dunn & Crutcher LLP.

4        Gibson, Dunn & Crutcher LLP will continue to represent Defendant Apple Inc. in this matter.

5

6    DATED:  December 2, 2013          GIBSON, DUNN & CRUTCHER LLP

7                                By:  _____*/s/ Joshua A. Jessen*_____
                                          JOSHUA A. JESSEN
8

9                                Attorneys for Defendant
                                 APPLE INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

---
1

Notice of Withdrawal of Certain Counsel for Defendant Apple Inc. – Case No. 3:13-cv-00453-JST