1  GIBSON, DUNN & CRUTCHER LLP
   JOSHUA A. JESSEN, SBN 222831
2  JJessen@gibsondunn.com
   MAIA T. PEREZ, SBN 278215
3  MPerez@gibsondunn.com
   JESSICA S. OU, SBN 280534
4  JOu@gibsondunn.com
   1881 Page Mill Road
5  Palo Alto, California  94304
   Telephone:  650.849.5300
6  Facsimile:   650.849.5333

7  Attorneys for Defendant
   APPLE INC., A CALIFORNIA CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

| IN RE: APPLE IDEVICE ADDRESS BOOK LITIGATION | CASE NO. 3:13-cv-00453-JST |
|---|---|
| | **NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL FOR DEFENDANT APPLE INC.** |
| | **THIS DOCUMENT RELATES TO ALL CASES** |
| | *Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

PLEASE TAKE NOTICE that, pursuant to Local Rule 11-5(a), William B. Dawson (Texas Bar No. 05606300) is no longer counsel of record for Defendant Apple Inc.

Gibson, Dunn & Crutcher LLP will continue to represent Defendant Apple Inc. in this matter.

DATED: December 2, 2013          GIBSON, DUNN & CRUTCHER LLP

By: _____*/s/ Joshua A. Jessen*_____
       JOSHUA A. JESSEN

Attorneys for Defendant
APPLE INC.