HOLLAND & KNIGHT LLP
  Christopher G. Kelly (*admitted pro hac vice*)
  Judith R. Nemsick (*admitted pro hac vice*)
31 West 52nd Street
New York, New York  10019
Tel.:   (212) 513-3200
Fax:   (212) 385-9010
christopher.kelly@hklaw.com
judith.nemsick@hklaw.com

HOLLAND & KNIGHT LLP
  Shelley G. Hurwitz (SBN 217566)
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone 213.896.2400
Facsimile  213.896.2450
shelley.hurwitz@hklaw.com

Attorneys for Defendant
Rovio Entertainment Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC OPPERMAN, *et al*., | **CASE NO. 3:13-CV-00453-JST** |
| Plaintiffs, | |
| vs. | **NOTICE OF CALL-IN INFORMATION FOR HEARING ON DECEMBER 10, 2013** |
| PATH, INC., *et al.*, | |
| Defendants. | [This pleading applies to all cases] |
| | Date: December 10, 2013<br>Time: 2:00 pm<br>Place: Courtroom 9 |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

Notice

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with the order of this Court, the Court and all telephone participants should use the following call-in information for the December 10, 2013 hearings in the above-referenced matter:

Call-in: (888) 684-4447
Password: 2138962476

Dated: December 6, 2013         /s/ Shelley G. Hurwitz
Shelley G. Hurwitz
Attorneys for Defendant Rovio Entertainment Ltd.
s/h/a Rovio Mobile Oy

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ Shelley G. Hurwitz
Shelley G. Hurwitz

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450