# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: December 10, 2013                                   Judge:  Jon S. Tigar

Time: 48 minutes

Case No.        **3:13-cv-00453-JST**
Case Name       **Marc Opperman, et al. v. Path, Inc., et al.**

Attorneys for Plaintiffs:          David M. Given; Michael Ng; James M. Wagstaffe; Appearing
                                       by telephone: Nicholas A. Carlin; James M. Wagstaffe
                                       (for Marc Opperman, et al.)
                                   Kira German (appearing telephonically for Maria Pirozzi)

Attorneys for Defendants:          Robert Hawk; Maren Clouse (for Apple Inc.)
                                   Michele D. Floyd (for Electronic Arts Inc. / Chillingo Ltd.)
                                   Mazda K. Antia (for Facebook Inc. / Instagram, Inc. / Kik
                                       Interactive, Inc.)
                                   Chris Durbin (for Kik Interactive, Inc.)
                                   Keith M. Henneke (appearing telephonically for Foursquare
                                       Labs, Inc.)
                                   Krista L. Shoquist (for Gowalla Incorporated)
                                   Tyler G. Newby (for Path, Inc.)
                                   Judith R. Nemsick (appearing telephonically for Twitter, Inc.)
                                   Michael H. Page (for Yelp! Inc. / Foodspotting, Inc.)
                                   Jeffrey M. Movit (appearing telephonically for ZeptoLab UK
                                       Limited)

Deputy Clerk:  William Noble                     Court Reporter:  FTR:  2:11-2:59 p.m.

### PROCEEDINGS

- Case Management Conference Further
- Kik Interactive, Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure
  12(b)(2) (docket 366)
- Plaintiffs' Motion to Consolidate and Stay Related Cases (docket 401)

### RESULT OF HEARING

The court will draft a revised PSC time report and attach it to the plaintiff's proposed order.

Kik Interactive, Inc.'s motion (docket 366) is under submission.  The Court will issue a written
order.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Case No.      **3:13-cv-00453-JST**
Case Name     **Marc Opperman, et al. v. Path, Inc., et al.**

Plaintiff withdraws its Motion to Consolidate and Stay Related Cases (docket 401).

The letter brief addressing whether there should be a patent prosecution bar on certain of plaintiffs' counsel is due by December 20, 2013 and be no longer than ten pages in length.