1  Robert B. Hawk (Bar No. 118054)
   Maren J. Clouse (Bar No. 228726)
2  Jenny Q. Shen (Bar No. 278883)
   HOGAN LOVELLS US LLP
3  4085 Campbell Avenue
   Suite 100
4  Menlo Park, CA 94025
   Telephone: + 1 (650) 463-4000
5  Facsimile: + 1 (650) 463-4199
   robert.hawk@hoganlovells.com
6  maren.clouse@hoganlovells.com
   jenny.shen@hoganlovells.com
7

8  Attorneys for Defendant
   APPLE INC., A California Corporation
9

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14
   | IN RE: APPLE IDEVICE ADDRESS BOOK LITIGATION | Case No.: 13-cv-00453-JST |
   |---|---|
   | | **NOTICE OF CHANGE OF ADDRESS** |
   | | THE HONORABLE JON S. TIGAR |
   | | THIS DOCUMENT RELATES TO ALL CASES: |
   | | *Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
MENLO PARK

NOTICE OF CHANGE OF ADDRESS
CASE NO. 3:13-CV-00453-JST

TO THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that, effective December 9, 2013, the firm address for Robert B. Hawk, Maren J. Clouse and Jenny Q. Shen has been changed to:

    HOGAN LOVELLS US LLP
    4085 Campbell Avenue
    Suite 100
    Menlo Park, California  94025

Dated:  December 11, 2013                    HOGAN LOVELLS US LLP

                                        By:    */s/ Robert B. Hawk*
                                                     Robert B. Hawk
                                                     Attorneys for Defendant
                                                     APPLE INC.