UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PATH, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-00453-JST<br><br>**ORDER ENTERING PSC GUIDELINES**<br><br>Re: ECF No. 417<br><br>THIS DOCUMENT RELATES TO ALL CASES |

The Court hereby ENTERS the PSC Guidelines filed on November 22, 2013, ECF No. 417-1, and attached hereto as Exhibit A, as an Order of the Court.  The PSC Guidelines shall govern the conduct of Plaintiffs' counsel in all related cases.

As discussed at the hearing held December 10, 2013, the Court will require the submission of a "PSC Time and Expense Report" as described in the PSC Guidelines in the form attached hereto as Exhibit B.

**IT IS SO ORDERED.**

Dated:  January 8, 2014

                                                JON S. TIGAR
United States District Judge