Robert B. Hawk (Bar No. 118054)
Maren J. Clouse (Bar No. 228726)
Jenny Q. Shen (Bar No. 278883)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com

Attorneys for Defendant
APPLE INC., A California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: APPLE IDEVICE ADDRESS BOOK LITIGATION

Case No.: 13-cv-00453-JST

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE MOTION HEARINGS REGARDING MOTIONS TO DISMISS**

THE HONORABLE JON S. TIGAR

THIS DOCUMENT RELATES TO ALL CASES:

*Opperman v. Path, Inc.*, No. 13-cv-00453-JST
*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST
*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST
*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs and Defendants (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following and ask the Court to enter the Proposed Order as set forth below:

1. On January 2, 2014, the Court continued motion hearings as to the motions to dismiss filed by Defendants (Dkts. 393-396) to February 6, 2014 at 10:00 a.m.
2. Because counsel for Defendant Apple Inc. has a prior commitment in another matter on February 6, 2014, the parties have agreed to jointly request that the hearing for the pending motions to dismiss (Dkts. 393-396) be moved to February 11, 2014 at 10:00 a.m.

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that:

The hearing on the motions to dismiss filed by Defendants (Dkts. 393-396) shall be moved to February 11, 2014 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: January 15, 2014

Respectfully submitted,

HOGAN LOVELLS US LLP

By: *<u>/s/ Robert B. Hawk</u>*

Robert B. Hawk
4085 Campbell Ave.
Suite 100
Menlo Park, CA 94025
Tel: (650) 463-4000
robert.hawk@hoganlovells.com

Clayton C. James
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

HOLLAND & KNIGHT LLP

By: */s/ Judith R. Nemsick*
Christopher G. Kelly
Judith R. Nemsick
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
christopher.kelly@hklaw.com
judith.nemsick@hklaw.com

Shelley G. Hurwitz
HOLLAND & KNIGHT LLP 400 South Hope Street, 8th Floor Los Angeles, CA 90071
Tel.: (213) 896-2476
shelley.hurwitz@hklaw.com

**ATTORNEYS FOR DEFENDANT ROVIO ENTERTAINMENT LTD. S/H/A ROVIO MOBILE OY**

COOLEY LLP

By: */s/ Mazda Antia*
Mazda Antia
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Tel: (858) 550-6000
Fax: (858) 550-6420

**ATTORNEYS FOR DEFENDANTS FACEBOOK, INC., INSTAGRAM, LLC AND KIK INTERACTIVE, INC.**

MORRISON & FOERSTER LLP

By: */s/ Keith Henneke*
Keith Henneke
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Tel: 213.892.5687
Fax: 213.892.5454
KHenneke@mofo.com

**ATTORNEYS FOR DEFENDANT**

**FOURSQUARE LABS, INC.**

ZWILLGEN LAW LLP

By: */s/ Michele Floyd*
Michele Floyd (SBN 163031)
ZWILLGEN LAW LLP
915 Battery Street, Second Floor, Suite 3
San Francisco, California 94111
Tel.: (415) 590-2340
Fax: (415) 590-2335
michele@zwillgen.com

Marc J. Zwillinger (admitted *pro hac vice*)
marc@zwillgen.com
Jacob A. Sommer (admitted *pro hac vice*)
jake@zwillgen.com
ZWILLGEN PLLC
1705 N St NW
Washington, DC 20036
Tel.: (202) 296-3585
Fax: (202) 706-5298

**ATTORNEYS FOR DEFENDANTS ELECTRONIC ARTS, INC. AND CHILLINGO LTD.**

FENWICK & WEST LLP

By: */s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel.: 415.875.2300
Fax: 415.281.1350

**ATTORNEYS FOR DEFENDANT PATH, INC. DURIE**

TANGRI LLP

By: */s/ Michael H. Page*
MICHAEL H. PAGE (#154913)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel.: 415-362-6666
Fax: 415-236-6300
mpage@durietangri.com

**ATTORNEYS FOR DEFENDANTS YELP INC. AND FOODSPOTTING, INC.**

PERKINS COIE, LLP

By: _/s/ Timothy L. Alger_
Timothy L. Alger
PERKINS COIE, LLP
3150 Porter Drive
Palo Alto, CA 94304
PHONE: 650.838.4334
FAX: 650.838.4534
TAlger@perkinscoie.com

**ATTORNEYS FOR DEFENDANT TWITTER, INC.**

DHILLON & SMITH LLP

By: _/s/ Harmeet K. Dhillon_
Harmeet K. Dhillon
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, CA 94108
Tel.: (415) 433-1700
harmeet@dhillonsmith.com

**ATTORNEYS FOR DEFENDANT GOWALLA, INC.**

MITCHELL SILBERBERG & KNUPP LLP

By: _/s/ Jeffrey M. Movit_
Jeffrey M. Movit
Mitchell Silberberg & Knupp LLP
12 East 49th Street, 30th Floor
New York, NY 10017
(917) 546-7708 (direct)
(917) 546-7678 (fax)
jmm@msk.com

**ATTORNEYS FOR DEFENDANT ZEPTOLAB UK LIMITED**

By: _/s/ David M. Given_
David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911

Email: dmg@phillaw.com
nac@phillaw.com

By: <u>*/s/ Michael K. Ng*</u>
James M. Wagstaffe (State Bar No. 095535)
Michael K. Ng (State Bar No. 237915)
Ivo M. Labar (State Bar No. 203492)
Michael J. Von Loewenfeld t
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
Tel: 415-371-8500
Fax: 415-371-0500
Email: wagstaffe@kerrwagstaffe.com
mng@kerrwagstaffe.com
labar@kerrwagstaffe.com
mvl@kerrwagstaffe.com

**INTERIM CO-LEAD COUNSEL FOR PLAINTIFFS**

Carl F. Schwenker (TBN 00788374, pro hac vice)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512.480.8427
Fax: 512.857.1294
Email: cfslaw@swbell.net

**PLAINTIFFS' LIAISON COUNSEL**

Jeff Edwards (TBN 24014406, *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
Email: jeff@edwards-law.com

Jennifer Sarnelli (State Bar242510)
Kira German (pro hac vice)
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
Email: jsarnelli@gardylaw.com
kgerman@gardylaw.com

**PLAINTIFFS' STEERING COMMITTEE**

**ATTESTATION**

I, Robert B. Hawk, am the ECF user whose identification and password are being used to file the instant document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

/s/ Robert B. Hawk
*Attorneys for Defendant Apple Inc.*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS THE ORDER OF THIS COURT that the hearing on the motions to dismiss filed by Defendants (Dkts. 393-396) is moved to February 11, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 16, 2014

THE HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE