Robert B. Hawk (Bar No. 118054)
Maren J. Clouse (Bar No. 228726)
Jenny Q. Shen (Bar No. 278883)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com

Attorneys for Defendant
APPLE INC., A California Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br>　　　　　　　　　Plaintiffs,<br>v.<br>PATH, INC., et al.,<br>　　　　　　　　　Defendants. | Case No.: 13-cv-00453-JST<br><br>**NOTICE OF FILING OF PROPOSED PROTECTIVE ORDER WITH REVISED PATENT PROSECUTION BAR PROVISION**<br><br>THE HONORABLE JON S. TIGAR<br><br>THIS DOCUMENT RELATES TO ALL CASES:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

TO THE COURT AND ALL PARTIES OF RECORD:

　　PLEASE TAKE NOTICE that Defendants hereby submit a Proposed Protective Order with a revised patent prosecution bar provision conforming to the Court's January 9, 2014 Order Re: Joint Letter Brief Regarding Protective Order Dispute (Dkt. No. 440). The revised Protective Order, attached hereto as Exhibit A, omits the previous language regarding acquisition of patents and specifies that the prosecution bar applies not to all

Plaintiffs' counsel that are members of the patent bar, but only to Messrs. Carlin and Schwenker.  All Defendants have agreed to the revised language contained in Exhibit A.

DATED:  January 23, 2014          Respectfully submitted,

HOGAN LOVELLS US LLP

By:  */s/ Robert B. Hawk*
Robert B. Hawk
4085 Campbell Ave.
Suite 100
Menlo Park, CA 94025
Tel: (650) 463-4000
robert.hawk@hoganlovells.com

Clayton C. James
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Telephone:  (303) 899-7300
Facsimile:  (303) 899-7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

HOLLAND & KNIGHT LLP

By:  */s/ Judith R. Nemsick*
Christopher G. Kelly
Judith R. Nemsick
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
christopher.kelly@hklaw.com
judith.nemsick@hklaw.com

Shelley G. Hurwitz
HOLLAND & KNIGHT LLP 400 South Hope Street, 8th Floor Los Angeles, CA 90071
Tel.: (213) 896-2476
shelley.hurwitz@hklaw.com

**ATTORNEYS FOR DEFENDANT ROVIO ENTERTAINMENT LTD. S/H/A ROVIO MOBILE OY**

COOLEY LLP

NOTICE OF FILING              -2-              Case No.: 13-cv-00453-JST

|   |   |
|---|---|
| 1 | |
| 2 | By: */s/ Mazda Antia* |
|   | Mazda Antia |
| 3 | Cooley LLP |
|   | 4401 Eastgate Mall |
| 4 | San Diego, CA 92121-1909 |
|   | Tel: (858) 550-6000 |
| 5 | Fax: (858) 550-6420 |
| 6 | |
|   | **ATTORNEYS FOR DEFENDANTS** |
| 7 | **FACEBOOK, INC., INSTAGRAM, LLC AND** |
|   | **KIK INTERACTIVE, INC.** |
| 8 | |
|   | MORRISON & FOERSTER LLP |
| 9 | |
|   | By: */s/ Keith Henneke* |
| 10 |  Keith Henneke |
|   | Morrison & Foerster LLP |
| 11 | 707 Wilshire Boulevard |
| 12 | Los Angeles, CA 90017-3543 |
|   | Tel: 213.892.5687 |
| 13 | Fax: 213.892.5454 |
|   | KHenneke@mofo.com |
| 14 | |
| 15 | **ATTORNEYS FOR DEFENDANT** |
|   | **FOURSQUARE LABS, INC.** |
| 16 | |
|   | ZWILLGEN LAW LLP |
| 17 | |
| 18 | By: */s/ Michele Floyd* |
|   | Michele Floyd (SBN 163031) |
| 19 | ZWILLGEN LAW LLP |
|   | 915 Battery Street, Second Floor, Suite 3 |
| 20 | San Francisco, California 94111 |
|   | Tel.: (415) 590-2340 |
| 21 | Fax: (415) 590-2335 |
| 22 | michele@zwillgen.com |
| 23 | Marc J. Zwillinger (admitted *pro hac vice*) |
|   | marc@zwillgen.com |
| 24 | Jacob A. Sommer (admitted *pro hac vice*) |
|   | jake@zwillgen.com |
| 25 | ZWILLGEN PLLC |
|   | 1705 N St NW |
| 26 | Washington, DC 20036 |
| 27 | Tel.: (202) 296-3585 |
|   | Fax: (202) 706-5298 |
| 28 | |
|   | **ATTORNEYS FOR DEFENDANTS** |

| | |
|---|---|
| 1 | **ELECTRONIC ARTS, INC. AND CHILLINGO LTD.** |
| 2 | |
| 3 | FENWICK & WEST LLP |
| 4 | By: */s/ Tyler G. Newby* |
|   | Tyler G. Newby (CSB No. 205790) |
| 5 | tnewby@fenwick.com |
|   | FENWICK & WEST LLP |
| 6 | 555 California Street, 12th Floor |
| 7 | San Francisco, CA 94104 |
|   | Tel.:   415.875.2300 |
| 8 | Fax:   415.281.1350 |
| 9 | **ATTORNEYS FOR DEFENDANT PATH, INC.** |
| 10 | DURIE |
| 11 | TANGRI LLP |
| 12 | By: */s/ Michael H. Page* |
|   | MICHAEL H. PAGE (#154913) |
| 13 | DURIE TANGRI LLP |
|   | 217 Leidesdorff Street |
| 14 | San Francisco, CA 94111 |
| 15 | Tel.: 415-362-6666 |
|   | Fax: 415-236-6300 |
| 16 | mpage@durietangri.com |
| 17 | **ATTORNEYS FOR DEFENDANTS** |
| 18 | **YELP INC. AND FOODSPOTTING, INC.** |
| 19 | PERKINS COIE, LLP |
| 20 | B y :   */s/ Amanda J. Beane* |
| 21 | Amanda J. Beane |
|    | PERKINS COIE, LLP |
| 22 | 1201 Third Avenue, Suite 4800 |
|    | Seattle, WA 98101-3099 |
| 23 | PHONE: 206.359.3965 |
| 24 | FAX: 206.359.4965 |
|    | E-MAIL: ABeane@perkinscoie.com |
| 25 | **ATTORNEYS FOR DEFENDANT TWITTER,** |
| 26 | **INC.** |
| 27 | DHILLON & SMITH LLP |
| 28 | By: */s/ Harmeet K. Dhillon* |
|    | Harmeet K. Dhillon |

NOTICE OF FILING             -4-            Case No.: 13-cv-00453-JST

| | |
|---|---|
| 1 | DHILLON & SMITH LLP |
| 2 | 177 Post Street, Suite 700<br>San Francisco, CA 94108 |
| 3 | Tel.: (415) 433-1700<br>harmeet@dhillonsmith.com |
| 4 | **ATTORNEYS FOR DEFENDANT GOWALLA INCORPORATED** |

MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Jeffrey M. Movit*
Jeffrey M. Movit
Mitchell Silberberg & Knupp LLP
12 East 49th Street, 30th Floor
New York, NY 10017
(917) 546-7708 (direct)
(917) 546-7678 (fax)
jmm@msk.com

**ATTORNEYS FOR DEFENDANT ZEPTOLAB UK LIMITED**