Robert B. Hawk (CA Bar No. 118054)
Maren J. Clouse (CA Bar No. 228726)
Jenny Q. Shen (CA Bar No. 278883)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com

Clayton C. James (CA Bar No. 287800)
HOGAN LOVELLS US LLP
1200 17th Street, #1500
Denver, CO 80202
Telephone: + 1 (303) 899-7300
Facsimile: + 1 (303) 899-7333
clay.james@hoganlovells.com

Attorneys for Defendant
APPLE INC., A California Corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: APPLE IDEVICE ADDRESS BOOK LITIGATION | Case No.: 13-cv-00453-JST<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>THE HONORABLE JON S. TIGAR<br><br>THIS DOCUMENT RELATES TO ALL CASES:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

PLEASE TAKE NOTICE that Clayton C. James of Hogan Lovells US LLP hereby enters his appearance as counsel for Defendant APPLE INC.

The Defendant requests that all notices, including all electronic notices, given or required to be given, and all papers filed or served, or required to be served, in the above-captioned matter be provided to and served upon counsel for the Defendant at the address set forth below:

>  Clayton C. James
>  HOGAN LOVELLS US LLP
>  1200 17th Street, #1500
>  Denver, CO  80202
>  Telephone:  (303) 899-7300
>  Facsimile:  (303) 899-7333
>  clay.james@hoganlovells.com

Dated:  January 27, 2014              HOGAN LOVELLS US LLP

By:      /s/ *Clayton C. James*
         Clayton C. James
         Attorneys for Defendant
         APPLE INC.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
MENLO PARK

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.
CASE NO. 3:13-CV-00453-JST