1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   MARC OPPERMAN, et al.,                    Case No.  13-cv-00453-JST
            Plaintiffs,
8                                             **ORDER APPROVING REVISED
        v.                                    PROPOSED PROSECUTION BAR**
9
    PATH, INC., et al.,                       Re: ECF No. 444
10
            Defendants.
11                                            THIS DOCUMENT RELATES TO ALL
                                              CASES

12          The Court is in receipt of the Proposed Protective Order with Revised Prosecution Bar

13  filed by Defendants on January 23, 2014.  ECF No. 444.  Having reviewed the proposed order and

14  determined it comports with the terms of the Court's January 9, 2014 Order, ECF No. 440, the

15  Court hereby Approves and Adopts the Proposed Protective Order at ECF No. 444-1, as an Order

16  of the Court.

17          **IT IS SO ORDERED.**

18  Dated: January 29, 2014

19                                            _____
                                                         JON S. TIGAR
20                                              United States District Judge

21

22

23

24

25

26

27

28

United States District Court
Northern District of California