UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATH, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-00453-JST<br><br>**ORDER RE: APPEARANCES BY TELEPHONE AT MOTION HEARINGS**<br><br>Re: ECF No. 448 |

Counsel for any party not intending to make argument and wishing to appear by telephone at any motion hearing in this action may do so without moving to appear by telephone.  Counsel intending to make argument at any motion hearing must either appear in person or file a separate motion to appear by telephone.

Not less than forty-eight hours before the conference, the parties shall meet and confer and contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a single phone number at which all parties appearing by telephone may be reached at the time the case is called.  This Order does not apply to Interim Class Counsel.

**IT IS SO ORDERED.**

Dated:  February 7, 2014

_____
JON S. TIGAR
United States District Judge