Robert B. Hawk (Bar No. 118054)
Maren J. Clouse (Bar No. 228726)
Jenny Q. Shen (Bar No. 278883)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone:  + 1 (650) 463-4000
Facsimile:  + 1 (650) 463-4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com

Attorneys for Defendant
APPLE INC., a California Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br>                    Defendants. | Case No.: 13-cv-00453-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONDUCT OF MOTION TO DISMISS HEARINGS**<br><br>THE HONORABLE JON S. TIGAR<br><br>THIS DOCUMENT RELATES TO ALL CASES:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

**STIPULATION AND ORDER**

Subject to the Court's review and approval, IT IS HEREBY STIPULATED AND AGREED AND ORDERED as follows:

WHEREAS, the Defendants' motions to dismiss are scheduled for hearing on February 11, 2014;

WHEREAS, the Court issued on February 3, 2014 an Order re: Conduct of Motion to Dismiss Hearings ("Order");

WHEREAS, the Court's Order provides Defendants, as a group, ninety minutes for oral argument; and

WHEREAS, the Court's Order requires Defendants to file a stipulated proposed order regarding the division of their ninety minutes of time for oral argument;

WHEREFORE, the Defendants propose that their oral argument be conducted as follows. Each Defendant or group of Defendants will advise the Court during its oral argument how much time each wishes to reserve for rebuttal.

Joint App Defendants:  25 minutes

Defendant Twitter, Inc.:  9 minutes

Defendants Electronic Arts, Inc., Chillingo Ltd., Rovio Entertainment Ltd., and ZeptoLab UK Limited:  9 minutes

Defendants Facebook, Inc. and Gowalla Inc.:  12 minutes

Apple Inc.:  35 minutes

IT IS SO STIPULATED AND AGREED.

DATED:  February 7, 2014               Respectfully submitted,

                                       HOGAN LOVELLS US LLP

                                       By: */s/ Robert B. Hawk*
                                       Robert B. Hawk
                                       HOGAN LOVELLS US LLP
                                       4085 Campbell Ave., Suite 100
                                       Menlo Park, CA 94025
                                       Tel.: 650.463.4000
                                       Fax: 650.463.4199

robert.hawk@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel:  303.899.7300
Fax:  303.899.7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

HOLLAND & KNIGHT LLP

By:  */s/ Judith R. Nemsick*
Christopher G. Kelly
Judith R. Nemsick
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel.: 212.513.3200
Fax: 212.385.9010
christopher.kelly@hklaw.com
judith.nemsick@hklaw.com

Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2476
shelley.hurwitz@hklaw.com

**ATTORNEYS FOR DEFENDANT ROVIO ENTERTAINMENT LTD. S/H/A ROVIO MOBILE OY**

COOLEY LLP

By:  */s/ Mazda Antia*
Mazda Antia
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Tel: (858) 550-6000
Fax: (858) 550-6420
mantia@cooley.com

| | |
|---|---|
| 1 | **ATTORNEYS FOR DEFENDANTS FACEBOOK, INC., INSTAGRAM, LLC AND KIK INTERACTIVE, INC.** |
| 2 | |
| 3 | |
| 4 | MORRISON & FOERSTER LLP |
| 5 | By: */s/ Keith Henneke* |
| 6 | Keith Henneke<br>MORRISON & FOERSTER LLP |
| 7 | 707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543 |
| 8 | Tel: 213.892.5687<br>Fax: 213.892.5454 |
| 9 | KHenneke@mofo.com |
| 10 | **ATTORNEYS FOR DEFENDANT FOURSQUARE LABS, INC.** |
| 11 | |
| 12 | |
| 13 | ZWILLGEN LAW LLP |
| 14 | By: */s/ Michele Floyd*<br>Michele Floyd (SBN 163031) |
| 15 | ZWILLGEN LAW LLP<br>915 Battery Street, Second Floor, Suite 3 |
| 16 | San Francisco, CA 94111<br>Tel.: 415.590.2340 |
| 17 | Fax: 415.590.2335<br>michele@zwillgen.com |
| 18 | |
| 19 | Marc J. Zwillinger (admitted *pro hac vice*)<br>Jacob A. Sommer (admitted *pro hac vice*) |
| 20 | ZWILLGEN PLLC<br>1705 N St NW |
| 21 | Washington, DC 20036<br>Tel.: 202.296.3585 |
| 22 | Fax: 202.706.5298 |
| 23 | marc@zwillgen.com<br>jake@zwillgen.com |
| 24 | |
| 25 | **ATTORNEYS FOR DEFENDANTS ELECTRONIC ARTS, INC. AND CHILLINGO LTD.** |
| 26 | |
| 27 | |
| 28 | |

FENWICK & WEST LLP

By: */s/ Tyler G. Newby*
Tyler G. Newby (Bar No. 205790)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel.:   415.875.2300
Fax:   415.281.1350
tnewby@fenwick.com

**ATTORNEYS FOR DEFENDANT PATH, INC.**

DURIE TANGRI LLP

By: */s/ Michael H. Page*
Michael H. Page (Bar No. 154913)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel.: 415.362.6666
Fax: 415.236.6300
mpage@durietangri.com

**ATTORNEYS FOR DEFENDANTS
YELP INC. AND FOODSPOTTING, INC.**

|   |   |
|---|---|
| 1 | PERKINS COIE, LLP |
| 2 | By:  */s/ Timothy L. Alger* |
| 3 | Timothy L. Alger<br>PERKINS COIE, LLP |
| 4 | 3150 Porter Drive<br>Palo Alto, CA 94304 |
| 5 | Tel.:  650.838.4300<br>Fax:  650.838.4350 |
| 6 | TAlger@perkinscoie.com |
| 7 |   |
|   | Amanda J. Beane |
| 8 | PERKINS COIE, LLP<br>1201 Third Avenue, Suite 4800 |
| 9 | Seattle, WA 98101-3099<br>Tel.: 206.359.3965 |
| 10 | Fax: 206.359.4965<br>ABeane@perkinscoie.com |
| 11 |   |
| 12 | **ATTORNEYS FOR DEFENDANT TWITTER, INC.** |
| 13 |   |
| 14 | DHILLON & SMITH LLP |
| 15 |   |
|   | By: */s/ Harmeet K. Dhillon* |
| 16 | Harmeet K. Dhillon<br>DHILLON & SMITH LLP |
| 17 | 177 Post Street, Suite 700<br>San Francisco, CA 94108 |
| 18 | Tel.: 415.433.1700 |
| 19 | harmeet@dhillonsmith.com |
| 20 | **ATTORNEYS FOR DEFENDANT GOWALLA INC.** |

| | |
|---|---|
| 1 | MITCHELL SILBERBERG & KNUPP LLP |
| 2 | By: */s/ Jeffrey M. Movit* |
| 3 | Jeffrey M. Movit<br>MITCHELL SILBERBERG & KNUPP LLP |
| 4 | 12 East 49th Street, 30th Floor |
| 5 | New York, NY 10017<br>Tel.: 917.546.7708 |
| 6 | Fax: 917.546.7678<br>jmm@msk.com |
| 7 | |
| 8 | **ATTORNEYS FOR DEFENDANT ZEPTOLAB UK LIMITED** |

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: February 7, 2014

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Jon S. Tigar]*

I, Robert B. Hawk, attest that the above-listed counsel read and approved this Stipulation and Proposed Order re Conduct of Motion to Dismiss Hearings and consent to its filing in these action.