UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PATH, INC., et al.,<br><br>　　　　Defendants. | Case No. 13-cv-00453-JST<br><br>**ORDER ENLARGING TIME TO FILE AMENDED COMPLAINT**<br><br>Re: ECF No. 473 |

　　　Pursuant to the parties' stipulation, ECF No. 473, the Court GRANTS the parties' joint motion to extend the deadline to file the amended complaint. The deadline to file the amended complaint is now June 27, 2014.

**IT IS SO ORDERED.**

Dated: June 9, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge