1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 MARC OPPERMAN, et al.,

Plaintiffs,

Case No. 13-cv-00453-JST

8
9 v.

**MINUTE ORDER**

Re: ECF Nos. 480, , 481, , 482

10 PATH, INC., et al.,

Defendants.

11

**THIS DOCUMENT RELATES TO ALL CASES**

12
13
14 The Court has reviewed the letters of counsel contained at ECF Nos. 481 and 482, and now considers the matter closed.
15 **IT IS SO ORDERED.**
16 Dated: July 3, 2014

_____
JON S. TIGAR
United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28