JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
MICHAEL K. NG (237915)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
Email: wagstaffe@kerrwagstaffe.com
Email: mvl@kerrwagstaffe.com
Email: mng@kerrwagstaffe.com

DAVID M. GIVEN (142375)
NICHOLAS A. CARLIN (112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
Email: nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

FILED
RECEIVED JUL 03 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.<br><br>Defendants. | Case No. 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO PRESERVE APPELLATE RIGHTS OF PREVIOUSLY ASSERTED CLAIMS**<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>*Espitia v. Hipster, Inc.*, No. 4:13-cv-432-JST<br>(collectively, the "Related Actions") |

Case No.: 13-cv-00453-JST                              STIPULATION TO PRESERVE APPELLATE RIGHTS

## STIPULATION

Whereas, Plaintiffs Allen Beuershausen, Giuliana Biondi, Lauren Carter, Stephen Dean, Stephanie Dennis-Cooley, Jason Green, Claire Hodgins, Gentry Hoffman, Rachelle King, Nirali Mandalaywala, Claire Moses, Judy Paul, Maria Pirozzi, Theda Sandiford and Greg Varner, individually and on behalf of all others similarly situated ("Plaintiffs") in the above-captioned matters filed a Consolidated Amended Class Action Complaint on September 3, 2013.

Whereas, Defendants Apple, Inc., Chillingo Ltd., Facebook, Inc., Instagram, LLC, Foursquare Labs, Inc., Kik Interactive, Inc., Twitter, Inc., Electronic Arts, Inc., Path, Inc., Yelp! Inc., Foodspotting Inc., Gowalla Inc., Rovio Entertainment Ltd. s/h/a Rovio Mobile Oy, Zeptolab UK Limited ("Defendants") filed motions to dismiss on October 18, 2013.

Whereas, those motions were granted in part and denied in part by an order of this Court dated May 14, 2014, which also granted Plaintiffs leave to amend all claims that were dismissed.

Whereas, Plaintiffs intend to narrow the claims at issue in the case, but seek to preserve their right to appellate review of the dismissal of the claims pled in their Consolidated Amended Class Action Complaint. Rather than repleading all claims, which would require Defendants to move to dismiss and the Court to rule on the motion, the parties seek to avoid that unnecessary burden by entering into this stipulation.

Therefore, Pursuant to Civil L.R. 7-12, Plaintiffs and Defendants stipulate as follows:

1. With the exception of claims included in Plaintiffs' forthcoming amended consolidated complaint, all claims pled in the First Consolidated Amended Complaint filed on September 3, 2013 and attached hereto as Exhibit A (with the exception of Count XXV, Violations of RICO ¶¶ 723-805, as asserted against all defendants, and Count XXVI, Secondary and Vicarious Liability, Vicarious Liability - Apple as App Defendants' Agent ¶¶806-808, as asserted against App Defendants only, which Plaintiffs have voluntarily dismissed) are deemed to have been repled in a timely and proper manner following the Court's order of May 14, 2014. The Court's order of May 14, 2014, however, shall apply to all such claims, and all such claims not included in Plaintiffs' forthcoming amended consolidated complaint shall be deemed to be involuntarily dismissed with prejudice. For purposes of appeal, the factual allegations in the

1

Case No.: 13-cv-00453-JST    STIPULATION TO PRESERVE APPELLATE RIGHTS

1 First Consolidated Amended Complaint will govern the sufficiency of any and all claims not included in Plaintiffs' forthcoming amended consolidated complaint.

2. The Court's order of May 14, 2014 will be deemed to apply to any such claim, but, for purposes of appellate review, dismissal of claims that are not included in Plaintiffs' forthcoming amended consolidated complaint will be deemed to be without leave to amend.

3. For the sake of clarity, the parties agree that Plaintiffs will have the right to seek appellate review of the dismissal of claims pled in the First Consolidated Amended Complaint, subject to the exceptions set forth in the numbered paragraph one above, notwithstanding that they are not included in their forthcoming amended complaint.

