```
Robert B. Hawk (Bar No. 118054)
Maren J. Clouse (Bar No. 228726)
Jenny Q. Shen (Bar No. 278883)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com
```

**FILED**

JUL 0 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PATH, INC., et al.<br><br>　　　　　Defendants. | Case No.: 13-cv-00453-JST<br><br>~~JOINT STIPULATION AND [PROPOSED]~~<br>**ORDER TO EXTEND DEADLINE TO**<br>**RESPOND TO AMENDED COMPLAINT**<br><br>THE HONORABLE JON S. TIGAR<br><br>THIS DOCUMENT RELATES TO CASES:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST |

# ~~[PROPOSED]~~ ORDER

Pursuant to the stipulation of the parties and good cause appearing, the stipulation between Plaintiffs and Defendants Apple, Inc., Chillingo Ltd., Instagram, LLC, Foursquare Labs, Inc., Kik Interactive, Inc., Twitter, Inc., Electronic Arts, Inc., Path, Inc., Yelp! Inc., Foodspotting Inc., Gowalla Inc., Rovio Entertainment Ltd. s/h/a Rovio Mobile Oy, and Zeptolab UK Limited ("Defendants") is granted, as follows:

Defendants' Responses to Second Amended Consolidated Complaint

| | |
|---|---|
| to be filed: | August 22, 2014 |
| Plaintiffs' Oppositions to Motions to Dismiss to be filed: | October 10, 2014 |
| Defendant's Reply to Motions to Dismiss to be filed: | October 29, 2014 |
| Hearing on Motions to Dismiss: | December 2, 2014 at 2:00 pm |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 9, 2014

_____
The Honorable Jon S. Tigar
United States District Judge

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: July 8, 2014          Hogan Lovells US LLP

By: /s/ Robert B. Hawk
Robert B. Hawk