UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: APPLE IDEVICE ADDRESS BOOK LITIGATION )
)
) Case No: 13-cv-00453-JST
)
Plaintiff(s),  )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
)
Defendant(s). )

I, Jessica Livingston, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Robert B. Hawk, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Hogan Lovells US LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, CO 80202 | Hogan Lovells US LLP<br>4085 Campbell Avenue, Suite 100<br>Menlo Park, CA 94025 |
| My Telephone # of Record:<br>(303) 899-7300 | Local Co-Counsel's Telephone # of Record:<br>(650) 463-4000 |
| My Email Address of Record:<br>jessica.livingston@hoganlovells.com | Local Co-Counsel's Email Address of Record:<br>robert.hawk@hoganlovells.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 41483.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/23/2014                                                                            Jessica Livingston
                                                                                                        APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jessica Livingston is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 24, 2014

Hon. Jon S. Tigar
United States District Court Judge

*PRO HAC VICE* APPLICATION & ORDER