Robert B. Hawk (Bar No. 118054)
Maren J. Clouse (Bar No. 228726)
Jenny Q. Shen (Bar No. 278883)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., | Case No.: 13-cv-00453-JST |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR DEFENDANT APPLE INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT** |
| v. | |
| PATH, INC., et al. | |
| Defendants. | THE HONORABLE JON S. TIGAR |
| | THIS DOCUMENT RELATES TO CASES: |
| | *Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc*. No. 12-cv-6550-JST<br>*Espita v. Hipster, Inc. No.* 4-13-cv-432-JST |

Pursuant to Civil Local Rule 7-4(b), Plaintiffs in this proceeding ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), hereby stipulate as follows:

1. On July 9, 2014, the Court set August 22, 2014 as the deadline for Apple and other Defendants to submit their Motions to Dismiss the Second Consolidated Amended Complaint.

2. On July 9, 2014, the Court set a hearing on Motions to Dismiss for December 2, 2014, at 2:00 p.m.

3. On August 17, 2014, this Court approved the parties' stipulation and ordered a 5-page extension for Apple's Motion Plaintiffs' Opposition Memorandum;

4. Apple filed its Motion to Dismiss the Second Amended Complaint on August 22, 2014; Plaintiffs filed their Opposition papers on October 10, 2014.

5. Given the number of claims and issues raised and addressed in Apple's Motion and in Plaintiffs' Opposition briefs, Apple now desires a 5-page enlargement of the default 15-page limitation for its Reply Memorandum;

6. Counsel for the Plaintiffs have agreed to Apple's request for a page extension for its Reply, subject to the approval of the Court;

NOW THEREFORE, the Parties stipulate that Apple's Reply Memorandum on its Motion to Dismiss shall not exceed twenty (20) pages in length.

Respectfully submitted,

Dated:  October 23, 2014

HOGAN LOVELLS US LLP
Robert B. Hawk
Maren J. Clouse
Jenny Q. Shen
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel.: 303.899.7300

|  |  |
|---|---|
| 1 | Fax: 303.899.7333 |
| 2 | clay.james@hoganlovells.com |
| 3 | By: */s/ Robert B. Hawk* <br> Robert B. Hawk |
| 4 | ATTORNEYS FOR DEFENDANT APPLE INC |
| 5 Dated:  October 23, 2014 | KERR & WAGSTAFFE LLP |
| 6 | James M. Wagstaffe (95535) <br> Michael von Loewenfeldt (178665) |
| 7 | Michael Ng (237915) <br> KERR & WAGSTAFFE LLP |
| 8 | 101 Mission Street, 18th Floor <br> San Francisco, CA 94105 |
| 9 | Tel.: 415-371-8500 <br> Fax:  415-371-0500 |
| 10 | wagstaffe@kerrwagstaffe.com <br> mvl@kerrwagstaffe.com |
| 11 | mng@kerrwagstaffe.com |
| 12 | By: */s/ Michael Ng* <br> Michael Ng |
| 13 | *Interim Co-Lead Counsel for Plaintiffs* |
| 14 | David M. Given |
| 15 | Nicholas A. Carlin <br> PHILLIPS, ERLEWINE & GIVEN LLP |
| 16 | 50 California Street, 32nd Floor <br> San Francisco, CA 94111 |
| 17 | Tel: 415-398-0900 <br> Fax: 415-398-0911 |
| 18 | dmg@phillaw.com <br> nac@phillaw.com |
| 19 | *Interim Co-Lead Counsel for Plaintiffs* |
| 20 | Carl F. Schwenker (admitted *pro hac vice*) <br> LAW OFFICES OF CARL F. SCHWENKER |
| 21 | The Haehnel Building <br> 1101 East 11th Street |
| 22 | Austin, TX 78702 <br> Tel: 512-480-8427 |
| 23 | Fax: 512-857-1294 <br> cfslaw@swbell.net |
| 24 | *Plaintiffs' Liaison Counsel* |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

# [PROPOSED] ORDER

**PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

Apple's Reply Memorandum on its Motion to Dismiss shall not exceed twenty (20) pages in length

Dated:            October 27 , 2014

IT IS SO ORDERED

Judge Jon S. Tigar

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, Robert B. Hawk, hereby attest that concurrence in the filing of this document has been obtained from the above-listed counsel.

Dated: October 23, 2014                               Hogan Lovells US LLP

By: */s/ Robert B. Hawk*
Robert B. Hawk
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199

*ATTORNEYS FOR DEFENDANT APPLE INC.*