DAVID F. McDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Ste. 6000
Los Angeles, California  90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant
FOURSQUARE LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>PATH, INC., et al.<br><br>                Defendants. | Case No.   13-cv-00453-JST<br><br>**REPLY IN SUPPORT OF DEFENDANT FOURSQUARE LABS, INC.'S MOTION TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>DATE:   December 2, 2014<br>TIME:   2:00 PM<br>CTRM:   9<br><br>The Honorable Jon S. Tigar |

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Foursquare Labs, Inc. hereby joins in and adopts the following arguments by its co-defendants:

By Defendant Instagram, LLC, the argument regarding Plaintiffs' failure to establish Article III standing; the argument that Plaintiffs have not stated a claim for intrusion of privacy because Plaintiffs have failed to plead harm; and the argument that Plaintiffs have failed to state a claim for conversion;

By Defendants Electronic Arts, Inc., Chillingo UK Ltd., Rovio Entertainment Ltd, and ZeptoLab UK Ltd, the argument that Plaintiffs have not stated a claim for intrusion of privacy because accessing Plaintiffs' address book data was not highly offensive;

By Defendants Yelp Inc. and Foodspotting, Inc., the argument that Plaintiffs' intrusion and conversion claims are preempted by the Copyright Act; however, Foursquare does not adopt the arguments by Yelp and Foodspotting to the extent they rely on Plaintiffs' consent to Defendants' accessing the address book data.

Dated: October 29, 2014

DAVID F. MCDOWELL
MORRISON & FOERSTER LLP

By: /s/ David F. McDowell
DAVID F. MCDOWELL

Attorneys for Defendant
FOURSQUARE LABS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2014, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that, to my knowledge, there are no counsel of record in this matter that are not CM/ECF participants.

/s/ David F. McDowell
DAVID F. MCDOWELL