UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC OPPERMAN, et al.,

    Plaintiffs,

  v.

PATH, INC., et al.,

    Defendants.

Case No. 13-cv-00453-JST

**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND INVITING STIPULATION REGARDING CONTINUED HEARING DATE**

Re: ECF Nos. 493, 495-501, 503

    Nine motions to dismiss are currently set for hearing in this case on Tuesday, December 2, 2014. ECF Nos. 493, 495-501, 503. The Court regrets that it must re-schedule this hearing.

    Currently, the soonest available dates on the Court' calendar are December 8, 15, and 16 at 2:00 p.m. Counsel are ordered to meet and confer regarding an appropriate date and to submit a stipulation regarding the same by November 21, 2014. In the absence of a stipulation, the Court will select a new date.

    Pending the selection of a new date, the hearing on the motions to dismiss, currently set for December 2, 2014 at 2:00 p.m., is hereby VACATED.

Dated: November 16, 2014

                                       JON S. TIGAR
                                   United States District Judge