1  Robert B. Hawk (Bar No. 118054)
   Maren J. Clouse (Bar No. 228726)
2  Jenny Q. Shen (Bar No. 278883)
   HOGAN LOVELLS US LLP
3  4085 Campbell Avenue, Suite 100
   Menlo Park, California 94025
4  Telephone: (650) 463-4000
   Facsimile: (650) 463-4199
5  robert.hawk@hoganlovells.com
   maren.clouse@hoganlovells.com
6  jenny.shen@hoganlovells.com

7

   Attorneys for Defendant
8  APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., | Case No.: 13-cv-00453-JST |
| Plaintiffs, | **JOINT STIPULATION RE-SCHEDULING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |
| v. | |
| PATH, INC., et al. | THE HONORABLE JON S. TIGAR |
| Defendants. | THIS DOCUMENT RELATES TO CASES: |
| | *Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Espita v. Hipster, Inc. No.* 4-13-cv-432-JST |

| | |
|---|---|
| 1 | Pursuant to the Court's November 16, 2014 Order Continuing Hearing on Motions to |
| 2 | Dismiss and Inviting Stipulation Regarding Continued Hearing Date (ECF No. 522), the parties |
| 3 | have met and conferred and, pending the Court's approval, request that the hearing on |
| 4 | defendants' motions to dismiss plaintiffs' second consolidated amended complaint be |
| 5 | re-scheduled to January 16, 2015, at 2:00 p.m., at the Oakland Federal Courthouse, located at |
| 6 | 1301 Clay Street, Oakland, California 94612. |

Respectfully submitted,

Dated: November 20, 2014     **KERR & WAGSTAFFE LLP**

By: */s/ Michael von Loewenfeldt*
James M. Wagstaffe
Michael von Loewenfeldt
Michael Ng
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
mng@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW

1
JOINT STIPULATION RE-SCHEDULING HEARING ON DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:13-CV-00453-JST

| | |
|---|---|
| 1 | The Haehnel Building |
| 2 | 1101 East 11th Street |
|   | Austin, TX 78702 |
| 3 | Tel: 512-623-7727 |
|   | Fax: 512-623-7729 |
| 4 | cfslaw@swbell.net |
| 5 | Jennifer Sarnelli |
|   | Kira German (admitted *pro hac vice*) |
| 6 | GARDY & NOTIS, LLP |
|   | 501 Fifth Avenue, Suite 1408 |
| 7 | New York, NY 10017 |
|   | Tel: 212-905-0509 |
| 8 | Fax: 212-905-0508 |
|   | jsarnelli@gardylaw.com |
|   | kgerman@gardylaw.com |

**ATTORNEYS FOR PLAINTIFFS**

Dated: November 20, 2014          **HOGAN LOVELLS US LLP**

By: */s/ Robert B. Hawk*
Robert B. Hawk
Maren J. Clouse
Jenny Q. Shen
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650-463-4000
Fax: 650-463-4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel.: 303-899-7300
Fax: 303-899-7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

Dated: November 20, 2014          **HOLLAND & KNIGHT LLP**

By: */s/ Judith R. Nemsick*
Christopher G. Kelly
Judith R. Nemsick
HOLLAND & KNIGHT LLP
31 West 52nd Street

|   |   |   |
|---|---|---|
| 1 |  | New York, NY 10019 |
| 2 |  | Tel.: 212-513-3200 |
|   |  | Fax: 212-385-9010 |
| 3 |  | christopher.kelly@hklaw.com |
|   |  | judith.nemsick@hklaw.com |
| 4 |  |  |
|   |  | Shelley G. Hurwitz |
| 5 |  | HOLLAND & KNIGHT LLP |
|   |  | 400 South Hope Street, 8th Floor |
| 6 |  | Los Angeles, CA 90071 |
|   |  | Tel.: 213-896-2476 |
| 7 |  | shelley.hurwitz@hklaw.com |

