Robert B. Hawk (Bar No. 118054)
Clay James (Bar No. 287800)
Maren J. Clouse (Bar No. 228726)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
clay.james@hoganlovells.com
maren.clouse@hoganlovells.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: APPLE IDEVICE ADDRESS BOOK LITIGATION | Case No. 13-CV-00453-JST<br><br>**DEFENDANT APPLE INC.'S JOINDER IN OPPERMAN PLAINTIFFS' OPPOSITION TO THE MOTION TO INTERVENE BY JUSTIN MICHAEL CREDICO**<br><br>The Honorable Jon S. Tigar<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

Defendant Apple Inc. ("Apple"), by and through its attorneys of record, hereby joins in the Opperman Plaintiffs' Opposition to the Motion to Intervene by Justin Michael Credico, to the extent and for the reasons set forth below.

Mr. Credico has failed to make the requisite showing to intervene, and granting his motion would hinder the efficient resolution of this case. Apple joins in Plaintiffs' argument that Mr. Credico lacks any pertinent knowledge that cannot otherwise be obtained in the ordinary course through discovery and from expert and lay witnesses in this action. Apple does not take any position at this time on the adequacy of the putative class representatives or class counsel; however, Apple agrees with Plaintiffs' position that Mr. Credico's pro se status and present incarceration should disqualify him as a class representative.

Accordingly, Apple respectfully requests that the Court deny Mr. Credico's motion.

Dated: December 4, 2014      HOGAN LOVELLS US LLP

By: */s/ Robert B. Hawk*
Robert B. Hawk
Attorneys for Defendant APPLE INC.