HOLLAND & KNIGHT LLP
  Christopher G. Kelly (*admitted pro hac vice*)
  Judith R. Nemsick (*admitted pro hac vice*)
31 West 52nd Street
New York, New York 10019
Tel.:   (212) 513-3200
Fax:   (212) 385-9010
christopher.kelly@hklaw.com
judith.nemsick@hklaw.com


HOLLAND & KNIGHT LLP
  Shelley G. Hurwitz (SBN 217566)
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone 213.896.2400
Facsimile 213.896.2450
shelley.hurwitz@hklaw.com

Attorneys for Defendant
Rovio Entertainment Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> PATH, INC., *et al.*, <br><br> Defendants. | **CASE NO. 3:13-CV-00453-JST** <br><br> **NOTICE OF CALL-IN INFORMATION FOR HEARING ON JANUARY 16, 2015** <br><br> [This pleading applies to all cases] <br><br> Date: January 16, 2015 <br> Time: 2:00 pm <br> Place: Courtroom 9 |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with the order of this Court, the Court and all telephone participants should use the following call-in information for the January 16, 2015 hearings in the above-referenced matter:

Call-in: (888) 684-4447
Password: 2125133514

Dated: January 7, 2015

/s/ Shelley G. Hurwitz
Shelley G. Hurwitz
Attorneys for Defendant Rovio Entertainment Ltd. s/h/a Rovio Mobile Oy

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2015, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ Shelley G. Hurwitz
Shelley G. Hurwitz

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450