UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 16, 2015　　　　　　　　　　　　　　　　　　　　　Judge: Jon S. Tigar

Time: 2 hours, 20 minutes

Case No.　　**3:13-cv-00453-JST**
Case Name　**Marc Opperman, et al. v. Path, Inc., et al.**

Attorneys for Plaintiffs:　　James M. Wagstaffe; Michael von Loewenfeldt; David M. Given; Nicholas A. Carlin; Carl F. Schwenker (appearing in person); Jeffrey S. Edwards; Jennifer Sarnelli (appearing telephonically) (for Marc Opperman, et al.)

Attorneys for Defendants:　　Robert Hawk (for Apple Inc.)
Jacob Summer (for Electronic Arts / Chillingo Ltd.)
Mazda K. Antia (for Instagram, Inc. / Kik Interactive, Inc.)
Krista L. Baughman (for Gowalla Incorporated)
Tyler G. Newby (for Path, Inc.)
Judith R. Nemsick (appearing telephonically) (for Rovio Mobile Oy)
Timothy L. Alger (for Twitter, Inc.)
Michael H. Page (for Yelp! Inc. / Foodspotting, Inc.)
Jeffrey M. Movit (appearing telephonically) (for Zeptolab UK Limited)

Deputy Clerk: William Noble　　　　　　　　　　　　　　　　　Court Reporter: Debra Pas

## PROCEEDINGS

- Twitter, Inc.'s Motion to Dismiss Second Consolidated Amended Complaint (docket 493)
- Defendants Yelp Inc. and Foodspotting, Inc.'s Motion to Dismiss Plaintiffs' Second Consolidated Amended Complaint (docket 495)
- Defendant Foursquare Labs, Inc.'s Motion to Dismiss Second Consolidated Amended Complaint (docket 496)
- Motion to Dismiss Second Consolidated Complaint Pursuant to Rule 12(b)(1) & (6) on behalf of Defendants Electronic Arts, Chillingo, Rovio, and Zeptolab (docket 497)
- Gowalla, Inc.'s Motion to Dismiss Second Consolidated Amended Complaint (docket 498)
- Instagram, LLC's Motion to Dismiss Second Consolidated Amended Complaint (docket 499)
- Kik Interactive, Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(1) and 12(B)(6) (docket 500)

- Defendant Apple Inc.'s Motion to Dismiss Second Consolidated Amended Coplaint (docket 501)
- Path, Inc.'s Partial Motion to Dismiss Second Consolidated Amended Class Action Complaint (docket 503)

## RESULT OF HEARING

Motion hearing held.  Motion hearing.