UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PATH, INC., et al.,<br><br>        Defendants. | Case No.  13-cv-00453-JST<br><br>**ORDER STRIKING JOINT DISCOVERY LETTER BRIEF**<br><br>Re: ECF No. 567 |

On September 30, 2015, the Court received the parties' joint discovery letter brief. See ECF No. 567. The submission's attachments contained a number of redactions but failed to comply with the Civil Local Rules on sealing. Accordingly, the Court strikes the joint discovery letter brief. The parties are directed to re-file after consulting the Civil Local Rules and this Court's Standing Order Governing Administrative Motions to File Under Seal.

IT IS SO ORDERED.

Dated: September 30, 2015

                                                                JON S. TIGAR<br>                                               United States District Judge