Robert N. Klieger (SBN 192962)
Ellen C. Kenney (SBN 295022)
Matthew Z. Kaiser (SBN 304714)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
akenney@hueston.com
mkaiser@hueston.com

Attorneys for Defendants
Chillingo Ltd. and
Electronic Arts Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br> Plaintiff, <br><br> vs. <br><br> PATH, INC., et al. <br><br> Defendants. | Case No.: 13-cv-00453-JST <br><br> **CLASS ACTION** <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CHILLINGO, LTD. AND ELECTRONIC ARTS INC.; [PROPOSED] ORDER** <br><br> *Hernandez v. Path, Inc., No.* 12-cv-1515- <br> *Pirozzi v. Apple Inc., No.* 12-cv-1529-JST <br> (collectively, the "Related Actions") |

1

1  PLEASE TAKE NOTICE that Defendants Chillingo, Ltd. and Electronic Arts Inc. have
2  retained Hueston Hennigan LLP to substitute as counsel of record for Zwillgen Law LLP in the
3  above-captioned actions.
4  Withdrawing counsel for Defendants Chillingo, Ltd. and Electronic Arts Inc. are:

Anna Hsia (SBN 234179)
Katherine Robison (SBN 221556)
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, California 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965
anna@zwillgen.com
kat@zwillgen.com

Marc J. Zwillinger (admitted *pro hac vice*)
Jacob A. Sommer (admitted *pro hac vice*)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone:  (202) 296-3585
Facsimile:  (202) 706-5298
marc@zwillgen.com
jake@zwillgen.com

All pleadings, orders, and notices shall henceforth be served upon the following substituted counsel for Defendants Chillingo, Ltd. and Electronic Arts Inc.:

Robert N. Klieger (SBN 192962)
Ellen C. Kenney (SBN 295022)
Matthew Z. Kaiser (SBN 304714)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
akenney@hueston.com
mkaiser@hueston.com

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

CASE NO.: 13-CV-00453-JST

The undersigned parties and counsel consent to the above withdrawal and substitution of counsel.

Dated: October 13, 2015          CHILLINGO, LTD

_____
By: Melanie Drummond

Dated: October 13, 2015          ELECTRONIC ARTS INC.

_____
By: Betsy A. Contro

Dated: October 13, 2015          ZWILLGEN LAW LLP

_____
By: Jacob A. Sommer

Dated: October 13, 2015          HUESTON HENNIGAN LLP

_____
By: Robert N. Klieger

### [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: October 14, 2015

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

## CERTIFCATE OF SERVICE

I certify that on October 13, 2015, I electronically filed the foregoing document with the Clerk of Court using the EM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Robert N. Klieger
Robert N. Klieger