David M. Given (SBN 142375)
Nicholas A Carlin (SBN 112532)
Conor H. Kennedy (SBN 281793)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com
chk@phillaw.com

Michael von Loewenfeldt (SBN 178665)
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com

Interim Co-Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK OPPERMAN, et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>PATH, INC., et al.,<br><br>　　　　Defendant(s). | Case No: 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>NOTICE OF STIPULATED WITHDRAWAL OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (REDACTED) WITHOUT PREJUDICE<br><br>THIS DOCUMENT RELATES TO THE FOLLOWING CASES<br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST |

**Notice of Stip. Withdrawal of P'S Admin Mtn to File Under Seal and P's Motion for Class Certification, Without Prejudice - Case No. 13-cv-00453-JST**

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Lauren Carter, Stephanie Cooley, and Jason Green ("Plaintiffs"), by and through counsel, have agreed and hereby stipulate to suspend and withdraw, without prejudice, Plaintiffs' Motion for Class Certification Re: Path App ("Plaintiffs' Motion") (ECF # 585) and Plaintiffs' Administrative Motion to File Under Seal (ECF # 584), to allow further compliance with N.D. Cal. Civ. Rule 7-11 and Rule 79-5.

Plaintiffs and Defendants Path, Inc. ("Path") and Apple Inc. ("Apple") ("Defendants") (collectively, the "Parties") met and conferred telephonically via counsel on Friday, November 13, 2015 to discuss the subjects of confidentiality designations on the exhibits to the Declaration of Conor Kennedy in support of Plaintiffs' Motion and Plaintiffs' redactions to Plaintiffs' Motion, as well as the Parties' briefing schedule for Plaintiffs' Motion.

The Parties stipulate and agree that Plaintiffs' Administrative Motion, Plaintiffs' Motion, and the hearing for Plaintiffs' Motion shall each be taken off calendar and may be reset at a later date, pending a further meet and confer via counsel that is scheduled for November 19, 2015 at 10 a.m. on the foregoing subjects. The Parties stipulate and agree that both motions may be reset by stipulation, in the event of an agreement, or by notice, in the event of disagreement with respect to any of these subjects following Thursday's meet and confer. Defendants acknowledge and agree that they each received complete copies of the unredacted versions of Plaintiffs' Motion on November 13, 2015, the day after the Motion was filed.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 16, 2015　　　　　*/s/ Conor H. Kennedy*
　　　　　　　　　　　　　　　　　David M. Given
　　　　　　　　　　　　　　　　　Nicholas A Carlin
　　　　　　　　　　　　　　　　　Conor H. Kennedy
　　　　　　　　　　　　　　　　　PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
　　　　　　　　　　　　　　　　　39 Mesa Street, Suite 201
　　　　　　　　　　　　　　　　　San Francisco, CA 94129
　　　　　　　　　　　　　　　　　Tel: (415) 398-0900
　　　　　　　　　　　　　　　　　Fax: (415) 398-0911

　　　　　　　　　　　　　　　　　Michael von Loewenfeldt
　　　　　　　　　　　　　　　　　James M. Wagstaffe

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129
Telephone: (415) 398-0900

Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500

Dated: November 16, 2015   **HOGAN LOVELLS US LLP**

By: */s/*
Robert B. Hawk
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199
robert.hawk@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE, INC.**

Dated: November 16, 2015   **FENWICK & WEST LLP**

By: */s/*
Tyler G. Newby (Bar No. 205790)
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94041
Tel: 415-875-2300
Fax: 415-281-1350
tnewby@fenwick.com

**ATTORNEYS FOR DEFENDANT PATH, INC.**

**Notice of Stip. Withdrawal of P'S Admin Mtn to File Under Seal and P's Motion for Class Certification, Without Prejudice - Case No. 13-cv-00453-JST**

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: November 16, 2015					PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

							By: */s/ Conor H. Kennedy*
							Conor H. Kennedy

3

**Notice of Stip. Withdrawal of P'S Admin Mtn to File Under Seal and P's Motion for Class Certification, Without Prejudice - Case No. 13-cv-00453-JST**

**CERTIFICATE OF SERVICE**

I certify that on this day, November 16, 2015, I caused a copy of this to be served on all counsel of record via the CM/ECF system.

Dated: November 16, 2015          PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

                                                       By: */s/ Conor H. Kennedy*
                                                             Conor H. Kennedy

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129
Telephone: (415) 398-0900