David M. Given (State Bar No. 142375)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA   94129
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
          nac@phillaw.com
          chk@phillaw.com

Michael J. von Loewenfeldt (State Bar No. 178665)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA  94105
Tel:  415-371-8500
Fax:  415-371-0500
Email: myl@kerrwagstaffe.com

Interim Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OPPERMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>PATH, INC., et al.,<br><br>          Defendants. | Case No:   13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT;**<br>**[PROPOSED ORDER]**<br><br>THIS DOCUMENT RELATES TO ALL CASES<br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Espitia v. Hipster, Inc.*,No. 13-cv-0432-JST<br>(collectively, the "Related Actions") |

Plaintiff Rachelle King and defendant Foodspotting, Inc., through their respective

undersigned counsel, hereby notify the Court that they have executed a Memorandum of

Understanding evidencing an agreement in principle, under which Foodspotting will pay the

total sum of Two Hundred Thousand ($200,000.00) Dollars and No Cents in exchange for a

full and complete release of all claims brought against it in this lawsuit.

1

The proposed settlement will be memorialized in a complete written settlement agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval as soon as practicable, but no later than 120 days from today's date. The timing of same may be impacted by other proceedings in this action, including the filing of contested class certification motion(s). The parties proposed settlement is expressly subject to and conditioned upon the completion of the written agreement, and obtaining preliminary and final approval from this Court.

Dated:  November 18, 2015

By   /s/ David M. Given
David M. Given
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911

By  /s/ Michael J. von Loewenfeldt
Michael J. von Loewenfeldt
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA  94105
Tel:  415-371-8500
Fax:  415-371-0500

*Interim Co-Lead Counsel for Plaintiffs*

Dated:  November 18, 2015

By   /s/ Michael H. Page
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: 415-362-6666
Fax: 415-236-6300

*Counsel for Defendant Foodspotting, Inc.*

///
///
///
///

2

1

## [PROPOSED] ORDER

2

PURSUANT TO THE FOREGOING, IT IS SO ORDERED.

3

4

Dated: _____, 2015

5

_____
Hon. Jon Tigar
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, David M. Given, am the ECF user whose identification and password are being used to file the instant notice. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document

_/s/ David M. Given_

Attorneys for Plaintiff

NOTICE OF SETTLEMENT; [PROPOSED ORDER] — Case No. 13-cv-00453-JST