1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7    MARC OPPERMAN, et al.,                         Case No.  13-cv-00453-JST

                     Plaintiffs,
8
          v.                                        **CASE MANAGEMENT ORDER**
9
     PATH, INC., et al.,
10
                     Defendants.
11

12          Having considered the parties' most recent Joint Case Management Statement, ECF No.

13   598, as well as the arguments of counsel at the Case Management Conference held on January 5,

14   2016, the Court now orders as follows:

15          1.      The parties are ordered to meet and confer regarding their outstanding discovery

16   disputes, and thereafter to submit a joint letter brief comprehensively describing the same.  The

17   letter brief shall be no more than ten, single-spaced pages and must be filed by January 13, 2016.

18   As discussed at the hearing, the Court is likely to submit the parties' discovery disputes to a

19   Magistrate Judge for resolution.

20          2.      Plaintiffs may refile their motion for class certification as against Defendants Path,

21   Inc. and Apple Inc.  Briefing and hearing on that motion will proceed as follows:

22

23

| Event | Deadline |
|---|---|
| Motion for Class Certification | January 8, 2016 |
| Opposition Brief | March 3, 2016 |
| Reply Brief | March 24, 2016 |
| Hearing | April 12, 2016 at 2:00 p.m. |

24

25

26

27

28

United States District Court
Northern District of California

1    3.    The Court will provide further rulings on the remaining likely motions for class

2  certification and motions for summary judgment, and will set a further Case Management

3  Conference, after it has reviewed the parties' joint discovery letter.

4    4.    The Court will adopt the Northern District of California Model Protective Order for

5  Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets as its

6  order in this case.  By January 12, 2016, Apple Inc. is directed to submit that order, conformed to

7  this action and approved as to form by all parties, for the Court's signature.

8    IT IS SO ORDERED.

9  Dated:  January 6, 2016

10

11  _____

JON S. TIGAR

12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2