1  DAVID F. MCDOWELL (Bar No. 125806)
   DMcDowell@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, CA 90017-3543
   Telephone: 213.892.5383
4  Facsimile: 213.892.5454

5  CLAUDIA M. VETÉSI (Bar No. 233485)
   CVetesi@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California  94105-2482
   Telephone: 415.268.6626
8  Facsimile: 415.276.7485

9
   Attorneys for Defendants
10 FOURSQUARE LABS, INC.

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN FRANCISCO DIVISION**

14

15 MARC OPPERMAN, et al.,                    Case No. 13-cv-00453 (JST)

16              Plaintiffs,                  **NOTICE OF APPEARANCE**

17      v.

18 PATH, INC., et al.,

19              Defendants.

20

21      PLEASE TAKE NOTICE that Claudia M. Vetesi of the firm Morrison & Foerster LLP,

22 425 Market Street, San Francisco, California 94105-2482, telephone (415) 268-6626, hereby

23 appears as counsel of record for defendant FOURSQUARE LABS, INC. in this action.

NOTICE OF APPEARANCE
CV 09-1883 JCS

1 | Dated: January 29, 2016                MORRISON & FOERSTER LLP

By:      /s/ Claudia Vetesi
         CLAUDIA M. VETESI

Attorneys for Defendant
FOURSQUARE LABS, INC.

NOTICE OF APPEARANCE
CV 09-1883 JCS

2