Robert B. Hawk (Bar No. 118054)
Clay James (Bar No. 287800)
Maren J. Clouse (Bar No. 228726)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
clay.james@hoganlovells.com
maren.clouse@hoganlovells.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br><br>  Defendants. | Case No.  13-CV-00453-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING DATES ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

1 | The undersigned parties, through their counsel of record, stipulate as follows:

2 |     WHEREAS, on January 6, 2016, the Court ordered that Plaintiffs' motion for class certification against Defendants Path, Inc. and Apple Inc. was to be filed on January 8, 2016, Apple and Path's opposition brief was to be filed on March 3, 2016, and Plaintiffs' reply brief was to be filed on March 24, 2016, and set a hearing date and time of April 12, 2016 at 2:00 p.m. (Dkt No. 602);

    WHEREAS, on January 8, 2016, Plaintiffs filed their motion for class certification (Dkt No. 609);

    WHEREAS, Apple and Path requested that Plaintiffs produce for deposition the individual plaintiffs who allege that they downloaded the Path app by February 5, 2016;

    WHEREAS, on January 21, 2016, the Court referred all future discovery matters to Magistrate Judge Joseph C. Spero for resolution (Dkt No. 622);

    WHEREAS, on January 29, 2016, the parties met and conferred regarding their outstanding discovery disputes and were heard by Judge Spero;

    WHEREAS, Plaintiffs and Defendants have agreed that the depositions of Plaintiffs Cooley, Carter, and Green will take place in San Francisco on February 9, 12, and 16, respectively;

    WHEREAS, to accommodate the parties' ongoing discovery and preparations for briefing the pending class certification motion, Plaintiffs and Defendants Apple and Path have agreed, subject to Court approval, to continue the dates on which Apple and Path's oppositions to the pending motion for class certification (Dkt No. 609) are due by 14 days from March 3 to March 17, and to continue the date on which Plaintiffs' reply is due by 28 days from March 24 to April 21;

    WHEREAS, Plaintiffs, Apple, and Path further request that the Court continue the hearing on Plaintiffs' class certification motion from April 12 to May 10, or such other date convenient for the Court; and

    WHEREAS, on February 3, 2016, Magistrate Judge Joseph C. Spero issued an Order Regarding Discovery Disputes (Dkt No. 635) recommending the parties' proposed amended briefing schedule and hearing date;

    **IT IS HEREBY STIPULATED AND AGREED**, between Plaintiffs and Defendants herein that, subject to approval by the Court, the following deadlines will be amended as follows:

1. Defendants Apple and Path's opposition to Plaintiffs' motion for class certification, previously due on March 3, 2016, shall be due on March 17, 2016;

2. Plaintiffs' reply to Defendants Apple and Path's opposition, previously due on March 24, 2016, shall be due on April 21, 2016; and

3. The hearing date previously set for April 12, 2016 at 2:00 p.m. on the issue of class certification shall be continued to May 10, 2016 at 2:00 p.m., or such other date convenient for the Court.

Respectfully submitted,

Dated: February 4, 2016

**KERR & WAGSTAFFE LLP**

By: */s/Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Frank Busch (258288)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.:  415-371-8500
Fax:  415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

2

| | |
|---|---|
| | Jeff Edwards (admitted *pro hac vice*)<br>EDWARDS LAW<br>The Haehnel Building<br>1101 East 11th Street<br>Austin, TX 78702<br>Tel: 512-623-7727<br>Fax: 512-623-7729<br>cfslaw@swbell.net |
| | Jennifer Sarnelli<br>GARDY & NOTIS, LLP<br>126 E. 56th Street, 8th Floor<br>New York, NY 10022<br>Tel: 212-905-0509<br>Fax: 212-905-0508<br>jsarnelli@gardylaw.com |
| | **ATTORNEYS FOR OPPERMAN PLAINTIFFS** |
| Dated:  February 4, 2016 | **HOGAN LOVELLS US LLP** |
| | By: */s/ Robert B. Hawk*<br>Robert B. Hawk<br>Maren J. Clouse<br>HOGAN LOVELLS US LLP<br>4085 Campbell Ave., Suite 100<br>Menlo Park, CA 94025<br>Tel.: 650.463.4000<br>Fax:  650.463.4199<br>robert.hawk@hoganlovells.com<br>maren.clouse@hoganlovells.com |
| | Clayton C. James<br>HOGAN LOVELLS US LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, CO 80202<br>Tel:  303.899.7300<br>Fax:  303.899.7333<br>clay.james@hoganlovells.com |
| | **ATTORNEYS FOR DEFENDANT APPLE INC.** |
| Dated:  February 4, 2016 | **FENWICK & WEST LLP**<br>By: */s/ Tyler G. Newby*<br>Tyler G. Newby (Bar No. 205790)<br>FENWICK & WEST LLP<br>555 California Street |

San Francisco, CA 94041
Tel: 415-875-2300
Fax: 415-281-1350
tnewby@fenwick.com

**ATTORNEYS FOR DEFENDANT PATH, INC.**

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated:  February 4, 2016            **HOGAN LOVELLS US LLP**

By: */s/ Maren J. Clouse*
     Maren J. Clouse

**ORDER**

NOW, the parties by and through their respective counsel having stipulated, and for good cause shown, **IT IS ORDERED THAT:**

1. Defendants Apple and Path's opposition to Plaintiffs' motion for class certification is due on March 17, 2016;

2. Plaintiffs' reply to Apple and Path's opposition is due on April 21, 2016; and

3. The hearing date on Plaintiff's pending class certification motion is set for May 31, 2016.

Dated: February 5, 2016

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA