UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al., | Case No.  13-cv-00453-JST |
| Plaintiffs, | |
| v. | **CASE MANAGEMENT ORDER** |
| PATH, INC., et al., | |
| Defendants. | |

As discussed in the Court's prior Case Management Order, see ECF No. 602 at 2, the Court now addresses the timing of the remaining motions for class certification and the motions for summary judgment.  Having considered the parties' Joint Case Management Statement, ECF No. 598, as well as the arguments of counsel at the Case Management Conference held on January 5, 2016, the Court orders as follows:

1.      The remaining class certification motions shall adhere to the following schedule:

| Event | Deadline |
|---|---|
| All remaining class certification motions | August 5, 2016 |
| Opposition Briefs | September 16, 2016 |
| Reply Briefs | October 7, 2016 |
| Hearing | October 25, 2016 at 2:00 p.m. |

2.      Any party may file a summary judgment motion prior to the class certification motions which are the subject of the prior paragraph.  Opening briefs shall be submitted on or after April 4, 2016, with the remaining briefs due pursuant to the stipulation of the affected parties or by

local rule.  The hearing on any such motion, if there is one, will take place at least two weeks after the filing of the reply brief.  Any party filing a motion for summary judgment before class certification should be aware that the Court will adhere to its Standing Order, which provides that, "[a]bsent good cause, the Court will consider only one motion for summary judgment per party." Standing Order for All Civil Cases Before District Judge Jon S. Tigar at 2.

3. The Court sets a further Case Management Conference on Tuesday, April 12, at 2:00 p.m.  A Joint Case Management Statement must be filed by March 29, 2016.  If the parties jointly believe that no matters then require judicial supervision, they may file a separate administrative motion requesting that the Conference be vacated or continued.

IT IS SO ORDERED.

Dated: February 8, 2016

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

2