UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC OPPERMAN, et al.,

    Plaintiffs,

v.

PATH, INC., et al.,

    Defendants.

Case No. 13-cv-00453-JST

**ORDER REGARDING DISMISSAL OF PLAINTIFF THEDA SANDIFORD**

Re: ECF Nos. 597, 637

Pursuant to a prior Court order, see ECF No. 597, Plaintiff Theda Sandiford and Defendants Apple and Instagram submitted notice to the Court regarding Ms. Sandiford's discovery responses. See ECF No. 637.

Apple requests that the Court defer dismissal of Ms. Sandiford until (1) the Court determines Plaintiffs' discovery obligations with respect to her contacts and device data, and (2) Ms. Sandiford complies with any such obligation. Instagram requests that the Court defer dismissal of Ms. Sandiford until (1) Instagram has had a reasonable opportunity to review Ms. Sandiford's amended discovery responses to identify any remaining disputes, and (2) she has completed document production. Ms. Sandiford requests that the Court dismiss her from the action now.

The Court declines to dismiss Ms. Sandiford at this time. Whether Ms. Sandiford has satisfied her obligation to produce documents and data is presently the subject of a discovery dispute before Judge Spero. Instagram should also have sufficient time to review Ms. Sandiford's amended discovery responses.

Within seven days of the resolution of the discovery dispute before Judge Spero, the Parties will notify the Court whether any issues remain with the adequacy of Ms. Sandiford's

///

1  responses.  The Court will then either determine how to resolve any remaining disputes or refer
2  them to Judge Spero for resolution.
3       IT IS SO ORDERED.
4  Dated:  February 10, 2016

                             JON S. TIGAR
                         United States District Judge