Robert B. Hawk (Bar No. 118054)
Maren J. Clouse (Bar No. 228726)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com

Attorneys for Defendant
APPLE INC.

[*additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PATH, INC., et al.<br><br>    Defendants. | Case No.: 13-cv-00453-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR CLASS CERTIFICATION**<br><br>THE HONORABLE JON S. TIGAR<br><br>THIS DOCUMENT RELATES TO CASES:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST |

1     Pursuant to Civil L.R. 6-1 and 6-2, Plaintiffs Lauren Carter, Stephanie Cooley, and Jason Green ("Plaintiffs") and Defendants Apple, Inc. and Path, Inc. ("Defendants") through their respective counsel, have stipulated to request an Order extending the briefing schedule for Plaintiffs' motion for class certification (Dkt. No. 609) based on the following recitals.

WHEREAS, on January 6, 2016, the Court ordered that Plaintiffs' motion for class certification against Defendants Path, Inc. and Apple Inc. be filed on January 8, 2016, Apple and Path's opposition brief be filed on March 3, 2016, and Plaintiffs' reply brief be filed on March 24, 2016, and set a hearing date and time of April 12, 2016 at 2:00 p.m. (Dkt. No. 602);

WHEREAS, the Court approved Plaintiffs and Defendants' stipulation to continue the deadlines for Apple and Path's oppositions to the pending motion for class certification by 14 days and to continue the deadline for Plaintiffs' reply by 28 days, and set a hearing date of May 31 (Dkt. No. 638);

WHEREAS, on March 8, the parties resolved through negotiation an ongoing discovery issue regarding evidence that Defendants consider relevant to the pending class certification motion;

WHEREAS, Plaintiffs and Defendants have agreed in conjunction with that resolution, subject to Court approval, to continue the dates on which Apple and Path's oppositions to the pending motion for class certification are due by 14 days from March 17 to March 31, and to continue the date on which Plaintiffs' reply is due by 14 days from April 21 to May 5;

WHEREAS, Plaintiffs, Apple, and Path request that the Court continue the hearing on Plaintiffs' class certification motion from May 31 to June 14, or such other date convenient for the Court;

WHEREAS, the Parties do not expect to request further extensions or adjustments of the briefing schedule;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants to request that the Court extend the briefing schedule as follows:

1  Defendants' Oppositions to Class Certification Motion to be filed:  March 31, 2016

2  Plaintiffs' Reply to Oppositions to be filed:  May 5, 2016

3  Hearing on Class Certification Motion:  June 14, 2016
(or such other date convenient for the court)

Respectfully submitted,

Dated:  March 9, 2016

**KERR & WAGSTAFFE LLP**

By: /s/ *Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Michael Ng (237915)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.:  415-371-8500
Fax:  415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
mng@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

|   |   |   |
|---|---|---|
| 1 |  | Jennifer Sarnelli |
| 2 |  | Kira German (admitted *pro hac vice*)<br>GARDY & NOTIS, LLP |
| 3 |  | 501 Fifth Avenue, Suite 1408<br>New York, NY 10017 |
| 4 |  | Tel: 212-905-0509<br>Fax: 212-905-0508 |
| 5 |  | jsarnelli@gardylaw.com<br>kgerman@gardylaw.com |
| 6 |  | **ATTORNEYS FOR PLAINTIFFS** |
| 7 | Dated:  March 9, 2016 | **HOGAN LOVELLS US LLP** |
| 8 |  | By:  */s/ Robert B. Hawk*<br>Robert B. Hawk |
| 9 |  | Maren J. Clouse<br>HOGAN LOVELLS US LLP |
| 10 |  | 4085 Campbell Ave., Suite 100<br>Menlo Park, CA 94025 |
| 11 |  | Tel.: 650.463.4000<br>Fax: 650.463.4199 |
| 12 |  | robert.hawk@hoganlovells.com<br>maren.clouse@hoganlovells.com |
| 13 |  |  |
| 14 |  | Clayton C. James<br>HOGAN LOVELLS US LLP |
| 15 |  | 1200 Seventeenth Street, Suite 1500<br>Denver, CO 80202 |
| 16 |  | Tel.: 303.899.7300<br>Fax: 303.899.7333 |
| 17 |  | clay.james@hoganlovells.com |
| 18 |  | **ATTORNEYS FOR DEFENDANT APPLE INC.** |
| 19 | Dated:  March 9, 2016 | **FENWICK & WEST LLP** |
| 20 |  | By*:  /s/ Tyler G. Newby* |
| 21 |  | Tyler G. Newby<br>Jedediah Wakefield |
| 22 |  | Kathleen Lu<br>FENWICK & WEST LLP |
| 23 |  | 555 California Street, 12th Floor<br>San Francisco, CA 94104 |
| 24 |  | Tel.: 415.875.2300<br>Fax: 415.281.1350 |
| 25 |  | tnewby@fenwick.com<br>jwakefield@fenwick.com |
| 26 |  | klu@fenwick.com |
| 27 |  | **ATTORNEYS FOR DEFENDANT PATH, INC.** |
| 28 |  |  |

1  I attest that concurrence in the filing of this document has been obtained from the other
2  signatories listed above.
3  Dated: March 9, 2016                              Hogan Lovells US LLP

                                                   By: */s/ Robert B. Hawk*
                                                       Robert B. Hawk

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the stipulation between Plaintiffs and Defendants Apple, Inc. and Path, Inc. ("Defendants") is granted, as follows:

Defendants' Oppositions to Class Certification Motion to be filed: March 31, 2016

Plaintiffs' Reply to Oppositions to be filed: May 5, 2016

Hearing on Class Certification Motion: June 14, 2016 at 2:00 PM

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:            March 9            , 2016

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA