Robert B. Hawk (Bar No. 118054)
Clayton C. James (Bar No. 287800)
Maren J. Clouse (Bar No. 228726)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
clay.james@hoganlovells.com
maren.clouse@hoganlovells.com

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br>PATH, INC., et al.,<br>　　　　　　　　　Defendants. | Case No.  13-CV-00453-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR OPPOSITION AND REPLY BRIEFS REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Jon S. Tigar<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

Pursuant to Civil Local Rule 7-4(b), Plaintiffs in this proceeding Plaintiffs and Defendants Apple and Path (collectively, the "Parties") hereby stipulate as follows:

1. Defendants believe that their opposition to Plaintiffs' motion for summary judgment requires discussion of a number of legal and factual issues that cannot be addressed within the Local Rules default page limits;

2. Counsel for the Parties have met and conferred and have come to an agreement, subject to the approval of the Court, regarding page limits for briefing on class certification;

NOW THEREFORE, the Parties stipulate as follows:

- Apple's Opposition to the class certification motion shall not exceed thirty (35) pages in length;
- Path will file its own Opposition to the class certification motion, but Apple and Path will endeavor not to repeat the same arguments; Path is not requesting additional pages beyond the 25-page limit under the Local Rules;
- Plaintiffs anticipate that they may conclude that they need additional pages, but believe it makes the most sense to decide on and seek any enlargement after they review Apple's and Path's oppositions.

Respectfully submitted,

Dated:  March 16, 2016

**KERR & WAGSTAFFE LLP**

By: */s/ Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Michael Ng (237915)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.:  415-371-8500
Fax:  415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
mng@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911

dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
Kira German (admitted *pro hac vice*)
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com
kgerman@gardylaw.com

**ATTORNEYS FOR PLAINTIFFS**


Dated:  March 16, 2016

**HOGAN LOVELLS US LLP**

By: */s/ Robert B. Hawk*
Robert B. Hawk
Maren J. Clouse
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202

2

Tel.: 303.899.7300
Fax: 303.899.7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

Dated:  March 16, 2016

**FENWICK & WEST LLP**

By*:  /s/ Tyler G. Newby*
Tyler G. Newby
Jedediah Wakefield
Kathleen Lu
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel.: 415.875.2300
Fax: 415.281.1350
tnewby@fenwick.com
jwakefield@fenwick.com
klu@fenwick.com

**ATTORNEYS FOR DEFENDANT PATH, INC.**

**FILER'S ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: March 16, 2016                                    Hogan Lovells US LLP

By:      */s/ Robert B. Hawk*
         Robert B. Hawk

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

Defendant Apple Inc.'s Opposition to the class certification motion shall not exceed thirty (35) pages in length.

Dated:          March 16 , 2016

