David M. Given (State Bar No. 142375)
Conor H. Kennedy (State Bar No. 281793)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA   94129
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
       nac@phillaw.com
       chk@phillaw.com

James M. Wagstaffe (State Bar No. 95535)
Michael J. von Loewenfeldt (State Bar No. 178665)
Frank Busch (State Bar No. 258228)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA   94105
Tel:  415-371-8500
Fax:  415-371-0500
Email: wagstaffe@kerrwagstaffe.com
       myl@kerrwagstaffe.com
       busch@kerrwagstaffe.com

Interim Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK OPPERMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PATH, INC., et al.,<br><br>　　　　Defendants. | Case No:   13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**<br><br>THIS DOCUMENT RELATES TO ALL CASES |

This Court's Order (Dkt. No. 640) affords each Defendant in the instant action an opportunity to move for summary judgment on or after April 4, 2016. As contemplated by that same Order, Plaintiffs hereby agree and stipulate to the following mutually-acceptable briefing schedule with Defendants Yelp Inc. ("Yelp"), and Electronic Arts, Inc. ("EA")/Chillingo Ltd. ("Chillingo") for those Defendants to bring one dispositive motion each (one for Yelp to move separately, and one for EA/Chillingo to move jointly, but separately from Yelp):

| EVENT | DEADLINE |
|---|---|
| Yelp, EA/Chillingo Opening Briefs | April 15, 2016 |
| Plaintiffs' Oppositions | June 3, 2016 |
| Replies | July 1, 2016 |

The Parties request a hearing date on July 21st, 2016, or as soon thereafter as the Court's convenience permits.

The Parties acknowledge and agree that Plaintiffs' source code review is continuing and that Plaintiffs contemplate one or more depositions of each Defendant taking place in the next 60 days. An interruption of that schedule may force a continuance of the foregoing dates.

Respectfully submitted,

Dated: March 28, 2016

*/s/ David M. Given*
David M. Given
Nicholas A Carlin
Conor H. Kennedy
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911

Michael von Loewenfeldt
James M. Wagstaffe
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500

*Interim Co-Lead Counsel for Plaintiffs*

---

**1**
**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**
**Case No. 13-cv-00453-JST**

|     |                        |                                                    |
| --- | ---------------------- | -------------------------------------------------- |
| 1   |                        | Carl F. Schwenker (admitted *pro hac vice*)        |
| 2   |                        | LAW OFFICES OF CARL F. SCHWENKER                   |
|     |                        | The Haehnel Building                               |
| 3   |                        | 1101 East 11th Street                              |
| 4   |                        | Austin, TX 78702                                   |
|     |                        | Tel: (512) 480-8427                                |
| 5   |                        | Fax: (512) 857-1294                                |
| 6   |                        | *Plaintiffs' Liaison Counsel*                      |

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: (512) 623-7727
Fax: (512) 623-7729

Jennifer Sarnelli (SBN 242510)
GARDY & NOTIS, LLP
Tower 56
126 E. 56th Street, 8th Floor
New York, NY 10022
Tel: (212) 905-0509
Fax: (212) 905-0508

*Plaintiffs' Steering Committee*

Dated: March 28, 2016          */s/ Robert N. Klieger*
                               Robert N. Klieger
                               Ellen C. Kenney
                               Matthew Z. Kaiser
                               HUESTON HENNIGAN LLP
                               523 West 6th Street, Suite 400
                               Los Angeles, CA 90014
                               Tel: (213) 788-4340
                               Fax: (888) 775-0898

                               *Attorneys for Defendant Chillingo Ltd. and Electronic Arts Inc.*

---

2
**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**
**Case No. 13-cv-00453-JST**

Dated: March 28, 2016            /s/ Michael H. Page
                                 Michael H. Page
                                 DURIE TANGRI LLP
                                 217 Leidesdorff Street
                                 San Francisco, CA 94111
                                 Tel: 415-376-6403
                                 Fax: 415-236-6300

                                 *Attorneys for Defendant Yelp! Inc.*

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: March 28, 2016            /s/ David M. Given
                                 David M. Given

### [PROPOSED] ORDER

The stipulation between Plaintiffs and Defendants Yelp! Inc., Electronic Arts Inc., and Chillingo Ltd. regarding these Defendants' Motions for Summary Judgment is granted, to be scheduled as follows:

| | |
|---|---|
| Yelp, EA/Chillingo Opening Briefs | April 15, 2016 |
| Plaintiffs' Oppositions | June 3, 2016 |
| Replies | July 1, 2016 |
| Hearing on Motion | July 21, 2016 at 2:00 p.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 29, 2016

