**HUESTON HENNIGAN LLP**
Robert N. Klieger (192962)
Matthew Z. Kaiser (304714)
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
Email:    rklieger@hueston.com
Email:    mkaiser@hueston.com

*ATTORNEYS FOR DEFENDANT*
*ELECTRONIC ARTS INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br>   Plaintiff, <br><br> vs. <br><br> PATH, INC., et al. <br><br>   Defendants. | CASE NO.: 13-CV-00453-JST <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT** <br><br> *Hernandez v. Path, Inc.*, No. 12-cv-1515- *Pirozzi v. Apple Inc.*, No. 12-cv-1529-JST (collectively, the "Related Actions") |

On March 29, 2016, pursuant to a stipulation between Plaintiffs and Defendants Electronic Arts Inc. and Chillingo Ltd. ("EA/Chillingo") and Yelp Inc. ("Yelp") (collectively, "the Parties"), the Court entered an order setting a briefing schedule on EA/Chillingo and Yelp's respective motions for summary judgment. (Dkt. 665.) The stipulation acknowledged that source code review was ongoing, and that a continuance could become necessary. Plaintiffs and EA/Chillingo require additional time to collect and review relevant source code, and therefore stipulate to the following amended briefing schedule:

| EVENT | DEADLINE |
|---|---|
| EA/Chillingo's Opening Brief | April 29, 2016 |
| Plaintiffs' Opposition | June 22, 2016 |
| EA/Chillingo's Reply | July 15, 2016 |

Yelp requests that the briefing schedule set by the Court on March 29, 2016 remain unchanged. The parties request that the Court continue the hearing on Yelp's motion so that both motions are heard on the same date unless the Court prefers to hear them separately. The parties suggest August 4, 2016 as the hearing date for both motions, or as soon thereafter as the Court's convenience permits.

Respectfully submitted,

Dated: April 20, 2016

/s/   *Matthew Z. Kaiser*
Matthew Z. Kaiser
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
Tel: (213) 788-4340
Fax: (888) 775-0898

*Attorneys for Defendant Chillingo Ltd. and Electronic Arts Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING
SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT
5052595.1

Dated: April 20, 2016        /s/     *Michael von Loewenfeldt*
David M. Given
Nicholas A. Carlin
Conor H. Kennedy
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911

Michael von Loewenfeldt
James M. Wagstaffe
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: (512) 480-8427
Fax: (512) 857-1294

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: (512) 623-7727
Fax: (512) 623-7729

Jennifer Sarnelli (SBN 242510)
GARDY & NOTIS, LLP
Tower 56
126 E. 56th Street, 8th Floor
New York, NY 10022
Tel: (212) 905-0509
Fax: (212) 905-0508

*Plaintiffs' Steering Committee*

- 3 -
JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING
SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT

5052595.1

| | | |
|---|---|---|
| 1 | Dated: April 20, 2016 | /s/   *Michael H. Page* |
| 2 | | Michael H. Page |
| | | DURIE TANGRI LLP |
| 3 | | 217 Leidesdorff Street |
| | | San Francisco, CA 94111 |
| | | Tel: (415) 376-6403 |
| 4 | | Fax: (415) 236-6300 |
| 5 | | *Attorneys for Defendant Yelp! Inc.* |

**[PROPOSED] ORDER**

The stipulation between Plaintiffs and Defendants Electronic Arts Inc. and Chillingo Ltd. ("EA/Chillingo") regarding EA/Chillingo's Motion for Summary Judgment is granted, to be scheduled as follows:

| | |
|---|---|
| EA/Chillingo's Opening Brief | April 29, 2016 |
| Plaintiffs' Opposition | June 22, 2016 |
| EA/Chillingo's Reply | July 15, 2016 |
| Hearing on Motion | August 4, 2016 at 2:00 p.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 20, 2016

IT IS SO ORDERED
Judge Jon S. Tigar