UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATH, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-00453-JST<br><br>**ORDER DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 676 |

Defendant Path, Inc. moved to file under seal Exhibits 16 and 17 to the Declaration of Kathleen Lu in Opposition to Plaintiffs' Motion for Class Certification. ECF No. 676.

The Court previously granted in part the motion to file under seal Exhibit 16 but deferred ruling on Exhibit 17. ECF No. 693. The Court stated it would deny the motion as to Exhibit 17 should Redpoint Ventures not file a declaration in support of sealing by April 25, 2016. No declaration has been filed in support of sealing. The Court accordingly denies Path's motion to file Exhibit 17 under seal. See Civil L.R. 79-5(e)(2) ("Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable.").

The Court will not consider Exhibit 17 unless Path files the document in the public record within seven days from the date of this Order. The hearing date and briefing schedule on the underlying motion for class certification shall remain as originally set.

IT IS SO ORDERED.

Dated: April 26, 2016

                                                                               JON S. TIGAR<br>
                                                          United States District Judge