David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
Conor H. Kennedy (State Bar No. 281793)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
nac@phillaw.com
chk@phillaw.com

James M. Wagstaffe (State Bar No. 95535)
Michael J. von Loewenfeldt (State Bar No. 178665)
Frank Busch (State Bar No. 258228)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
Tel: 415-371-8500
Fax: 415-371-0500
Email: wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

Interim Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARK OPPERMAN, et al.,

Plaintiffs,

v.

PATH, INC., et al.,

Defendants.

Case No: 13-cv-00453-JST

**CLASS ACTION**

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER RE REPLY BRIEF ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

THIS DOCUMENT RELATES TO ALL CASES

This Court's Order (Dkt. No. 660) codified the parties' stipulation, by which Plaintiffs reserved the opportunity to seek an extension of the default page limit applied to any reply brief set forth in this District's local rules. After due consideration of Defendants Apple's and Path's separate opposition briefs (60 pages total) and related papers, Plaintiffs have reached agreement with Counsel for Apple and Path regarding page limits for their reply brief.

Therefore, the Parties stipulate that Plaintiffs will file a single, consolidated reply brief, not to exceed thirty (30) pages.

Respectfully submitted,

Dated: April 27, 2016

*/s/ David M. Given*

David M. Given
Nicholas A Carlin
Conor H. Kennedy
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911

James M. Wagstaffe
Michael von Loewenfeldt
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: (512) 480-8427
Fax: (512) 857-1294

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: (512) 623-7727
Fax: (512) 623-7729

Jennifer Sarnelli (SBN 242510)
GARDY & NOTIS, LLP
Tower 56
126 E. 56th Street, 8th Floor
New York, NY 10022
Tel: (212) 905-0509
Fax: (212) 905-0508

*Plaintiffs' Steering Committee*

Dated: April 27, 2016

*/s/ Tyler G. Newby*
Jedediah Wakefield (CSB No 178058)
Tyler G. Newby (CSB No. 205790)
Kethleen Lu (CSB No. 267932)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300
Fax: (415) 281-1350

*Attorneys for Defendant Path, Inc.*

Dated: April 27, 2016

*/s/ Robert B. Hawk*
Robert B. Hawk (Bar No. 118054)
Clay James (Bar No. 287800)
Maren J. Clouse (Bar No. 228726)
HOGAN LOVELLS US LLP
4085 Campbell Ave., Ste. 100
Menlo Park, CA 94025
Tel: (650) 463-4000
Fax: (650) 463-4199

*Attorneys for Defendant Apple, Inc.*

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: April 27, 2016

*/s/ David M. Given*
David M. Given

**~~[PROPOSED]~~ ORDER**

The stipulation between Plaintiffs and Defendants Path, Inc. and Apple, Inc. regarding Plaintiffs' reply is granted. It is hereby ordered:

Plaintiffs shall file a single, consolidated reply brief in further support of their Class Certification Motion re: Path App, not to exceed thirty (30) pages in length.

DATED: April 27, 2016



**CERTIFICATE OF SERVICE**

I certify that on this day, April 27, 2016, I caused a copy of the foregoing document, **JOINT STIPULATION AND [PROPOSED] ORDER RE REPLY BRIEF ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**, to be served on all counsel of record via the CM/ECF system.

Dated: April 27, 2016

*/s/ David M. Given*
David M. Given