UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br><br>Defendants. | Case No. 13-cv-00453-JST   (JCS)<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 662 |

For the reasons stated on the record at the hearing, Plaintiffs request to compel Defendant Path and non-party Redpoint Ventures to produce documents is GRANTED IN PART AND DENIED IN PART.  The request for Path to produce all communications and PowerPoint presentations related to Path's Series B funding is overbroad and is therefore DENIED, except that it is GRANTED as to communications and PowerPoint (or similar) presentations regarding Series B funding that advertise to investors Path's growth in users.  **Path shall produce such documents by May 31, 2016**.  Path may redact sensitive, non-responsive information in a narrowly-tailored manner consistent with the Court's instructions and Path's representations at the hearing.

Documents describing Path's use of address book data in the context of Series B funding are also relevant and subject to discovery, but because Path has already searched for and represented that it has no such documents, Path need not conduct a duplicative search for those documents.  Path shall, however, produce any such documents that it may uncover in the course of discovery.

Plaintiffs' request for documents from Redpoint is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: April 29, 2016

JOSEPH C. SPERO
Chief Magistrate Judge