Robert B. Hawk (Bar No. 118054)
Stacy Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Attorneys for Defendant
APPLE INC.

[*additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>PATH, INC., et al.,<br><br>         Defendants. | Case No.: 13-cv-00453-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE**<br><br>THE HONORABLE JON S. TIGAR<br><br>THIS DOCUMENT RELATES TO CASES:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST |

1  In accordance with the Court's statement at the April 12, 2016 case management
2  conference that the agreed-upon deadlines proposed by the parties would be adopted, the parties
3  through their respective counsel, have stipulated to request an Order entering such deadlines.

4  IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants to request that
5  the Court order the following deadlines:

| | |
|---|---|
| Fact Discovery Cut-Off | December 2, 2016 |
| Opening Expert identifications and disclosure of topics | January 16, 2017 |
| Rebuttal Expert identifications | February 17, 2017 |
| Expert disclosures | February 17, 2017 |
| Expert rebuttal | March 17, 2017 |
| Expert discovery cut-off | April 21, 2017 |
| Deadline to file dispositive motions | May 12, 2017 |

Respectfully submitted,

Dated: May 9, 2016

**KERR & WAGSTAFFE LLP**

By: */s/ Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Daniel J. Veroff (291492)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.:  415-371-8500
Fax:  415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER

|    |                        |                                                       |
|----|------------------------|-------------------------------------------------------|
| 1  |                        | The Haehnel Building                                  |
|    |                        | 1101 East 11th Street                                 |
| 2  |                        | Austin, TX 78702                                      |
|    |                        | Tel: 512-480-8427                                     |
| 3  |                        | Fax: 512-857-1294                                     |
|    |                        | cfslaw@swbell.net                                     |
| 4  |                        |                                                       |
|    |                        | *Plaintiffs' Liaison Counsel*                         |
| 5  |                        |                                                       |
|    |                        | Jeff Edwards (admitted *pro hac vice*)                |
| 6  |                        | EDWARDS LAW                                           |
|    |                        | The Haehnel Building                                  |
| 7  |                        | 1101 East 11th Street                                 |
|    |                        | Austin, TX 78702                                      |
|    |                        | Tel: 512-623-7727                                     |
| 8  |                        | Fax: 512-623-7729                                     |
|    |                        | cfslaw@swbell.net                                     |
| 9  |                        |                                                       |
|    |                        | Jennifer Sarnelli                                     |
| 10 |                        | GARDY & NOTIS, LLP                                    |
|    |                        | 501 Fifth Avenue, Suite 1408                          |
| 11 |                        | New York, NY 10017                                    |
|    |                        | Tel: 212-905-0509                                     |
| 12 |                        | Fax: 212-905-0508                                     |
|    |                        | jsarnelli@gardylaw.com                                |
| 13 |                        |                                                       |
|    |                        | **ATTORNEYS FOR OPPERMAN PLAINTIFFS**                 |
| 14 |                        |                                                       |
|    | Dated:  May 9, 2016    | **HOGAN LOVELLS US LLP**                              |
| 15 |                        | By: */s/ Robert B. Hawk*                              |
|    |                        | Robert B. Hawk                                        |
| 16 |                        | Stacy Hovan                                           |
|    |                        | HOGAN LOVELLS US LLP                                  |
| 17 |                        | 4085 Campbell Ave., Suite 100                         |
|    |                        | Menlo Park, CA 94025                                  |
| 18 |                        | Tel.: 650.463.4000                                    |
| 19 |                        | Fax:  650.463.4199                                    |
|    |                        | robert.hawk@hoganlovells.com                          |
| 20 |                        | stacy.hovan@hoganlovells.com                          |
| 21 |                        |                                                       |
|    |                        | Clayton C. James                                      |
| 22 |                        | HOGAN LOVELLS US LLP                                  |
|    |                        | 1200 Seventeenth Street, Suite 1500                   |
| 23 |                        | Denver, CO 80202                                      |
|    |                        | Tel:  303.899.7300                                    |
| 24 |                        | Fax:  303.899.7333                                    |
|    |                        | clay.james@hoganlovells.com                           |
| 25 |                        |                                                       |
| 26 |                        | **ATTORNEYS FOR DEFENDANT APPLE INC.**                |
| 27 |                        |                                                       |
| 28 |                        |                                                       |

