1 | Robert B. Hawk (Bar No. 118054)
2 | Stacy Hovan (Bar No. 271485)
  | HOGAN LOVELLS US LLP
3 | 4085 Campbell Avenue, Suite 100
  | Menlo Park, California 94025
4 | Telephone: + 1 (650) 463-4000
  | Facsimile: + 1 (650) 463-4199
5 | robert.hawk@hoganlovells.com
  | stacy.hovan@hoganlovells.com

6 | Attorneys for Defendant
  | APPLE INC.

8 | [*additional counsel listed on signature page*]

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

13 | MARC OPPERMAN, et al.,

14 | Plaintiffs,

15 | v.

16 | PATH, INC., et al.,

18 | Defendants.

Case No.: 13-cv-00453-JST

**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SUR-REPLY**

THE HONORABLE JON S. TIGAR

THIS DOCUMENT RELATES TO CASES:

*Opperman v. Path, Inc.*, No. 13-cv-00453-JST
*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST
*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST

1  WHEREAS on May 5, 2016, Plaintiffs filed their reply in support of their motion for class certification, including Plaintiffs' Rebuttal Expert Declaration of Henry Fishkind, Ph.D. in Further Support of Plaintiffs' Motion for Class Certification Re: Path App (the "Fishkind Declaration") (ECF No. 709-10);

WHEREAS Local Rule 7-3(d) provides in part: "Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval;

WHEREAS Defendant Apple has filed an Objection to the Fishkind Declaration (ECF No. 711) which sets forth Apple's position regarding cause for allowing it to file a sur-reply to respond to the Fishkind Declaration;

WHEREAS, the parties have meet and conferred on the issue;

WHEREAS Plaintiffs have agreed to make Dr. Fishkind available for deposition on May 20, 2016;

WHEREAS the hearing on Plaintiffs' motion for class certification is currently set for June 14, 2016 at 2:00 p.m.;

THEREFORE, the parties stipulate and agree as follows:

Apple may file a sur-reply no later than May 27, 2016. The sur-reply will be limited to ten pages, exclusive of declarations and evidence submitted in support thereof, and will be limited to responding to the Fishkind Declaration and Plaintiffs' damages analysis and arguments, to the extent they rely on that testimony. The parties have further agreed that if testimony from the deposition Dr. Fishkind is referenced, Apple will lodge the complete deposition transcript rather than excerpts.

The parties reserve all arguments relating to the timing of the filing of the Fishkind Declaration.

Respectfully submitted,

Dated:  May 18, 2016

**KERR & WAGSTAFFE LLP**

By: */s/ Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Daniel J. Veroff (291492)
KERR & WAGSTAFFE LLP

101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

**ATTORNEYS FOR OPPERMAN PLAINTIFFS**

Dated:  May 18, 2016

**HOGAN LOVELLS US LLP**

By: */s/ Robert B. Hawk*
Robert B. Hawk
Stacy Hovan
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025

|   |   |
|---|---|
| 1 | Tel.: 650.463.4000 |
| 2 | Fax:  650.463.4199 |
|   | robert.hawk@hoganlovells.com |
| 3 | stacy.hovan@hoganlovells.com |

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel:  303.899.7300
Fax:  303.899.7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: May 18, 2016                     Hogan Lovells US LLP

By: */s/ Robert B. Hawk*
      Robert B. Hawk

1 **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties and good cause appearing, the stipulation is
3 hereby granted in this matter as follows.

4  Defendant Apple Inc. is granted leave to file a sur-reply no later than May 27, 2016. The
5 sur-reply shall be limited to ten pages, exclusive of declarations and evidence submitted in
6 support thereof, and shall be limited to responding to Dr. Fishkind's Declaration and Plaintiffs'
7 damages analysis and arguments, to the extent they rely on that testimony. If testimony from the
8 deposition Dr. Fishkind is referenced, Apple will submit the complete deposition transcript rather
9 than excerpts.

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12 Dated: __May 19_____, 2016



IT IS SO ORDERED
Judge Jon S. Tigar

4

STIPULATION RE SUR-REPLY
CASE NO. 3:13-CV-00453-JST

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SILICON VALLEY