James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Lauren B. Cohen, Bar No. 285018
LCohen@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Ryan T. Mrazik, admitted *pro hac vice*
RMrazik@perkinscoie.com
John R. Tyler, admitted *pro hac vice*
RTyler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PATH, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 13-cv-00453-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**<br><br>**THIS DOCUMENT RELATES TO CASES:**<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST |

-1-

This Court's Case Management Order (Dkt. No. 640) affords each Defendant in the instant action an opportunity to move for summary judgment on or after April 4, 2016. As contemplated by that same Order, Plaintiffs hereby agree and stipulate to the following mutually acceptable briefing schedule with Defendant Twitter, Inc. ("Twitter") for Twitter to bring its dispositive motion:

| EVENT | DEADLINE |
|---|---|
| Twitter's Opening Brief | June 1, 2016 |
| Plaintiff's Opposition Brief | July 7, 2016 |
| Twitter's Reply | July 21, 2016 |

The Parties request a hearing date on August 4, 2016, or as soon thereafter as the Court's convenience permits.

Respectfully submitted,

Dated: May 27, 2016

By: */s/ Michael von Loewenfeldt*
David M. Given
Nicholas A. Carlin
Conor H. Kennedy
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911

Michael von Loewenfeldt
James M. Wagstaffe
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294

*Plaintiffs' Liaison Counsel*

|   |   |
|---|---|
|   | Jeff Edwards (admitted *pro hac vice*)<br>EDWARDS LAW<br>The Haehnel Building<br>1101 East 11th Street<br>Austin, TX 78702<br>Tel: 512-623-7727<br>Fax: 512-623-7729 |
|   | Jennifer Sarnelli<br>GARDY & NOTIS, LLP<br>Tower 56<br>126 E. 56th Street, 8th Floor<br>New York, NY 10022<br>Tel: 212-905-0509<br>Fax: 212-905-0508 |
|   | *Plaintiffs' Steering Committee* |
| Dated:  May 27, 2016 | **PERKINS COIE, LLP**<br>By: */s/ James G. Snell*<br>James G. Snell<br>PERKINS COIE LLP<br>3150 Porter Dr.<br>Palo Alto, CA 94304-1212<br>Tel: 650.838.4300<br>Fax: 650.838.4350<br>@perkinscoie.com |
|   | **ATTORNEYS FOR DEFENDANT TWITTER, INC.** |

1
2                                    **[PROPOSED] ORDER**
3        The Stipulation between Plaintiffs and Defendant Twitter, Inc. regarding Twitter's Motion
4  for Summary Judgment is GRANTED, to be scheduled as follows:
5        Twitter's Opening Brief                    June 1, 2016
6        Plaintiff's Opposition Brief               July 7, 2016
7        Twitter's Reply                            July 21, 2016
8        Hearing on Motion                          ~~August 4, 2016~~
                                                    August 25, 2016 at 2:00 p.m.
9  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
10
   DATED:  May 27     , 2016
11
12                                            By: _____
                                                   IT IS SO ORDERED
13                                                 AS MODIFIED
                                                   [signature]
14                                                 Judge Jon S. Tigar
                                                   UNITED STATES DISTRICT COURT
                                                   NORTHERN DISTRICT OF CALIFORNIA

-4-