DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
CONOR H. KENNEDY (SBN 281793)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com
chk@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*
[*Additional counsel included on signature page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>               Plaintiffs,<br><br>       v.<br><br>PATH, INC., et al.<br><br>               Defendants. | Case No. 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  August 25, 2016<br>Time: 2:00 p.m.<br>Judge: Honorable Jon S. Tigar |

1    Pursuant to Civil L.R. 6-1 and 6-2, Plaintiffs Opperman, et al. ("Plaintiffs") and

2 Defendant Apple, Inc., ("Apple") through their respective counsel, have stipulated to request an

3 Order extending the deadline for Plaintiffs to respond to Apple's Motion for Partial Summary

4 Judgment from the July 7, 2016 deadline to July 29, 2016, and to extend Apple's deadline to file

5 its Reply Brief in Support of Apple's Motion for Partial Summary Judgment from the August 5,

6 2016 deadline to August 26, 2016, based on the following recitals.

7    WHEREAS, on April 13, 2016, the Court ordered that Defendant's motion for partial

8 summary judgment be filed on April 22, 2016, and Plaintiff's reply brief be filed on July 8, 2016,

9 and set a hearing date and time of August 25, 2016 at 2 p.m.  (Dkt. No. 688.)

10    WHEREAS, the parties have agreed to extend Defendant's deadlines to respond to

11 Plaintiff's discovery requests by eighteen days for Plaintiffs' interrogatories, eighteen days for

12 Plaintiffs' requests for admission, and by eight days for Plaintiffs' requests for production.

13    WHEREAS, Plaintiffs and Defendant have agreed, subject to Court approval, to continue

14 the dates on which Plaintiff's opposition to the pending motion for partial summary judgment are

15 due by 21 days from July 8, 2016 to July 29, 2016, and to continue the date on which

16 Defendant's reply is due by 21 days from August 5, 2016 to August 26, 2016;

17    WHEREAS, Plaintiffs and Defendant request that the Court continue the hearing on

18 Defendant's motion for partial summary judgment from August 25, 2016 to September 15, 2016,

19 or such other date convenient for the Court;

20    THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant

21 to request that the Court extend the briefing schedule as follows:

22

23  **EVENT**        **DEADLINE**

24  Plaintiffs' Opposition     July 29, 2016

25  Apple's Reply       August 26, 2016

26  Hearing on Apple's Motion   September 15, 2016 (or such other date

27                 convenient for the court)

28



KERR
&
WAGSTAFFE
LLP

1

1   Dated:  June 15, 2016                    **KERR & WAGSTAFFE LLP**

2                                            By: */s/Frank Busch*
                                             James M. Wagstaffe (95535)
3                                            Michael von Loewenfeldt (178665)
                                             Frank Busch (258288)
4                                            Daniel J. Veroff (291492)
                                             KERR & WAGSTAFFE LLP
5                                            101 Mission Street, 18th Floor
                                             San Francisco, CA 94105
6                                            Tel.:  415-371-8500
                                             Fax:  415-371-0500
7                                            wagstaffe@kerrwagstaffe.com
                                             mvl@kerrwagstaffe.com
8                                            busch@kerrwagstaffe.com
                                             veroff@kerrwagstaffe.com
9
                                             David M. Given
10                                           Nicholas A. Carlin
                                             Conor H. Kennedy
11                                           PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
                                             39 Mesa Street, Ste. 201
12                                           San Francisco, CA 94129
                                             Tel: 415-398-0900
13                                           Fax: 415-398-0911
                                             dmg@phillaw.com
14                                           nac@phillaw.com
                                             chk@phillaw.com
15
                                             *Interim Co-Lead Counsel for Plaintiffs*
16
                                             Carl F. Schwenker (admitted *pro hac vice*)
17                                           LAW OFFICES OF CARL F. SCHWENKER
                                             The Haehnel Building
18                                           1101 East 11th Street
                                             Austin, TX 78702
19                                           Tel: 512-480-8427
                                             Fax: 512-857-1294
20                                           cfslaw@swbell.net

21                                           *Plaintiffs' Liaison Counsel*

22                                           Jeff Edwards (admitted *pro hac vice*)
                                             EDWARDS LAW
23                                           The Haehnel Building
                                             1101 East 11th Street
24                                           Austin, TX 78702
                                             Tel: 512-623-7727
25                                           Fax: 512-623-7729
                                             cfslaw@swbell.net
26
                                             Jennifer Sarnelli
27                                           GARDY & NOTIS, LLP
                                             501 Fifth Avenue, Suite 1408
28
                                             2

1

2

3

4

5  Dated:  June 15, 2016

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

**ATTORNEYS FOR OPPERMAN PLAINTIFFS**

**HOGAN LOVELLS US LLP**

By: */s/ Robert B. Hawk*
Robert B. Hawk
Maren J. Clouse
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax:  650.463.4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel:  303.899.7300
Fax:  303.899.7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

KERR
&
WAGSTAFFE
LLP

3

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO APPLE'S MSJ

1

**[PROPOSED] ORDER**

2      Pursuant to the stipulation of the parties and good cause appearing, the stipulation

3   between Plaintiffs and Defendant Apple, Inc. ("Apple") is granted, as follows:

4      The deadline for Plaintiffs to file a response to Apple's Motion for Partial Summary

5   Judgment is now July 29, 2016, and the deadline for Apple's Reply Brief to the Plaintiffs'

6   response is now August 26, 2016.

7   | **EVENT** | **DEADLINE** |
    |---|---|
8   | Plaintiffs' Opposition | July 29, 2016 |
9   | Apple's Reply | August 26, 2016 |
10  | Hearing on Apple's Motion | September 22, 2016 at 2:00 p.m. |

11

12      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14   DATED: June 15, 2016      _____

15                             HON. JON S. TIGAR
                               UNITED STATES DISTRICT JUDGE

16



17

18

19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

Case No. : 13-cv-00453-JST                    STIPULATION TO EXTEND DEADLINE TO
                                              RESPOND TO APPLE'S MSJ

1

## <u>ATTESTATION</u>

2    I attest that concurrence in the filing of this document has been obtained from the other

3 signatories listed above.

4

5 Dated: June 15, 2016                **KERR & WAGSTAFFE LLP**

6

7                                By: */s/ Frank Busch*
                                     Frank Busch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

KERR
&
WAGSTAFFE
LLP