1  DURIE TANGRI LLP
   MICHAEL H. PAGE (SBN 154913)
2  mpage@durietangri.com
   217 Leidesdorff Street
3  San Francisco, CA  94111
   Telephone:    415-362-6666
4  Facsimile:    415-236-6300

5  Attorneys for Defendant
   YELP INC.

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 | MARC OPPERMAN, RACHELLE KING, | Case No. 3:13-cv-00453-JST
   | CLAIRE MOSES, GENTRY HOFFMAN, |
12 | STEVE DEAN, ALICIA MEDLOCK, ALAN | **STIPULATION AND [PROPOSED] ORDER**
   | BEUESHASEN, SCOTT MEDLOCK, GREG | **EXTENDING REPLY DEADLINE FOR**
13 | VARNER, JUDY LONG, GUILI BIONDI, | **DEFENDANT YELP INC.'S MOTION FOR**
   | JASON GREEN NIRALI MANDAYWALA, | **SUMMARY JUDGMENT**
14 | MARIA PIROZZI, OSCAR HERNANDEZ, |
   | FRANCISCO ESPITIA, HAIG ARABIAN, | Date:   August 4, 2016
15 | STEVEN GUTIERREZ, LAUREN CARTER, | Time:   2:00 p.m.
   | STEPHANIE COOLEY, STEVEN | Ctrm:   9, 19th Floor
16 | GUTIERREZ, LAUREN CARTER, | Judge:  Honorable Jon S. Tigar
   | STEPHANIE COOLEY, CLAIRE HODGINS, |
17 | JUDY PAUL, AND THEDA SANDIFORD, for |
   | themselves and all others similarly situated, |
18
                    Plaintiffs,
19
          v.
20
   PATH, INC., TWITTER, INC., APPLE, INC.,
21 BELUGA, INC., YELP! INC., BURBN, INC.,
   INSTAGRAM, INC., FOURSQUARE LABS,
22 INC., GOWALLA INCORPORATED,
   FOODSPOTTING, INC., HIPSTER, INC.,
23 LINKEDIN CORPORATION, ROVIO MOBILE
   OY, ZEPTOLAB UK LIMITED AKA
24 ZEPTOLAB, CHILLINGO LTD.,
   ELECTRONIC ARTS INC., and KIK
25 INTERACTIVE, INC., AND INSTAGRAM,
   LLC,
26
                    Defendants.
27

28

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

In order to accommodate deposition schedules in this matter and avoid inconveniencing other parties' scheduling of those depositions, Plaintiffs and Defendant Yelp Inc. ("Yelp"), by and through their respective counsel of record, hereby jointly stipulate to and request that the reply date for Yelp's Motion for Summary Judgment currently due on July 1, 2016 be extended to July 11, 2016. The hearing date for that motion, August 4, 2016, shall remain unchanged.

Dated:  June 20, 2016                                  DURIE TANGRI LLP

                                                       By:    */s/ Michael H. Page*
                                                              MICHAEL H. PAGE

                                                       Attorneys for Defendant
                                                       YELP INC.

Dated:  June 20, 2016                                  EDWARDS LAW

                                                       By:    */s/ Jeffrey S. Edwards*
                                                              JEFFREY S. EDWARDS

                                                       Attorneys for Plaintiffs

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Michael H. Page, attest that concurrence in the filing of this document has been obtained.

Dated: June 20, 2016                                          */s/ Michael H. Page*
                                                              MICHAEL H. PAGE

### [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated:  June 20, 2016                                  _____
                                                       HONORABLE JON S. TIGAR
                                                       UNITED STATES DISTRICT JUDGE