Robert B. Hawk (Bar No. 118054)
Clay James (Bar No. 287800)
HOGAN LOVELLS US LLP
4085 Campbell Ave., Ste. 100
Menlo Park, California 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com
clay.james@hoganlovells.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br><br>Defendants. | CASE NO. 13-CV-00453-JST<br><br>**DECLARATION OF ANDERS BAECKLUND IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS A, C AND H CITED IN PLAINTIFFS' OPPOSITION TO EA/CHILLINGO'S MOTION FOR SUMMARY JUDGMENT**<br><br>THE HONORABLE JON S. TIGAR<br><br>THIS DOCUMENT RELATES TO ALL CASES:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

I, Anders Baecklund, declare and state as follows:

1. I am employed by Defendant Apple Inc. as Senior manager of the App Store Review Team, a position I have held since August 2009. I made this declaration based upon my personal knowledge and could and would testify to the following if called upon to do so.

2. I have reviewed the documents attached as Exhibits A and C to the declaration of Frank Busch, filed June 22, 2016 (ECF Nos. 750-5, 750-7 and 750-11).

3. Exhibits A, C and H contain excerpts of app developers' proprietary source code for apps including Yelp, Foursquare, Twitter, Gowalla, LinkedIn, Foodspotting, Angry Birds, Angry Birds Lite, and Cut the Rope. Apple keeps documents and information concerning submitted apps confidential and has received requests from app developers including Twitter to maintain the confidentiality of their proprietary source code.

4. If an individual were to review Exhibits A, C and H, he or she would gain access to portions of source code Apple obtained during its investigation of the apps identified in these exhibits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24 day of June, 2016 at Cupertino, California.

_____
Anders Baecklund