United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC OPPERMAN, et al.,

    Plaintiffs,

  v.

PATH, INC., et al.,

    Defendants.

Case No. 13-cv-00453-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: Dkt. No. 753

Plaintiff Claire Hodgins has filed a stipulation of dismissal dated June 29, 2016, stating that she has agreed to settle all claims between Plaintiff and Defendants Electronic Arts, Inc. and Chillingo, Ltd. ECF No. 753. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Hodgins and both Electronic Arts, Inc. and Chillingo, Ltd. have been dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: June 30, 2016

                                            JON S. TIGAR
                                            United States District Judge