David M. Given (State Bar No. 142375)
Conor H. Kennedy (State Bar No. 281793)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
       nac@phillaw.com
       chk@phillaw.com

James M. Wagstaffe (State Bar No. 95535)
Michael J. von Loewenfeldt (State Bar No. 178665)
Frank Busch (State Bar No. 258228)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
Tel: 415-371-8500
Fax: 415-371-0500
Email: wagstaffe@kerrwagstaffe.com
       myl@kerrwagstaffe.com
       busch@kerrwagstaffe.com

Interim Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK OPPERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., et al., <br><br> Defendants. | Case No: 13-cv-00453-JST <br><br> **CLASS ACTION** <br><br> **AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE RE PLAINTIFF CLAIRE HODGINS' CLAIMS AGAINST ELECTRONIC ARTS, INC., CHILLINGO LTD., ZEPTOLAB UK LTD, AND ROVIO ENTERTAINMENT LTD.** <br><br> **[Fed. R. Civ. P. 41(a)]** <br><br> THIS DOCUMENT RELATES TO ALL CASES <br> *Opperman v. Path, Inc.*, No. 13-cv-00453-JST <br> *Hernandez v. Path, Inc.*, No. 12-cv-1515-JST <br> *Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST <br> *Espitia v. Hipster, Inc.*, No. 13-cv-0432-JST <br> (collectively, the "Related Actions") |

**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE RE PLAINTIFF CLAIRE HODGINS' CLAIMS AGAINST ELECTRONIC ARTS INC., CHILLINGO LTD., ZEPTOLAB UK LTD., ROVIO ENTERTAINMENT LTD.**
**Case No. 13-cv-00453-JST**

Under Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Claire Hodgins ("Plaintiff" or "Hodgins") and Defendants Electronic Arts, Inc. ("EA"), Chillingo Ltd. ("Chillingo"), ZeptoLab UK Ltd. ("ZeptoLab") and Rovio Entertainment Ltd. ("Rovio"), hereby stipulate to the dismissal with prejudice of all claims which this Plaintiff has asserted in this action against EA, Chillingo, ZeptoLab and/or Rovio, each side to bear her/its costs and fees as it relates hereto.  By virtue of this stipulation, any alleged claims in this action by Plaintiff based on aiding and abetting EA, Chillingo, ZeptoLab and/or Rovio are automatically dismissed with prejudice as well.

Dated: July 1, 2016             */s/ David M. Given*
David M. Given
Conor H. Kennedy
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911

Michael von Loewenfeldt
James M. Wagstaffe
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: (512) 480-8427
Fax: (512) 857-1294

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street

---

1
**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE RE PLAINTIFF CLAIRE HODGINS' CLAIMS AGAINST ELECTRONIC ARTS INC., CHILLINGO LTD., ZEPTOLAB UK LTD., ROVIO ENTERTAINMENT LTD.**
**Case No. 13-cv-00453-JST**

|   |   |
|---|---|
| | Austin, TX 78702 |
| | Tel: (512) 623-7727 |
| | Fax: (512) 623-7729 |
| | |
| | Jennifer Sarnelli (SBN 242510) |
| | GARDY & NOTIS, LLP |
| | 501 Fifth Avenue, Suite 1408 |
| | New York, NY 10017 |
| | Tel: (212) 905-0509 |
| | Fax: (212) 905-0508 |
| | |
| | *Plaintiffs' Steering Committee* |
| Dated: July 1, 2016 | */s/ Matthew Z. Kaiser* |
| | Robert N. Klieger |
| | Ellen C. Kenney |
| | Matthew Z. Kaiser |
| | HUESTON HENNIGAN LLP |
| | 523 West 6th Street, Suite 400 |
| | Los Angeles, CA 90014 |
| | Tel: (213) 788-4340 |
| | Fax: (888) 775-0898 |
| | |
| | *Attorneys for Defendants Electronic Arts, Inc. and Chillingo Ltd.* |
| | |
| | */s/ Jeffrey M. Movit* |
| | Christine Lepera |
| | Jeffrey M. Movit |
| | MITCHELL SILBERBERG & KNUPP LLP |
| | 12 East 49th Street — 30th Floor |
| | New York, New York 10017-1028 |
| | Tel: (212) 509-3900 |
| | Fax: (212) 509-7239 |
| | |
| | Valentine Shalamitski |
| | Naomi Beckman - Straus |
| | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 West Olympic Boulevard |
| | Los Angeles, California 90064 |
| | Tel: (310) 312-2000 |
| | Fax: (310) 312-3100 |
| | |
| | *Attorneys for Defendant ZeptoLab UK Ltd.* |

*/s/ Judith R. Nemsick*
Judith R. Nemsick
Christopher G. Kelly
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010

Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2476

*Attorneys for Defendant Rovio Entertainment Ltd.*

---

3
**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE RE PLAINTIFF CLAIRE HODGINS' CLAIMS AGAINST ELECTRONIC ARTS INC., CHILLINGO LTD., ZEPTOLAB UK LTD., ROVIO ENTERTAINMENT LTD.**
**Case No. 13-cv-00453-JST**

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: July 1, 2016           */s/ Judith R. Nemsick*
                              Judith R. Nemsick

## CERTIFICATE OF SERVICE

I certify that on this day, July 1, 2016, I caused a copy of the foregoing document, AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE UNDER Fed. R. Civ. P. 41(a), to be served on all counsel of record via the CM/ECF system.

Dated: July 1, 2016                    */s/ Shelley Hurwitz*
                                       Shelley Hurwitz