David M. Given (State Bar No. 142375)
Nicholas A. Carlin (State Bar No. 112532)
Conor H. Kennedy (State Bar No. 281793)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
       nac@phillaw.com
       chk@phillaw.com

James M. Wagstaffe (State Bar No. 95535)
Michael J. von Loewenfeldt (State Bar No. 178665)
Frank Busch (State Bar No. 258228)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
Tel: 415-371-8500
Fax: 415-371-0500
Email: wagstaffe@kerrwagstaffe.com
       mvl@kerrwagstaffe.com
       busch@kerrwagstaffe.com

Interim Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK OPPERMAN, et al., | Case No: 13-cv-00453-JST |
| Plaintiffs, | **CLASS ACTION** |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT TWITTER'S MOTION FOR SUMMARY JUDGMENT** |
| PATH, INC., et al., | |
| Defendants. | **THIS DOCUMENT RELATES TO CASES:** |
| | *Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST |

Pursuant to N.D. Cal. L.R. 6-2, Plaintiffs and Defendant Twitter, Inc. ("Twitter") (collectively, the "Parties") stipulate and seek leave from the Court to continue Plaintiffs' deadline to file and serve their Opposition to Twitter's Motion for Summary Judgment as well as Twitter's Reply deadline and this Court's hearing on the Motion.

The Parties hereby stipulate to continue the briefing schedule for Twitter's Motion (ECF No. 725) as follows:

| EVENT | DEADLINE |
|---|---|
| Plaintiff's Opposition Brief | August 11, 2016 |
| Twitter's Reply Brief | September 8, 2016 |
| Hearing on Motion | September 22, 2016 |

The reason for the Parties' request is that they are engaged in discovery-related conversations that Plaintiffs contend are relevant to Twitter's pending Motion for Summary Judgment.

Respectfully submitted,

Dated: July 5, 2016

*/s/ Conor H. Kennedy*
David M. Given
Nicholas A Carlin
Conor H. Kennedy
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911

Michael von Loewenfeldt
James M. Wagstaffe
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500

*Interim Co-Lead Counsel for Plaintiffs*

*(Additional counsel listed on following page.)*

---

1
**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT TWITTER'S MOTION FOR SUMMARY JUDGMENT**
**Case No. 13-cv-00453-JST**

| | |
|---|---|
| 1 | Carl F. Schwenker (admitted *pro hac vice*) |
| 2 | LAW OFFICES OF CARL F. SCHWENKER |
| | 1101 East 11th Street |
| 3 | Austin, TX 78702 |
| | Tel: (512) 480-8427 |
| 4 | Fax: (512) 857-1294 |
| 5 | |
| | *Plaintiffs' Liaison Counsel* |
| 6 | |
| | Jeff Edwards (admitted *pro hac vice*) |
| 7 | EDWARDS LAW |
| | 1101 East 11th Street |
| 8 | Austin, TX 78702 |
| 9 | Tel: (512) 623-7727 |
| | Fax: (512) 623-7729 |
| 10 | |
| | Jennifer Sarnelli (SBN 242510) |
| 11 | GARDY & NOTIS, LLP |
| 12 | Tower 56 |
| | 126 E. 56th Street, 8th Floor |
| 13 | New York, NY 10022 |
| | Tel: (212) 905-0509 |
| 14 | Fax: (212) 905-0508 |
| 15 | |
| | *Plaintiffs' Steering Committee* |
| 16 | |
| 17 | Dated: July 5, 2016    */s/ James G. Snell* |
| | James G. Snell |
| 18 | Julie E. Schwartz |
| | Lauren B. Cohen |
| 19 | PERKINS COIE LLP |
| 20 | 3150 Porter Drive |
| | Palo Alto, CA 94304 |
| 21 | Tel: (650) 838-4300 |
| | Fax: (650) 838-4350 |
| 22 | |
| 23 | Ryan T. Mrazik |
| | John R. Tyler |
| 24 | PERKINS COIE LLP |
| | 1201 Third Ave, Suite 4900 |
| 25 | Seattle, WA 98101 |
| 26 | Tel: (206) 359-8000 |
| | Fax: (206) 359-9000 |
| 27 | |
| 28 | *Counsel for Defendant Twitter, Inc.* |

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: July 5, 2016 /s/ *Conor H. Kennedy*
Conor H. Kennedy

1 **[PROPOSED] ORDER**

2 The stipulation between Plaintiffs and Defendants Twitter, Inc. regarding timing of
3 Plaintiff's Opposition to Defendant Twitter, Inc.'s Motion for Summary Judgment is
4 GRANTED, to be scheduled as follows:

| EVENT | DEADLINE |
|---|---|
| Plaintiff's Opposition Brief | August 11, 2016 |
| Twitter's Reply Brief | September 8, 2016 |
| Hearing on Motion | September 22, 2016 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___July 7_____, 2016

By: _____
Hon. JON S. TIGAR
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on this day, July 5, 2016, I caused a copy of the foregoing document, JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT TWITTER'S MOTION FOR SUMMARY JUDGMENT, to be served on all counsel of record via the CM/ECF system.

Dated: July 5, 2016                     */s/ Conor H. Kennedy*
                                         Conor H. Kennedy