UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC OPPERMAN, et al.,

    Plaintiffs,

v.

PATH, INC., et al.,

    Defendants.

Case No. 13-cv-00453-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: Dkt. No. 766

Plaintiff Nirali Mandalaywala has filed a stipulation of dismissal dated July 19, 2016, stating that they have agreed to settle all claims between Plaintiff and Defendant Gowalla, Inc. ECF No. 766. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Nirali Mandalaywala and Gowalla, Inc. have been dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: July 20, 2016

                                            JON S. TIGAR
                                    United States District Judge