UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br><br>    Defendants. | Case No. 3:13-cv-00453-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: Dkt. No. 755 |

Plaintiff Claire Hodgins has filed a stipulation of dismissal dated July 1, 2016, stating that she has agreed to settle all claims between Plaintiff and Defendants Electronic Arts, Inc., Chillingo Ltd., ZeptoLab UK Ltd. and Rovio Entertainment Ltd. ECF No. 755. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Claire Hodgins and Electronic Arts, Inc., Chillingo Ltd., ZeptoLab UK Ltd. and Rovio Entertainment Ltd have been dismissed with prejudice .

**IT IS SO ORDERED**.

Dated: July 25, 2016

                                              JON S. TIGAR
                                             United States District Judge