DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
CONOR H. KENNEDY (SBN 281793)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com
chk@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*
[*Additional counsel included on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br>        Plaintiffs, <br><br>    v. <br><br> PATH, INC., et al. <br><br>        Defendants. | Case No. 13-cv-00453-JST <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: September 22, 2016 <br> Time: 2:00 p.m. <br> Judge: Honorable Jon S. Tigar |

1  Pursuant to Civil L.R. 6-1 and 6-2, Plaintiffs Opperman, et al. ("Plaintiffs") and
2  Defendant Apple, Inc., ("Defendant") through their respective counsel, have stipulated to request
3  an Order extending the deadline for Plaintiffs to respond to Apple's Motion for Partial Summary
4  Judgment from the July 29, 2016 deadline to August 29, 2016, and to extend Apple's deadline to
5  file its Reply Brief in Support of Apple's Motion for Partial Summary Judgment from the August
6  26, 2016 deadline to September 26, 2016, based on the following recitals.
7  WHEREAS, on June 15, 2016, the Court ordered that Defendant's MSJ be filed on July
8  29, 2016, and Plaintiffs' reply brief be filed on August 26, 2016, and set a hearing date and time
9  of September 22, 2016 at 2 p.m.  (Dkt. No. 739.);
10 WHEREAS, Plaintiffs and Defendant are continuing to meet and confer regarding
11 outstanding discovery disputes Plaintiffs consider to be related to Plaintiffs' Opposition to
12 Apple's Motion for Partial Summary Judgment, including the scheduling of depositions of
13 Defendant's employees and the topics for deposition under Federal Rule of Civil Procedure
14 30(b)(6);
15 WHEREAS, Plaintiffs and Defendant have agreed, subject to Court approval, that the
16 deadlines for Plaintiffs' Opposition should be extended so that the parties can resolve the above-
17 mentioned disputes, Plaintiffs can complete their depositions, and complete their Opposition;
18 WHEREAS, Plaintiffs and Defendant hope to promptly resolve the above-mentioned
19 disputes;
20 WHEREAS, Plaintiffs and Defendant request to continue the date on which Plaintiffs'
21 Opposition is due by 30 days from July 29, 2016 to August 29, 2016, and to continue the date on
22 which Defendant's Reply is due by 30 days from August 26, 2016 to September 26, 2016;
23 WHEREAS, Plaintiffs and Defendant request that the Court continue the hearing on
24 Defendant's motion for partial summary judgment from September 22, 2016 to October 20,
25 2016, or such other date convenient for the Court;
26 THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant
27 to request that the Court extend the briefing schedule as follows:
28

1

Case No. : 13-cv-00453-JST                                      STIPULATION TO EXTEND DEADLINE TO
                                                                          RESPOND TO APPLE'S MSJ

KERR
—— & ——
WAGSTAFFE
LLP

| EVENT | DEADLINE |
|---|---|
| Plaintiffs' Opposition | August 29, 2016 |
| Apple's Reply | September 26, 2016 |
| Hearing on Apple's Motion | October 20, 2016 (or such other date convenient for the court) |

Dated: July 28, 2016

**KERR & WAGSTAFFE LLP**

By: */s/Frank Busch*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Frank Busch (258288)
Daniel J. Veroff (291492)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.:  415-371-8500
Fax:  415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
Conor H. Kennedy
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com
chk@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

2

Case No. : 13-cv-00453-JST                                    STIPULATION TO EXTEND DEADLINE TO RESPOND TO APPLE'S MSJ

|   |   |
|---|---|
| 1 | Jeff Edwards (admitted *pro hac vice*) |
|   | EDWARDS LAW |
| 2 | The Haehnel Building |
|   | 1101 East 11th Street |
| 3 | Austin, TX 78702 |
|   | Tel: 512-623-7727 |
| 4 | Fax: 512-623-7729 |
|   | cfslaw@swbell.net |

Jennifer Sarnelli
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

**ATTORNEYS FOR OPPERMAN PLAINTIFFS**

Dated:  July 28, 2016                    **HOGAN LOVELLS US LLP**

By: */s/ Robert B. Hawk*
Robert B. Hawk
Maren J. Clouse
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax:  650.463.4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel:  303.899.7300
Fax:  303.899.7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

KERR
—— & ——
WAGSTAFFE
LLP

3

Case No. : 13-cv-00453-JST                STIPULATION TO EXTEND DEADLINE TO
                                          RESPOND TO APPLE'S MSJ

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the stipulation between Plaintiffs and Defendant Apple, Inc. ("Apple") is granted, as follows:

The deadline for Plaintiffs to file a response to Apple's Motion for Partial Summary Judgment is now August 29, 2016, and the deadline for Apple's Reply Brief to the Plaintiffs' response is now September 26, 2016.

| EVENT | DEADLINE |
| --- | --- |
| Plaintiffs' Opposition | August 29, 2016 |
| Apple's Reply | September 26, 2016 |
| Hearing on Apple's Motion | November 3, 2016 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 28, 2016

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: July 28, 2016     **KERR & WAGSTAFFE LLP**

By: */s/ Frank Busch*
    Frank Busch