UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC OPPERMAN, et al.,

    Plaintiffs,

  v.

PATH, INC., et al.,

    Defendants.

Case No. 13-cv-00453-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: Dkt. No. 775

Plaintiff Theda Sandiford has filed a stipulation of dismissal dated August 2, 2016, stating that she has agreed to settle all claims between Plaintiff and Defendants Apple, Inc., Path, Inc., Instagram, LLC, Kik, Inc., Yelp, Inc., Foodspotting, Inc., Gowalla, Inc., Electronic Arts, Inc., Chillingo, Inc., Twitter, Inc., Foursquare Labs, Inc., Rovio Entertainment,Ltd. s/h/a/ Rovio Mobile Oy, and Zeptolab UK Limited. ECF No. 775. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Plaintiff Theda Sandiford and the Defendants named above have been dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: August 3, 2016

                                          JON S. TIGAR
                                     United States District Judge