1  CHRISTINE LEPERA (*pro hac vice*)
   JEFFREY M. MOVIT (*pro hac vice*)
2  **MITCHELL SILBERBERG & KNUPP LLP**
   12 E. 49th St., 30th Floor
3  New York, NY 10017
4  Tel: 212-509-3900
   ctl@msk.com
5  jmm@msk.com

6
   NAOMI BECKMAN-STRAUS (SBN 287804)
7  **MITCHELL SILBERBERG & KNUPP LLP**
   11377 W. Olympic Blvd.
8  Los Angeles, CA 90064
   Tel: 310-312-2000
9  nxs@msk.com

10 *Attorneys for Defendant ZeptoLab UK Limited*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., | Case No. 13-cv-00453-JST |
| Plaintiffs, | **CLASS ACTION** |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |
| PATH, INC., et al. | |
| Defendants. | THIS DOCUMENT RELATES TO ALL CASES<br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Espitia v. Hipster, Inc.*, No. 13-cv-0432-JST<br>(collectively, the "Related Actions") |

This Court's Case Management Order (Dkt. No. 640) affords each Defendant in the instant action an opportunity to move for summary judgment on or after April 4, 2016. As contemplated by that same Order, Plaintiffs hereby agree and stipulate to the following mutually acceptable briefing schedule with Defendants ZeptoLab UK Limited ("ZeptoLab") and Rovio Entertainment Ltd. ("Rovio") for ZeptoLab and Rovio to bring their respective dispositive motions:

| EVENT | DEADLINE |
|---|---|
| ZeptoLab's and Rovio's Opening Briefs | August 29, 2016 |
| Plaintiffs' Opposition Briefs | Sept. 26, 2016 |
| ZeptoLab's and Rovio's Replies | Oct. 18, 2016 |

The Parties request a hearing date on November 3, 2016, or as soon thereafter as the Court's convenience permits.

Respectfully submitted,

Dated: August 16, 2016

**KERR & WAGSTAFFE LLP**

By: */s/Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Frank Busch (258288)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com  nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

1

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
GARDY & NOTIS, LLP
126 E. 56th Street, 8th Floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

**ATTORNEYS FOR PLAINTIFFS**

Dated:  August 16, 2016

**MITCHELL SILBERBERG & KNUPP LLP**

By: */s/ Naomi Beckman-Straus*
Christine Lepera
Jeffrey M. Movit
MITCHELL SILBERBERG & KNUPP LLP
12 E. 49th St., 30th Floor
New York, NY 10017
Tel: 917-546-7708
jmm@msk.com

Naomi Beckman-Straus
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064 Tel: 310-312-2000
nxs@msk.com

**ATTORNEYS FOR DEFENDANT ZEPTOLAB UK LIMITED**

2

Case No. : 13-cv-00453-JST

STIPULATION AND PROPOSED ORDER
RE: SUMMARY JUDGMENT BRIEFING SCHEDULE

8036307.2

| | | |
|---|---|---|
| 1 | Dated: August 16, 2016 | **HOLLAND & KNIGHT LLP** |
| 2 | | |
| 3 | | */s/ Judith R. Nemsick* |
| | | Judith R. Nemsick |
| 4 | | Christopher G. Kelly |
| | | HOLLAND & KNIGHT LLP |
| 5 | | 31 West 52nd Street |
| | | New York, NY 10019 |
| 6 | | Tel.: (212) 513-3200 |
| | | Fax: (212) 385-9010 |
| 7 | | |
| 8 | | Shelley G. Hurwitz |
| | | HOLLAND & KNIGHT LLP |
| 9 | | 400 South Hope Street, 8th Floor |
| | | Los Angeles, CA 90071 |
| 10 | | Tel.: 213.896.2476 |
| 11 | | **ATTORNEYS FOR DEFENDANT ROVIO ENTERTAINMENT LTD.** |

3

**[PROPOSED]** ORDER

The Stipulation between Plaintiffs and Defendants ZeptoLab UK Limited ("ZeptoLab") and Rovio Entertainment Ltd. ("Rovio") regarding ZeptoLab's and Rovio's Motions for Summary Judgment is GRANTED, to be scheduled as follows:

| | |
|---|---|
| ZeptoLab's and Rovio's Opening Briefs | August 29, 2016 |
| Plaintiffs' Opposition Briefs | Sept. 26, 2016 |
| ZeptoLab's and Rovio's Replies | Oct. 18, 2016 |
| Hearing on Motions | November 3, 2016 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __August 16__, 2016

By: _____
HON. JON S. TIGAR
United States District Judge

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: August 16, 2016            */s/ Naomi Beckman-Straus*
                                  Naomi Beckman-Straus