David M. Given (State Bar No. 142375)
Nicholas A. Carlin (Sate Bar No. 112532)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA   94129
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
       nac@phillaw.com
       chk@phillaw.com

James M. Wagstaffe (State Bar No. 95535)
Michael J. von Loewenfeldt (State Bar No. 178665)
Frank Busch (State Bar No. 258228)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA   94105
Tel:  415-371-8500
Fax:  415-371-0500
Email: wagstaffe@kerrwagstaffe.com
       myl@kerrwagstaffe.com
       busch@kerrwagstaffe.com

Interim Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK OPPERMAN, et al., | Case No:   13-cv-00453-JST |
| Plaintiffs, | **CLASS ACTION** |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINE TO FILE CLASS CERTIFICATION MOTION AGAINST DEFENDANT GOWALLA, INC.** |
| PATH, INC., et al., | |
| Defendants. | |
| | THIS DOCUMENT RELATES TO ALL CASES |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

Plaintiffs Marc Opperman et al. ("Plaintiffs") and Defendant Gowalla Inc. ("Defendant"), through their respective counsel, stipulate and agree as follows:

WHEREAS, in an effort to preserve judicial resources, Plaintiffs and Gowalla would like the opportunity to further review and consider the Court's Order on the Motion for Class Certification re Path App prior to filing a motion for class certification in this case as against Gowalla, including the prospect of resolving the matter as between them;

WHEREAS, to accomplish the same, Plaintiffs and Gowalla have agreed to extend the deadline to file a class certification motion against Gowalla by thirty (30) days from the deadline for all remaining class certification motions (August, 23, 2016);

WHEREAS, to accomplish the same, Plaintiffs and Gowalla have agreed to extend the deadlines for the opposition brief, reply brief, and hearing to thirty (30) days from their current deadlines (September 30, 2016, October 21, 2016, and November 15, 2016, respectively).

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Gowalla that the Court reset the deadline to file the motion for class certification as against Gowalla to thirty (30) days from the current due date, to on or before Thursday, Sept. 22, 2016. Consequently Plaintiffs and Gowalla also stipulate to reset the deadlines to file an opposition brief and reply brief to Monday, October 31, 2016 and Monday, November 21, 2016, respectively. The proposed new date for hearing would be Thursday, December 15, 2016.

Respectfully submitted,

Dated: August 18, 2016  */s/ David M. Given*
David M. Given
Nicholas A Carlin
Conor H. Kennedy
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911

Michael von Loewenfeldt
James M. Wagstaffe
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500

*Interim Co-Lead Counsel for Plaintiffs*
Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: (512) 480-8427
Fax: (512) 857-1294

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: (512) 623-7727
Fax: (512) 623-7729

Jennifer Sarnelli (SBN 242510)
GARDY & NOTIS, LLP
Tower 56
126 E. 56th Street, 8th Floor
New York, NY 10022
Tel: (212) 905-0509

|   |   |
|---|---|
|   | Fax: (212) 905-0508 |
|   | *Plaintiffs' Steering Committee* <br> 85239 |
| Dated: August 18, 2016 | */s/ Harmeet K. Dhillon* <br> Harmeet K. Dhillon <br> Krista L. Baughman <br> Rachel K. Loh <br> DHILLON LAW GROUP INC. <br> 177 Post Street, Suite 700 <br> San Francisco, CA 94108 <br> Tel: (415) 433-1700 <br> Fax: (415) 520-6593 |
|   | *Attorneys for Defendant Gowalla, Inc.* |

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: August 18, 2016                    */s/ David M. Given*
                                                           David M. Given

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __August 18__, 2016          _____
                                    The Honorable Jon S. Tigar
                                    United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on this day, August 18, 2016, I caused a copy of the foregoing document, STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION, to be served on all counsel of record via the CM/ECF system.

Dated: August 18, 2016        /s/ David M. Given
David M. Given