DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*
[*Additional counsel included on signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., et al. <br><br> Defendants. | Case No. 13-cv-00453-JST <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR STAY AND CONTINUANCE OF DEADLINES** <br><br> THIS DOCUMENT RELATES TO ALL CASES <br> *Opperman v. Path, Inc.*, No. 13-cv-00453-JST <br> *Hernandez v. Path, Inc.*, No. 12-cv-1515-JST <br> *Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST <br> *Espitia v. Hipster, Inc.*, No. 13-cv-0432-JST <br> (collectively, the "Related Actions") |

1  Plaintiffs and Defendants Rovio Entertainment Ltd. ("Rovio") and ZeptoLab UK Limited
2  ("ZeptoLab") stipulate as follows:
3  WHEREAS on August 18, 2016, Plaintiffs and Defendants Electronic Arts Inc. and
4  Chillingo Ltd. ("EA/Chillingo") filed a Notice of Settlement with the Court (Dkt. 788), which
5  requested that the Court continue the hearing on EA/Chillingo's motion for summary judgment
6  and stay all deadlines with respect to the Plaintiffs and EA/Chillingo for 30 days;
7  WHEREAS on August 18, 2016, this Court entered an Order (Dkt. 792) which granted the
8  relief requested in the Notice of Settlement;
9  WHEREAS the claims against Rovio and ZeptoLab in this action are based on the alleged
10 use of EA/Chillingo's Crystal platform;
11 NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs, Rovio
12 and ZeptoLab, that, in light the foregoing, as well as the anticipated resolution of Plaintiffs'
13 claims against Rovio and ZeptoLab, that all deadlines between Plaintiffs, ZeptoLab and Rovio in
14 this action are stayed for thirty days, including with respect to Rovio's and ZeptoLab's
15 forthcoming motions for summary judgment against Plaintiffs, and Plaintiffs' forthcoming
16 motion for class certification as against Rovio and ZeptoLab.

Respectfully submitted,

Dated: August 22, 2016        **KERR & WAGSTAFFE LLP**

By: */s/Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Frank Busch (258288)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201

1

Case No. : 13-cv-00453-JST        STIPULATION AND [PROPOSED] ORDER
FOR STAY AND CONTINUANCE OF DEADLINES

San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
GARDY & NOTIS, LLP
126 E. 56th Street, 8th Floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

**ATTORNEYS FOR PLAINTIFFS**

Dated: August 22, 2016

**MITCHELL SILBERBERG & KNUPP LLP**

By: /s/ *Jeffrey M. Movit*
Christine Lepera (*pro hac vice*)
Jeffrey M. Movit (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
12 E. 49th St., 30th Floor
New York, NY 10017
Tel: 917-546-7708
jmm@msk.com

Naomi Beckman-Straus
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064 Tel: 310-312-2000

2

KERR
& 
WAGSTAFFE
LLP

Case No. : 13-cv-00453-JST            STIPULATION AND [PROPOSED] ORDER
                                      FOR STAY AND CONTINUANCE OF DEADLINES

| | |
|---|---|
| | nxs@msk.com |
| | **ATTORNEYS FOR DEFENDANT ZEPTOLAB UK LIMITED** |
| Dated:  August 22, 2016 | **HOLLAND & KNIGHT LLP** |
| | */s/ Judith R. Nemsick*<br>Judith R. Nemsick<br>Christopher G. Kelly<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Tel.: (212) 513-3200<br>Fax: (212) 385-9010 |
| | Shelley G. Hurwitz<br>HOLLAND & KNIGHT LLP<br>400 South Hope Street, 8th Floor<br>Los Angeles, CA 90071<br>Tel.: 213.896.2476 |
| | **ATTORNEYS FOR DEFENDANT ROVIO ENTERTAINMENT LTD.** |

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  DATED: __August 22__, 2016

5

6                                       By: _____
7                                       HON. JON S. TIGAR
                                        United States District Judge

4

Case No. : 13-cv-00453-JST                        STIPULATION AND [PROPOSED] ORDER
                                                  FOR STAY AND CONTINUANCE OF DEADLINES

KERR & WAGSTAFFE LLP

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: August 22, 2016               **KERR & WAGSTAFFE LLP**

                          By: */s/ Michael von Loewenfeldt*
                              Michael von Loewenfeldt