1  Robert B. Hawk (Bar No. 118054)
   Stacy Hovan (Bar No. 271485)
2  HOGAN LOVELLS US LLP
   4085 Campbell Avenue, Suite 100
3  Menlo Park, California 94025
   Telephone: + 1 (650) 463-4000
4  Facsimile: + 1 (650) 463-4199
   robert.hawk@hoganlovells.com
5  stacy.hovan@hoganlovells.com

6  Attorneys for Defendant
   APPLE INC.
7
   [*additional counsel listed on signature page*]
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  MARC OPPERMAN, et al., | Case No.: 13-cv-00453-JST |
| 14           Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTIONS TO SEAL (ECF NOS. 798, 800, 801)** |
| 15      v. | |
| 16  PATH, INC., et al., | |
| 17           Defendants. | THE HONORABLE JON S. TIGAR |
| 18 | THIS DOCUMENT RELATES TO CASES: |
| 19 20 | *Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST |
| 21 | |

WHEREAS on August 23, 2016, Plaintiffs filed two motions for class certification (ECF Nos. 799 and 802) and related Administrative Motions to File Under Seal (ECF Nos. 798, 800, and 801);

WHEREAS Civil L.R. 79-5(e) requires a supporting declaration to be filed within four (4) days of the filing of an Administrative Motion to Seal;

WHEREAS, in light of the volume of materials filed, Apple requested that Plaintiffs stipulate to additional time for Apple to review the materials, determine what qualifies for sealing, and submit a supporting declaration;

WHEREAS Plaintiffs have agreed to Apple's request;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant Apple Inc. ("Apple"), pursuant to Civil L.R. 6-2, to request that the Court grant a brief extension of four (4) days for Apple to file a declaration in support of the Administrative Motions to File Under Seal filed on August 23, 2016.  Accordingly, the deadline for filing a supporting declaration is extended to September 2, 2016.

Respectfully submitted,

Dated:  August 26, 2016

**KERR & WAGSTAFFE LLP**

By: */s/ Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Daniel J. Veroff (291492)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.:  415-371-8500
Fax:  415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

|   |   |
|---|---|
| 1 | Carl F. Schwenker (admitted *pro hac vice*) |
|   | LAW OFFICES OF CARL F. SCHWENKER |
| 2 | The Haehnel Building |
|   | 1101 East 11th Street |
| 3 | Austin, TX 78702 |
|   | Tel: 512-480-8427 |
| 4 | Fax: 512-857-1294 |
|   | cfslaw@swbell.net |

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

**ATTORNEYS FOR OPPERMAN PLAINTIFFS**

Dated:  August 26, 2016       **HOGAN LOVELLS US LLP**

By: */s/ Robert B. Hawk*
Robert B. Hawk
Stacy Hovan
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax:  650.463.4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel:  303.899.7300
Fax:  303.899.7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

1   I attest that concurrence in the filing of this document has been obtained from the other
2   signatories listed above.

3   Dated: August 26, 2016                     Hogan Lovells US LLP

4                                               By: */s/ Robert B. Hawk*
5                                                    Robert B. Hawk

## DECLARATION OF ROBERT B. HAWK

I, Robert Hawk, hereby declare as follows:

I am a partner at the law firm of Hogan Lovells US LLP, counsel for Apple Inc. ("Apple") in this action. I am a member in good standing of the State Bar of California, and I am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration.

1. On August 23, 2016, Plaintiffs filed two motions for class certification (ECF Nos. 799 and 802) and related Administrative Motions to File Under Seal (ECF Nos. 798, 800, and 801).

2. On August 26, 2016, I contacted Plaintiffs' counsel Michael von Loewenfeldt to request that Plaintiffs stipulate to additional time for Apple to review the materials, determine what qualifies for sealing, and submit a supporting declaration. Mr. Loewenfeldt agreed to Apple's request for additional time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Menlo Park, California on August 26, 2016.

                                            /s/ Robert B. Hawk
                                            Robert B. Hawk

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the stipulation is hereby granted in this matter. Defendant Apple Inc. shall file any declaration(s) in support of the Administrative Motions to File Under Seal filed on August 23, 2016 (ECF Nos. 798, 800, and 801) no later than September 2, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____August 26_____, 2016

_____
The Honorable Jon S. Tigar
United States District Judge