1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., | Case No. 13-cv-00453-JST |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING** |
| v. | |
| PATH, INC., et al., | **THIS DOCUMENT RELATES TO CASES:** |
| Defendants. | *Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Espitita v. Hipter, Inc.*, No. 4:13-cv-432-JST<br>(collectively, the "Related Actions") |

The undersigned parties hereby stipulate to the following partial stay in this case, and respectfully request that the Court issue the requested scheduling order.

The Ninth Circuit is currently considering Defendant Apple Inc.'s Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f), filed on July 29, 2016. The issues in that petition may have a material impact on the outcome of the pending Plaintiffs' Motion for Class Certification re Foursquare, Instagram, Kik, Twitter and Yelp Apps, filed on August 23, 2016. See Docket 799. In the interest of judicial economy, the parties have agreed to postpone the opposition briefing with respect to Plaintiffs' Motions for Class Certification.

-1-

1  Path and Plaintiffs are presently engaged in bilateral settlement discussions and intend to
2  continue those discussions. The undersigned parties have also agreed to engage in a joint
3  mediation in an attempt to settle this matter, in which Path will participate if bilateral settlement
4  discussions have not succeeded. To allow the parties to focus on the success of settlement
5  discussions, the undersigned parties have agreed that all current deadlines in this action, with the
6  exception of the dates related to the briefing and argument of the pending Twitter and Apple
7  summary judgment motions should be vacated, and all fact discovery stayed.

8  In place of those deadlines, the Parties propose a joint case management statement be filed
9  within 14 days of the Ninth Circuit's response to Apple's Petition proposing a revised schedule
10 that allows sufficient time for the parties to complete their mediation and settlement discussions.
11 The parties further propose that in no event shall the defendants have less than 30 days from the
12 revised scheduling order to oppose Plaintiffs' Motions for Class Certification and in no event
13 shall the parties have less than three months from the revised scheduling order to complete fact
14 discovery.

Respectfully submitted,

DATED: September 9, 2016

By: */s/ James G. Snell*
James G. Snell
**PERKINS COIE LLP**
3150 Porter Dr.
Palo Alto, CA 94304-1212
Tel: 650.838.4300
Fax: 650.838.4350
jsnell@perkinscoie.com

*Attorneys for Defendant Twitter, Inc.*

DATED: September 8, 2016

By: */s/ Michael von Loewenfeldt*
Michael von Loewenfeldt
James M. Wagstaffe
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstagge@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

| | |
|---|---|
| 1 | |
| 2 | David M. Given<br>Nicholas A. Carlin<br>PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP |
| 3 | 39 Mesa Street, Ste. 201<br>San Francisco, CA 94129 |
| 4 | Tel: 415-398-0900<br>Fax: 415-398-0911 |
| 5 | dmg@phillaw.com<br>nac@phillaw.com |
| 6 | ***Interim Co-Lead Counsel for Plaintiffs*** |

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

***Plaintiffs' Liaison Counsel***

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

***Attorneys for Defendant Opperman Plaintiffs***

DATED: September 8, 2016    **FENWICK & WEST LLP**

By: /s/ Tyler G. Newby
Tyler G. Newby (Bar No. 205790)
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94041
Tel: 415-875-2300
Fax: 415-281-1350
tnewby@fenwick.com

***Attorneys for Defendant Path, Inc.***

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULING
Case No. 13-cv-00453-JST
132610231.1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  September 8, 2016 | **COOLEY LLP** |
| 3 | | By: /s/ Mazda K. Antia |
| 4 | | Mazda K. Antia (Bar No. 214963)<br>4401 Eastgate Mall |
| 5 | | San Diego, CA  92121-1909<br>Tel:  858-550-6000<br>Fax:  858-550-6420 |
| 6 | | mantia@cooley.com |
| 7 | | ***Attorneys for Defendants Instagram, LLC & Kik Interactive, Inc.*** |
| 8 | Dated:  September 8, 2016 | **DURIE TANGRI LLP** |
| 9 | | By:  */s/ Michael H. Page* |
| 10 | | Michael H. Page (Bar No. 154913)<br>DURIE TANGRI LLP |
| 11 | | 217 Leidesdorff Street<br>San Francisco, CA  94111<br>Tel:  415-362-6666 |
| 12 | | Fax:  415-236-6300<br>mpage@durietangri.com |
| 13 | | ***Attorneys for Defendants Yelp Inc. & Foodspotting, Inc.*** |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Dated:  September 8, 2016 | **MORRISON & FOERSTER LLP** |
| 18 | | By:  */s/ David F. McDowell*<br>David F. McDowell (CA SBN I 25806) |
| 19 | | MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Ste. 6000 |
| 20 | | Los Angeles, California 90017-3543<br>Tel:  213-892-5200 |
| 21 | | Fax:  213-892-5454<br>DMcDowell@mofo .com |
| 22 | | ***Attorneys for Defendant Foursquare Labs, Inc.*** |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: September 8, 2016 | **HOGAN LOVELLS US LLP** |
| | By: */s/ Robert B. Hawk* |
| | Robert B. Hawk |
| | Stacy Hovan |
| | HOGAN LOVELLS US LLP |
| | 4085 Campbell Ave., Suite 100 |
| | Menlo Park, CA 94025 |
| | Tel.: 650.463.4000 |
| | Fax: 650.463.4199 |
| | robert.hawk@hoganlovells.com |
| | stacy.hovan@hoganlovells.com |
| | Clayton C. James |
| | HOGAN LOVELLS US LLP |
| | 1200 Seventeenth Street, Suite 1500 |
| | Denver, CO 80202 |
| | Tel: 303.899.7300 |
| | Fax: 303.899.7333 |
| | clay.james@hoganlovells.com |
| | ***Attorneys For Defendant Apple Inc***. |

1 **[PROPOSED] ORDER**

2      The Stipulation between Plaintiffs and Defendants is GRANTED as follows:

3      The current scheduling order is vacated, other than the filing and hearing dates for Apple
4 and Twitter's pending summary judgment motions.

5      The parties will submit a case management statement including a proposed schedule
6 within 14 days of the Ninth Circuit's response to Apple's Petition that complies with the parties'
7 stipulation set forth above.

8

9 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10 DATED: September 12, 2016
11

12                              By: _____
13                                   HON. JON S. TIGAR
                                     United States District Judge