DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*
[*Additional counsel included on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>PATH, INC., et al.<br><br>    Defendants. | CASE NO.: 13-CV-00453-JST<br><br>**CLASS ACTION**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OF ALL REMAINING CLAIMS AGAINST ELECTRONIC ARTS INC. AND CHILLINGO LTD.**<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515- *Pirozzi v. Apple Inc.*, No. 12-cv-1529-JST (collectively, the "Related Actions") |

|     |     |
| --- | --- |
| 1   | Under Rule 41(a) of the Federal Rules of Civil Procedure, all remaining Plaintiffs who have asserted claims against Electronic Arts Inc. and Chillingo Ltd. (collectively "EA/Chillingo"), namely Allen Beuershausen, Giuliana Biondi, Steve Dean, Jason Green, Nirali Mandalaywala, Maria Pirozzi, and Gregory Varner (the "Stipulating Plaintiffs") hereby stipulate with EA/Chillingo to the dismissal with prejudice of all of the Stipulating Plaintiffs' claims in this action against EA/Chillingo, as well as to the concomitant dismissal of EA/Chillingo from the action itself.  Each side shall bear his/her/its own costs and fees as it relates hereto. |

Respectfully submitted,

Dated: September 12, 2016

*/s/ Michael von Loewenfeldt*
David M. Given
Conor H. Kennedy
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911

Michael von Loewenfeldt
James M. Wagstaffe
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: (512) 480-8427
Fax: (512) 857-1294

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street

---

STIPULATED DISMISSAL WITH PREJUDICE

5063402

| | |
|---|---|
| | Austin, TX 78702 |
| | Tel: (512) 623-7727 |
| | Fax: (512) 623-7729 |
| | |
| | Jennifer Sarnelli (SBN 242510) |
| | GARDY & NOTIS, LLP |
| | 501 Fifth Avenue, Suite 1408 |
| | New York, NY 10017 |
| | Tel: (212) 905-0509 |
| | Fax: (212) 905-0508 |
| | |
| | *Plaintiffs' Steering Committee* |
| | |
| Dated: September 12, 2016 | */s/ Robert N. Klieger*_____ |
| | Robert N. Klieger |
| | Matthew Z. Kaiser |
| | HUESTON HENNIGAN LLP |
| | 523 West 6th Street, Suite 400 |
| | Los Angeles, CA 90014 |
| | Tel: (213) 788-4340 |
| | Fax: (888) 775-0898 |
| | |
| | *Attorneys for Defendants Electronic Arts Inc. and Chillingo Ltd.* |

STIPULATED DISMISSAL WITH PREJUDICE

5063402

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: September 12, 2016     **KERR & WAGSTAFFE LLP**

By: */s/ Frank Busch*
    Frank Busch