DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*
[*Additional counsel included on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., et al. <br><br> Defendants. | Case No. 13-cv-00453-JST <br><br> **CLASS ACTION** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OF ALL REMAINING CLAIMS AGAINST ZEPTOLAB UK LIMITED [FRCP 41(a)]** <br><br> THIS DOCUMENT RELATES TO ALL CASES <br> *Opperman v. Path, Inc.*, No. 13-cv-00453-JST <br> *Hernandez v. Path, Inc.*, No. 12-cv-1515-JST <br> *Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST <br> *Espitia v. Hipster, Inc.*, No. 13-cv-0432-JST <br> (collectively, the "Related Actions") |

Under Rule 41(a) of the Federal Rules of Civil Procedure, all remaining Plaintiffs who have asserted claims against ZeptoLab UK Limited ("ZeptoLab"), namely Jason Green, Niril Mandalaywala, Giuliana Biondi, Maria Pirozzi, and Gregory Varner (the "Stipulating Plaintiffs") hereby stipulate with ZeptoLab to the dismissal with prejudice of all of the Stipulating Plaintiffs' claims in this action against ZeptoLab, as well as to the concomitant dismissal of ZeptoLab from the action itself.  Each side shall bear his/her/its own costs and fees as it relates hereto.

Respectfully submitted,

Dated:  September 12, 2016

**KERR & WAGSTAFFE LLP**

By: */s/Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Frank Busch (258288)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.:  415-371-8500
Fax:  415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com  nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294

cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

1

Case No. : 13-cv-00453-JST            STIPULATION OF DISMISSAL WITH PREJUDICE
                                                               OF ZEPTOLAB UK LIMITED
/44628-00003

|  |  |
|---|---|
| 1 | Jeff Edwards (admitted *pro hac vice*) |
| 2 | EDWARDS LAW |
|  | The Haehnel Building |
| 3 | 1101 East 11th Street |
|  | Austin, TX 78702 |
| 4 | Tel: 512-623-7727 |
|  | Fax: 512-623-7729 |
| 5 | cfslaw@swbell.net |
| 6 | Jennifer Sarnelli |
|  | GARDY & NOTIS, LLP |
| 7 | 126 E. 56th Street, 8th Floor |
|  | New York, NY 10022 |
| 8 | Tel: 212-905-0509 |
|  | Fax: 212-905-0508 |
| 9 | jsarnelli@gardylaw.com |
| 10 | **ATTORNEYS FOR PLAINTIFFS** |

Dated:  September 12, 2016     **MITCHELL SILBERBERG & KNUPP LLP**

By: */s/ Jeffrey M. Movit*
Christine Lepera
Jeffrey M. Movit
Valentine A. Shalamitski
MITCHELL SILBERBERG & KNUPP LLP
12 E. 49th St., 30th Floor
New York, NY 10017
Tel: 917-546-7708
jmm@msk.com

Naomi Beckman-Straus
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064 Tel: 310-312-2000
nxs@msk.com

**ATTORNEYS FOR DEFENDANT ZEPTOLAB UK LIMITED**

.

2

Case No. : 13-cv-00453-JST          STIPULATION OF DISMISSAL WITH PREJUDICE
                                    OF ZEPTOLAB UK LIMITED

/44628-00003

KERR
&
WAGSTAFFE
LLP

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: September 12, 2016          **KERR & WAGSTAFFE LLP**

                                   By: */s/ Frank Busch*
                                       Frank Busch