Robert B. Hawk (Bar No. 118054)
Stacy Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Attorneys for Defendant
APPLE INC.

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br>      Plaintiffs, <br><br> v. <br><br> PATH, INC., et al., <br><br>      Defendants. | Case No.: 13-cv-00453-JST <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> THE HONORABLE JON S. TIGAR <br><br> Date:     November 3, 2016 <br> Time:    2:00 p.m. <br> Judge:   Honorable Jon S. Tigar <br><br> THIS DOCUMENT RELATES TO CASES: <br><br> *Opperman v. Path, Inc.*, No. 13-cv-00453-JST <br> *Hernandez v. Path, Inc.*, No. 12-cv-1515-JST <br> *Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SILICON VALLEY

\\029613/000057 - 1699164 v2

STIPULATION AND [PROPOSED] ORDER RE APPLE INC.'S REPLY
CASE NO. 3:13-CV-00453-JST

Pursuant to Civil L.R. 6-1 and 6-2, Defendant Apple Inc. ("Apple") and Plaintiffs, through their respective counsel, have stipulated to request an Order extending the deadline for Apple to file its Reply brief in support of its Motion for Partial Summary Judgment by one week, from September 26, 2016 to October 3, 2016, based on the following recitals.

WHEREAS on April 22, 2016, Apple filed its Motion for Partial Summary Judgment Regarding the Path App (ECF No. 694);

WHEREAS on August 29, 2016, Plaintiffs filed their opposition to Apple's Motion for Partial Summary Judgment (ECF No. 818);

WHEREAS unredacted copies of certain materials designated as confidential by another defendant, which were conditionally filed under seal, were not served on Apple until several days after the opposition was filed;

WHEREAS the hearing on Apple's summary judgment motion is currently set for November 3, 2016 at 2:00 p.m.;

WHEREAS Apple desires one additional week to prepare its reply, and Plaintiffs are agreeable to that request, and the parties have agreed to the requested extension of time;

THEREFORE IT IS HEREBY STIPULATED by and between Apple and Plaintiffs that, subject to Court approval, Apple may have an extension of seven (7) days to file its reply in support of its Motion for Partial Summary Judgment.

Respectfully submitted,

Dated:  September 19, 2016        **HOGAN LOVELLS US LLP**

By: /s/ Robert B. Hawk
Robert B. Hawk
Stacy Hovan
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel:  303.899.7300
Fax:  303.899.7333

\\029613/000057 - 1699164 v2

| | |
|---|---|
| 1 | clay.james@hoganlovells.com |
| 2 | **ATTORNEYS FOR DEFENDANT APPLE INC.** |

Dated: September 19, 2016          **KERR & WAGSTAFFE LLP**

By: */s/ Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Daniel J. Veroff (291492)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
jeff@edwards-law.com

Jennifer Sarnelli
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SILICON VALLEY

2
STIPULATION AND [PROPOSED] ORDER RE APPLE INC.'S REPLY
CASE NO. 3:13-CV-00453-JST

\\029613/000057 - 1699164 v2

1
2
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

3  **ATTORNEYS FOR OPPERMAN PLAINTIFFS**

4
5
I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

6   Dated: September 19, 2016            HOGAN LOVELLS US LLP

7
8
By: */s/ Robert B. Hawk*
    Robert B. Hawk

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SILICON VALLEY

3
STIPULATION AND [PROPOSED] ORDER RE APPLE INC.'S REPLY
CASE NO. 3:13-CV-00453-JST

\\029613/000057 - 1699164 v2

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the stipulation is hereby granted in this matter. Defendant Apple Inc. shall file its reply in support of its Motion for Partial Summary Judgment on or before October 3, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 19, 2016

_____
The Honorable Jon S. Tigar
United States District Judge

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SILICON VALLEY

4
STIPULATION AND [~~PROPOSED~~] ORDER RE APPLE INC.'S REPLY
CASE NO. 3:13-CV-00453-JST

\\029613/000057 - 1699164 v2