1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., | Case No. 13-cv-00453-JST |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING** |
| v. | |
| PATH, INC., et al., | **THIS DOCUMENT RELATES TO CASES:** |
| Defendants. | *Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Espitita v. Hipter, Inc.*, No. 4:13-cv-432-JST<br>(collectively, the "Related Actions") |

The undersigned parties hereby stipulate to the following with respect to the schedule for considering Twitter's Motion for Summary Judgment (ECF No. 725), and respectfully request that the Court issue the requested scheduling order.

The parties stipulate that hearing on the Motion, currently scheduled for September 22, 2016, may be vacated, and request that the Court issue an order vacating the hearing.

The parties further stipulate that the revised scheduling order required by the Stipulation and Order Regarding Case Scheduling (ECF No. 829) entered on September 12, 2016, will contain proposals for hearing dates to resolve Twitter's Motion for Summary Judgment.

-1-

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING
Case No. 13-cv-00453-JST

1 | The parties further request that the Court not rule on Plaintiffs' pending Objections to Evidence, (ECF No. 836) until after the revised scheduling order is entered by this Court. The parties further agree that Twitter shall have the right to file a response to the Objections prior to any Court ruling.

Respectfully submitted,

DATED: September 16, 2016

By: */s/ James G. Snell*
James G. Snell
**PERKINS COIE LLP**
3150 Porter Dr.
Palo Alto, CA 94304-1212
Tel: 650.838.4300
Fax: 650.838.4350
jsnell@perkinscoie.com

*Attorneys for Defendant Twitter, Inc.*

DATED: September 16, 2016

By: */s/ Michael von Loewenfeldt*
Michael von Loewenfeldt
James M. Wagstaffe
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstagge@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

-2-

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY  10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

**Attorneys for Defendant Opperman Plaintiffs**

## **ATTESTATION**

I, James G. Snell, do hereby declare pursuant to Civil L.R. 5-1(i)(3) that concurrence in the filing of the foregoing document has been obtained from Plaintiffs' counsel on this 16th day of September, 2016.

>  */s/ James G. Snell*
>  James G. Snell

1 **[PROPOSED] ORDER**

2 The Stipulation between Plaintiffs and Twitter is GRANTED as follows:

3 The Court vacates the hearing on Twitter's Motion for Summary Judgment (ECF No. 725), currently scheduled for September 22, 2016.

5 The Plaintiffs and Twitter will include proposals for hearing dates on Twitter's Motion in the revised scheduling order required by the Stipulation and Order Regarding Case Scheduling (ECF No. 829) entered on September 12, 2016.

8 The Court will defer ruling on Plaintiffs' Objections to Evidence (ECF No. 836), until after the revised scheduling order is entered and until after Twitter has filed a response to the Objections.

11 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  September 20 , 2016

By: _____
HON. JON S. TIGAR
United States District Judge