1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>PATH, INC., et al.<br><br>    Defendants. | CASE NO.: 13-CV-00453-JST<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING**<br><br>*Hernandez v. Path, Inc., No.* 12-cv-1515-JST<br>*Pirozzi v. Apple Inc., No.* 12-cv-1529-JST<br>(collectively, the "Related Actions") |

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

Plaintiffs and Defendant Gowalla, Inc. ("Gowalla") (collectively the "Parties") hereby stipulate to the following partial stay in this case, and respectfully request that the Court issue the requested scheduling order.

The Ninth Circuit is currently considering Defendant Apple Inc.'s Petition for Permission to Appeal pursuant to Fed. R. Civ. P 23(f), filed on July 29, 2016.  The issues in that Petition may have a material impact on the outcome of a motion for class certification against Gowalla.  In the interests of judicial economy, the Parties have agreed to postpone the current briefing and hearing schedule with respect to Plaintiffs' motion for class certification against Gowalla, set forth in ECF number 789.

Gowalla and Plaintiffs are presently engaged in bilateral settlement discussions and intend to continue those discussions.  The Parties have also agreed to engage in joint mediation in an attempt to settle this matter, in which Gowalla will participate if bilateral settlement discussions have not succeeded.  To allow the Parties to focus on the success of settlement discussions, the Parties have agreed that all current deadlines in this action should be vacated, and all fact discovery stayed.

In place of those deadlines, the Parties propose that a joint management statement be filed within 14 days of the Ninth Circuit's response to Apple's Petition proposing a revised schedule that allows sufficient time for the Parties to complete their mediation and settlement discussions.  The Parties further propose that in no event shall Gowalla have less than 30 days from the revised scheduling order to oppose Plaintiffs' motion for class certification and in no event shall the Parties have less than three months from the revised scheduling order to complete fact discovery.

Respectfully submitted,

Dated: September 22, 2016

*/s/ Michael von Loewenfeldt*
Michael von Loewenfeldt
James M. Wagstaffe
Frank Busch
Daniel J. Veroff
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105

1    Tel: (415) 371-8500
     Fax: (415) 371-0500
2
3    David M. Given
     Conor H. Kennedy
4    PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
     39 Mesa Street, Suite 201
5    San Francisco, CA 94129
     Tel: (415) 398-0900
6    Fax: (415) 398-0911

7    *Interim Co-Lead Counsel for Plaintiffs*

8
     Carl F. Schwenker (admitted *pro hac vice*)
9    LAW OFFICES OF CARL F. SCHWENKER
     The Haehnel Building
10   1101 East 11th Street
     Austin, TX 78702
11   Tel: (512) 480-8427
     Fax: (512) 857-1294
12
13   *Plaintiffs' Liaison Counsel*

14   Jeff Edwards (admitted *pro hac vice*)
     EDWARDS LAW
15   The Haehnel Building
     1101 East 11th Street
16   Austin, TX 78702
     Tel: (512) 623-7727
17   Fax: (512) 623-7729
18
19   Jennifer Sarnelli (SBN 242510)
     GARDY & NOTIS, LLP
20   501 Fifth Avenue, Suite 1408
     New York, NY 10017
21   Tel: (212) 905-0509
     Fax: (212) 905-0508
22
23   *Plaintiffs' Steering Committee*

24   Dated: September 22, 2016        */s/ Harmeet K. Dhillon_____*
                                       Harmeet K. Dhillon
25                                     Dhillon Law Group Inc.
                                       177 Post Street, Suite 700
26                                     San Francisco, CA 94108
                                       Phone: (415) 433-1700
27                                     Fax: (415) 520-6593
28                                     *Attorneys for Defendants Gowalla Incorporated*

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING

5063402

1

## **<u>ATTESTATION</u>**

2    I attest that concurrence in the filing of this document has been obtained from the other

3  signatories listed above.

4

5  Dated:  September 22, 2016               **KERR & WAGSTAFFE LLP**

6

7                                          By: */s/ Daniel J. Veroff*_____
                                              Daniel J. Veroff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING

5063402

1

### [~~PROPOSED~~] ORDER

2      The Stipulation between Plaintiffs and Gowalla is GRANTED as follows:

3      The current scheduling order is vacated.

4      Plaintiffs and Gowalla will submit a case management statement within 14 days of the Ninth

5 Circuit's response to Apple's Petition that complies with their stipulation set forth above.

6

7      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8 Dated:  September 22        , 2016

9

10                                          By: _____

11                                              HON. JON S. TIGAR
                                                United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULING

5063402