David M. Given (SBN 142375)
Nicholas A. Carlin (SBN 112532)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA   94129
Tel: 415-398-0900
Fax: 415-398-0911
Email:   dmg@phillaw.com
         nac@phillaw.com

James M. Wagstaffe (State Bar No. 95535)
Michael J. von Loewenfeldt (State Bar No. 178665)
Frank Busch (State Bar No. 258228)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA   94105
Tel:  415-371-8500
Fax:  415-371-0500
Email: wagstaffe@kerrwagstaffe.com
        myl@kerrwagstaffe.com
        busch@kerrwagstaffe.com

Interim Co-Lead Counsel for Plaintiffs
[ADDITIONAL COUNSEL LISTED BELOW]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OPPERMAN, et al.,<br><br>                  Plaintiffs,<br><br>       v.<br><br>PATH, INC., et al.,<br><br>                  Defendants. | Case No.  13-cv-00453-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>This motion relates to:<br>*Opperman v. Path, Inc.*, No. 13-cv-453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>  (collectively, the "Related Actions") |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties, through their respective counsel, stipulate and agree as follows:

WHEREAS, on Jan. 6, 2017, Plaintiffs and Defendants Foodspotting, Inc.; Foursquare Labs, Inc.; Gowalla, Inc.; Instagram, LLC; Kik Interactive Inc.; Path, Inc.; Twitter, Inc.; and Yelp Inc. (collectively the "Remaining App Developer Defendants") filed a Notice of Settlement (Dkt. 856);

WHEREAS, on Jan. 9, 2017, the Court entered its Order Vacating Briefing Schedule and set a deadline of Feb. 24, 2017 at 5:00 p.m. for the parties to file a motion for preliminary approval (Dkt. 857);

WHEREAS, since that time, Plaintiffs and the Remaining App Developer Defendants, through their respective counsel, have been working on a proposed Settlement Agreement to present to the Court memorializing the terms and conditions of their settlement of this matter;

WHEREAS, that work is not yet complete, and the Settlement Agreement is not currently in a form to be executed by said parties;

WHEREAS, said parties remain committed to that task and are working diligently to complete it;

WHEREAS, to accomplish the same, Plaintiffs and the Remaining App Developer Defendants have agreed to extend the deadline to file the Motion for Preliminary Approval of Class Action Settlement to March 17, 2017;

WHEREAS, these parties will be prepared to give the Court an update on same at the next case management conference scheduled to deal with the remaining class certification motion against defendant Apple, Inc., on March 8, 2017 at 2:00 p.m.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and the Remaining App Developer Defendants that the Court continue and reset the deadline to file the Motion for Preliminary Approval of Class Action Settlement to March 17, 2017.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED:  Feb. __, 2017 | | /s/  David M. Given |

David M. Given
Nicholas A Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900

Michael von Loewenfeldt
James M. Wagstaffe
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: (512) 480-8427
Fax: (512) 857-1294

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: (512) 623-7727
Fax: (512) 623-7729

Jennifer Sarnelli (SBN 242510)
GARDY & NOTIS, LLP
Tower 56
126 East 56th Street, 8th Floor
New York, NY 10022
Tel: (212) 905-0509
Fax: (212) 905-0508

*Plaintiffs' Steering Committee*

3

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, ETC. - Case No. 13-cv-00453-JST**

Dated: February __, 2017         By  /s/ Michael H. Page
                                 Michael H. Page
                                 DURIE TANGRI LLP
                                 217 Leidesdorff Street
                                 San Francisco, CA 94111
                                 Tel: (415) 362-6666
                                 Fax: (415) 236-6300

                                 Counsel for Defendant Foodspotting, Inc. and Yelp Inc.

Dated: February __, 2017         By  /s/ Claudia Vetesi
                                 Claudia Vetesi
                                 MORRISON & FOERSTER LLP
                                 425 Market Street
                                 San Francisco, CA  94105
                                 Tel: (415) 268-6626
                                 Fax: (415) 268-7522

                                 Counsel for Defendant Foursquare Labs, Inc.

Dated: February __, 2017         By /s/ Mazda Antia
                                 Mazda Antia
                                 COOLEY LLP
                                 4401 Eastgate Mall
                                 San Diego, CA 92121
                                 Tel: (858) 550-6139
                                 Fax: (858) 550-6420

                                 Counsel for Defendant Instagram, LLC and Kik Interactive Inc.

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, ETC. - Case No. 13-cv-00453-JST**

| | | |
|---|---|---|
| Dated: February __, 2017 | | By /s/ Tyler Newby |
| | | Tyler Newby |
| | | FENWICK & WEST LLP |
| | | 555 California Street, 12th Floor |
| | | San Francisco, CA 94104 |
| | | Tel: (415) 875-2300 |
| | | Fax: (415) 281-1350 |
| | | |
| | | Counsel for Defendant Path, Inc. |

Dated: February __, 2017                    By  /s/ James Snell
                                            James Snell
                                            PERKINS COIE LLP
                                            3150 Porter Drive
                                            Palo Alto, CA 94304-1212
                                            Tel: (650) 838-4367
                                            Fax: (650) 838-4567

                                            Counsel for Defendant Twitter, Inc.

Dated: February __, 2017                    By /s/ Harmeet K. Dhillon
                                            Harmeet K. Dhillon
                                            DHILLON LAW GROUP INC.
                                            177 Post Street, Suite 700
                                            San Francisco, CA 94108
                                            Tel: (415) 433-1700
                                            Fax: (415) 520-6593

                                            Counsel for Defendant Gowalla, Inc.

## ATTESTATION

I, David M. Given, am the ECF user whose identification and password is being used to file the instant document.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

                                            /s/ David M. Given
                                            David M. Given

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, ETC. - Case No. 13-cv-00453-JST**

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that the Court continue and reset the deadline to file the Motion for Preliminary Approval of Class Action Settlement to March 17, 2017.

SO ORDERED.

Dated:   February 23, 2017

_____
Hon. Jon S. Tigar
United States District Judge

6

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, ETC. - Case No. 13-cv-00453-JST**