UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., et al., <br><br> Defendants. | Case No.13-cv-00453-JST <br><br> **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL** <br><br> Re: ECF No. 865 |

The Court grants the parties' second joint stipulation to extend time to file a motion for preliminary approval of class action settlement. ECF No. 865. The parties are ordered to file a motion for preliminary approval by March 31, 2017. If a motion for preliminary approval is not filed by that date, on April 3, 2017, the Court will (1) issue an order resolving Twitter's motion for summary judgment (ECF No. 725) and (2) issue a scheduling order regarding briefing on Plaintiffs' motion for class certification regarding claims against certain app developer defendants (ECF No. 799).

IT IS SO ORDERED.

Dated: March 16, 2017

JON S. TIGAR
United States District Judge