Robert B. Hawk (Bar No. 118054)
Clayton C. James (Bar No. 287800)
Stacy Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
clay.james@hoganlovells.com
stacy.hovan@hoganlovells.com

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>PATH, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 13-cv-00453-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR OPPOSITION AND REPLY BRIEFS REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Jon S. Tigar<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS:<br><br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST |

1 | Pursuant to Civil Local Rule 7-4(b), Plaintiffs in this proceeding and Defendant Apple Inc. (collectively, the "Parties") hereby stipulate as follows:

1. Apple believes that its opposition to Plaintiffs' motion for class certification requires discussion of a number of legal and factual issues that cannot be addressed within the Local Rules default page limits;

2. Counsel for the Parties have met and conferred and have come to an agreement, subject to the approval of the Court, regarding page limits for briefing on class certification;

NOW THEREFORE, the Parties stipulate as follows:

- Apple's Opposition to the class certification motion shall not exceed thirty (35) pages in length;
- Apple will not oppose a request from Plaintiffs for an additional ten (10) pages for their reply brief should they determine that they need additional pages.

Respectfully submitted,

Dated:  March 22, 2017

**KERR & WAGSTAFFE LLP**

By: */s/ Michael von Loewenfeldt*
James M. Wagstaffe
Michael von Loewenfeldt
Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.:  415-371-8500
Fax:  415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE & GIVEN LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER

The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
jeff@edwards-law.com

Jennifer Sarnelli
GARDY & NOTIS, LLP
Tower 56
126 East 56th street, 8th Floor
New York, NY 10022
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

**ATTORNEYS FOR PLAINTIFFS**

Dated:  March 22, 2017

**HOGAN LOVELLS US LLP**

By:  */s/ Robert B. Hawk*
Robert B. Hawk
Stacy Hovan
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel.: 303.899.7300
Fax: 303.899.7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

**FILER'S ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: March 22, 2017                          Hogan Lovells US LLP

                                               By:   */s/ Robert B. Hawk*
                                                     Robert B. Hawk

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

Defendant Apple Inc.'s Opposition to the class certification motion shall not exceed thirty-five (35) pages in length.

Dated:   March 22, 2017

_____
The Honorable Jon S. Tigar
United States District Judge