DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*
[*Additional counsel included on signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.<br><br>Defendants. | Case No. 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR REPLY BRIEF REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>THIS DOCUMENT RELATES TO ALL CASES<br>*Opperman v. Path, Inc.*, No. 13-cv-00453-JST<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST<br>*Espitia v. Hipster, Inc.*, No. 13-cv-0432-JST<br>(collectively, the "Related Actions") |

Pursuant to Civil Local Rule 7-4(b), Plaintiffs in this proceeding and Defendant Apple Inc. (collectively, the "Parties") hereby stipulate as follows:

1. The Parties previously stipulated to an order, which this Court issued at ECF No. 869, that due to the number of legal and factual issues on this motion, Apple shall have an additional ten (10) pages for its Opposition over and above what the Local Rules allow, for a total of thirty-five (35) pages;

2. In that same stipulation, Apple agreed that it would not oppose a request from Plaintiffs for an additional ten (10) pages for their Reply brief;

3. After reviewing Apple's Opposition, Plaintiffs believe that their Reply in support of their motion for class certification requires discussion of a number of legal and factual issues that cannot be addressed within the Local Rules default page limits;

4. Counsel for the Parties have met and conferred and agree that an additional ten (10) pages for Plaintiffs' Reply is appropriate.

NOW THEREFORE, the Parties stipulate as follows:

Plaintiffs shall have twenty-five (25) pages for their Reply brief.

Dated: April 25, 2017            **KERR & WAGSTAFFE LLP**

By: /s/ Michael von Loewenfeldt
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Frank Busch (258288)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900

Fax: 415-398-0911
dmg@phillaw.com nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
GARDY & NOTIS, LLP
126 E. 56th Street, 8th Floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

**ATTORNEYS FOR PLAINTIFFS**

Dated: April 25, 2017  **HOGAN LOVELLS US LLP**

By: /s/ Robert B. Hawk
Robert B. Hawk
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199
robert.hawk@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202

3

Tel: 303.899.7300
Fax: 303.899.7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC**

# [PROPOSED] ORDER

**PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

Plaintiffs' Reply in support of its class certification motion shall not exceed a total of twenty-five (25) pages in length

Dated: April 25, 2017

_____
The Honorable Jon S. Tigar
United States District Judge

## **FILER'S ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: April 25, 2017                      By: /s/ Michael von Loewenfeldt
                                                                       Michael von Loewenfeldt