UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KONG TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No.13-cv-00453-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 878 |

　　　Before the Court is Plaintiffs' motion for preliminary approval of class action settlement. ECF No. 878. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for May 25, 2017, is hereby VACATED.

　　　**IT IS SO ORDERED.**

Dated: May 9, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge