1 | Robert B. Hawk (Bar No. 118054)
Clayton C. James (Bar No. 287800)
2 | Stacy Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
3 | 4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
4 | Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
5 | robert.hawk@hoganlovells.com
clay.james@hoganlovells.com
6 | stacy.hovan@hoganlovells.com

7 | Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

MARC OPPERMAN, et al.,

      Plaintiffs,

v.

KONG TECHNOLOGIES, INC., et al.,
      Defendants.

Case No. 13-CV-00453-JST

**STIPULATION AND [PROPOSED] ORDER DISMISSING SPECIFIED CLAIMS AGAINST APPLE INC. WITH PREJUDICE**
**[Fed. R. Civ. P. 41(a)]**

The Honorable Jon S. Tigar

THIS DOCUMENT RELATES TO ALL ACTIONS:

*Opperman v. Path, Inc.*, No. 13-cv-00453-JST
*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST
*Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST
*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST

It is hereby stipulated between Plaintiffs Allen Beuershausen, Giuliana Biondi, Lauren Carter, Stephanie Cooley, Jason Green, Claire Hodgins, Gentry Hoffman, Rachelle King, Nirali Mandalaywala, Claire Moses, Judy Paul, Maria Pirozzi, and Gregory Varner (collectively, "Dismissing Plaintiffs") and Apple Inc. ("Apple"), through their respective counsel, that the above-captioned action be and is hereby dismissed, as follows:

Dismissing Plaintiffs' claims against Apple, excepting only those claims for aiding and abetting invasion of privacy that are the subject of the Class Action Settlement Agreement (ECF No. 884) and that will be released by operation of that Class Action Settlement Agreement upon its final approval by the Court, shall be and hereby are dismissed with prejudice, each side to bear its own costs and attorneys' fees, pursuant to FRCP 41. Without limitation of the foregoing and for the avoidance of doubt, this dismissal includes Counts Three, Four, Five and Six of the Second Consolidated Amended Complaint.

Respectfully submitted,

Dated: September 1, 2017

**KERR & WAGSTAFFE LLP**

By: */s/ Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
mng@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER

The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com
kgerman@gardylaw.com

**ATTORNEYS FOR PLAINTIFFS**

Dated: September 1, 2017

**HOGAN LOVELLS US LLP**

By: */s/ Robert B. Hawk*
Robert B. Hawk
Stacy Hovan
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel.: 303.899.7300
Fax: 303.899.7333
clay.james@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

**FILER'S ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: September 1, 2017            Hogan Lovells US LLP

By:   */s/ Robert B. Hawk*
       Robert B. Hawk

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

Plaintiffs' claims against Apple, excepting only those claims for aiding and abetting invasion of privacy that are the subject of the Class Action Settlement Agreement (ECF No. 884), shall be and hereby are dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated: September 5 , 2017

_____
The Honorable Jon S. Tigar
United States District Judge