DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KONG TECHNOLOGIES, INC., et al. <br><br> Defendants. | Case No. 13-cv-00453-JST <br><br> **CLASS ACTION** <br><br> **STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFAULTED PARTY HIPSTER, INC [Fed. R. Civ. P. 41(a)]** <br><br> THIS DOCUMENT RELATES TO ALL CASES <br> *Opperman v. Path, Inc.*, No. 13-cv-00453-JST <br> *Espitia v. Hipster, Inc.*, No. 13-cv-0432-JST |

Case No.: 13-cv-00453-JST                                          STIPULATION OF DISMISSAL OF
                                                                                         CLAIMS AGAINST HIPSTER INC.

On July 1, 2013, default was entered against defendant Hipster, Inc. ECF No. 346. The only named plaintiff who alleges use of the Hipster App and a claim against Hipster is Rachelle King. ECF No. 103 ¶ 15.

Under Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby notice the dismissal without prejudice of their claims against defaulting defendant Hipster, Inc. No court order is required as default has been entered against it on the Opperman Plaintiffs' Second Amended Complaint, and it has neither answered nor moved for summary judgment.

Respectfully submitted,

Dated: December 8, 2017

**KERR & WAGSTAFFE LLP**

By: /s/ Michael von Loewenfeldt
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Frank Busch (258288)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com   nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

**ATTORNEYS FOR PLAINTIFFS**

Case No.: 13-cv-00453-JST

STIPULATION OF DISMISSAL OF CLAIMS AGAINST HIPSTER INC.