DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*
[*Additional counsel included on signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>PATH, INC., et al.<br><br>      Defendants. | Case No. 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION REGARDING ENTRY OF JUDGMENT ON SETTLEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)**<br><br>THIS DOCUMENT RELATES TO ALL CASES |

WHEREAS Plaintiffs filed a Motion For Final Approval of their settlement with the remaining App Defendants[1] (ECF No. 910; the "Motion") on November 30, 2017;

WHEREAS final approval of the App Defendant settlement will resolve all claims remaining in this Court except for the misrepresentation claims (Counts Three through Six, ECF No. 478) brought by plaintiff Stephen Dean against Apple, Inc.;

WHEREAS all parties agree that there is no just reason to delay issuance of an order granting the Motion and entering judgment on Plaintiffs' claims against the App Defendants, as finality is required to provide the bargained-for relief to the class and doing so would fully adjudicate all claims against the remaining App Defendants (*see Estakhrian v. Obenstine*, No. CV 11-3480 FMO (CWx), 2016 U.S. Dist. LEXIS 147105, at *36 (C.D. Cal. Oct. 24, 2016) (In granting final approval of a class settlement, "find[ing] entry of judgment pursuant to Rule 54(b) is proper because this order fully and finally adjudicates the claims of plaintiffs against the settling defendants in this action."));

WHEREAS issuance of a final approval order before all claims in the action are resolved will not provide any party with an appellate right, as no party has standing to appeal approval of a negotiated settlement to which no class member objected (*see Powers v. Eichen*, 229 F.3d 1249, 1256 (9th Cir. 2000) (holding that class members must object to preserve appellate rights));

NOW, THEREFORE, THE UNDERSIGNED PARTIES AGREE that the Court, should it determine that final approval of the App Defendant settlement is appropriate as prayed for in the Motion, should determine that there is no just reason for delay in entering judgment on Plaintiffs' claims against the App Defendants and Apple (as released by the Settlement) within

---

[1] The App Defendants are Foodspotting, Inc. ("Foodspotting"), Foursquare Labs, Inc. ("Foursquare"), Gowalla, Inc. ("Gowalla"), Instagram, LLC ("Instagram"), Kik Interactive, Inc. ("Kik"), Kong Technologies, Inc. (formerly known as Path, Inc.) ("Path"), Twitter, Inc. ("Twitter"), and Yelp! Inc. ("Yelp").

the meaning of Federal Rule of Civil Procedure 54(b) so that the Settlement may become final and be implemented according to its terms.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  December 12, 2017      **KERR & WAGSTAFFE LLP**

By: */s/Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Frank Busch (258288)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.:  415-371-8500
Fax:  415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com  nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
GARDY & NOTIS, LLP
126 E. 56th Street, 8th Floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

**ATTORNEYS FOR PLAINTIFFS**

Dated:  December 12, 2017        **HOGAN LOVELLS US LLP**

By: /s/ Robert B. Hawk
Robert B. Hawk
Clay James
Stacy R. Hovan
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax:  650.463.4199
robert.hawk@hoganlovells.com
clay.james@hoganlovells.com
stacy.hovan@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

Dated:  December 12, 2017        **COOLEY LLP**

By: */s/ Mazda K. Antia*
Mazda K. Antia
4401 Eastgate Mall
San Diego, CA 92121-1909
Tel: 858-550-6000
Fax: 858-550-6420
mantia@cooley.com

**ATTORNEYS FOR DEFENDANTS INSTAGRAM, LLC & KIK INTERACTIVE, INC.**

1 | Dated: December 12, 2017 | **MORRISON & FOERSTER LLP**

By: */s/ Claudia M. Vesti*
Claudia M. Vetesi

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: CVetesi@mofo.com

**ATTORNEYS FOR DEFENDANT
FOURSQUARE LABS, INC.**

Dated: December 12, 2017 | **DHILLON LAW GROUP, INC.**

By: */s/ Krista L. Baughman*
Krista L. Baughman
Harmeet K. Dhillon
Micah R. Jacobs

177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
Fax: (415) 520-6593
Email: harmeet@dhillonlaw.com
Email: kbaughman@dhillonlaw.com
Email: MJacobs@dhillonlaw.com

**ATTORNEYS FOR DEFENDANT
GOWALLA, INC.**

Dated: December 12, 2017 | **DURIE TANGRI LLP**

By: */s/ Michael Henry Page*
Michael Henry Page

217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-376-6403

4

Case No.: 13-cv-00453-JST                             STIPULATION REGARDING
                                                      54(B) JUDGMENT

Fax: 415-236-6300
Email: MPage@durietangri.com

**ATTORNEYS FOR DEFENDANTS FOODSPOTTING, INC. AND YELP INC.**

Dated:  December 12, 2017       **FENWICK & WEST LLP**


By: */s/ Tyler Griffin Newby*
Jedediah Wakefield
Tyler Griffin Newby

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Fax: (415) 281-1350
Email: jwakefield@fenwick.com
Email: tnewby@fenwick.com

**ATTORNEYS FOR DEFENDANT KONG TECHNOLOGIES, INC.**

Dated:  December 12, 2017       **PERKINS COIE LLP**


By: */s/ James G. Snell*
Lauren B. Cohen
James G. Snell
Julie E. Schwartz

3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Fax: (650) 838-4350
Email: lcohen@perkinscoie.com
Email: JSnell@perkinscoie.com
Email: JSchwartz@perkinscoie.com

**ATTORNEYS FOR DEFENDANT TWITTER, INC.**

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: December 12, 2017                    **KERR & WAGSTAFFE LLP**

By: */s/ Frank Busch*
    Frank Busch