UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARC OPPERMAN, ET AL., | Case No. 13-cv-00453-JST |
|---|---|
| Plaintiffs, | **ORDER RE CAFA NOTICE** |
| v. | Re: ECF No. 910 |
| KONG TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Within ten court days of the date of this order, Plaintiffs shall file evidence sufficient to show that Defendants have provided the required notice to federal and state attorneys general under the Class Action Fairness Act. See 28 U.S.C. § 1715(d) ("An order giving final approval of a proposed settlement may not be issued earlier than 90 days after the later of the dates on which the appropriate Federal official and the appropriate State official are served with the notice required under subsection (b)."); see also ECF No. 884 (Class Action Settlement Agreement) ¶ 5.4 ("Within ten (10) days after this Agreement is filed with the Court, the REMAINING APP DEVELOPER DEFENDANTS shall serve upon relevant government officials notice of the proposed settlement in accordance with 28 U.S.C. § 1715."). If such evidence is already filed on the docket, the Plaintiffs shall identify its location.

**IT IS SO ORDERED.**

Dated: December 14, 2017

_____
JON S. TIGAR
United States District Judge