DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>KONG TECHNOLOGIES, INC., et al.<br><br>            Defendants. | Case No. 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION FOR DIRECTION REGARDING POTENTIALLY FRAUDULENT CLAIMS**<br><br>**THIS DOCUMENT RELATES TO ALL CASES**<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST (collectively, the "Related Actions") |

### [PROPOSED] ORDER

On December 14, 2017, a hearing was held on the Motion for an Administrative Order regarding the disposition of potentially fraudulent claims identified by KCC Class Action Services, LLC ("KCC").

Having received and considered the Motion, the supporting papers filed by the parties, and the evidence and argument received by the Court at the hearing, and pursuant to its broad discretion to manage class actions, the Court grants the unopposed motion as follows:

~~Option 1:~~

~~KCC's recommendation that the potentially fraudulent claims be denied is APPROVED. KCC is authorized to use its professional discretion to reject claims it believes to be fraudulent.~~

*Option 2:*

Plaintiffs' alternative proposal is APPROVED. KCC is directed to deliver an email notice in the form set forth in the administrative motion to all potentially fraudulent claimants within one week of this order. Upon expiration of the one-week period to submit proof of identity, KCC shall evaluate any submissions and approve any bona fide claims within two weeks.

KCC shall also prepare and file with the Court a report a setting forth the results of its evaluation of potentially fraudulent claims, and shall identify and provide any information in its possession regarding the ten largest sources of claims it deems to be fraudulent. The report is due by January 19, 2017.

Dated: December 15, 2017

_____
THE HONORABLE JON S. TIGAR
United States District Judge