DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Interim Co-Lead Counsel for Plaintiffs*
*(additional counsel listed on signature page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KONG TECHNOLOGIES, INC., et al.<br><br>Defendants. | Case No. 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LANA LUCCHESI IN RESPONSE TO UNOPPOSED ADMINISTRATIVE MOTION FOR DIRECTION REGARDING POTENTIALLY FRAUDLENT CLAIMS**<br><br>**THIS DOCUMENT ALSO RELATES TO:**<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>(collectively, the "Related Actions") |

I, **LANA LUCCHESI**, declare:

1. I am a Senior Project Manager at KCC Class Action Services, LLC ("KCC"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The purpose of this declaration is to provide the Parties and the Court with updated details and the result of KCC's evaluation of the potentially duplicative/fraudulent claims previously identified.

3. On December 21, 2017, KCC emailed the email notice in the form set forth in the administrative motion to all 5,924 potentially duplicative/fraudulent claimants with a one-week expiration period to submit proof of identity. A sample of this email notice is attached hereto as Exhibit A.

4. As of the date of this declaration, KCC has received two responses to the email notice that attached a government-issued ID. KCC performed a review of these two responses and their proof of identity documents, and upon its review, observed the following:

   a. Each response provided a government-issued ID with an address that did not match the address provided on the claim submissions.

   b. One response received was included in the potentially duplicative/fraudulent claims group that involved claims that used a single IP address, and appear to refer to only one person, including minor variations on the first name, last name, and addresses, such as "STEPHEN GALIK GALIK" and "S MC GALIK GALIK."

   c. The other response received was included in the potentially duplicative/fraudulent claims group that involved claims being filed and submitted by individual(s) using different mailing addresses (using variations on name, address and city to attempt to avoid detection) but the same exact IP address. KCC determined that the person identified in the government-issued ID had separately submitted a claim that was not flagged as fraudulent and from the correct address. KCC contacted this individual and verified that the separate claim was submitted by him

(which is why he returned an ID to the email), but that he had no connection to the address on the suspected fraudulent claim. Based on this, KCC has concluded that the potentially fraudulent claim from the suspicious email address was fraudulent, and just coincidentally linked to an actual person who submitted a valid claim.

5. Based upon the evaluation of these two responses, KCC believes these two claims are not likely to have been submitted by Settlement Class Members and should be considered invalid for that reason.

6. Pursuant to the Court's order (ECF No. 918) KCC has also compiled all information in its possession regarding the ten largest sources of claims it deems to be fraudulent. That information has been lodged directly with the Court.

7. Based upon the potentially duplicative/fraudulent claims identified, including the two responses evaluated, KCC believes all 5,924 claims should be considered invalid. Based on the Court's prior order authorizing KCC to approve claims validated under this process, and the fact no claims were so validated, KCC is excluding all 5,924 of these claims from the Plan of Allocation.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on this 11th day of January 2018 at San Rafael, California.

_____
Lana Lucchesi