UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>KONG TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No. 13-cv-00453-JST<br><br>**ORDER OF REFERRAL TO UNITED STATES ATTORNEY**<br><br>Re: ECF No. 921 |

This case is referred to the United States Attorney for investigation of fraudulent claims on a class action settlement. The evidentiary record is described by the class action settlement administrator, KCC Class Action Services, LLC in a separate filing, and data about the fraudulent claims was lodged with the Court in a concurrently filed CD-ROM. ECF Nos. 911, 921. The clerk shall provide a copy of this order and the CD-ROM to the U.S. Attorney. The Court takes no position on whether a prosecution is or is not warranted; that decision is entirely up to the United States Attorney.

**IT IS SO ORDERED.**

Dated: January 16, 2018

                                              JON S. TIGAR
                                        United States District Judge