1  Clay James (Bar No. 287800)
   Stacy Hovan (Bar No. 271485)
2  HOGAN LOVELLS US LLP
   4085 Campbell Avenue, Suite 100
3  Menlo Park, California 94025
   Telephone: + 1 (650) 463-4000
4  Facsimile: + 1 (650) 463-4199
   clay.james@hoganlovells.com
5  stacy.hovan@hoganlovells.com

6  Attorneys for Defendant
   APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARC OPPERMAN, et al., | Case No. 13-CV-00453-JST |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER DISMISSING SPECIFIED CLAIMS AGAINST APPLE INC. WITH PREJUDICE** |
| v. | **[Fed. R. Civ. P. 41(a)]** |
| KONG TECHNOLOGIES, INC., et al., | |
| Defendants. | |

It is hereby stipulated between Plaintiff Stephen Dean ("Plaintiff") and Apple Inc. ("Apple"), through their respective counsel, that the above-captioned action be and is hereby dismissed, as follows:

Plaintiff's claims against Apple, excepting only those claims for aiding and abetting invasion of privacy that were the subject of the Class Action Settlement Agreement (ECF No. 884) and that were released by operation of that Class Action Settlement Agreement upon its final approval and entry of judgment by the Court (ECF Nos. 925 and 931), shall be and hereby are dismissed with prejudice, each side to bear its own costs and attorneys' fees, pursuant to FRCP 41. Without limitation of the foregoing and for the avoidance of doubt, this dismissal includes Counts Three, Four, Five and Six of the Second Consolidated Amended Complaint.

Respectfully submitted,

Dated: April 26, 2018

**KERR & WAGSTAFFE LLP**

By: */s/ Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Frank Busch (258288)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE & GIVEN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Parsons House
3807 Duval, Ste. E
Austin, TX 78751
Tel: 512-480-8427
Fax: 512-857-1294

1

STIPULATION OF DISMISSAL
CASE NO. 13-CV-00453-JST

cfslaw@swbell.net

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
jeff@edwards-law.net

Jennifer Sarnelli
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com

**CLASS COUNSEL FOR PLAINTIFFS**

Dated: April 26, 2018

**HOGAN LOVELLS US LLP**

By: */s/ Clay James*
Clay James
Stacy Hovan
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199
clay.james@hoganlovells.com
stacy.hovan@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |
| 2 | I attest that concurrence in the filing of this document has been obtained from the other |
| 3 | signatories listed above. |
| 4 | Dated: April 26, 2018    **KERR & WAGSTAFFE LLP** |
| 5 | By:   */s/ Michael von Loewenfeldt* |
| 6 |        Michael von Loewenfeldt |

3

STIPULATION OF DISMISSAL
CASE NO. 13-CV-00453-JST

# **[PROPOSED]** ORDER

**PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

Plaintiff's claims against Apple, excepting only those claims for aiding and abetting invasion of privacy that are the subject of the Class Action Settlement Agreement (ECF No. 884), shall be and hereby are dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated: April 27, 2018

_____
The Honorable Jon S. Tigar
United States District Judge