DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Class Counsel for Plaintiffs*
*(additional counsel listed on signature page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KONG TECHNOLOGIES, INC., et al.<br><br>Defendants. | Case No. 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF RE CY PRES DISTRIBUTION PURSUANT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER**<br><br>**THIS DOCUMENT ALSO RELATES TO:**<br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>(collectively, the "Related Actions") |



**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that all parties to the class action settlement, through their counsel of record, STIPULATE pursuant to Civil Local Rules 7-11 and 7-12 that pursuant to Section 7.10.4 of the Settlement Agreement approved by the Court, the Settlement Administrator should be authorized at this time to distribute uncashed settlement distributions to the Electronic Frontier Foundation.

WHEREAS, Paragraph 7.10.1 of the Settlement Agreement (ECF No. 884) provides that if unclaimed for 90 days undeliverable electronic payments shall be treated as uncashed settlement distributions.

WHEREAS, Paragraph 7.10.3 of the Settlement Agreement (ECF No. 884) provides that checks sent by the Settlement Administrator that are not cashed within 90 days are void and will be treated as uncashed settlement distributions.

WHEREAS, Paragraph 7.10.4 of the Settlement Agreement provides "The SETTLEMENT ADMINISTRATOR shall distribute any uncashed settlement distributions from the NET SETTLEMENT PROCEEDS on a cy pres basis to the Electronic Frontier Foundation after first receiving permission of the Court to do so."

WHEREAS, settlement payments were made the first week of June, 2018.  The 90 day period elapsed by the end of the first week of September.

WHEREAS, less than a dozen individuals have contacted class counsel since September 2018 and requested new checks or electronic codes, and those requests have been accommodated by the Settlement Administrator despite being late.

WHEREAS, the Settlement Administrator's work is done, except for the cy pres distribution, and it desires to close its files before the end of the calendar year to avoid additional tax expense.

WHEREAS, the Settlement Administrator reports to class counsel that 99.64% of the electronic payments and 84.88% of the check payments have been cashed.  There are $153,372.35 in unclaimed funds subject to the cy pres provision of the settlement.



1      THEREFORE, it is hereby stipulated and agreed by the parties that:

2      1.      The Court should instruct KCC to distribute the remaining uncashed funds to the Electronic Frontier Foundation as provided by the Settlement Agreement approved by the Court on March 27, 2018.

IT IS SO STIPULATED.

Dated:  November 6, 2018      **KERR & WAGSTAFFE LLP**

By: */s/Michael von Loewenfeldt*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Frank Busch (258288)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.:  415-371-8500
Fax:  415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
busch@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Ste. 201
San Francisco, CA 94129
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com  nac@phillaw.com

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
GARDY & NOTIS, LLP
126 E. 56th Street, 8th Floor

|   |   |
|---|---|
| | New York, NY 10022 |
| | Tel: 212-905-0509 |
| | Fax: 212-905-0508 |
| | jsarnelli@gardylaw.com |
| | **CLASS COUNSEL FOR PLAINTIFFS** |
| | |
| Dated:  November 6, 2018 | **COOLEY LLP** |
| | |
| | By: */s/ Mazda K. Antia* |
| | Mazda K. Antia |
| | 4401 Eastgate Mall |
| | San Diego, CA 92121-1909 |
| | Tel: 858-550-6000 |
| | Fax: 858-550-6420 |
| | mantia@cooley.com |
| | |
| | **ATTORNEYS FOR DEFENDANTS INSTAGRAM, LLC & KIK INTERACTIVE, INC.** |
| | |
| Dated:  November 6, 2018 | **MORRISON & FOERSTER LLP** |
| | |
| | By: */s/ Claudia M. Vesti* |
| | Claudia M. Vetesi |
| | |
| | 425 Market Street |
| | San Francisco, CA 94105-2482 |
| | Telephone: 415.268.7000 |
| | Facsimile:  415.268.7522 |
| | Email: CVetesi@mofo.com |
| | |
| | **ATTORNEYS FOR DEFENDANT FOURSQUARE LABS, INC.** |

| | | |
|---|---|---|
| 1 | Dated: November 6, 2018 | **DHILLON LAW GROUP, INC.** |
| 2 | | By: */s/ Harmeet K. Dhillon* |
| 3 | | Krista L. Baughman<br>Harmeet K. Dhillon |
| 4 | | |
| 5 | | 177 Post Street, Suite 700<br>San Francisco, CA 94108 |
| 6 | | Telephone: (415) 433-1700<br>Fax: (415) 520-6593 |
| 7 | | Email: harmeet@dhillonlaw.com<br>Email: kbaughman@dhillonlaw.com |
| 8 | | |
| 9 | | **ATTORNEYS FOR DEFENDANT GOWALLA, INC.** |
| 10 | Dated: November 6, 2018 | **DURIE TANGRI LLP** |
| 11 | | |
| 12 | | By: */s/ Michael Henry Page*<br>Michael Henry Page |
| 13 | | |
| 14 | | 217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: 415-376-6403 |
| 15 | | |
| 16 | | Fax: 415-236-6300<br>Email: MPage@durietangri.com |
| 17 | | **ATTORNEYS FOR DEFENDANTS FOODSPOTTING, INC. AND YELP INC.** |
| 18 | | |
| 19 | Dated: November 6, 2018 | **FENWICK & WEST LLP** |
| 20 | | |
| 21 | | By: */s/ Tyler Griffin Newby* |
| 22 | | Jedediah Wakefield<br>Tyler Griffin Newby |
| 23 | | |
| 24 | | 555 California Street, 12th Floor<br>San Francisco, CA 94104 |
| 25 | | Telephone: (415) 875-2300<br>Fax: (415) 281-1350 |
| 26 | | Email: jwakefield@fenwick.com<br>Email: tnewby@fenwick.com |
| 27 | | |
| 28 | | **ATTORNEYS FOR DEFENDANT KONG TECHNOLOGIES, INC.** |

KERR & WAGSTAFFE LLP

5

1  Dated: November 6, 2018                                    PERKINS COIE LLP

2

3                                                              By: */s/ James G. Snell*

4                                                              James G. Snell
                                                               Julie E. Schwartz
5
                                                               3150 Porter Drive
6                                                              Palo Alto, CA 94304-1212
                                                               Telephone: (650) 838-4300
7                                                              Fax: (650) 838-4350
                                                               Email: JSnell@perkinscoie.com
8                                                              Email: JSchwartz@perkinscoie.com

9
                                                               **ATTORNEYS FOR DEFENDANT TWITTER,**
10                                                             **INC.**

11

12

13                                      **[PROPOSED] ORDER**

14       PURSUANT TO STIPULATION and the terms of the Settlement Agreement approved

15  by the Court, the Settlement Administrator is authorized to distribute uncashed settlement

16  distributions to the Electronic Frontier Foundation and thereafter to close its files on this matter.

17       IT IS SO ORDERED.

18  Dated:                          , 2018

19

20                                                              _____

21                                                              THE HONORABLE JON S. TIGAR
                                                                United States District Judge
22

23

24

25

26

27

28

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: November 6, 2018                **KERR & WAGSTAFFE LLP**

                                       By: */s Michael von Loewenfeldt*
                                           Michael von Loewenfeldt