Respectfully submitted,

Dated: June 27, 2014

**KERR & WAGSTAFFE LLP**

By: /s/ *Michael Ng*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Michael Ng (237915)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
mng@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
Kira German (admitted *pro hac vice*)
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com
kgerman@gardylaw.com

**ATTORNEYS FOR OPPERMAN PLAINTIFFS**

Dated: June 27, 2014

**HOGAN LOVELLS US LLP**

By: */s/ Robert Hawk*
Robert B. Hawk
Maren J. Clouse
Jenny Q. Shen
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel.: 303.899.7300
Fax: 303.899.7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

Dated: June 27, 2014

**HOLLAND & KNIGHT LLP**

By: */s/ Judith R. Nemsick*
Christopher G. Kelly
Judith R. Nemsick
HOLLAND & KNIGHT LLP

| | |
|---|---|
| 1 | |
| 2 | 31 West 52nd Street<br>New York, NY 10019<br>Tel.: 212.513.3200<br>Fax: 212.385.9010<br>christopher.kelly@hklaw.com |
| 3 | judith.nemsick@hklaw.com |
| 4 | Shelley G. Hurwitz |
| 5 | HOLLAND & KNIGHT LLP<br>400 South Hope Street, 8th Floor<br>Los Angeles, CA 90071 |
| 6 | Tel.: 213.896.2476<br>shelley.hurwitz@hklaw.com |
| 7 | |
| 8 | **ATTORNEYS FOR DEFENDANT ROVIO ENTERTAINMENT LTD. S/H/A ROVIO MOBILE OY** |
| 9 | |
| 10 | Dated: June 27, 2014      **COOLEY LLP** |
| 11 | By: */s/ Mazda K. Antia*<br>Mazda Kersey Antia<br>COOLEY LLP |
| 12 | 4401 Eastgate Mall<br>San Diego, CA 92121-1909 |
| 13 | Tel.: (858) 550-6000<br>Fax: (858) 550-6420 |
| 14 | mantia@cooley.com |
| 15 | Michael G. Rhodes<br>Matthew D. Brown |
| 16 | COOLEY LLP<br>101 California Street |
| 17 | Fifth Floor<br>San Francisco, CA 94111-5800 |
| 18 | Tel.: 415-693-2000<br>rhodesmg@cooley.com |
| 19 | brownmd@cooley.com |
| 20 | Christopher B. Durbin<br>COOLEY LLP |
| 21 | 1700 Seventh Avenue, Suite 1900<br>Seattle, WA 98101-1355 |
| 22 | Tel.: (206) 452-8700<br>Fax: (206) 452-8798 |
| 23 | cdurbin@cooley.com |
| 24 | **ATTORNEYS FOR DEFENDANTS** |
| 25 | **FACEBOOK, INC., INSTAGRAM, LLC AND KIK INTERACTIVE, INC.** |
| 26 | Dated: June 27, 2014      **MORRISON & FOERSTER LLP** |
| 27 | By: */s/ David McDowell* |
| 28 | David Frank McDowell<br>MORRISON & FOERSTER LLP |

KERR & WAGSTAFFE LLP

Case No.: 13-cv-00453-JST      4      STIPULATION TO PRESERVE APPELLATE RIGHTS

555 W. Fifth Street
Suite 3500
Los Angeles, CA 90013
Tel.: 213.892.5200
Fax: 213.892.5454
dmcdowell@mofo.com

**ATTORNEYS FOR DEFENDANT FOURSQUARE LABS, INC.**

Dated: June 27, 2014

**ZWILLGEN LAW LLP**

By: */s/ Anna Hsia*
Anna Hsia
ZWILLGEN LAW LLP
915 Battery Street, Second Floor, Suite 3
San Francisco, CA 94111
Tel.: 415.590.2340
Fax: 415.590.2335
anna@zwillgen.com

Marc J. Zwillinger (admitted *pro hac vice*)
Jacob A. Sommer (admitted *pro hac vice*)
ZWILLGEN PLLC
1705 N St NW
Washington, DC 20036
Tel.: 202.296.3585
Fax: 202.706.5298
marc@zwillgen.com
jake@zwillgen.com

**ATTORNEYS FOR DEFENDANTS ELECTRONIC ARTS, INC. AND CHILLINGO LTD.**

Dated: June 27, 2014

**FENWICK & WEST LLP**

By: */s/ Tyler G. Newby*
Tyler G. Newby (Bar No. 205790)
Jedediah Wakefield
Kathleen Lu
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel.: 415.875.2300
Fax: 415.281.1350
tnewby@fenwick.com
jwakefield@fenwick.com
klu@fenwick.com

**ATTORNEYS FOR DEFENDANT PATH, INC.**

Dated: June 27, 2014

**DURIE TANGRI LLP**

By: */s/ Michael H. Page*
Michael H. Page

KERR
WAGSTAFFE
LLP

Case No. : 13-cv-00453-JST

5

STIPULATION TO PRESERVE APPELLATE RIGHTS

| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| 2 | 217 Leidesdorff Street |
|   | San Francisco, CA 94111 |
|   | Tel.: 415.362.6666 |
| 3 | Fax: 415.236.6300 |
|   | mpage@durietangri.com |
| 4 | **GEORGE & DONALDSON, L.L.P.** |
| 5 | Peter D. Kennedy |
|   | GEORGE & DONALDSON, L.L.P. |
| 6 | 114 W. 7th Street, Suite 1100 |
|   | Austin, TX 78701 |
| 7 | Tel.: 512-495-1400 |
|   | Fax: 512-499-0094 |
| 8 | pkennedy@gdf.com |