**ATTORNEYS FOR DEFENDANT ROVIO ENTERTAINMENT LTD. S/H/A ROVIO MOBILE OY**

Dated: November 20, 2014

**COOLEY LLP**

By: */s/ Mazda K. Antia*
Mazda K. Antia
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Tel.: 858-550-6000
Fax: 858-550-6420
mantia@cooley.com

Michael G. Rhodes
Matthew D. Brown
COOLEY LLP
101 California Street
Fifth Floor
San Francisco, CA 94111-5800
Tel.: 415-693-2000
rhodesmg@cooley.com
brownmd@cooley.com

Christopher B. Durbin
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel.: 206-452-8700
Fax: 206-452-8798
cdurbin@cooley.com

**ATTORNEYS FOR DEFENDANTS INSTAGRAM, LLC AND KIK INTERACTIVE, INC.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 20, 2014 | **MORRISON & FOERSTER LLP** |
| 3 | | By: */s/ David F. McDowell*<br>David Frank McDowell |
| 4 | | MORRISON & FOERSTER LLP<br>555 W. Fifth Street |
| 5 | | Suite 3500<br>Los Angeles, CA 90013<br>Tel.: 213-892-5200 |
| 6 | | Fax: 213-892-5454<br>dmcdowell@mofo.com |
| 7 | | |
| 8 | | **ATTORNEYS FOR DEFENDANT<br>FOURSQUARE LABS, INC.** |
| 9 | | |
| 10 | Dated: November 20, 2014 | **ZWILLGEN LAW LLP** |
| 11 | | By: */s/ Marc J. Zwillinger*<br>Jui-Ting 'Anna' Hsia |
| 12 | | ZWILLGEN LAW LLP<br>915 Battery Street, Second Floor, Suite 3 |
| 13 | | San Francisco, CA 94111<br>Tel.: 415-590-2340 |
| 14 | | Fax: 415-590-2335<br>anna@zwillgen.com |
| 15 | | Marc J. Zwillinger (admitted *pro hac vice*) |
| 16 | | Jacob A. Sommer (admitted *pro hac vice*)<br>ZWILLGEN PLLC |
| 17 | | 1705 N St NW<br>Washington, DC 20036 |
| 18 | | Tel.: 202-296-3585<br>Fax: 202-706-5298 |
| 19 | | marc@zwillgen.com<br>jake@zwillgen.com |
| 20 | | Adam Hugh Sencenbaugh |
| 21 | | Hal L. Sanders , Jr.<br>HAYNES & BOONE LLP |
| 22 | | 600 Congress Avenue, Suite 1300<br>Austin, TX 78701 |
| 23 | | Tel.: 512-867-8489<br>Fax: 512-867-8606 |
| 24 | | adam.sencenbaugh@haynesboone.com<br>al.sanders@haynesboone.com |
| 25 | | **ATTORNEYS FOR DEFENDANTS** |
| 26 | | **ELECTRONIC ARTS, INC. AND<br>CHILLINGO LTD.** |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: November 20, 2014 | **FENWICK & WEST LLP** |
| 2 | | By: */s/ Tyler G. Newby* |
| | | Tyler G. Newby |
| 3 | | Jedediah Wakefield |
| | | Kathleen Lu |
| 4 | | FENWICK & WEST LLP |
| | | 555 California Street, 12th Floor |
| 5 | | San Francisco, CA 94104 |
| | | Tel.: 415-875-2300 |
| 6 | | Fax: 415-281-1350 |
| | | tnewby@fenwick.com |
| 7 | | jwakefield@fenwick.com |
| | | klu@fenwick.com |
| 8 | | |
| | | **ATTORNEYS FOR DEFENDANT PATH,** |
| 9 | | **INC.** |
| 10 | | |
| 11 | Dated: November 20, 2014 | **DURIE TANGRI LLP** |
| 12 | | By: */s/ Michael H. Page* |
| | | Michael H. Page |
| 13 | | DURIE TANGRI LLP |
| | | 217 Leidesdorff Street |
| 14 | | San Francisco, CA 94111 |
| | | Tel.: 415-362-6666 |
| 15 | | Fax: 415-236-6300 |
| | | mpage@durietangri.com |
| 16 | | **GEORGE & DONALDSON, L.L.P.** |
| 17 | | By: */s/ Peter D. Kennedy* |
| | | Peter D. Kennedy |
| 18 | | GEORGE & DONALDSON, L.L.P. |
| | | 114 W. 7th Street, Suite 1100 |
| 19 | | Austin, TX 78701 |
| | | Tel.: 512-495-1400 |
| 20 | | Fax: 512-499-0094 |
| | | pkennedy@gdf.com |
| 21 | | |
| | | **ATTORNEYS FOR DEFENDANTS** |
| 22 | | **YELP! INC. AND FOODSPOTTING, INC.** |
| 23 | Dated: November 20, 2014 | **PERKINS COIE, LLP** |
| 24 | | By: */s/ Timothy L. Alger* |
| | | Timothy L. Alger |
| 25 | | Julie Erin Schwartz |
| | | PERKINS COIE, LLP |
| 26 | | 3150 Porter Drive |
| | | Palo Alto, CA 94304 |
| 27 | | Tel.: 650-838-4300 |
| | | Fax: 650-838-4350 |
| 28 | | talger@perkinscoie.com |