Hogan Lovells US
LLP
Attorneys At Law
Silicon Valley

2

STIPULATION RE CASE SCHEDULE
CASE NO. 3:13-CV-00453-JST

| | | |
|---|---|---|
| 1 | Dated:  May 9, 2016 | **FENWICK & WEST LLP** |
| 2 | | By: */s/ Tyler G. Newby* |
| | | Tyler G. Newby (Bar No. 205790) |
| 3 | | FENWICK & WEST LLP |
| | | 555 California Street |
| 4 | | San Francisco, CA 94041 |
| | | Tel: 415-875-2300 |
| 5 | | Fax: 415-281-1350 |
| | | tnewby@fenwick.com |
| 6 | | **ATTORNEYS FOR DEFENDANT PATH, INC.** |
| 7 | | |
| 8 | Dated:  May 9, 2016 | **COOLEY LLP** |
| | | By: */s/ Mazda K. Antia* |
| 9 | | Mazda K. Antia (Bar No. 214963) |
| | | 4401 Eastgate Mall |
| 10 | | San Diego, CA 92121-1909 |
| | | Tel: 858-550-6000 |
| 11 | | Fax: 858-550-6420 |
| 12 | | mantia@cooley.com |
| 13 | | **ATTORNEYS FOR DEFENDANTS** |
| | | **INSTAGRAM, LLC & KIK INTERACTIVE,** |
| 14 | | **INC.** |
| 15 | | |
| 16 | Dated:  May 9, 2016 | **DURIE TANGRI LLP** |
| | | By: */s/ Michael H. Page* |
| 17 | | Michael H. Page (Bar No. 154913) |
| | | DURIE TANGRI LLP |
| 18 | | 217 Leidesdorff Street |
| | | San Francisco, CA 94111 |
| 19 | | Tel: 415.362.6666 |
| 20 | | Fax: 415.236.6300 |
| | | mpage@durietangri.com |
| 21 | | |
| 22 | | **ATTORNEYS FOR DEFENDANTS YELP INC.** |
| | | **& FOODSPOTTING, INC.** |

23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated:  May 9, 2016 | **PERKINS COIE, LLP** |
| 2 | | By: */s/ James G. Snell* |
| | | James G. Snell |
| 3 | | PERKINS COIE LLP |
| | | 3150 Porter Dr. |
| 4 | | Palo Alto, CA 94304-1212 |
| | | Tel: 650.838.4300 |
| 5 | | Fax: 650.838.4350 |
| 6 | | @perkinscoie.com |
| 7 | | **ATTORNEYS FOR DEFENDANT TWITTER, INC.** |
| 8 | | |
| 9 | Dated:  May 9, 2016 | **DHILLON LAW GROUP INC.** |
| 10 | | By: */s/ Harmeet K. Dhillon* |
| | | Harmeet K. Dhillon |
| 11 | | DHILLON LAW GROUP INC. |
| | | 177 Post Street, Suite 700 |
| 12 | | San Francisco, CA 94108 |
| | | Tel: 415.433.1700 |
| 13 | | Fax: 415.520.6593 |
| 14 | | harmeet@dhillonlaw.com |
| 15 | | **ATTORNEYS FOR DEFENDANT GOWALLA, INC.** |
| 16 | | |
| 17 | Dated:  May 9, 2016 | **MITCHELL SILBERBERG & KNUPP LLP** |
| 18 | | By: */s/ Jeffrey M. Movit* |
| | | Jeffrey M. Movit |
| 19 | | MITCHELL SILBERBERG & KNUPP LLP |
| | | 12 East 49th Street – 30th Floor |
| 20 | | New York, NY 10017-1028 |
| | | Tel: 212.509.3900 |
| 21 | | Fax: 212.509.7239 |
| 22 | | jmm@msk.com |
| 23 | | **ATTORNEYS FOR DEFENDANT ZEPTOLAB UK LIMITED** |
| 24 | | |
| 25 | Dated:  May 9, 2016 | **MORRISON & FOERSTER LLP** |
| 26 | | By: */s/ David F. McDowell* |
| | | David F. McDowell |
| 27 | | MORRISON & FOERSTER LLP |
| | | 707 Wilshire Boulevard |
| 28 | | Los Angeles, CA 90017-3543 |

|   |   |
|---|---|
|   | Tel: 213.892.5200 |
|   | Fax: 213.892.5454 |
|   | DMcDowell@mofo.com |
|   |   |
|   | **ATTORNEYS FOR DEFENDANT FOURSQUARE LABS, INC.** |
| Dated: May 9, 2016 | **HUESTON HENNIGAN LLP** |
|   | By: */s/ Robert N. Klieger* |
|   | Robert N. Klieger |
|   | HUESTON HENNIGAN LLP |
|   | 523 West 6th Street, Suite 400 |
|   | Los Angeles, CA 90014 |
|   | Tel: 213.788.4340 |
|   | Fax: 888.775.0898 |
|   | rklieger@hueston.com |
|   |   |
|   | **ATTORNEYS FOR ELECTRONIC ARTS, INC. and CHILLINGO LTD.** |
| Dated: May 9, 2016 | **HOLLAND & KNIGHT LLP** |
|   | By: */s/ Judith R. Nemsick* |
|   | Judith R. Nemsick |
|   | HOLLAND & KNIGHT LLP |
|   | 31 West 52nd Street |
|   | New York, NY 10019 |
|   | Tel: 212.513.3200 |
|   | Fax: 212.385.9010 |
|   | judith.nemsick@hklaw.com |
|   |   |
|   | **ATTORNEYS FOR ROVIO ENTERTAINMENT LTD. s/h/a ROVIO MOBILE OY** |

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

| Dated: May 9, 2016 | Hogan Lovells US LLP |
|---|---|
|   | By: */s/ Robert B. Hawk* |
|   | Robert B. Hawk |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the stipulation is hereby granted in this matter as follows:

| | |
|---|---|
| Fact Discovery Cut-Off | December 2, 2016 |
| Opening Expert identifications and disclosure of topics | January 16, 2017 |
| Rebuttal Expert identifications | February 17, 2017 |
| Expert disclosures | February 17, 2017 |
| Expert rebuttal | March 17, 2017 |
| Expert discovery cut-off | April 21, 2017 |
| Deadline to file dispositive motions | May 12, 2017 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____May 12_____, 2016

IT IS SO ORDERED

Judge Jon S. Tigar