9  **ATTORNEYS FOR DEFENDANTS YELP! INC. AND FOODSPOTTING, INC.**

10

11  Dated: June 27, 2014    **PERKINS COIE, LLP**

12  By: */s/ Timothy Alger*
Timothy L. Alger
Julie Erin Schwartz
13  PERKINS COIE, LLP
3150 Porter Drive
14  Palo Alto, CA 94304
Tel.: 650.838.4300
15  Fax: 650.838.4350
talger@perkinscoie.com
16  jschwartz@perkinscoie.com

17  Ryan T. Mrazik
Amanda J Beane
18  PERKINS COIE, LLP
1201 Third Avenue, Suite 4900
19  Seattle, WA 98101
Tel.: (206) 359-8000
20  Fax: (206) 359-9000
RMrazik@perkinscoie.com
21  ABeane@perkinscoie.com

22  **ATTORNEYS FOR DEFENDANT TWITTER, INC.**

23

24  Dated: June 27, 2014    **DHILLON & SMITH LLP**

25  By: */s/ Krista L. Shoquist*
Harmeet K. Dhillon
Krista Lee Shoquist
26  DHILLON & SMITH LLP
177 Post Street, Suite 700
27  San Francisco, CA 94108
Tel.: 415-433-1700
28  Fax: 415-520-6593

harmeet@dhillonsmith.com
kshoquist@dhillonsmith.com

**ATTORNEYS FOR DEFENDANT GOWALLA INC.**

Dated: June 27, 2014

**MITCHELL SILBERBERG & KNUPP LLP**

By: */s/ Jeffrey M. Movit*
Jeffrey M. Movit
Christine Lepera
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, NY 10017
Tel.: 917.546.7708
Fax: 917.546.7678
jmm@msk.com
ctl@msk.com

Valentine Antonavich Shalamitski
MITCHELL SILBERBERG & KNUPP LLP
11377 W Olympic Blvd
Los Angeles, CA 90064
Tel.: 310-312-3736
vas@msk.com

**ATTORNEYS FOR DEFENDANT ZEPTOLAB UK LIMITED**

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing thereof, the stipulation as between Plaintiffs Opperman, et al. ("Plaintiffs") and Defendants Apple, Inc., Chillingo Ltd., Facebook, Inc., Instagram, LLC, Foursquare Labs, Inc., Kik Interactive, Inc., Twitter, Inc., Electronic Arts, Inc., Path, Inc., Yelp! Inc., Foodspotting Inc., Gowalla Inc., Rovio Entertainment Ltd. s/h/a Rovio Mobile Oy, Zeptolab UK Limited ("Defendants") through their respective counsel is granted.

With the exception of claims included in Plaintiffs' forthcoming amended consolidated complaint, all claims pled in the First Consolidated Amended Complaint filed on September 3, 2013 and attached hereto as Exhibit A (with the exception of Count XXV, Violations of RICO ¶¶ 723-805, as asserted against all defendants, and Count XXVI, Secondary and Vicarious Liability, Vicarious Liability - Apple as App Defendants' Agent ¶¶806-808, as asserted against App Defendants only, which Plaintiffs have voluntarily dismissed) are deemed to have been repled in a timely and proper manner following the Court's order of May 14, 2014. The Court's order of May 14, 2014, however, shall apply to all such claims, and all such claims not included in Plaintiffs' forthcoming amended consolidated complaint shall be deemed to be involuntarily dismissed with prejudice. For purposes of appeal, the factual allegations in the First Consolidated Amended Complaint will govern the sufficiency of any and all claims not included in Plaintiffs' forthcoming amended consolidated complaint.

The Court's order of May 14, 2014 shall apply to any such claim, but, for purposes of appellate review, dismissal of claims that are not included in Plaintiffs' forthcoming amended consolidated complaint will be deemed to be without leave to amend.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 3, 2014

The Honorable Jon S. Tigar
United States District Judge

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: June 27, 2014                    KERR & WAGSTAFFE LLP

                                        By: /s/ Michael Ng
                                            Michael Ng

## CERTIFICATE OF SERVICE

I certify that on this day, June 27, 2014, I caused a copy of this STIPULATION TO PRESERVE APPELLATE RIGHTS OF PREVIOUSLY ASSERTED CLAIMS and Proposed Order to be served on all counsel of record via the CM/ECF system.

KERR & WAGSTAFFE LLP

By: /s/ Michael Ng
Michael Ng