| | |
|---|---|
| 1 | jschwartz@perkinscoie.com |
| 2 | Ryan T. Mrazik |
| | Amanda J Beane |
| 3 | PERKINS COIE, LLP |
| | 1201 Third Avenue, Suite 4900 |
| 4 | Seattle, WA 98101 |
| | Tel.: 206-359-8000 |
| 5 | Fax: 206-359-9000 |
| | RMrazik@perkinscoie.com |
| 6 | ABeane@perkinscoie.com |
| 7 | **ATTORNEYS FOR DEFENDANT TWITTER, INC.** |
| 8 | |
| 9 | Dated: November 20, 2014    **DHILLON LAW GROUP INC.** |
| 10 | By: */s/ Harmeet K. Dhillon* |
| | Harmeet K. Dhillon |
| 11 | Krista L. Baughman |
| | DHILLON LAW GROUP INC. |
| 12 | 177 Post Street, Suite 700 |
| | San Francisco, CA 94108 |
| 13 | Tel.: 415-433-1700 |
| | Fax: 415-520-6593 |
| 14 | harmeet@dhillonlaw.com |
| | kbaughman@dhillonlaw.com |
| 15 | |
| 16 | **ATTORNEYS FOR DEFENDANT GOWALLA INC.** |
| 17 | |
| 18 | Dated: November 20, 2014    **MITCHELL SILBERBERG & KNUPP LLP** |
| 19 | By: */s/ Jeffrey M. Movit* |
| | Jeffrey M. Movit |
| 20 | Christine Lepera |
| | MITCHELL SILBERBERG & KNUPP LLP |
| 21 | 12 East 49th Street, 30th Floor |
| | New York, NY 10017 |
| 22 | Tel.: 917-546-7708 |
| | Fax: 917-546-7678 |
| 23 | jmm@msk.com |
| | ctl@msk.com |
| 24 | |
| | Valentine Antonavich Shalamitski |
| 25 | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 W Olympic Blvd |
| 26 | Los Angeles, CA 90064 |
| | Tel.: 310-312-3736 |
| 27 | vas@msk.com |
| 28 | **ATTORNEYS FOR DEFENDANT ZEPTOLAB UK LIMITED** |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, Robert B. Hawk, hereby attest that concurrence in the filing of this document has been obtained from the above-listed counsel.

Dated: November 20, 2014

Hogan Lovells US LLP

By: */s/ Robert B. Hawk*
Robert B. Hawk
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: (650) 463-4000
Fax: (650) 463-4199

*ATTORNEYS FOR DEFENDANT APPLE INC.*